# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br>FTD Companies, Inc. et.al.<br><br><br>Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 19-11240 (LSS)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
### AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:    Clerk of the Court
         United States Bankruptcy Court
         District of Delaware
         824 Market Street
         Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky McLaughlin and Browder, P.A as counsel for Sun Valley Group, Inc. dba Sun Valley Floral Farms ("Sun Valley"). Sun Valley is a creditor and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

    Rachel B. Mersky
    MONZACK MERSKY McLAUGHLIN and
    BROWDER, P.A.
    1201 N. Orange Street, Suite 400
    Wilmington, DE 19801
    Telephone:   (302) 656-8162
    Facsimile:    (302) 656-2769
    E-mail:        rmersky@monlaw.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

{00206066-1}

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Sun Valley's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Sun Valley is or may be entitled, in law or in equity, all of which Sun Valley expressly reserves.

Dated: June 5, 2019

**MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:    (302) 656-8162
Facsimile:    (302) 656-2769
Email:    rmersky@monlaw.com

*Attorneys for Sun Valley Group, Inc,*
*Dba Sun Valley Floral Farms*