**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTD Companies, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11240 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 19 & 60<br><br>**Objection Deadline: June 25, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date: July 2, 2019 at 2:00 p.m. (ET)** |

**NOTICE OF (A) ENTRY INTERIM ORDER PURSUANT TO
SECTIONS 105, 361, 362, 363, 364, AND 507 OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-2,
(I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION FINANCING
AND (B) USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION
TO PREPETITION SECURED PARTIES, (III) SCHEDULING FINAL HEARING,
AND (IV) GRANTING RELATED RELIEF AND (B) FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on June 3, 2019, FTD Companies, Inc. and certain of its direct and indirect domestic subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors, Pursuant to Sections 105, 361, 262, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief* [Docket No. 19] (the "Motion") with the United

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

States Bankruptcy Court for the District of Delaware (the "Court").  A copy of the Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, on June 4, 2019, the Court held an initial hearing to consider the Motion.  On June 5, 2019, the Debtors submitted a revised form of order under certification of counsel and the Bankruptcy Court entered the *Interim Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief* [Docket No. 60] (the "Interim Order").  A copy of the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing and filed with the Court, on or before **June 25, 2019 at 4:00 p.m. (prevailing Eastern Time)**.  At the same time, copies of such objections or responses must be served upon: (a) Jones Day, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, Attn:  Heather Lennox, Thomas A. Wilson and T. Daniel Reynolds or by email at hlennox@jonesday.com; tawilson@jonesday.com; tdreynolds@jonesday.com (b) Jones Day, 77 West Wacker, Chicago, Illinois 60601-1692, Attn: Brad B. Erens and Caitlin K. Cahow, or by email at bberens@jonesday.com; ccahow@jonesday.com; (c) Richards Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn:  Daniel J. DeFranceschi and Paul N. Heath, or by email at defranceschi@rlf.com; heath@rlf.com; (d) counsel to the DIP Agent and the Prepetition Agent, Moore & Van Allen PLLC, 100 N. Tryon St., Suite 4700, Charlotte, NC 28202 (Attn: James R. Langdon (jimlangdon@mvalaw.com) and Mary F. Caloway, Buchanan Ingersoll & Rooney PC,

919 North Market Street, Suite 990, Wilmington, DE 19801-1054 (Attn: mary.caloway@bipc.com); and (e) the Office of the U.S. Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn:  Timothy J. Fox (timothy.fox@usdoj.gov).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before The Honorable Laurie Selber Silverstein at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **July 2, 2019 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  June 6, 2019
         Wilmington, Delaware

Respectfully submitted,

 /s/ Brett M. Haywood
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email:  defranceschi@rlf.com
            heath@rlf.com
            haywood@rlf.com
            kenney@rlf.com

            -and-

Heather Lennox (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:  hlennox@jonesday.com
            tawilson@jonesday.com

Brad B. Erens (admitted *pro hac vice*)
Caitlin K. Cahow (admitted *pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email:  bberens@jonesday.com
            ccahow@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION