**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 10** |
| | : | |
| | : | **Objection Deadline: June 25, 2019 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: July 2, 2019 at 2:00 p.m. (ET)** |
| | : | |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that, June 3, 2019, FTD Companies, Inc. and certain of
its direct and indirect domestic subsidiaries, as debtors and debtors in possession (collectively,
the "Debtors") filed the *Motion of the Debtors, Pursuant to Section 105 of the Bankruptcy Code,
for an Order (I) Confirming the Protections of Sections 362, 365, and 525 of the Bankruptcy
Code and (II) Granting Certain Related Relief* [Docket No. 10] (the "Motion") with the United
States Bankruptcy Court for the District of Delaware (the "Court"). **You are being served with
a copy of the Motion contemporaneously herewith**.

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the
Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd
Floor, Wilmington, Delaware 19801 on or before **June 25, 2019 at 4:00 p.m. (Eastern Time).**

---

[1]     The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification
numbers, if any, follow in parentheses):  FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists'
Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC
(7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD
Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and
Provide Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek
Drive, Downers Grove, IL 60515.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **July 2, 2019 at 2:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

RLF1 21356162v.1

Dated: June 7, 2019          Respectfully submitted,
      Wilmington, Delaware

                                         */s/ Brett M. Haywood*
                                         Daniel J. DeFranceschi (No. 2732)
                                         Paul N. Heath (No. 3704)
                                         Brett M. Haywood (No. 6166)
                                         Megan E. Kenney (No. 6426)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 N. King Street
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 651-7700
                                         Facsimile:  (302) 651-7701
                                         Email: defranceschi@rlf.com
                                               heath@rlf.com
                                               haywood@rlf.com
                                               kenney@rlf.com

                                         -and-

                                         Heather Lennox (admitted *pro hac vice*)
                                         Thomas A. Wilson (admitted *pro hac vice*)
                                         JONES DAY
                                         901 Lakeside Avenue
                                         Cleveland, Ohio 44114
                                         Telephone:  (216) 586-3939
                                         Facsimile:  (216) 579-0212
                                         Email: hlennox@jonesday.com
                                               tawilson@jonesday.com

                                         Brad B. Erens (admitted *pro hac vice*)
                                         Caitlin K. Cahow (admitted *pro hac vice*)
                                         JONES DAY
                                         77 West Wacker
                                         Chicago, Illinois 60601
                                         Telephone:  (312) 782-3939
                                         Facsimile:  (312) 782-8585
                                         Email: bberens@jonesday.com
                                               ccahow@jonesday.com

                                         PROPOSED ATTORNEYS FOR DEBTORS
                                         AND DEBTORS IN POSSESSION