# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTD COMPANIES, INC., *et al.*, | Case No. 19-11240 (LSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Arthur J. Steinberg of King & Spalding LLP to represent Nantahala Capital Management LLC in the above-referenced bankruptcy case.

Dated: June 5, 2019

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Zhao Liu (DE No. 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: liu@teamrosner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the state of New York, the U.S. District Court for the Eastern and Southern Districts of New York, the U.S. Court of Appeals for the Fourth and Second Circuits, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 5, 2019

*/s/ Arthur J. Steinberg*
Arthur J. Steinberg, Esq.
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556–2100
Email: asteinberg@kslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: June 10th, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

{00025850. }