# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTD Companies, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11240 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on June 7, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A**, (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B**, and (iii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit C** attached hereto:

- **Order Shortening the Notice and Objection Periods for The Debtors' Bidding Procedures Motion [Docket No. 89]**

Dated: June 10, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 10th day of June, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

# **EXHIBIT A**

**FTD Companies, Inc., *et al.,*- Service List to e-mail Recipient**  **Served 6/7/2019**

190 PEOPLE AND/OR ENTITIES WHO HAVE EXPRESSED AN INTEREST IN PURCHASING FTD COMPANIES, INC., ET AL.  ASSETS WERE SERVED. THE NAMES OF THESE PARTIES HAVE NOT BEEN STATED DUE TO THE NEED TO MAINTAIN CONFIDENTIALITY.

| | | |
|---|---|---|
| BUCHANAN INGERSOLL & ROONEY PC<br>MARY F. CALOWAY<br>MARY.CALOWAY@BIPC.COM | CALIFORNIA FRUIT EXCHANGE, LLC<br>AR@AGIFTINSIDE.COM | CLARK HILL PLC<br>KAREN M. GRIVNER<br>KGRIVNER@CLARKHILL.COM |
| CLARK HILL STRASBURGER<br>ANDREW G. EDSON<br>ANDREW.EDSON@CLARKHILLSTRASBURGER.COM | COYOTE LOGISTICS, LLC<br>RYAN.MUMFORD@COYOTE.COM | DLA PIPER LLP (US)<br>MARIS J. KANDESTIN<br>MARIS.KANDESTIN@DLAPIPER.COM |
| DLA PIPER LLP (US)<br>RICHARD A. CHESLEY<br>RICHARD.CHESLEY@DLAPIPER.COM | DLA PIPER LLP (US)<br>STUART M. BROWN<br>STUART.BROWN@DLAPIPER.COM | DRINKER BIDDLE & REATH LLP<br>MARITA S. ERBECK<br>MARITA.ERBECK@DBR.COM |
| DRINKER BIDDLE & REATH LLP<br>PATRICK A. JACKSON<br>PATRICK.JACKSON@DBR.COM | FARM DIRECT CORPORATION<br>KGAUCHIER@EQUATOROSES.COM | HOLEX FLOWER B.V.<br>PAUL HOOGENBOOM<br>PAUL.HOOGENBOOM@HOLEX.COM |
| JONES DAY<br>BRAD B. ERENS<br>BBERENS@JONESDAY.COM | JONES DAY<br>CAITLIN K. CAHOW<br>CCAHOW@JONESDAY.COM | JONES DAY<br>HEATHER LENNOX<br>HLENNOX@JONESDAY.COM |
| JONES DAY<br>THOMAS A. WILSON<br>TAWILSON@JONESDAY.COM | KING & SPALDING, LLP.<br>ARTHUR J. STEINBERG<br>ASTEINBERG@KSLAW.COM | LEGACY STAFFING SOLUTIONS<br>EVELIN@LEGACYSTAFFINGNC.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLC.<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P<br>RACHEL B. MERSKY<br>RMERSKY@MONLAW.COM | MOORE & VAN ALLEN PLLC<br>COLE B. RICHINS<br>COLERICHINS@MVALAW.COM |
| MOORE & VAN ALLEN PLLC<br>JAMES R. LANGDON<br>JIMLANGDON@MVALAW.COM | MORRISON & FOERSTER LLP<br>ERICA J. RICHARDS<br>ERICHARDS@MOFO.COM | MORRISON & FOERSTER LLP<br>JENNIFER L. MARINES<br>JMARINES@MOFO.COM |
| OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY J. FOX, JR.<br>TIMOTHY.FOX@USDOJ.GOV | PENSION BENEFIT GUARANTY CORPORATION<br>EFILE@PBGC.GOV | PENSION BENEFIT GUARANTY CORPORATION<br>EMILY MANBECK<br>MANBECK.EMILY@PBGC.GOV |
| PREMIER PACKAGING, LLC<br>LHAGAN@PREMPACK.COM | PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP.<br>GERALD P. KENNEDY<br>GERALD.KENNEDY@PROCOPIO.COM | R&M CONSULTING CHICAGO LLC<br>LTILLMAN@RMC-CHI.COM |
| RAINFOREST FARMLANDS KENYA LIMITED<br>INFO@FLEURAFRICA.COM | RICHARDS LAYTON & FINGER, P.A.<br>BRETT HAYWOOD<br>HAYWOOD@RLF.COM | RICHARDS LAYTON & FINGER, P.A.<br>DANIEL DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM |
| RICHARDS LAYTON & FINGER, P.A.<br>MEGAN KENNEY<br>KENNEY@RLF.COM | RICHARDS LAYTON & FINGER, P.A.<br>PAUL HEATH<br>HEATH@RLF.COM | SECURITIES & EXCHANGE COMMISSION<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION<br>SECBANKRUPTCY-OGC-ADO@SEC.GOV | STEPHEN GOULD CORP<br>KGCAMP@STEPHENGOULD.COM | THE ROSNER LAW GROUP, LLC.<br>FREDERICK B. ROSNER<br>ROSNER@TEAMROSNER.COM |
| THE ROSNER LAW GROUP, LLC.<br>ZHAO LIU<br>LIU@TEAMROSNER.COM | | |

Parties Served: 40

# **<u>EXHIBIT B</u>**

**FTD Companies, Inc., *et al.,*- U.S. Mail** **Served 6/7/2019**

4 PEOPLE AND/OR ENTITIES WHO HAVE EXPRESSED AN INTEREST IN PURCHASING FTD COMPANIES, INC., ET AL.  ASSETS WERE SERVED. THE NAMES OF THESE PARTIES HAVE NOT BEEN STATED DUE TO THE NEED TO MAINTAIN CONFIDENTIALITY.

# **EXHIBIT C**

| | | |
|---|---|---|
| AD RESULTS MEDIA, LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>6110 CLARKSON LN<br>HOUSTON, TX 77055 | ADOBE SYSTEM INC<br>PRESIDENT/LEGAL DEPARTMENT<br>345 PARK AVE<br>SAN JOSE, CA 95110 | ADS ALLIANCE DATA SYSTEMS, INC<br>PRESIDENT/LEGAL DEPARTMENT<br>30699 RUSSELL RANCH ROAD<br>SUITE 250<br>WESTLAKE VILLAGE, CA 91362 |
| ALORICA, INC<br>PRESIDENT/LEGAL DEPARTMENT<br>5 PARK PLAZA<br>SUITE 1100<br>IRVINE, CA 92614 | AMERISOURCE FUNDING, INC<br>ASSIGNEE FOR BARONHR LLC<br>7225 LANGTRY STREET<br>HOUSTON, TX 77040 | ATLAS FLOWERS INC<br>PRESIDENT/LEGAL DEPARTMENT<br>2600 NW 79TH AVE<br>MIAMI, FL 33122 |
| C.I FLORES IPANEMA LTDA<br>PRESIDENT/LEGAL DEPARTMENT<br>CARRERA 13 NO. 97-51, OFC 202<br>BOGOTA<br>COLUMBIA | CALIFORNIA FRUIT EXCHANGE, LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>6011 EAST PINE ST<br>LODI, CA 95240 | CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN DR<br>MAILSTOP SJC-13, 3RD FL<br>SAN JOSE, CA 95134 |
| CISCO SYSTEMS CAPITAL CORPORATION<br>170 WEST TASMAN DR<br>MS SJ 13/3<br>SAN JOSE, CA 95134 | COMMISSION JUNCTION INC<br>PRESIDENT/LEGAL DEPARTMENT<br>530 EAST MONTECITO STREET<br>SUITE 106<br>SANTA BARBARA, CA 93103 | COYOTE LOGISTICS, LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>960 NORTH POINT PKWY<br>ALPHARETTA, GA 30005 |
| CROWN CREDIT COMPANY<br>40 S WASHINGTON ST.<br>NEW BREMEN, OH 45869 | ELITE EXPORTS INC S.A.<br>PRESIDENT/LEGAL DEPARTMENT<br>3200 NW 67TH AVENUE<br>BUILDING 2, SUITE 290<br>MIAMI, FL 33122 | FARM DIRECT CORPORATION<br>PRESIDENT/LEGAL DEPARTMENT<br>9500 S DADELAND BLVD<br>SUITE 508<br>MIAMI, FL 33156 |
| FARMSTEAD GOURMET LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>515 NORTH READING RD<br>EPHRATA, PA 17522 | FTD COMPANIES, INC.<br>SCOTT D. LEVIN, PRESIDENT & CEO<br>3113 WOODCREEK DRIVE<br>DOWNERS GROVE, IL 60515 | GKG FULFILLMENT LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>111 KERRY LN<br>WAUCONDA, IL 60084 |
| GOOGLE AFFILIATE NETWORK INC<br>PRESIDENT/LEGAL DEPARTMENT<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA 94043 | GUITTARD CHOCOLATE COMPANY<br>PRESIDENT/LEGAL DEPARTMENT<br>10 GUITTARD RD<br>BURLINGAME, CA 94010 | HARRIS TRUST AND SAVINGS BANK<br>111 W MONROE ST<br>CHICAGO, IL 60603 |
| HOLEX FLOWER B.V.<br>PRESIDENT/LEGAL DEPARTMENT<br>MAGNOLIA 3<br>DE KWAKEL<br>1424 LA<br>NETHERLANDS | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA, PA 19104-5016 | LEGACY STAFFING SOLUTIONS<br>PRESIDENT/LEGAL DEPARTMENT<br>226 WESTINGHOUSE BLVD.<br>SUITE 301<br>CHARLOTTE, NC 28273 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLC.<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | OFFICE OF THE UNITED STATES TRUSTEE<br>TIMOTHY J. FOX, JR.<br>844 KING ST, SUITE 2207<br>LOCKBOX 35<br>WILMINGTON, DE 19801-3519 | PACKAGING CORP OF AMERICA<br>PRESIDENT/LEGAL DEPARTMENT<br>2155 42ND ST NW<br>WINTER HAVEN, FL 33881 |
| PREMIER PACKAGING, LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>3254 RELIABLE PKWY<br>CHICAGO, IL 60686 | R&M CONSULTING CHICAGO LLC<br>PRESIDENT/LEGAL DEPARTMENT<br>205 N MICHIGAN AVENUE<br>SUITE 2660<br>CHICAGO, IL 60601 | RAINFOREST FARMLANDS KENYA LIMITED<br>PRESIDENT/LEGAL DEPARTMENT<br>P.O. BOX 2522 - 00606<br>NAIROBI, SARIT CENTRE<br>KENYA |
| RANDSTAD HORIZONS, LP<br>PRESIDENT/LEGAL DEPARTMENT<br>10940 WILSHIRE BLVD, 1910<br>LOS ANGELES, CA 90024 | ROBERT REISER & CO INC<br>725 DEDHAM ST<br>CANTON, MA 02021 | ROCKY MOUNTAIN CHOCOLATE FACTORY INC<br>PRESIDENT/LEGAL DEPARTMENT<br>265 TURNER DR<br>DURANGO, CO 81303-7941 |

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION<br>LARA MEHRABAN, ASSOC REG DIR<br>200 VESEY STREET<br>SUITE 400<br>NEW YORK, NY 10281 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC 20549 | STEPHEN GOULD CORP<br>PRESIDENT/LEGAL DEPARTMENT<br>35 SOUTH JEFFERSON RD<br>WHIPPANY, NJ 7981 |
| SUN VALLEY FLORAL FARMS<br>PRESIDENT/LEGAL DEPARTMENT<br>3160 UPPER BAY RD<br>ARCATA, CA 95521-9690 | SURESTAFF INC<br>PRESIDENT/LEGAL DEPARTMENT<br>7083 SOLUTION CTR<br>CHICAGO, IL 60677-7000 | SYNDICATE SALES, INC<br>PRESIDENT/LEGAL DEPARTMENT<br>2025 NORTH WABASH<br>KOKOMO, IN 46901 |
| UPS SUPPLY CHAIN SOLUTIONS, INC<br>PRESIDENT/LEGAL DEPARTMENT<br>28013 NETWORK PL<br>CHICAGO, IL 60673-1280 | VERITIV OPERATING COMPANY<br>PRESIDENT/LEGAL DEPARTMENT<br>3568 SOLUTIONS CTR<br>CHICAGO, IL 60677-3005 | WELLS FARGO RETAIL FINANCE, LLC<br>1 BOSTON PL, 19TH FL<br>BOSTON, MA 02108 |

Parties Served: 42