**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc. | : | Case No. 19-11240 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.  **United Parcel Services, Inc.,** Attn: Jill Termini, 55 Glenlake Parkway, NE, Atlanta, GA 30328, Phone: 404-829-6455, Fax: 404-828-6912

2.  **Atlas Flowers, Inc. d/b/a Golden Flowers**, Attn: Gabriel Becerra, 2600 NW 79th Ave, Doral, FL 33122, Phone: 305-599-0193, Fax: 305-477-0616

3.  **Farm Direct Corp.,** Attn: Roger Wright, 9500 S. Dadeland Blvd, Miami, FL 33156, Phone: 305-670-3211, Fax: 305-670-3229

4.  **Veritiv Corporation,** Attn: Darin Ball, 1000 Abernathy Rd NE Bldg. 400, Ste 1700, Atlanta, GA 30328, Phone: 770-391-8355

5.  **Ad Results, Media, LLC,** Attn: Michael Kropko, 320 Westcott Street, Suite 101, Houston, TX 77007, Phone: 713-783-1800

6.  **Legacy Staffing Solutions LLC,** Attn: Evelin Valdivieso, 218 Westinghouse Blvd., Suite 205, Charlotte, NC 28273, Phone: 704-919-0346

7.  **Packaging Corp. of America,** Attn: Giacomo (Jack) Mauro, 1 N. Field Ct., Lake Forest, IL 60045, Phone: 847-482-2134, Fax: 847-440-5498

               ANDREW R. VARA
               Acting United States Trustee, Region 3


               /s/ *Timothy Fox* for
               T. PATRICK TINKER
               ASSISTANT UNITED STATES TRUSTEE

DATED: June 12, 2019

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Dan DeFranceschi, Esq., Phone: 302-651-7700, Fax: 302-651-7701