**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re FTD Companies, Inc., *et al* .                              Case No. 19-11240 (LSS)
          Debtors                                                      (Jointly Administered)

**INITIAL MONTHLY OPERATING REPORT**
File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | Exhibit A | See Ex. A Note |
| **Certificates of Insurance:** | | |
| Workers Compensation | | |
| Property | | |
| General Liability | Exhibit B | |
| Vehicle | | |
| Excess Liability | | |
| Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3.  Refer to http://www.deb.uscourts.gov/ | | See Ex. C Note |
| Other: | | |
| **Retainers Paid (Form IR-2)** | Exhibit D | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____                    6/18/2019
Signature of Authorized Individual*                          Date


Alan D. Holtz                                                CHIEF RESTRUCTURING OFFICER
Printed Name of Authorized Individual                        Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

                                                                        FORM IR
                                                                        (4/07)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re FTD Companies, Inc., *et al*.
        Debtors

Case No. 19-11240 (LSS)
(Jointly Administered)

**EXHIBIT A**
**12-Month Cash Flow Projection  (Form IR-1)**

Please refer to the following pages extracted from the "INTERIM ORDER PURSUANT TO SECTIONS 105, 361, 362, 363, 364, AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-2, (I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (III) SCHEDULING FINAL HEARING, AND (IV) GRANTING RELATED RELIEF" [Docket 0060], entered on June 5, 2019.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| FTD Companies, Inc., et al.,[1] | : | **Case No. 19-11240 (LSS)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : | **Re: Docket No. 19** |
|  | : |  |

**INTERIM ORDER PURSUANT TO SECTIONS
105, 361, 362, 363, 364, AND 507 OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-2,
(I) AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION
FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING
ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES,
(III) SCHEDULING FINAL HEARING, AND (IV) GRANTING RELATED RELIEF**

This matter coming before the Court on the *Motion of the Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief* [Docket No. 19] (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of (i) an interim order (this "Interim Order") and (ii) a final order

---

[1]     The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]     Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Motion or the DIP Documents (defined below), as applicable.

# EXHIBIT A

## APPROVED BUDGET

**FTD Companies Inc.**

Consolidated DIP Budget

*$ in thousands*

| Week Ending ➜ | Week 1 06/07/19 | Week 2 06/14/19 | Week 3 06/21/19 | Week 4 06/28/19 | Week 5 07/05/19 | Week 6 07/12/19 | Week 7 07/19/19 | Week 8 07/26/19 | Week 9 08/02/19 | 9 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Operating Receipts | $ 7,070 | $ 10,277 | $ 7,950 | $ 8,408 | $ 4,069 | $ 5,544 | $ 4,310 | $ 6,168 | $ 4,216 | $ 58,013 |
| Net Credit Card Passthrough | 413 | 413 | 413 | 413 | 378 | 363 | 363 | 363 | 374 | 3,494 |
| | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | |
| Member Disbursements | - | (4,355) | (5,825) | (6,260) | - | (1,611) | (2,062) | (2,223) | - | (22,335) |
| Payroll/Benefits | (209) | (3,798) | (209) | (3,635) | (209) | (3,573) | (209) | (3,529) | (209) | (15,577) |
| Freight | - | (803) | (803) | (803) | (1,003) | (806) | (806) | (806) | (806) | (6,636) |
| Professional Services | - | (148) | (148) | (148) | (396) | (424) | (424) | (424) | (424) | (2,537) |
| Marketing | - | (785) | (785) | (785) | (2,174) | (2,118) | (2,118) | (2,118) | (951) | (11,835) |
| Inventory | 0 | (1,266) | (1,266) | (1,266) | (1,266) | (974) | (626) | (744) | (974) | (8,383) |
| Technology | - | (168) | (168) | (168) | (168) | (162) | (162) | (162) | (162) | (1,322) |
| Taxes | (1,239) | (50) | (6,932) | - | (67) | (67) | (1,335) | (67) | (67) | (9,822) |
| Warehousing, Rent, & Utilities | - | (334) | (130) | (70) | (809) | (188) | (284) | (70) | (650) | (2,535) |
| Professional Fees - Recurring | - | (178) | (178) | (178) | (134) | (118) | (118) | (118) | (118) | (1,140) |
| Other | - | (468) | (218) | (218) | (926) | (975) | (1,225) | (975) | (710) | (5,714) |
| Total Operating Disbursements | (1,447) | (12,353) | (16,660) | (13,530) | (7,150) | (11,017) | (9,369) | (11,237) | (5,072) | (87,834) |
| Net Operating Cash Flow | 6,036 | (1,662) | (8,297) | (4,709) | (2,704) | (5,110) | (4,695) | (4,705) | (482) | (26,327) |
| | | | | | | | | | | |
| **Restructuring Disbursements** | | | | | | | | | | |
| Professional Fees - Restructuring | - | - | (500) | - | (500) | - | - | (4,044) | - | (5,044) |
| First Day Motion and Admin Claims | (3,339) | (4,998) | (4,998) | (4,998) | - | - | - | - | - | (18,334) |
| Severance / Retention | (77) | (55) | - | (147) | - | - | - | - | (105) | (384) |
| DIP Interest and Fees | (1,375) | - | - | - | (305) | - | - | - | (501) | (2,182) |
| Prepetition Debt Repayment | (12,000) | - | - | - | (27,486) | - | - | - | - | (39,486) |
| Total Restructuring Disbursements | (16,792) | (5,053) | (5,498) | (5,145) | (28,291) | - | - | (4,044) | (606) | (65,429) |
| Net Cash Flow | $ (10,755) | $ (6,715) | $ (13,795) | $ (9,854) | $ (30,995) | $ (5,110) | $ (4,695) | $ (8,749) | $ (1,088) | $ (91,756) |
| | | | | | | | | | | |
| **Book Cash Balance Roll Forward** | | | | | | | | | | |
| Beginning Balance | $ 9,302 | $ 9,142 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 9,302 |
| Net Cash Flow | (10,755) | (6,715) | (13,795) | (9,854) | (3,509) | (5,110) | (4,695) | (8,749) | (1,088) | (64,270) |
| DIP Draw | 12,000 | 2,572 | 13,795 | 9,854 | 30,995 | 5,110 | 4,695 | 8,749 | 1,088 | 88,858 |
| Ending Balance | $ 10,547 | $ 5,000 | $ 5,000 | $ 5,000 | $ 32,486 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 33,890 |
| | | | | | | | | | | |
| **DIP Loan Roll Forward** | | | | | | | | | | |
| Beginning Balance | $ - | $ 12,000 | $ 14,572 | $ 28,367 | $ 38,221 | $ 69,216 | $ 74,326 | $ 79,021 | $ 87,770 | $ - |
| DIP Draw | 12,000 | 2,572 | 13,795 | 9,854 | 30,995 | 5,110 | 4,695 | 8,749 | 1,088 | 88,858 |
| Ending Balance | $ 12,000 | $ 14,572 | $ 28,367 | $ 38,221 | $ 69,216 | $ 74,326 | $ 79,021 | $ 87,770 | $ 88,858 | $ 88,858 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re FTD Companies, Inc., *et al*.
Debtors

Case No. 19-11240 (LSS)
(Jointly Administered)

**EXHIBIT B**
**Certificates of Insurance**

 **EVIDENCE OF COMMERCIAL PROPERTY INSURANCE**

| | DATE (MM/DD/YYYY) |
|---|---|
| | 6/7/2019 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): (213) 689-0065 | COMPANY NAME AND ADDRESS | NAIC NO: 10014 |
|---|---|---|---|
| Lockton Insurance Brokers, LLC<br>777 S. Figueroa Street, 52nd Fl.<br>CA License #0F15767<br>Los Angeles CA 90017 | | Affiliated FM Insurance Company | |

| FAX (A/C, No): (213) 689-0550 | E-MAIL ADDRESS: | |
|---|---|---|
| CODE: | SUB CODE: | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH |
| AGENCY CUSTOMER ID #: | | |

| NAMED INSURED AND ADDRESS | POLICY TYPE |
|---|---|
| 1114217  FTD Companies, Inc.<br>and its subsidiaries<br>3113 Woodcreek Dr.<br>Downers Grove IL 60515 | Property |

| | | | |
|---|---|---|---|
| LOAN NUMBER | | POLICY NUMBER | |
| | | SS457 | |
| EFFECTIVE DATE | EXPIRATION DATE | | |
| 10/15/2018 | 10/15/2019 | ☐ CONTINUED UNTIL TERMINATED IF CHECKED | |

| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: |
|---|---|

**PROPERTY INFORMATION**  (ACORD 101 may be attached if more space is required)  ☒ BUILDING  OR  ☒ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES.  LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | | BROAD | X | SPECIAL | |
|---|---|---|---|---|---|---|---|
| COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ | | | | 418,000,000 | | DED: 50,000 | |

| | YES | NO | N/A | |
|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☒ RENTAL VALUE | X | | | If YES, LIMIT: Policy Limit        Actual Loss Sustained; # of months: |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC |
|     IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | | X | |
|     IS DOMESTIC TERRORISM EXCLUDED? | | | X | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: 1,000,000        DED: 50,000 |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | X | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | X | | | |
| COINSURANCE | | X | | If YES,        % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: Policy Limit        DED: 50,000 |
| ORDINANCE OR LAW  - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT:        DED: |
|     - Demolition Costs | X | | | If YES, LIMIT: Policy Limit        DED: 50,000 |
|     - Incr. Cost of Construction | X | | | If YES, LIMIT: Policy Limit        DED: 50,000 |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: Scheduled        DED: Scheduled |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: Scheduled        DED: Scheduled |
| WIND / HAIL INCL  ☒ YES ☐ NO  Subject to Different Provisions: | | X | | If YES, LIMIT: Policy Limit        DED: Scheduled |
| NAMED STORM INCL  ☐ YES ☒ NO  Subject to Different Provisions: | | | X | If YES, LIMIT:        DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| ☐ CONTRACT OF SALE | ☐ LENDER'S LOSS PAYABLE | ☐ LOSS PAYEE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| ☐ MORTGAGEE | | | |

| NAME AND ADDRESS | |
|---|---|
| 649280  Office of the United States Trustee<br>District of Delaware<br>Attn: Timothy J. Fox<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | AUTHORIZED REPRESENTATIVE<br>*Timothy J. Fox* |

ACORD 28 (2016/03)

The ACORD name and logo are registered marks of ACORD

© 2003-2015 ACORD CORPORATION.  All rights reserved.



# CERTIFICATE OF LIABILITY INSURANCE

10/15/2019

| DATE (MM/DD/YYYY) |
| --- |
| 6/7/2019 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | Lockton Insurance Brokers, LLC<br>777 S. Figueroa Street, 52nd Fl.<br>CA License #0F15767<br>Los Angeles CA 90017<br>(213) 689-0065 | CONTACT NAME: | | |
|---|---|---|---|---|
| | | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | INSURER A : The American Insurance Company | | 21857 |
| INSURED 1402124 | FTD Companies, Inc.<br>and its subsidiaries<br>3113 Woodcreek Dr.<br>Downers Grove IL 60515 | INSURER B : Fireman's Fund Insurance Company | | 21873 |
| | | INSURER C : National Surety Corporation | | 21881 |
| | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES   FTDCO01   CERTIFICATE NUMBER:   16132135   REVISION NUMBER:   XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE  X OCCUR<br>X  Liquor Liab. Incl.<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PROJECT ☐ LOC<br>☐ OTHER: | N | N | MXX80991461 | 10/15/2018 | 10/15/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | N | N | MXX80991461 (AOS)<br>MXA07184411 (MA) | 10/15/2018<br>10/15/2018 | 10/15/2019<br>10/15/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | Comp/Coll | $ 1,000 |
| B | UMBRELLA LIAB X OCCUR<br>X EXCESS LIAB ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | N | N | SSE00032349003 | 10/15/2018 | 10/15/2019 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ XXXXXXX |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N | SCW005436-18 | 10/15/2018 | 10/15/2019 | X PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **16132135**<br>Office of the United States Trustee<br>District of Delaware<br>Attn: Timothy J. Fox<br>844 King St., Ste. 2207<br>Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Timothy J. Nani* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re FTD Companies, Inc., *et al*.                              Case No. 19-11240 (LSS)
    Debtors                                          (Jointly Administered)

**EXHIBIT C**
**Evidence of Debtor in Possession Bank Accounts**

Please refer to the "INTERIM ORDER GRANTING MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS: (I) APPROVING THE CONTINUED USE OF THE DEBTORS' CASH MANAGEMENT SYSTEM AND BUSINESS FORMS; (II) EXTENDING THE TIME TO COMPLY WITH SECTION 345(B) OF THE BANKRUPTCY CODE; (III) APPROVING CONTINUATION OF ORDINARY COURSE INTERCOMPANY TRANSACTIONS; AND (IV) GRANTING RELATED RELIEF" [Docket 0053], entered on June 4, 2019.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re    __FTD Companies, Inc., *et al.*__
              Debtors

Case No. __19-11240 (LSS)  (Jointly Administered)__
Reporting Period: __Initial MOR - 6/18/2019__

**SCHEDULE OF RETAINERS PAID TO PROFESSIONALS**
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check | | Name of Payor | Amount | Amount Applied to Date [2] | Balance |
|---|---|---|---|---|---|---|
| | Date | Number | | | | |
| AlixPartners LLP | 5/31/2019 | ACH | FTD, Inc. | $ 300,000 | $ - | $ 300,000 |
| Jones Day | 5/31/2019 | ACH | FTD, Inc. | $ 100,000 | $ - | $ 100,000 |
| Richards, Layton & Finger | various | ACH | FTD, Inc. | $ 170,044 | $ 170,044 | $ - |
| Moelis & Company LLC | n/a | | FTD, Inc. | $ - | $ - | $ - |
| Piper Jaffray & Co | n/a | | FTD, Inc. | $ - | $ - | $ - |
| Omni Management Group | 5/17/2019 | ACH | FTD, Inc. | $ 25,000 | $ - | $ 25,000 |
| Joele Frank | various | ACH | FTD, Inc. | $ 300,000 | $ 299,650 | $ 350 |
| Mercer US Inc | n/a | | FTD, Inc. | $ - | $ - | $ - |

[1] Identify all Evergreen Retainers
[2] Amounts subject to change upon completion of reconciliation of retainers for pre-petition amounts applied.

FORM IR-2
(4/07)