IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF DEPOSITION OF JOHN DEMPSEY

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable herein by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official Committee of Unsecured Creditors in the above-captioned jointly administered proceedings, by and through its counsel, Kelley Drye & Warren LLP, will take the deposition upon oral examination of John Dempsey of Mercer (US) Inc.  The deposition will commence at 9:00 a.m. on June 24, 2019, at the offices of Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Suite 801, Wilmington, Delaware.

PLEASE TAKE FURTHER NOTICE that the oral examination will be conducted before a person authorized to administer oaths and will continue from day to day until completed.  The deposition will be recorded by stenographic means.

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

12449584 v1

Dated:  June 19, 2019
      Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

<u>     */s/ Kevin M. Capuzzi*     </u>
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware  19801
Tel:  (302) 442-7010
Fax:  (302) 442-7012
Email: jhoover@beneschlaw.com
       kcapuzzi@beneschlaw.com

Eric R. Wilson (*pro hac vice*)
Jason R. Adams (*pro hac vice* pending)
William S. Gyves (*pro hac vice* pending)
Lauren S. Schlussel (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York  10178
Tel:  (212) 808-7800
Fax:  (212) 808-7697
Email: ewilson@kelleydrye.com
       jadams@kelleydrye.com
       wgyves@kelleydrye.com
       lschlussel@kelley.drye.com
       mmcloughlin@kelleydrye.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

12449584 v1