IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FTD Companies, Inc., et al.,[1] | § | Case No. 19-11240 (LSS) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Objection Deadline:** |
| | § | **June 19, 2019 at 4:00 p.m. (ET)** |
| | § | **Hearing Date:** |
| | § | **June 25, 2019 at 10:00 a.m. (ET)** |
| | § | **Ref. Docket No. 82** |

**LIMITED OBJECTION OF THE EASYSAVER CLASS REPRESENTATIVES TO THE DEBTORS' MOTION FOR ENTRY OF ORDERS (I)(A) APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (B) AUTHORIZING THE DEBTORS TO ENTER INTO ONE OR MORE STALKING HORSE AGREEMENTS AND TO PROVIDE BIDDING PROTECTIONS THEREUNDER, (C) SCHEDULING AN AUCTION AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES, (E) SCHEDULING A SALE HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF AND (F) GRANTING RELATED RELIEF; (II)(A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (C) GRANTING <u>RELATED RELIEF</u>**

By and through their undersigned counsel, the Class Representatives (the "EasySaver Class Representatives") on behalf of themselves and all other similarly situated members of the certified settlement class in *In re EasySaver Rewards Litigation*,[2] file this limited objection to the

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Case No. 3:09-cv-02094-BAS-WVG in the U.S. District Court for the Southern District of California. The EasySaver Class Representatives are Josue Romero, Deanna Hunt, Kimberly

*Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* (the "Motion"),[3] and respectfully state as follows:

1. On August 19, 2009, plaintiff Josue Romero commenced a civil action in the Superior Court of the County of San Diego entitled *Josue Romero v. Provide Commerce, Inc., Regent Group, Inc. dba Encore Marketing International, et al.,* Case No. 37-2009-00096492-CU-BT-CTL. On September 25, 2009, the case was removed to the United States District Court for the Southern District of California (the "District Court"), which assigned it Case No. 09-CV-02111.

2. On September 24, 2009, then-plaintiff Bobbi Sledge initiated the action entitled *Sledge v. Provide Commerce, Inc.,* Case No. 09-CV-2094, in the District Court.

3. On November 13, 2009, the District Court consolidated the *Sledge* and *Romero* cases under Case No. 09-CV-2094 with the new title *In re EasySaver Rewards Litigation.*

4. On June 13, 2012, the class representatives and defendants Provide Commerce, Inc., and Regent Group, Inc. dba Encore Marketing International, Inc. (collectively, the

---

Kenyon, Gina Bailey, Alissa Herbst, Grant Jenkins, Bradley Berentson, Jennifer Lawler, Daniel Cox, Jonathan Walter and Christopher Dickey.

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

"Defendants") entered into a settlement agreement (the "Settlement Agreement"). The settlement established a $12.5 million fund and directed the Defendants to pay every class member a $20 credit. Attached hereto as **Exhibit A** is a copy of the Settlement Agreement. The settlement amount was to be funded by the Defendants in accordance with an agreement reached between the Defendants and their respective insurers. Settlement Agreement, ¶ 2.1(f).

5.   The Settlement Agreement was approved by the District Court in January 2013, which approval was subsequently appealed to the Ninth Circuit. The Ninth Circuit vacated and remanded the portion of the settlement relating to the award of attorney's fees, but otherwise affirmed the District Court's approval of the Settlement Agreement.

6.   On June 3, 2019 ("Petition Date"), Provide Commerce LLC, FTD Companies, Inc., and 13 other affiliated entities (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Code (the "Bankruptcy Code"). On June 4, 2019, the Bankruptcy Court ordered the chapter 11 cases to be jointly administered under Case No. 19-11240.

7.   On June 6, 2019, the Debtors filed the Motion seeking, among other things, entry of the Bidding Procedures Order (Docket No. 82). On June 7, 2019, the Court entered an order setting June 19, 2019, as the deadline for objections pertaining to the entry of the Bidding Procedures Order. The deadline for objections to the sales contemplated by the Motion will be set at a later date. The EasySaver Class Representatives reserve all rights to object to the contemplated sales at the appropriate time.

8.   The following assets are subject to sale in accordance with the proposed bidding procedures:

- The FTD Assets

- o   FTD.com, the business unit held by Debtor FTD.COM Inc.; and
- o   the florist business segment held by Debtor Florists' Transworld Delivery, Inc.

- The Provide Businesses
  - o   the Restructured ProFlowers Business (as defined in the Motion) which is operated by Debtor Provide Commerce, Inc. ("Provide Commerce");[4]
  - o   the Gourmet Foods business (including Shari's Berries) ("Gourmet Foods"), which is operated by Provide Commerce; and
  - o   the Personal Creations business (including Gifts.com) ("Personal Creations"), which is operated by Debtor Provide Creations, Inc.

9.   As of the Petition Date, the EasySaver Class Representatives had a binding settlement agreement with Provide Commerce in the amount of $12.5 million plus other consideration. Provide Commerce's insurance carriers are liable for the settlement. Provide Commerce intends to sell its ProFlowers Business in accordance with the bidding procedures.

10.   Out of an abundance of caution, the EasySaver Class Representatives are filing this limited objection to confirm that the bidding procedures and sale will not include the insurance policies of the Debtors or the proceeds of those policies that have been committed to the funding of the Settlement Agreement, which need to remain in the estate, subject to the claims of the EasySaver Class Representatives and other members of the certified class. Although the insurance policies themselves may be valuable assets of the bankruptcy estate, the proceeds of the subject insurance policies would not be available for the payment of the claims

---

[4] The EasySaver Class Representatives note that Provide Commerce, LLC is the entity that filed a chapter 11 bankruptcy petition in Case No. 19-11252, but the Motion refers to "Debtor Provide Commerce, Inc." Provide Commerce, LLC's voluntary petition states that it has used the name "Provide Commerce, Inc." within the last 8 years. See Docket No. 1 in Case No. 19-11252. Accordingly, upon information and belief, the EasySaver Class Representatives believe that this is the same entity that entered into the Settlement Agreement.

01:24615889.1

of general unsecured creditors. Instead, the proceeds would inure to the benefit of the aggrieved parties, here, the EasySaver Class Representatives and the other class members. Accordingly, the policies and their related proceeds should remain in the bankruptcy estate for the satisfaction of Provide Commerce's obligations under the Settlement Agreement.

11. The Debtors have failed to provide their creditors with enough information to evaluate the impact of the bidding procedures and the contemplated sales. Namely, Debtors have not filed a proposed asset purchase agreement, and it is not clear what assets are being sold with respect to each business segment identified in the Motion. Without more information, the EasySaver Class Representatives cannot determine how the current bidding procedures and proposed asset sales will affect the settlement with Provide Commerce.  Accordingly, the EasySaver Class Representatives object to the entry of the Bidding Procedures Order unless it is made clear that the contemplated sales will not affect the availability of the Debtors' insurance as it relates to the Settlement Agreement.

12. In accordance with Local Rule 9013-1(h), the EasySaver Class Representatives consent to the entry of final orders or judgments on this matter by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## **CONCLUSION**

WHEREFORE, the EasySaver Class Representatives respectfully request that the Court (a) deny or clarify the bidding procedures to address the issues raised herein, and (b) grant the EasySaver Class Representatives such other and further relief as the Court deems just and appropriate.

Dated: June 19, 2019  Respectfully Submitted

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

 */s/ Travis G. Buchanan*
Sharon M. Zieg (No. 4196)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, DE 19801
P: 302-571-6655
F: 302-576-3350

AND

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION**

Sander L. Esserman
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**ATTORNEYS FOR THE EASYSAVER CLASS REPRESENTATIVES IN *IN RE EASYSAVER REWARDS LITIGATION***