# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FTD Companies, Inc., *et al.*,[1] | § § | Case No. 19-11240 (LSS) |
| Debtors. | § § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Lisa M. Eden, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel for Easysaver Class Representatives in *In re Easysaver Rewards Litigation* in the above-captioned case, and that on June 19, 2019, she caused the foregoing document to be served as indicated on the attached service list.

                                                    /s/ Lisa M. Eden
                                                    Lisa M. Eden

SWORN TO AND SUBSCRIBED before me this 19 day of June, 2019.

/s/ Melissa L. Romano
Notary Public
My Commission Expires:

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2022

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

01:23675586.7

**FIRST CLASS MAIL**
Ad Results Media, LLC
6110 Clarkson Ln.
Houston, TX 77055

**FIRST CLASS MAIL**
Adobe System Inc.
345 Park Ave.
San Jose, CA 95110

**FIRST CLASS MAIL**
Ads Alliance Data Systems, Inc.
30699 Russell Ranch Rd., Ste. 250
Westlake Village, CA 91362

**FIRST CLASS MAIL**
Alorica, Inc.
5 Park Plz, Ste. 1100
Irvine, CA 92614

**FIRST CLASS MAIL**
Amerisource Funding, Inc.
Assignee For Baronhr LLC
7225 Langtry St.
Houston, TX 77040

**FIRST CLASS MAIL**
Atlas Flowers Inc.
Attn: Gabriel Becerra
2600 NW 79th Ave.
Miami, FL 33122

**HAND DELIVERY AND ELECTRONIC MAIL**
Benesch, Friedlander, Coplan & Arnoff, LLP
Attn: Jennifer Hoover and Kevin Capuzzi
222 Delaware Ave., Ste. 801
Wilmington, DE 19801
Email: jhoover@beneschlaw.com
Email: kcapuzzi@beneschlaw.com

**HAND DELIVERY AND ELECTRONIC MAIL**
Buchanan Ingersoll & Rooney PC
Attn: Mary F. Caloway
919 North Market Street, Suite 990
Wilmington, DE 19801
Email: mary.caloway@bipc.com

**FIRST CLASS MAIL**
C.I Flores Ipanema Ltda
Carrera 13 No. 97-51, Ofc 202
Bogota
Columbia

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
California Fruit Exchange, LLC
6011 East Pine St.
Lodi, CA 95240
Email: Ar@Agiftinside.com

**HAND DELIVERY AND ELECTRONIC MAIL**
Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market St., Ste. 710
Wilmington, DE 19801
Email: kgrivner@clarkhill.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Clark Hill Strasburger
Attn: Andrew G. Edson
901 Main St., Ste. 6000
Dallas, TX 75202
Email: andrew.edson@clarkhillstrasburger.com

**FIRST CLASS MAIL**
Commission Junction Inc.
530 East Montecito St., Ste. 106
Santa Barbara, CA 93103

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Commonwealth of PA Department of Labor
and Industry
Attn: Deb Secrest
651 Boas St., Rm 925
Harrisburg, PA 17121
Email: ra-li-ucts-bankrupt@state.pa.us

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Coyote Logistics, LLC
960 North Point Pkwy
Alpharetta, GA 30005
Email: Ryan.Mumford@Coyote.com

**HAND DELIVERY AND ELECTRONIC MAIL**
DLA Piper LLP (US)
Attn: Stuart M. Brown
Attn: Maris J. Kandestin
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Email: stuart.brown@dlapiper.com
Email: maris.kandestin@dlapiper.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Drinker Biddle & Reath LLP
Attn: Marita S. Erbeck
600 Campus Dr.
Florham Park, NJ 07932-1047
Email: marita.erbeck@dbr.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Farm Direct Corporation
Attn: Roger Wright
9500 S Dadeland Blvd., Ste. 508
Miami, FL 33156
Email: Kgauchier@Equatoroses.com

**FIRST CLASS MAIL**
FTD Companies, Inc.
Attn: Scott D. Levin, President & CEO
3113 Woodcreek Drive
Downers Grove, IL 60515

**FIRST CLASS MAIL**
Google Affiliate Network Inc
1600 Amphitheatre Pkwy
Mountain View, CA 94043

**HAND DELIVERY AND ELECTRONIC MAIL**
Hogan & McDaniel
Attn: Garvan F. McDaniel
1311 Delaware Ave.
Wilmington, DE 19806
Email: gfmcdaniel@dkhogan.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
DLA Piper LLP (US)
Attn: Richard A. Chesley and Maris J. Kandestin
444 West Lake Street, Suite 900
Chicago, IL 60606
Email: richard.chesley@dlapiper.com
Email: maris.kandestin@dlapiper.com

**HAND DELIVERY AND ELECTRONIC MAIL**
Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801-1621
Email: patrick.jackson@dbr.com

**FIRST CLASS MAIL**
Elite Exports Inc S.A.
3200 NW 67th Ave., Bldg. 2, Ste. 290
Miami, FL 33122

**FIRST CLASS MAIL**
Farmstead Gourmet LLC
515 North Reading Rd
Ephrata, PA 17522

**FIRST CLASS MAIL**
Gkg Fulfillment LLC
111 Kerry Ln
Wauconda, IL 60084

**FIRST CLASS MAIL**
Guittard Chocolate Company
10 Guittard Rd
Burlingame, CA 94010

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Holex Flower B.V.
Attn: Paul Hoogenboom
Magnolia 3
1424 LA De Kwakel
The Netherlands
Email: paul.hoogenboom@holex.com

**FIRST CLASS MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Jones Day
Attn: Brad Erens and Caitlin Cahow
77 West Wacker
Chicago, IL 60601
Email: bberens@jonesday.com
Email: ccahow@jonesday.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
King & Spalding, LLP
Attn: Arthur J. Steinberg
1185 Ave. of the Americans, 34th FL
New York, NY 10036
Email: asteinberg@kslaw.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLC
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste. 1000
Dallas, TX 75207
Email: dallas.bankruptcy@publicans.com

**HAND DELIVERY AND ELECTRONIC MAIL**
Monzack Mersky McLaughlin and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange St., Ste. 400
Wilmington, DE 19801
Email: rmersky@monlaw.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Morrison & Foerster LLP
Attn: Jennifer Marines and Erica Richards
250 W 55th St.
New York, NY 10019-9601
Email: JMarines@mofo.com
Email: ERichards@mofo.com

**FIRST CLASS MAIL**
Packaging Corp Of America
2155 42nd St. NW
Winter Haven, FL 33881

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Jones Day
Attn: Heather Lennox and Thomas Wilson
901 Lakeside Avenue
Cleveland, OH 44114
Email: hlennox@jonesday.com
Email: tawilson@jonesday.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Kelley Drye & Warren, LLP
Attn: Eric Wilson and Lauren Schlussel
101 Park Ave.
New York, NY 10178
Email: ewilson@kelleydrye.com
Email: lschlussel@kelleydrye.com
Email: kdwbankruptcydepartment@kelleydrye.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Legacy Staffing Solutions
226 Westinghouse Blvd, Ste. 301
Charlotte, NC 28273
Email: Evelin@Legacystaffingnc.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Linebarger Goggan Blair & Sampson, LLC
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
Email: houston_bankruptcy@publicans.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Moore & Van Allen PLLC
Attn: Jim Langdon and Cole B. Richins
100 North Tyron St., Suite 4700
Charlotte, NC 28202-4003
Email: colerichins@mvalaw.com
Email: jimlangdon@mvalaw.com

**HAND DELIVERY AND ELECTRONIC MAIL**
Office of the United States Trustee
Attn: Timothy J. Fox, Jr.
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19801-3519
Email: timothy.fox@usdoj.gov

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Pension Benefit Guaranty Corporation
Office of the General Counsel
Attn: Emily Manbeck
1200 K Street, N.W.
Washington, D.C. 20005-4026
Email: manbeck.emily@pbgc.gov

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Pension Benefit Guaranty Corporation
9000 Haggerty Rd
Dept 77430 Mail Code Mi 1-8244
Belleville, MI 48111
Email: efile@pbgc.gov

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Procopio, Cory, Hargreaves & Savitch, LLP.
Attn: Gerald P. Kennedy
525 B St., Ste. 2200
San Diego, CA 92101
Email: gerald.kennedy@procopio.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Rainforest Farmlands Kenya Limited
P.O. Box 2522 - 00606
Nairobi
Sarit Centre
Kenya
Email: info@fleurafrica.com

**HAND DELIVERY AND ELECTRONIC MAIL**
Richards Layton & Finger, P.A.
Attn: Daniel DeFranceschi, Paul Heath,
Brett Haywood, and Megan Kenney
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: defranceschi@rlf.com; heath@rlf.com; haywood@rlf.com; kenney@rlf.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Securities & Exchange Commission
New York Regional Office
Attn: Lara Mehraban, Assoc Reg Dir
200 Vesey St., Ste. 400
New York, NY 10281
Email: NYROBankruptcy@SEC.GOV

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Stephen Gould Corp
35 South Jefferson Rd
Whippany, NJ 07981
Email: Kgcamp@Stephengould.com

**FIRST CLASS MAIL**
Surestaff Inc
7083 Solution Ctr
Chicago, IL 60677-7000

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Premier Packaging, LLC
3254 Reliable Pkwy
Chicago, IL 60686
Email: Lhagan@Prempack.com

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
R&M Consulting Chicago LLC
Law Office of William M. Walsh, LLC
Attn: William M. Walsh
53 W. Jackson Boulevard, Suite 230
Chicago, IL 60604
Email: walshlaw45@msn.com

**FIRST CLASS MAIL**
Randstad Horizons, LP
10940 Wilshire Blvd, 1910
Los Angeles, CA 90024

**FIRST CLASS MAIL**
Rocky Mountain Chocolate Factory Inc.
265 Turner Dr
Durango, CO 81303-7941

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Securities & Exchange Commission
Secretary of the Treasury
100 F St. NE
Washington, DC 20549
Email: SECBankruptcy-OGC-ADO@SEC.GOV

**FIRST CLASS MAIL**
Sun Valley Floral Farms
dba Sun Valley Floral Farms
3160 Upper Bay Rd
Arcata, CA 95521-9690

**FIRST CLASS MAIL**
Syndicate Sales, Inc
2025 North Wabash
Kokomo, IN 46901

**HAND DELIVERY AND ELECTRONIC MAIL**
The Rosner Law Group, LLC
Attn: Frederick B. Rosner and Zhao Liu
824 N. Market St., Ste. 810
Wilmington, DE 19801
Email: rosner@teamrosner.com
Email: liu@teamrosner.com

**FIRST CLASS MAIL**
UPS Supply Chain Solutions, Inc
28013 Network Pl
Chicago, IL 60673-1280

**FIRST CLASS MAIL**
U.S. Department of Justice
Antitrust Division
Attn: Makan Delrahim, AAG
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**FIRST CLASS MAIL**
Veritiv Operating Company
3568 Solutions Ctr
Chicago, IL 60677-3005

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Jones Day
Attn: Timothy W. Hoffmann
77 West Wacker
Chicago, IL 60601
Email: thoffmann@jonesday.com;

**FIRST CLASS MAIL AND ELECTRONIC MAIL**
Jones Day
Attn: Danielle D. Donovan
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
Email: ddonovan@jonesday.com