**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>FTP Companies, Inc., Bloom That, Inc., Florists' Transworld Delivery, Inc., FlowerFarm, Inc., FSC Denver LLC, FSC Phoenix LLC, FTD, Inc., FTD.CA, Inc., FTD.COM Inc., FTD Group, Inc., FTD Mobile, Inc., Giftco LLC, Provide Cards, Inc., Provide Commerce LLC, and Provide Creations, Inc.,<br><br>          Debtors.<br>_____/ | CASE NO. 19-11240-LSS<br>(Jointly Administered)<br>Chapter 11 |

## NOTICE OF RECLAMANTION DEMAND OF VISTAFLOR E-COMMERCE USA, LLC

     PLEASE TAKE NOTICE that VISTAFLOR E-COMMERCE USA, LLC ("VISTAFLOR"), through its undersigned counsel, hereby files this Notice of delivery of written demand (the "Demand") pursuant to 11 U.S.C. §§ 503 and 546, and applicable non-bankruptcy law, on Debtors, Florists' Transworld Delivery, Inc. and Provide Commerce LLC (collectively "Debtors"), under Jointly Administered Case No. 19-11240-LSS, and states as follows:

     1.     VISTAFLOR hereby reclaims certain goods and materials (collectively the "Goods") that are subject to reclamation under the applicable statutes to Debtors.

     2.     VISTAFLOR delivered to Debtors the Goods in the ordinary course of business of VISTAFLOR on credit terms, which Goods were received by the Debtors within forty-five (45) days prior to the filing of the Debtors' Bankruptcy Petitions, as evidenced by those certain invoices totaling $237,581.60 sent by VISTAFLOR (collectively the "Invoices"). Attached, is a true and correct copy of VISTAFLOR's Demand dated June 21, 2019[1], which was sent to the Debtors and their counsel as well as other counsel of record.

---

[1] Due to the size of Exhibit "A" to the Demand (*i.e.*, the Invoices), it has been excluded from this filing, but are incorporated by reference as if fully set forth herein.

CASE NO. 19-11240-LSS  
(Jointly Administered)  
Chapter 11

3.      The Debtors were insolvent at the time they received the Goods identified in the Invoices.

PLEASE TAKE FURTHER NOTICE that VISTAGROUP reserves all rights with respect to the Goods, including, without limitation, its right to file an administrative expense claim under 11 U.S.C. 503. In addition, the filing of this Demand is not consent by VISTAFLOR to submit to the jurisdiction of this Court with respect to the subject matter of the Demand or any objection or other proceeding in the above-captioned case against or otherwise involving VISTAFLOR.

Dated: June 21, 2019

KLEIN LLC

*/s/ Julia B. Klein*_____
Julia B. Klein (DE 5198)
919 North Market Street, Suite 600
Wilmington, Delaware 19801
(302) 438-0456

And

/s/ Laudy Luna_____
Laudy Luna (FBN 044544)
Email: ll@grllawgroup.com
Jessica B. Reyes (FBN 56894)
Email: jbr@grllawgroup.com
Reyes & Luna Law Firm, LLC
75 Miracle Mile #347623
Coral Gables, Florida 33234-5027
Tel: (786)332-6787
Fax: (786)204-0687
*Counsel for VISTAFLOR*

CASE NO. 19-11240-LSS<br>
(Jointly Administered)<br>
Chapter 11

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Reclamation was furnished this 21st day of June, 2019, via U.S. Certified Mail to the following parties:

*Debtors*
3113 Woodcreek Drive
Downers Grove, IL 60515

*Counsel for Debtor*

**Caitlin K. Cahow**
**Brad B. Erens**
**Timothy W. Hoffman**
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601

**Danielle D. Donovan**
Jones Day
1420 Peach tree Street, N.E., Suite 800
Atlanta, G A 30309-3053

**Heather Lennox**
**Thomas A. Wilson**
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 4414-1190

**Daniel J. DeFranceschi**
**Megan Kenney**
**Brett Michael Haywood**
**Sarah Silveira**
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
920 North King Street
Wilmington, DE 19801

*U.S. Trustee*
**Timothy Jay Fox, Jr.**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*Counsel for Official Committee of Unsecured Creditors*

**Kevin M. Capuzzi**
**Jennifer R. Hoover**
Benesch Friedlander Coplan &
Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801-1611

**Maeghan J. McLoughlin**
**Lauren S. Schlussel**
**Eric R. Wilson**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10 178

/s/Laudy Luna
Laudy Luna, Esq
LAUDY LUNA

# REYES & LUNA LAW FIRM, LLC

75 Miracle Mile, #347623
Coral Gables, Florida 33234

Jessica B. Reyes, Esq.*      E-mail: ll@reyeslunalaw.com      Phone: 786-332-6787
Laudy Luna, Esq.                      www.reyeslunalaw.com         Fax:   786-204-0687

* ALSO ADMITTED IN NY
200.0018

**June 21, 2019**

**Sent via electronic mail**

*Counsel for Debtor*
Daniel J. DeFranceschi (defranceschi@rlf.com)
Paul N. Heath (heath@rlf.com)
Brett M. Haywood (haywood@rlf.com)
Megan E. Kenney (kenney@rlf.com)
RICHARDS, LAYTON & FINGER, P.A.

Heather Lennox (hlennox@jonesday.com)
Thomas A. Wilson (tawilson@jonesday.com)
Brad B. Erens (bberens@jonesday.com)
Caitlin K. Cahow (ccahow@jonesday.com)
JONES DAY

*U.S. Trustee*
Timothy Jay Fox, Jr. (timothy.fox@ usdoj.gov)

*Counsel for Official Committee of Unsecured Creditors*
Kevin M. Capuzzi (kcapuzzi@ben eschlaw.com)
Jennifer R. Hoover (jhoover@ben eschlaw.com)
Benesch Friedlander Coplan &Aronoff LLP

Maeghan J. McLoughlin (mmclou ghlin@kelleydrye.com)
Lauren S. Schlussel (lschlussel@k elleydrye.com)
Eric R. Wilson (ewilson@kell eydrye.com)
Kelley Drye & Warren LLP

Re: In re: *FTD Companies, Inc., et al*
    Jointly Administered Case No. 19-11240-LSS, United States Bankruptcy Court for the District of Delaware
   RECLAMATION DEMAND TO DEBTORS

To Whom It May Concern,

Our firm has been retained to represent VISTAFLOR E-COMMERCE USA, LLC ("VISTAFLOR") with respect to the above referenced matter.

Pursuant to section 546(c) of the Bankruptcy Code, VISTAFLOR hereby makes demand for reclamation of goods (the "Goods") sent by VISTAFLOR and received by the Debtors, Florists' Transworld Delivery, Inc. and Provide Commerce LLC, within forty-five (45) days prior to the Petition Date, while the Debtors were insolvent.

Enclosed herein as composite Exhibit "A" are true and correct copies of the invoices, totaling $237,581.60, reflecting the Goods (type and quantity) sent by VISTAFLOR to the Debtors within forty-five (45) days of the

Petition Date for which VISTAFLOR asserts its reclamation claim under section 546(c) of the Bankruptcy Code.

VISTAFLOR reserves the right to modify the scope of the Goods subject to its reclamation claim following further investigation and subject to applicable law.

Please contact the undersigned for instructions concerning the return of the Goods or the amounts equivalent to such goods to VISTAFLOR. You are further notified that all Goods, and/or funds, are subject to VISTAFLOR's reclamation rights should be protected and segregated and are not to be used for any purpose whatsoever except by agreement of the parties or following notice and a hearing by a court of competent jurisdiction.

VISTAFLOR hereby further reserves all of its rights under applicable law, including rights under section 546(c) and otherwise of the Bankruptcy Code, and nothing herein shall be deemed a waiver of any rights, remedies or interests of VISTAFLOR at law or in equity.

We look forward to working with you to reach an amicable resolution.

>Sincerely,
>
>/s/ Laudy Luna, Esq.
>FOR THE FIRM

cc: Vistaflor E-Commerce USA, LLC