**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTD Companies, Inc., <u>et al.</u>,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11240 (LSS)<br><br>(Jointly Administered)<br>**Re: D.I. 82** |

**DECLARATION OF JEAN HOSTY**
**IN SUPPORT OF THE BIDDING PROCEDURES MOTION**

I, Jean Hosty, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1.　　　I am a Director at Piper Jaffray & Co. ("<u>Piper Jaffray</u>"), an investment banking firm that has its principal office at 800 Nicollet Mall, Suite 1800, Minneapolis, Minnesota 55402. I am authorized to make this declaration (this "<u>Declaration</u>") on behalf of Piper Jaffray.

2.　　　Piper Jaffray is the proposed investment banker for the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>" and, together with their non-debtor affiliates, the "<u>Company</u>") with respect to the Debtors' Provide Sale Process (as defined below), and as set forth more fully in the Piper Jaffray Retention Application.[2]

---

[1]　　The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]　　On June 6, 2019, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing Them to (I) Employ and Retain Piper Jaffray & Co. as Investment Banker to the Debtors Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief* [Docket No. 79] (the "<u>Piper Jaffray Retention Application</u>").

3. I submit this Declaration in support of the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 82] (the "Bidding Procedures Motion").[3] In particular, I submit this Declaration in support of my opinions that (a) the extensive Sale Process that the Debtors are undertaking is appropriate and has enabled the Debtors to identify the most likely bidders for their Assets and (b) the Bidding Procedures are appropriate under the circumstances.

4. Except as otherwise indicated, all statements set forth in this Declaration are based on (a) my personal knowledge, (b) my review of relevant documents, (c) information provided to me by Piper Jaffray employees working under my supervision, (d) information provided to me by, or discussions with, the Debtors' management team or the Debtors' other advisors or (e) my opinion based upon my experience. If called to testify, I could and would testify to the facts and the opinions set forth herein.

---

[3] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Bidding Procedures Motion or the Piper Jaffray Retention Application, as applicable.

**Qualifications**

5.      Piper Jaffray is an international investment banking and financial advisory firm, with 54 offices worldwide and more than 1,000 employees.  Piper Jaffray provides corporate finance and investment banking services, as well as execution capabilities, in a variety of areas, including financial restructuring.  Piper Jaffray is one of the leading advisors and investment bankers to troubled companies, both inside and outside of bankruptcy, as well as to bondholders, banks, other secured and unsecured creditors, official creditor committees, acquirers, equity sponsors, and other parties in interest involved with financially challenged companies.  Piper Jaffray's Restructuring and Special Situations Group has professionals dedicated to providing restructuring and other financial advisory services.  The professionals of Piper Jaffray's Restructuring and Special Situations Group has advised on over 100 transactions, valued in excess of $200 billion.

6.      Piper Jaffray is recognized for its expertise in providing investment banking and financial advisory services in financially distressed situations and has served a number of reorganization, workout and bankruptcy clients in several industries across the United States. Piper Jaffray has extensive experience in structuring transactions and conducting merger-and-acquisition processes in distressed environments. Some in- and out-of-court transactions completed by Piper Jaffray or its current restructuring personnel over the past 15 years include Synergy Pharmaceuticals, Fairway Energy, Willowood USA, Egalet Corporation, RM OpCo (RealMex), rue21, Capital Brands Holdings, Aerogroup International, Portrait Innovations, Flanders Electric Motor Service, Bravo Brio Restaurant Group, Quintana Energy Services, Ignite Restaurant Group, Central Grocers, Pyote Water Systems, Sotera Wireless, Garden Fresh Restaurant Corporation, Rotary Drilling Tools, Malibu Lighting Corporation, Golden County

Foods, Mi Pueblo San Jose, C&K Markets, Solavei, Eurofresh, Neogenix Oncology, Barneys New York, Chef Solutions, Brooks Food Group, Loehmann's Inc., Accuride Corp., Claim Jumper, Sun World International, Custom Food Holdings, Hoop Retail, J.T. Packard, Brown & Cole Stores, Larry's Markets, Select Snacks, Chi-Chi's, Mercury Plastics, Enron Corp., W.R. Grace & Co., Levitz Furniture, Safety-Kleen, and Edwards Theatres, as well as several private transactions.

### The Debtors' Prepetition Marketing and Sale Process

7.  As set forth in greater detail in the *Declaration of Steve Bloom in Support of the Bidding Procedures Motion* filed contemporaneously herewith, it is my understanding that in July 2018, the Debtors commenced a comprehensive assessment of strategic alternatives in pursuit of a global resolution of the Company's challenges.  These alternatives included, among others, a sale or merger of the entire Company, the sale or other disposition of certain business segments or assets, a corporate restructuring, refinancing debt and the pursuit of certain other value-enhancing initiatives.  The Debtors engaged Moelis to serve as their investment banker in connection with their review of strategic alternatives, including to conduct an expansive two-part prepetition FTD Sale Process.  When the momentum of the prepetition FTD Sale Process stalled following the release of the Company's disappointing 2019 Valentine's Day results, the Debtors recalibrated the Sale Process to focus more on marketing and consummating strategic sales of individual businesses while remaining willing to entertain offers for the entire Company.  In furtherance of the Debtors' focus on consummating sales of individual businesses, the Debtors engaged Piper Jaffray in April 2019 to serve as their investment banker in connection with their review of strategic alternatives for the Non-Core Assets.

8.  In particular, Piper Jaffray has been engaged to design and execute a marketing and sale process (the "Provide Sale Process") for certain of the Company's non-core

business units (collectively, the "Provide Businesses"), including (a) the ProFlowers business (including ProPlants), which is operated by Provide Commerce; (b) the Gourmet Foods business (including Shari's Berries) ("Gourmet Foods"), which also is operated by Provide Commerce; and (c) Personal Creations (including Gifts.com) ("Personal Creations"), which is operated by Debtor Provide Creations, Inc.

9. Piper Jaffray worked closely with the Debtors' management team to develop a strategic marketing protocol for the Provide Sale Process. The initial marketing phase of the Provide Sale Process began with Piper Jaffray soliciting interest from 113 parties, including 11 potential strategic buyers and 102 potential financial buyers, in acquiring one or more of the Provide Businesses. Following this initial outreach, the Debtors executed confidentiality agreements with, and granted access to confidential Company information to, 31 parties that expressed interest in conducting due diligence on the Provide Businesses. Piper Jaffray and the Debtors' management team also conducted a series of calls with potential bidders during which the management team discussed the Company's businesses, financial profile and strategic plan. By early May 2019, the Debtors had received five indications of interest from parties interested in acquiring some or all of the Provide Businesses.

10. Beginning in mid-May 2019, Piper Jaffray focused its outreach and marketing efforts on potential buyers that would be willing and able to serve as a stalking horse bidder for an expeditious sale of all, or a subset of, the Provide Businesses. In late May 2019, the Debtors entered into non-binding letters of intent for the acquisition of (a) Personal Creations by PlanetArt LLC and (b) Gourmet Foods by Farids & Co. LLC ("Farids"), which is owned by the founder of Edible Arrangements, LLC (together, in clauses (a) and (b), the "Potential Provide Stalking Horse Bidders"). Following the Petition Date, Piper Jaffray and the Debtors continued to work to

advance negotiations with the Potential Provide Stalking Horse Bidders, with the goal of executing Stalking Horse Agreements for the sale of Gourmet Foods and Personal Creations. Those efforts were ultimately successful when, on June 23, 2019, the Debtors entered into Stalking Horse Agreements with each of the Potential Provide Stalking Horse Bidders, as will be set forth in more detail in my declaration in support of such transactions.

### The Bidding Procedures

11. Based on my experience advising debtors and other constituencies in similarly-situated chapter 11 cases, I believe the Bidding Procedures will provide for an orderly, uniform and appropriately competitive process through which interested parties may submit offers to purchase the Debtors' Assets in accordance with the timeline for these chapter 11 cases established by the Debtors' postpetition financing facility (the "DIP Facility"). In light of the time constraints imposed by the Milestones under the Debtors' DIP Facility and the substantial costs of administering the Debtors' chapter 11 cases, the Debtors, with the assistance of their advisors, have structured the Bidding Procedures to attract competitive and active bidding from parties that Piper Jaffray, the Debtors' other advisors, and the Debtors have determined have the financial capability to close on a Sale Transaction quickly and efficiently. I believe that the Bidding Procedures balance the need to provide adequate notice to parties in interest, including to sufficiently market the Debtors' Assets in the context of a postpetition Provide Sale Process, with the need to consummate one or more Sale Transactions while the Assets still have realizable going-concern value.

12. As set forth above, Piper Jaffray has heavily marketed the Provide Businesses to a wide range of potential strategic and financial buyers. In so doing, Piper Jaffray has provided a substantial amount of information regarding the Company and the Provide

Businesses in particular to prospective purchasers during the prepetition phase of the Provide Sale Process.  These efforts have been ongoing since the commencement of these chapter 11 cases.  In accordance with the Bidding Procedures, bidders also will be provided with access to additional, updated information about the Debtors' Assets that will aid parties in developing thoughtful and competitive bids.  Accordingly, Piper Jaffray is confident that prospective bidders already know the Debtors' Assets well and have been, and will continue to, be afforded sufficient time and information to conduct the necessary due diligence to submit binding bids in accordance with the timeline proposed in the Bidding Procedures Motion.

13. The Debtors' proposed auction process is another important feature of the Bidding Procedures.  The flexibility to enter into one or more Stalking Horse Agreements with designated Stalking Horse Bidders, coupled with a structured process through which the Debtors may solicit, analyze and negotiate competitive offers, maximizes the likelihood that the Debtors will generate the highest or otherwise best value for their Assets.

14. The Debtors and their advisors also constructed the Bidding Procedures to promote and require transparency, good faith and fairness throughout the entire Provide Sale Process.  Among other things, the Bidding Procedures require the Debtors to engage with and consider the interests of the Consultation Parties and their respective constituencies at nearly every juncture.  In my experience with procedures substantially similar to the Bidding Procedures, this required level of engagement among the parties further safeguards the integrity of the Provide Sale Process.

15. In summary, I believe the Bidding Procedures are designed to promote a competitive and expedient Provide Sale Process, which is critical to preserving the going-concern value of the Debtors' Assets and maximizing recoveries for the Debtors' economic stakeholders.  I

believe that any Sale Transaction governed by the Bidding Procedures will yield a fair and reasonable purchase price for the applicable Assets that also is the highest or best value for such Assets.

Dated: June 24, 2019

                                            */s/ Jean Hosty*
                                            Jean Hosty
                                            Piper Jaffray & Co