# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 25, 2019 AT 10:00 A.M. (EDT)[3]

**I.    UNCONTESTED MATTER GOING FORWARD:**

1. Motion of the Debtors for Entry of an Order Authorizing Filing Under Seal of Certain Exhibits to Motion for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief [Docket No. 95 – filed June 7, 2019]

   Objection/Response Deadline:    June 20, 2019 at 4:00 p.m. (ET)

   Objection / Responses Received:    None.

   Related Documents:

   i. Motion of the Debtors for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief (REDACTED) [Docket No. 93 - filed June 7, 2019] *(Document located under tab 3.i.)*

---

[1]    The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the June 25, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

    ii.    Motion of the Debtors for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief (FILED UNDER SEAL) [Docket No. 94 - filed June 7, 2019] *(Document located under tab 3)*

    iii.    Notice of Filing of Redacted Exhibit B to KEIP/KERP Motion [Docket No. 124 – filed June 14, 2019] *(Document located under tab 3.v.)*

    iv.    **Notice of Filing of Redacted Amended Exhibit B to KEIP/KERP Motion [Docket No. 169 – filed June 21, 2019]** *(Document located under tab 3.vii.)*

    v.    **Notice of Filing of Sealed Amended Exhibit B to KEIP/KERP Motion [Docket No. 170 – filed June 21, 2019]** *(Document located under tab 3.viii.)*

Status:  The hearing on this matter is going forward.

## II.    **CONTESTED MATTER GOING FORWARD:**

2.    Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 82 - filed June 6, 2019]

    Objection/Response Deadline:    June 19, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors (the "Committee") to June 21, 2019 at 12:00 p.m. (ET)

    Objection / Responses Received:

    A.    Limited Objection of the Easysaver Class Representatives to the Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting

2

        Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 152 – filed June 19, 2019]

   B.   Informal comments from the Committee

   C.   Informal comments from counsel to certain potential bidders

Related Documents:

   i.   Motion of the Debtors for Entry of an Order Shortening the Notice and Objection Periods for the Debtors' Bidding Procedures Motion [Docket No. 83 – filed June 6, 2019]

   ii.   Order Shortening the Notice and Objection Periods for the Debtors' Bidding Procedures Motion [Docket No. 89 – entered June 7, 2019]

   iii.   **Declaration of Alan D. Holtz in Support of the Bidding Procedures Motion [Docket No. 178 – filed June 24, 2019]**

   iv.   **Declaration of Jean Hosty in Support of the Bidding Procedures Motion [Docket No. 179 – filed June 24, 2019]**

   v.   **Declaration of Steve Bloom in Support of the Bidding Procedures Motion [Docket No. 180 – filed June 24, 2019]**

   vi.   **Notice of Filing of Revised Bidding Procedures Order [Docket No. 182 – filed June 24, 2019]**

Status:   The hearing on this matter is going forward.

3.   Motion of the Debtors for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief (FILED UNDER SEAL) [Docket No. 94 - filed June 7, 2019]

| Objection/Response Deadline: | June 20, 2019 at 4:00 p.m. (ET); extended for the Office of the United States Trustee to June 21, 2019 at 12:00 p.m. (ET); extended for the Committee to June 21, 2019 |
|---|---|

Objection / Responses Received:

   A.   United States Trustee's Limited Objection to the Debtors' Motion for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program

3

and (B) Key Employee Retention Program and (II) Granting Certain Related Relief [Docket No. 166 – filed June 21, 2019]

Related Documents:

i. Motion of the Debtors for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief (REDACTED) [Docket No. 93 - filed June 7, 2019]

ii. Motion of the Debtors for Entry of an Order Authorizing Filing Under Seal of Certain Exhibits to Motion for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief [Docket No. 95 – filed June 7, 2019] *(Document located under tab 1)*

iii. Motion of the Debtors for Entry of an Order Shortening the Notice and Objection Periods for the Debtors' Motion Seeking Approval of the (A) Key Employee Incentive Program and (B) Key Employee Retention Program [Docket No. 96 – filed June 7, 2019]

iv. Order Shortening the Notice and Objection Periods for the Debtors' Motion Seeking Approval of the (A) Key Employee Incentive Program and (B) Key Employee Retention Program [Docket No. 99 – entered June 10, 2019]

v. Notice of Filing of Redacted Exhibit B to KEIP/KERP Motion [Docket No. 124 – filed June 14, 2019]

vi. Declaration of Alan D. Holtz in Support of the Debtors' KEIP/KERP Motion [Docket No. 167 - filed June 21, 2019]

vii. **Notice of Filing of Redacted Amended Exhibit B to KEIP/KERP Motion [Docket No. 169 – filed June 21, 2019]**

viii. **Notice of Filing of Sealed Amended Exhibit B to KEIP/KERP Motion [Docket No. 170 – filed June 21, 2019]**

ix. **Motion of Debtors for Leave to File Reply in Support of Motion for an Order (I) Approving the Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief [Docket No. 175 – filed June 24, 2019]**

x. **The Debtors' Reply to the United States Trustee's Limited Objection to the Debtors' Motion for an Order (I) Approving Debtors' (A) Key Employee Incentive Program and (B) Key Employee Retention Program and (II) Granting Certain Related Relief [Docket No. 177 – filed June 24, 2019]**

4

  xi. **Notice of Filing of Revised KEIP/KERP Order [Docket No. 183 - filed June 24, 2019]**

 <u>Status</u>: The hearing on this matter is going forward.

| | |
|---|---|
| Dated: June 24, 2019<br>   Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>   heath@rlf.com<br>   haywood@rlf.com<br>   kenney@rlf.com<br><br>  -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>   tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Caitlin K. Cahow (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bberens@jonesday.com<br>   ccahow@jonesday.com<br><br>PROPOSED ATTORNEYS FOR DEBTORS<br>AND DEBTORS IN POSSESSION |