# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTD Companies, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11240 (LSS)<br><br>(Jointly Administered)<br><br>**Proposed Objection Deadline:**<br>**June 28, 2019 at 12:00 p.m. (ET)**<br>**Proposed Hearing Date:**<br>**July 2, 2019 at 2:00 p.m. (ET)** |

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on June 24, 2019, FTD Companies, Inc. and certain of its direct and indirect domestic subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the Gateway Stalking Horse Agreement and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "Motion to Shorten").

PLEASE TAKE FURTHER NOTICE that, if the Bankruptcy Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

**July 2, 2019 at 2:00 p.m. (prevailing Eastern Time)** before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 28, 2019 at 12:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Bankruptcy Court-approved objection deadline and hearing date for the Motion.

| | |
|---|---|
| Dated: June 24, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brett M. Haywood*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>         heath@rlf.com<br>         haywood@rlf.com<br>         kenney@rlf.com<br><br>        -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>         tawilson@jonesday.com<br><br>Timothy W. Hoffmann (pro hac vice)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Email: thoffmann@jonesday.com<br><br>Danielle D. Donovan (pro hac vice)<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 521-3939<br>Email: ddonovan@jonesday.com<br><br>PROPOSED ATTORNEYS FOR DEBTORS<br>AND DEBTORS IN POSSESSION |