# SIGN-IN SHEET

CASE NAME: FTD Companies, Inc.    COURTROOM NO.: 2

CASE NO. 19-11240 LSS    DATE: 6/25/19

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brad Erens | Jones Day | Debtors |
| Tim Hoffman | Jones Day | Debtors |
| Dan DeFrancesci | RLF | Debtors |
| Brett Haywood | RLF | Debtors |
| Bob Hamilton | Jones Day | Debtors |
| C Milly | Morris Nichols | Guerwin |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Rachel B. Mersky | Monzack Mersky McLaughlin & Browder | Sun Valley |
| Mary Calloway | Buchanan Ingersoll & Rooney | BOA, as Agent |
| Jim Langdon | Morris Van Alen | " " " |
| Travis Buchanan | YCST | Easy Saver Class Representatives |
| Jen Hoover | Benesch | Committee |
| Susan Adlers | Kelley Drye | Committee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**
**#2**

Calendar Date: 06/25/2019
Calendar Time: 10:00 AM ET

2nd Revision  Jun 25 2019  6:03AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9880159 | Caitlin K. Cahow | (312) 782-3939 ext. | Jones Day | Debtor, FTD Companies, Inc. / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9876074 | Dale Collingwood | (310) 966-8751 ext. | The Wonderful Company LLC | Interested Party, The Wonderful Company LLC / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9876106 | Craig Cooper | (310) 966-8751 ext. | The Wonderful Company LLC | Interested Party, The Wonderful Company LLC / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9880363 | Diane Davis | (703) 341-3836 ext. | Bloomberg Law | Interested Party, Diane Davis / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9873106 | Sander L. Esserman | (214) 969-4900 ext. | Stutzman Bromberg Esserman & Plifka | Interested Party, Easysaver Class Representatives / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9879739 | Genna L. Ghaul | (212) 326-7831 ext. | Jones Day | Debtor, FTD Companies, Inc. / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9878520 | Seth Goldman | (213) 683-9554 ext. | Munger, Tolles & Olson LLP | Creditor, Gateway Mercury Holdings / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9875631 | Jonathan C. Gordon | (312) 782-3939 ext. | Jones Day | Debtor, FTD Companies, Inc. / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9880397 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9881367 | Jeremy Hill | (646) 324-3948 ext. | Bloomberg News | Interested Party, Bloomberg News / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9879796 | Sanjuro Kietlinski | (786) 760-8629 ext. | Province | Creditor, Province / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9880434 | Catherine LoTempio | (212) 574-1632 ext. | Seward & Kissel LLP | Interested Party, Seward & Kissel / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9878672 | Jennifer Marines | (212) 336-4491 ext. | Morrison & Foerster LLP | Representing, UPS / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| FTD Companies, Inc. | 19-11240 | Hearing | 9875391 | Tara Nair | (312) 368-2138 ext. | DLA Piper US, LLP | Creditor, Sarids & Co. / LIVE |
| FTD Companies, Inc. | 19-11240 | Hearing | 9878541 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| FTD Companies, Inc. | 19-11240 | Hearing | 9878726 | Lauren Schlussel | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, Committee Council / LIVE |
| FTD Companies, Inc. | 19-11240 | Hearing | 9875654 | Alfred Sun | (312) 360-6305 ext. | Mercer USA | Debtor, FTD Companies, Inc. / LISTEN ONLY |
| FTD Companies, Inc. | 19-11240 | Hearing | 9879369 | Matthew Talmo | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Nexus Capital / LISTEN ONLY |
| FTD Companies, Inc. | 19-11240 | Hearing | 9881350 | Minyao Wang | (212) 484-9866 ext. | Pierce, Bainbridge, Beck, Price & Hecht LLP | Creditor, Atlas Flowers Inc. / LIVE |
| FTD Companies, Inc. | 19-11240 | Hearing | 9880429 | Sharon Z. Weiss | (310) 576-2276 ext. | Bryan Cave Leighton Paisner LLP | Bidder, PlanetArt / LIVE |
| FTD Companies, Inc. | 19-11244 | Hearing | 9880833 | Mitchell E. Sussman | (646) 616-3037 ext. | Cowen & Co., LLC | Interested Party, Cowen / LISTEN ONLY |

FTD Witness List
_____

John Dempsey
Alan Holtz