## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | :     Chapter 11 |
| FTD Companies, Inc., <u>et al.</u>,[1] | :     Case No. 19-11240 (LSS) |
| Debtors. | :     (Jointly Administered) |
|  | :     **Re: Docket Nos. 82 & 182** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) APPROVING
BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF
THE DEBTORS' ASSETS, (II) AUTHORIZING THE DEBTORS TO ENTER INTO
ONE OR MORE STALKING HORSE AGREEMENTS AND TO PROVIDE
BIDDING PROTECTIONS THEREUNDER, (III) SCHEDULING AN AUCTION
AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF,
(IV) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES,
(V) SCHEDULING A SALE HEARING AND APPROVING THE FORM AND
<u>MANNER OF NOTICE THEREOF AND (VI) GRANTING RELATED RELIEF</u>**

The undersigned hereby certifies as follows:

1.      On June 6, 2019, FTD Companies, Inc. and certain of its direct and indirect

domestic subsidiaries, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the

*Motion of the Debtors for Entry of Order (I)(A) Approving Bidding Procedures for the Sale of*

*Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More*

*Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an*

*Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and*

*Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of*

*Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors'*

---

[1]      The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

*Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 82] (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached to the Bidding Procedures Motion as Exhibit A was a copy of the proposed form of order (the "Original Order").

2.      On June 24, 2019, the Debtors filed a revised form of the Original Order with the Court, in response to comments received from certain parties in interest (the "Proposed Order"). *See* Docket No. 182.

3.      On June 25, 2019, the Court held a hearing (the "Hearing") to consider the Bidding Procedures Motion.  At the Hearing, the Court indicated that it would approve the relief requested in the Bidding Procedures Motion and enter the Proposed Order, subject to certain revisions being made to the Proposed Order consistent with the record set forth at the Hearing, and such revised order being submitted to the Court under certification of counsel.

4.      Consistent with the record made at the Hearing, the Debtors have prepared a further revised Proposed Order (the "Revised Order"), attached hereto as Exhibit 1.

5.      The Revised Order has been circulated to counsel to the United States Trustee for the District of Delaware, the Official Committee of Unsecured Creditors, and Bank of America, N.A. as administrative Agent under the proposed DIP Facility, and the aforementioned parties have not objected to the entry of the Revised Interim Order.  For the convenience of the Court and all parties in interest, a blackline of the Revised Order marked against the Proposed Order is attached hereto as Exhibit 2.

RLF1 21460644v.1

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as <u>Exhibit 1</u>, be entered at the earliest convenience of the Court.

3

Dated: June 25, 2019
　　　 Wilmington, Delaware

Respectfully submitted,


*/s/ Megan E. Kenney*
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email: defranceschi@rlf.com
　　　　 heath@rlf.com
　　　　 haywood@rlf.com
　　　　 kenney@rlf.com

　　　 -and-

Heather Lennox (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email: hlennox@jonesday.com
　　　　 tawilson@jonesday.com

Brad B. Erens (admitted *pro hac vice*)
Caitlin K. Cahow (admitted *pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email: bberens@jonesday.com
　　　　 ccahow@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

4