# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTD Companies, Inc., et al.,[1] | Case No. 19-11240 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 185, 186, 187 & ___ |

## ORDER SHORTENING THE NOTICE AND OBJECTION
## PERIODS FOR THE DEBTORS' STALKING HORSE MOTIONS

This matter coming before the Court on the *Motion of the Debtors for Entry of an Order Shortening the Notice and Objection Periods for the Debtors' Stalking Horse Motions* (the "Motion"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest and that the legal and factual bases

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

RLF1 21435379v.3

set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. Each of the Stalking Horse Motions will be considered at the hearing scheduled before the Court on July 2, 2019 at 2:00 p.m. (Prevailing Eastern Time).

3. Any objections to the relief requested in each of the Stalking Horse Motions shall be filed by ~~June 28~~ July 1, 2019 at 12:00 p.m. (Prevailing Eastern Time).

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

 

_____
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY** JUDGE

Dated: June 25, 2019
Wilmington, Delaware