# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket Nos. 185, 186, 187, 188 & 200** |
| | : | |

## NOTICE OF STALKING HORSE MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on June 24, 2019, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the following motions (collectively, the "Stalking Horse Motions"):[2]

- *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the Gateway Stalking Horse Agreement and (II) Granting Related Relief* [Docket No. 185];

- *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the Farids Stalking Horse Agreement and (II) Granting Related Relief* [Docket No. 186]; and

- *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures*

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce, Inc. (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Stalking Horse Motions, as applicable.

RLF1 21462930v.1

-2-

      *and the PlanetArt Stalking Horse Agreement and (II) Granting Related Relief* [Docket No. 187].

    PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Stalking Horse Motions, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Stalking Horse Motions [Docket No. 188] (the "<u>Motion to Shorten</u>"). **<u>You were previously served with a copy of the Stalking Horse Motions and Motion to Shorten</u>**.

    PLEASE TAKE FURTHER NOTICE that, on June 25, 2019, the Bankruptcy Court entered the *Order Shortening the Notice and Objection Periods for the Debtors' Stalking Hose Motions* [Docket No. 200] (the "<u>Order Shortening Notice</u>") scheduling a hearing to consider approval of the Stalking Horse Motions for **July 2, 2019 at 2:00 p.m. (prevailing Eastern Time)** before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 and notwithstanding any prior notice to the contrary, any responses or objections to the Stalking Horse Motions must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 1, 2019 at 12:00 p.m. (prevailing Eastern Time)**.  **<u>You are being served with a copy of the Order Shortening Notice contemporaneously herewith</u>**.

    **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE STALKING HORSE MOTIONS ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.**

PLEASE TAKE FURTHER NOTICE that copies of the Stalking Horse Motions, as well as all related exhibits and all other documents filed with the Bankruptcy Court, are available free of charge on the Debtors' case information website: https://omnimgt.com/ftd.

| | |
|---|---|
| Dated: June 25, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brett M. Haywood*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>            heath@rlf.com<br>            haywood@rlf.com<br>            kenney@rlf.com<br><br>-and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>            tawilson@jonesday.com<br><br>Timothy W. Hoffmann (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: thoffmann@jonesday.com<br><br>Danielle D. Donovan (admitted *pro hac vice*)<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 521-3939<br>Email: ddonovan@jonesday.com<br><br>PROPOSED ATTORNEYS FOR DEBTORS<br>AND DEBTORS IN POSSESSION |

RLF1 21462930v.1