# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTD Companies, Inc., *et al.*, | ) Case No. 19-11240 (LSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 13, 196 |

## NOTICE OF WITHDRAWAL OF OBJECTION OF COMMONWEALTH EDISON COMPANY AND SAN DIEGO GAS AND ELECTRIC COMPANY TO THE MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS (I) ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO THEIR UTILITY PROVIDERS AND (II) GRANTING RELATED RELIEF

Commonwealth Edison Company and San Diego Gas and Electric Company (collectively, the "Utilities"), hereby withdraw the *Objection* (Docket No. 196) to the *Motion of the Debtors For Interim and Final Orders (I) Establishing Adequate Assurance Procedures With Respect To Their Utility Providers and (II) Granting Related Relief* (Docket No. 13) pursuant to a settlement between the Utilities and the Debtors.

Dated: June 27, 2019    McCARTER & ENGLISH, LLP

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
405 North King Street, 8th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com

*-and-*

        Russell R. Johnson III (VSB No. 31468)
        John M. Craig (VSB No. 32977)
        LAW FIRM OF RUSSELL R. JOHNSON III, PLC
        2258 Wheatlands Drive
        Manakin-Sabot, Virginia 23103
        Telephone: (804) 749-8861
        Facsimile: (804) 749-8862
        E-mail: russell@russelljohnsonlawfirm.com
              john@russelljohnsonlawfirm.com

*Counsel for Commonwealth Edison Company and San Diego Gas and Electric Company*

2