# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FTD Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket No. 18** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on June 3, 2019, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed the *Motion of the Debtors for Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities, (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates, and (III) Granting Related Relief* [Docket No. 18] (the "Motion").

PLEASE TAKE FURTHER NOTICE that, the Debtors withdraw the Motion without prejudice.

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

RLF1 21471210v.1

| | |
|---|---|
| Dated: June 27, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email: defranceschi@rlf.com<br>         heath@rlf.com<br>         haywood@rlf.com<br>         kenney@rlf.com<br><br>         -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br>Email: hlennox@jonesday.com<br>         tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Caitlin K. Cahow (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br>Email: bberens@jonesday.com<br>         ccahow@jonesday.com<br><br>PROPOSED ATTORNEYS FOR DEBTORS<br>AND DEBTORS IN POSSESSION |