**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FTD Companies, Inc., <u>et al.</u>,[1] | : | Case No. 19-11240 (LSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 2, 2019 AT 2:00 P.M. (EDT)[3]**

I.    **MATTERS WITH CERTIFICATIONS:**

1.    Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items and (II) Granting Certain Related Relief [Docket No. 5 - filed June 3, 2019]

   <u>Objection/Response Deadline</u>:    June 25, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to June 27, 2019 at 12:00 p.m. (ET)

   <u>Objection / Responses Received</u>:

   A.    Informal Comments from the Committee

   <u>Related Documents</u>:

---

[1]    The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the July 2, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

i.   Interim Order Granting Motion of the Debtors for an Order (I) Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items and (II) Granting Certain Related Relief [Docket No. 52 – entered June 4, 2019]

ii.  Notice of (A) Entry of Interim Order Granting Motion of the Debtors for an Order (I) Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items and (II) Granting Certain Related Relief and (B) Final Hearing Thereon [Docket No. 72 - filed June 6, 2019]

iii. Certification of Counsel Regarding Final Order Granting Motion of the Debtors for an Order (I) Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items and (II) Granting Related Relief [Docket No. 234 - filed June 27, 2019]

Status: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

2.   Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Certain Customer Programs and (B) Honor or Pay Related Prepetition Obligations to Their Customers and (II) Granting Related Relief [Docket No. 7 - filed June 3, 2019]

Objection/Response Deadline:        June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.   Informal Comments from the Committee

Related Documents:

i.   Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Certain Customer Programs and (B) Honor or Pay Related Prepetition Obligations to Their Customers and (II) Granting Related Relief [Docket No. 50 – entered June 4, 2019]

ii.  Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Certain Customer Programs and (B) Honor or Pay Related Prepetition Obligations to Their Customers and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 70 - filed June 6, 2019]

2

iii.    Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Certain Customer Programs and (B) Honor or Pay Related Prepetition Obligations to Their Customers and (II) Granting Related Relief [Docket No. 237 - filed June 27, 2019]

Status: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

3.    Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Essential Suppliers and (II) Granting Related Relief [Docket No. 9 - filed June 3, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.    Informal Comments from the Committee

Related Documents:

i.    Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Essential Suppliers and (II) Granting Related Relief [Docket No. 48 – entered June 4, 2019]

ii.    Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Essential Suppliers and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 73 - filed June 6, 2019]

iii.    Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Essential Suppliers and (II) Granting Related Relief [Docket No. 238 - filed June 27, 2019]

Status: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

4.    Motion of the Debtors, Pursuant to Section 105 of the Bankruptcy Code, for an Order (I) Confirming the Protections of Sections 362, 365, and 525 of the

3

Bankruptcy Code and (II) Granting Certain Related Relief [Docket No. 10 - filed June 3, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:    None as of this date.

Related Documents:

i.      Notice of Motion and Hearing [Docket No. 91 - filed June 7, 2019]

ii.      Certificate of No Objection Regarding Motion of the Debtors, Pursuant to Section 105 of the Bankruptcy Code, for an Order (I) Confirming the Protections of Sections 362, 365, and 525 of the Bankruptcy Code and (II) Granting Certain Related Relief [Docket No. 233 - filed June 27, 2019]

Status:  On June 27, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

5.     Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Lien Claimants and (II) Granting Related Relief [Docket No. 12 - filed June 3, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.     Informal Comments from the Committee

Related Documents:

i.      Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Lien Claimants and (II) Granting Related Relief [Docket No. 47 – entered June 4, 2019]

ii.      Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Lien Claimants and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 75 - filed June 6, 2019]

     iii.    Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Lien Claimants and (II) Granting Related Relief [Docket No. 239 - filed June 27, 2019]

     Status: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

6.    Motion of the Debtors for Interim and Final Orders (I) Establishing Adequate Assurance Procedures with Respect to Their Utility Providers and (II) Granting Related Relief [Docket No. 13 - filed June 3, 2019]

     Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

     Objection / Responses Received:

     A.    Objection of Commonwealth Edison Company and San Diego Gas and Electric Company to the Motion of the Debtors for Interim and Final Orders (I) Establishing Adequate Assurance Procedures With Respect to Their Utility Providers and (II) Granting Related Relief [Docket No. 196 – filed June 25, 2019]

     B.    Informal Comments from the Committee

     Related Documents:

     i.    Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Establishing Adequate Assurance Procedures with Respect to Their Utility Providers and (II) Granting Related Relief [Docket No. 59 – entered June 5, 2019]

     ii.    Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Establishing Adequate Assurance Procedures with Respect to Their Utility Providers and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 78 - filed June 6, 2019]

     iii.    Notice of Withdrawal of Objection of Commonwealth Edison Company and San Diego Gas and Electric Company to the Motion of the Debtors for Interim and Final Orders (I) Establishing Adequate Assurance Procedures With Respect to Their Utility Providers and (II) Granting Related Relief [Docket No. 227 - filed June 27, 2019]

     iv.    Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Interim and Final Orders (I) Establishing Adequate Assurance

5

Procedures With Respect to Their Utility Providers and (II) Granting Related Relief [Docket No. 240 - filed June 27, 2019]

<u>Status</u>: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

7.     Motion of the Debtors for Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Claims Asserted Under the Perishable Agricultural Commodities Act and (II) Granting Related Relief [Docket No. 14 - filed June 3, 2019]

<u>Objection/Response Deadline</u>:         June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

<u>Objection / Responses Received</u>:

A.     Informal Comments from the Committee

<u>Related Documents</u>:

i.     Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Claims Asserted Under the Perishable Agricultural Commodities Act and (II) Granting Related Relief [Docket No. 49 – entered June 4, 2019]

ii.     Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Claims Asserted Under the Perishable Agricultural Commodities Act and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 76 - filed June 6, 2019]

iii.     Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Claims Asserted Under the Perishable Agricultural Commodities Act and (II) Granting Related Relief [Docket No. 241 - filed June 27, 2019]

<u>Status</u>: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

8.     Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Taxes and (II) Granting Related Relief [Docket No. 16 - filed June 3, 2019]

Objection/Response Deadline:      June 25, 2019 at 4:00 p.m. (ET); extended
                                  for the Committee to June 27, 2019 at 12:00
                                  p.m. (ET)

Objection / Responses Received:

A.      Informal Comments from the Committee

Related Documents:

i.      Interim Order Granting Motion of the Debtors for Interim and Final
        Orders (I) Authorizing the Debtors to Pay Prepetition Taxes and
        (II) Granting Related Relief [Docket No. 51 – entered June 4, 2019]

ii.     Notice of (A) Entry of Interim Order Granting Motion of the Debtors for
        Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition
        Taxes and (II) Granting Related Relief and (B) Final Hearing Thereon
        [Docket No. 77 - filed June 6, 2019]

iii.    Certification of Counsel Regarding Final Order Granting Motion of the
        Debtors for Interim and Final Orders (I) Authorizing the Debtors to Pay
        Prepetition Taxes and (II) Granting Related Relief [Docket No. 242 - filed
        June 27, 2019]

Status: On June 27, 2019, the Debtors filed a revised proposed order under
        certification of counsel in connection with this matter.  Accordingly, a
        hearing on this matter is only necessary to the extent the Court has
        questions or concerns.

9.      Debtors' Application for an Order Authorizing Them to (I) Employ and Retain AP
        Services, LLC and (II) Designate Alan D. Holtz as Chief Restructuring Officer
        and Scott M. Tandberg as Associate Restructuring Officer, *Nunc Pro Tunc* to the
        Petition Date [Docket No. 81 – filed June 6, 2019]

        Objection/Response Deadline:      June 25, 2019 at 4:00 p.m. (ET); extended
                                          for the Committee to June 27, 2019 at 12:00
                                          p.m. (ET); extended for the U.S. Trustee to
                                          June 28, 2019 at 12:00 p.m. (ET)

        Objection / Responses Received:

        A.      Informal Comments from U.S. Trustee

        Related Documents:

        i.      Certificate of No Objection Regarding Debtors' Application for an Order
                Authorizing Them to (I) Employ and Retain AP Services, LLC and (II)

7

Designate Alan D. Holtz as Chief Restructuring Officer and Scott M. Tandberg as Associate Restructuring Officer, *Nunc Pro Tunc* to the Petition Date [Docket No. 232 - filed June 27, 2019]

Status:  On June 27, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

10.    Motion of the Debtors for an Order (I) Authorizing the Retention and Payment, *Nunc Pro Tunc* as of the Petition Date, of Professionals Utilized by the Debtors in the Ordinary Course of Business and (II) Granting Certain Related Relief [Docket No. 106 – filed June 11, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET); extended for the U.S. Trustee to June 28, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.    Informal Comments from the Committee

B.    Informal Comments from the U.S. Trustee

Related Documents:

i.    Certification of Counsel Regarding Order (I) Authorizing the Retention and Payment, *Nunc Pro Tunc* as of the Petition Date, of Professionals Utilized by the Debtors in the Ordinary Course of Business and (II) Granting Certain Related Relief [Docket No. 246 - filed June 28, 2019]

ii.    **Notice of Revised OCP List [Docket No. 257 – filed June 28, 2019]**

Status:  On June 28, 2019, the Debtors filed a certification of counsel regarding this matter **and a revised list of ordinary course professionals**. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

11.    Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, *Nunc Pro Tunc* to the Petition Date [Docket No. 108 – filed June 11, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

8

Objection / Responses Received:        None.

Related Documents:

i.        Certificate of No Objection Regarding Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, *Nunc Pro Tunc* to the Petition Date [Docket No. 231 - filed June 27, 2019]

Status:  On June 27, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

12.      Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 140 – filed June 18, 2019]

Objection/Response Deadline:        June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.        Informal Comments from U.S. Trustee

Related Documents:

i.        Certification of Counsel Regarding Order Granting Motion of the Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 243 - filed June 27, 2019]

Status:  On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

13.      Motion of the Debtors for an Order Establishing Procedures for the Sale, Transfer or Abandonment of Miscellaneous and *De Minimis* Assets and Granting Certain Related Relief [Docket No. 141 – filed June 18, 2019]

Objection/Response Deadline:        June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

9

A.      Informal Comments from the Committee

B.      Informal Comments from the U.S. Trustee

Related Documents:

i.      Certification of Counsel Regarding Order Establishing Procedures for the Sale, Transfer or Abandonment of Miscellaneous and *De Minimis* Assets and Granting Certain Related Relief [Docket No. 244 - filed June 27, 2019]

Status: On June 27, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

## II.    **MATTERS GOING FORWARD:**

14.    Motion of the Debtors for Interim and Final Orders: (I) Approving the Continued Use of the Debtors' Cash Management System and Business Forms; (II) Extending the Debtors' Time to Comply With Section 345(b) of the Bankruptcy Code; (III) Approving Continuation of Ordinary Course Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 15 - filed June 3, 2019]

Objection/Response Deadline:          June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.      Informal Comments from the Committee

B.      Informal Comments from JP Morgan Chase

Related Documents:

i.      Interim Order Granting Motion of the Debtors for Interim and Final Orders: (I) Approving the Continued Use of the Debtors' Cash Management System and Business Forms; (II) Extending the Debtors' Time to Comply With Section 345(b) of the Bankruptcy Code; (III) Approving Continuation of Ordinary Course Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 53 – entered June 4, 2019]

ii.     Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders: (I) Approving the Continued Use of the Debtors'

Cash Management System and Business Forms; (II) Extending the Debtors' Time to Comply With Section 345(b) of the Bankruptcy Code; (III) Approving Continuation of Ordinary Course Intercompany Transactions; and (IV) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 69 - filed June 6, 2019]

iii. **Certification of Counsel Regarding Final Order Granting Motion of the Debtors for Interim and Final Orders: (I) Approving the Continued Use of the Debtors' Cash Management System and Business Forms; (II) Extending the Debtors' Time to Comply With Section 345(b) of the Bankruptcy Code; (III) Approving Continuation of Ordinary Course Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 256 - filed June 28, 2019]**

Status: **On June 28, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

15. Motion of the Debtors for Interim and Final Orders (I) Authorizing Them to (A) Pay Prepetition Insurance Obligations and Surety Bond Obligations and (B) Continue Their Insurance Programs and Surety Bond Program and (II) Granting Related Relief [Docket No. 17 - filed June 3, 2019]

Objection/Response Deadline:     June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A. Informal Comments from the Committee

Related Documents:

i. Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing Them to (A) Pay Prepetition Insurance Obligations and Surety Bond Obligations and (B) Continue Their Insurance Programs and Surety Bond Program and (II) Granting Related Relief [Docket No. 46 – entered June 4, 2019]

ii. Notice of (A) Entry of Interim Order Granting Motion of the Debtors for Interim and Final Orders (I) Authorizing Them to (A) Pay Prepetition Insurance Obligations and Surety Bond Obligations and (B) Continue Their Insurance Programs and Surety Bond Program and (II) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 74 - filed June 6, 2019]

11

      iii.    Supplement to Motion of the Debtors for Interim and Final Orders (I) Authorizing Them to (A) Pay Prepetition Insurance Obligations and Surety Bond Obligations and (B) Continue Their Insurance Programs and Surety Bond Program and (II) Granting Related Relief [Docket No. 216 - filed June 26, 2019]

      Status:  The hearing on this matter is going forward.

16.    Motion of the Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 19 - filed June 3, 2019]

      Objection/Response Deadline:     June 25, 2019 at 4:00 p.m. (ET); extended for OND Property LLC and the Committee to June 27, 2019 at 12:00 p.m. (ET)

      Objection / Responses Received:

      A.    Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for a Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief (SEALED) [Docket Mo. 218 - filed June 27, 2019]

      B.    Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for a Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief (REDACTED) [Docket Mo. 219 - filed June 27, 2019]

      C.    Limited Objection of OND Property LLC to Entry of Final DIP Order [Docket No. 225 - filed June 27, 2019]

      Related Documents:

      i.    Interim Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 60 – entered June 5, 2019]

ii.     Notice of (A) Entry of Interim Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief and (B) Final Hearing Thereon [Docket No. 71 - filed June 6, 2019]

iii.    Notice of Filing of Proposed Form of Final DIP Order [Docket No. 247 - filed June 28, 2019]

Status:  The hearing on this matter is going forward.

17.     Debtors' Application for Entry of an Order Authorizing Them to (I) Employ and Retain Piper Jaffray & Co. as Investment Banker to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief [Docket No. 79 – filed June 6, 2019]

Objection/Response Deadline:     June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET); extended for the Office of the United States Trustee (the "U.S. Trustee") to June 28, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.     Informal Comments from the U.S. Trustee

Related Documents:

i.     **Certification of Counsel Regarding Order Approving Debtors' Application for Entry of an Order Authorizing Them to (I) Employ and Retain Piper Jaffray & Co. as Investment Banker to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief [Docket No. 255 – filed June 28, 2019]**

Status: **On June 28, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

18.     Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Moelis & Company LLC as Financial Advisor and Investment Banker to the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Waiving

13

Certain Information Requirements Imposed by Local Rule 2016-2 and
(III) Granting Related Relief [Docket No. 80 – filed June 6, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended
for the Committee to June 27, 2019 at 12:00
p.m. (ET); extended for the U.S. Trustee to
June 28, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.    Informal Comments from the U.S. Trustee

Related Documents:   None.

Status: The hearing on this matter is going forward.

19.    Application of the Debtors for an Order Authorizing Them to Retain and Employ
Omni Management Group, Inc. as Administrative Advisor *Nunc Pro Tunc* to the
Petition Date [Docket No. 105 – filed June 11, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended
for the Committee to June 27, 2019 at 12:00
p.m. (ET)

Objection / Responses Received:

A.    Informal Comments from the U.S. Trustee

Related Documents:

i.    **Certification of Counsel Regarding Order Granting Application of the
Debtors for an Order Authorizing Them to Retain and Employ Omni
Management Group, Inc. as Administrative Advisor *Nunc Pro Tunc*
to the Petition Date [Docket No. 254 – filed June 28, 2019]**

Status: **On June 28, 2019, the Debtors filed a revised proposed order under
certification of counsel in connection with this matter.  Accordingly, a
hearing on this matter is only necessary to the extent the Court has
questions or concerns.**

20.    Debtors' Application for an Order Authorizing Them to Retain and Employ Jones
Day as Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 107 – filed June
11, 2019]

Objection/Response Deadline:    June 25, 2019 at 4:00 p.m. (ET); extended
for the Committee to June 27, 2019 at 12:00
p.m. (ET); extended for the U.S. Trustee to
June 28, 2019 at 12:00 p.m. (ET)

14

Objection / Responses Received:

A.    Informal Comments from U.S. Trustee

Related Documents:

i.    **Certification of Counsel Regarding Order Authorizing the Debtors to Retain and Employ Jones Day as Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 253 – filed June 28, 2019]**

Status: **On June 28, 2019, the Debtors filed a revised proposed order under certification of counsel in connection with this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

21.    Motion of the Debtors for an Order (I) Extending the Time Within Which the Debtors Must File Their (A) Schedules of Assets and Liabilities, (B) Statements of Financial Affairs, and (C) Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 144 – filed June 18, 2019]

Objection/Response Deadline:         June 25, 2019 at 4:00 p.m. (ET); extended for the Committee to June 27, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:

A.    Limited Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for an Order (I) Extending the Time Within Which the Debtors Must File Their (A) Schedules of Assets and Liabilities, (B) Statements of Financial Affairs, and (C) Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 217 - filed June 27, 2019]

B.    Informal Comments from the U.S. Trustee

Status:   The hearing on this matter is going forward.

22.    Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the Gateway Stalking Horse Agreement and (II) Granting Related Relief [Docket No. 185 – filed June 24, 2019]

Objection/Response Deadline:         July 1, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:         None.

Related Documents:

i.      Motion of the Debtors for Entry of an Order Shortening the Notice and
        Objection Periods for the Stalking Horse Motions [Docket No. 188 – filed
        June 25, 2019]

ii.     Declaration of Alan D. Holtz in Support of the (I) Gateway Stalking Horse
        Motion, (II) Farids Stalking Horse Motion and (III) Planetart Stalking
        Horse Motion [Docket No. 189 – filed June 25, 2019]

iii.    Declaration of Steve Bloom in Support of the Gateway Stalking Horse
        Motion [Docket No. 197 – filed June 25, 2019]

iv.     Order Shortening the Notice and Objection Periods for the Debtors'
        Stalking Horse Motions [Docket No. 200 – entered June 25, 2019]

v.      Notice of Stalking Horse Motions and Hearing [Docket No. 202 – filed
        June 25, 2019]

Status:   The hearing on this matter is going forward.

23.    Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to
       Provide Bidding Protections in Accordance with the Bidding Procedures and the
       Farids Stalking Horse Agreement and (II) Granting Related Relief [Docket No.
       186 – filed June 24, 2019]

Objection/Response Deadline:          July 1, 2019 at 12:00 p.m. (ET)

Objection / Responses Received:       None.

Related Documents:

i.      Motion of the Debtors for Entry of an Order Shortening the Notice and
        Objection Periods for the Stalking Horse Motions [Docket No. 188 – filed
        June 25, 2019] *(Document located under tab 22.i.)*

ii.     Declaration of Alan D. Holtz in Support of the (I) Gateway Stalking Horse
        Motion, (II) Farids Stalking Horse Motion and (III) Planetart Stalking
        Horse Motion [Docket No. 189 – filed June 25, 2019] *(Document located
        under tab 22.ii.)*

iii.    Declaration of Jean Hosty in Support of the Farids Stalking Horse Motion
        and Planetart Stalking Horse Motion [Docket No. 190 – filed June 25,
        2019]

iv.     Order Shortening the Notice and Objection Periods for the Debtors'
        Stalking Horse Motions [Docket No. 200 – entered June 25, 2019]
        *(Document located under tab 22.iv.)*

16

Status:  The hearing on this matter is going forward.

24.     Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to
        Provide Bidding Protections in Accordance with the Bidding Procedures and the
        PlanetArt Stalking Horse Agreement and (II) Granting Related Relief [Docket
        No. 187 – filed June 24, 2019]

        Objection/Response Deadline:          July 1, 2019 at 12:00 p.m. (ET)

        Objection / Responses Received:       None.

        Related Documents:

        i.      Motion of the Debtors for Entry of an Order Shortening the Notice and
                Objection Periods for the Stalking Horse Motions [Docket No. 188 – filed
                June 25, 2019] *(Document located under tab 22.i.)*

        ii.     Declaration of Alan D. Holtz in Support of the (I) Gateway Stalking Horse
                Motion, (II) Farids Stalking Horse Motion and (III) Planetart Stalking
                Horse Motion [Docket No. 189 – filed June 25, 2019] *(Document located
                under tab 22.ii.)*

        iii.    Declaration of Jean Hosty in Support of the Farids Stalking Horse Motion
                and Planetart Stalking Horse Motion [Docket No. 190 – filed June 25,
                2019] *(Document located under tab 22iii.)*

        iv.     Order Shortening the Notice and Objection Periods for the Debtors'
                Stalking Horse Motions [Docket No. 200 – entered June 25, 2019]
                *(Document located under tab 22.iv.)*

        Status:  The hearing on this matter is going forward.

25.     Motion of Randstad General Partner (US), LLC and Randstad North America,
        Inc. for Entry of an Order Authorizing the Filing Under Seal of Certain Exhibits
        to Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts
        with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition
        Administrative Claims and Obligations [Docket No. 203 – filed June 25, 2019]

        Objection/Response Deadline:          June 28, 2019 at 4:00 p.m. (ET)
                                              (Requested); extended to June 28, 2019 at
                                              11:59 p.m. for the Debtors

        Objection / Responses Received:

        A.      **Objection of Bank of America, N.A. to Motion to Compel (D.I. 205),
                Motion to Shorten Notice (D.I. 206), and Motion to Seal (D.I. 203) of**

17

**Randstad General Partner (US), LLC and Randstad North America, Inc. [Docket No. 250 - filed June 28, 2019]**

Related Documents:

i.     Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (SEALED) [Docket No. 204 – filed June 25, 2019] *(Document located under tab 26)*

ii.    Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (REDACTED) [Docket No. 205 – filed June 25, 2019]

iii.   Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 206 – filed June 25, 2019]

iv.    **Notice of Withdrawal of Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 251 – filed June 28, 2019]**

Status: **The hearing regarding this matter is continued to the omnibus hearing scheduled for July 23, 2019 at 10:00 a.m. (ET).**

26.    Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (SEALED) [Docket No. 204 – filed June 25, 2019]

Objection/Response Deadline:          June 28, 2019 at 4:00 p.m. (ET) (Requested); extended to June 28, 2019 at 11:59 p.m. for the Debtors

Objection / Responses Received:

A.    **Objection of Bank of America, N.A. to Motion to Compel (D.I. 205), Motion to Shorten Notice (D.I. 206), and Motion to Seal (D.I. 203) of Randstad General Partner (US), LLC and Randstad North America, Inc. [Docket No. 250 - filed June 28, 2019]** *(Document located under tab 25)*

Related Documents:

i.    Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Authorizing the Filing Under Seal of Certain Exhibits to Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 203 – filed June 25, 2019] *(Document located under tab 25)*

ii.   Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (REDACTED) [Docket No. 205 – filed June 25, 2019] *(Document located under tab 25.ii.)*

iii.  Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 206 – filed June 25, 2019] *(Document located under tab 25.iii.)*

iv.   **Notice of Withdrawal of Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 251 – filed June 28, 2019]** *(Document located under tab 25.iv)*

Status: **The hearing regarding this matter is continued to the omnibus hearing scheduled for July 23, 2019 at 10:00 a.m. (ET).**

RLF1 21479987v.1

Dated: July 1, 2019                       Respectfully submitted,
        Wilmington, Delaware

                                          */s/ Megan E. Kenney*
                                          Daniel J. DeFranceschi (No. 2732)
                                          Paul N. Heath (No. 3704)
                                          Brett M. Haywood (No. 6166)
                                          Megan E. Kenney (No. 6426)
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          One Rodney Square
                                          920 N. King Street
                                          Wilmington, Delaware 19801
                                          Telephone:  (302) 651-7700
                                          Facsimile:  (302) 651-7701
                                          Email: defranceschi@rlf.com
                                                 heath@rlf.com
                                                 haywood@rlf.com
                                                 kenney@rlf.com

                                                 -and-

                                          Heather Lennox (admitted *pro hac vice*)
                                          Thomas A. Wilson (admitted *pro hac vice*)
                                          JONES DAY
                                          901 Lakeside Avenue
                                          Cleveland, Ohio 44114
                                          Telephone:  (216) 586-3939
                                          Facsimile:  (216) 579-0212
                                          Email: hlennox@jonesday.com
                                                 tawilson@jonesday.com

                                          Brad B. Erens (admitted *pro hac vice*)
                                          Caitlin K. Cahow (admitted *pro hac vice*)
                                          JONES DAY
                                          77 West Wacker
                                          Chicago, Illinois  60601
                                          Telephone:  (312) 782-3939
                                          Facsimile:  (312) 782-8585
                                          Email: bberens@jonesday.com
                                                 ccahow@jonesday.com

                                          PROPOSED ATTORNEYS FOR DEBTORS
                                          AND DEBTORS IN POSSESSION