**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTD COMPANIES, INC., *et al.*,[1] | ) | Case No. 19-11240 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## PERIODIC REPORT PURSUANT TO BANKRUPTCY RULE 2015.3

Pursuant to rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), FTD Companies, Inc. and its affiliated debtors in the above captioned chapter 11 cases (collectively, the "Debtors") submit this report (this "Periodic Report") on the value, operations, and profitability, as of December 31, 2018 and June 30, 2019 of certain non-Debtor entities in which one or more Debtors hold a substantial or controlling interest. This Periodic Report has been prepared solely for the purpose of complying with the Bankruptcy Rules.[2] It includes stand-alone financial information for those non-Debtor entities which are directly owned by the Debtors.

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists" Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors" noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] To that end, in certain instances, current market valuations are neither maintained by, nor readily available to, the Debtors with respect to the entities listed on this Periodic Report. Accordingly, unless otherwise indicated, this Periodic Report reflects net book values. Market values may vary, sometimes materially, from net book values. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market valuations of each of the entities listed in this Periodic Report.

The following exhibit are attached hereto:

| Exhibit A | Debtors' interest in certain non-debtor entities and valuation estimates for those non-debtor entities. |
|-----------|-------------------------------------------------------------------------|
| **Exhibit B-1** | Balance sheet and income statements for non-debtor entities as of 12/31/2018 |
| **Exhibit B-2** | Balance sheet and income statements for non-debtor entities as of 6/30/2019 |
| **Exhibit C** | Description of operations. |

The undersigned, having reviewed the attached exhibits and this Periodic Report, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that this Periodic Report is complete, accurate, and truthful to the best of his knowledge, information, and belief.

Dated:  July 17, 2019
Downers Grove, Illinois

/s/ Alan D. Holtz
Alan D. Holtz
Chief Restructuring Officer
FTD Companies, Inc.

## General Notes

### Description of these Chapter 11 Cases

On June 3, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly. On June 12, 2019, an official committee of unsecured creditors was appointed [Docket No. 118] in the chapter 11 cases. No trustee or examiner has been appointed in the chapter 11 cases. Additional information about these chapter 11 cases, court filing and claims information is available at the Debtors' restructuring website: http://www.omnimgt.com/FTD.

### Basis of Presentation

In accordance with Bankruptcy Rule 2015.3, and except as otherwise provided herein, the financial statements and supplemental information contained herein are set forth as of December 31, 2018 and June 30, 2019 for the legal entities directly owned as of the Petition Date. The condensed financial statements contained herein are unaudited, have not been prepared in accordance with U.S. generally accepted accounting principles ("U.S. GAAP") or any other recognized financial reporting framework and are not intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or non-Debtors.

The financial statements contained herein are presented per FTD Companies, Inc's ("FTD") books and records without, among other things, all adjustments or reclassification that may be necessary or typical with respect to consolidating financial statements or in accordance with U.S. GAAP. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity. Accordingly, the Debtors and non-Debtors reserve all rights to supplement or amend any financial statements contained in this Periodic Report.

The Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for the purposes of complying with the reporting requirements of the Bankruptcy Court and the Office of the United States Trustee. Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a non-Debtor entity shows more assets than liabilities, this is not an indication that the non-Debtor entity was solvent at the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report. Likewise, to the extent that a non-Debtor entity shows more liabilities than assets, this is not an indication that the non-Debtor entity was insolvent at the Petition Date or any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report.

The unaudited, condensed financial information presented in the Periodic Report has been derived from the books and records of FTD. This information, however, has not been

subjected to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP or any other recognized financial reporting framework, and upon application of such procedures, the Debtors and non-Debtor entities believe that the financial information could be subject to changes, and these changes could be material.

The information set forth in this Periodic Report includes, among other things, normal recurring adjustments, but does not include all adjustments, footnotes, and other financial presentations that would typically be made in accordance with U.S. GAAP or any other recognized financial reporting framework, and the information set forth in this Periodic Report may not comply with U.S. GAAP in all material respects. The preparation of the unaudited, condensed financial information presented in the Periodic Report requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of presentation, as well as the reported amount of revenues and expenses during the reporting period. Actual amounts and results could differ materially from those estimates and/or the information set forth in this Periodic Report.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for a full year and may not necessarily reflect the combined results of operations, financial position and cash flows of the non-Debtors in the future.

Although the Debtors have undertaken commercially reasonable efforts to prepare this Periodic Report, there can be no assurance that the financial information presented herein is complete. This Periodic Report was not prepared to provide the basis for an investment decision relating to any of the securities of the Debtors, including FTD.

There can be no assurance that, from the perspective of an investor or potential investor in the Debtors' securities that this Periodic Report is complete. Likewise, no assurance can be given as to the value, if any, that may be ascribed to the interests identified set forth in this Periodic Report, and such financial information should not be viewed as indicative of future results.

For the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in the Periodic Report.

## Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or constitute an admission with respect to their chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing

contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates rights with respect to such assets, liabilities, claims, and obligations that may exist.

**<u>Valuation Estimates</u>**

The Debtors do not maintain fair market value or other bases of valuation for these entities, which may differ substantially from the net book value of these entities.

\*       \*       \*       \*       \*

**EXHIBIT A**

**FTD COMPANIES, INC.,** *et al.*
**DEBTORS' INTEREST IN NON-DEBTOR ENTITIES AND**
**VALUATION ESTIMATES FOR NON-DEBTORS**
Amounts in US$

| Name of Entity | Debtors' Interest 12/31/2018 | Net Book Value [1] 12/31/2018 | Debtors' Interest 6/30/2019 | Net Book Value [1] 6/30/2019 |
|---|---|---|---|---|
| FTD India Private Limited | 100% | $ 1,653,577 | 100% | $ 1,891,175 |
| Interflora, Inc. [2] | 67% | $ 694,520 [3] | 33% | $ 236,401 [4] |
| FTD Canada, Inc | 100% | $ 2,315,758 | 100% | $ 2,419,301 |

[1]  The basis for the valuation of each entity is the net book value calculated as total liabilities of each entity subtracted from its total assets as of the dates set forth herein. The net book value may not reflect the current value of the respective assets. The actual valuation of the non-Debtors may be materially different than the value recorded on a net book value basis

[2]  On May 31, 2019 FTD, Inc., a wholly owned subsidiary of FTD Companies, Inc., completed the sale of all equity and assets of its wholly owned subsidiary FTD UK Holdings Limited to Teleflora UK Holdings Limited, including FTD UK Holdings Limited's 34% interest in Interflora, Inc.

[3]  Net Book Value represents the total value of Interflora Inc. on a fully consolidated basis

[4]  Net Book Value represents Debtors' 33% interest in Interflora Inc. recorded as an Investment in Subsidiary

**EXHIBIT B-1**

**FTD COMPANIES, INC.,** *et al.*
**FINANCIAL STATEMENTS OF NON-DEBTOR SUBSIDIARIES AND INTERESTS**
**DECEMBER 31, 2018**
Amounts in US$

| | BALANCE SHEET AS OF 12/31/2019 | | |
|---|---|---|---|

| | FTD India Private Limited | Interflora, Inc. | FTD Canada, Inc |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets:** | | | |
| Cash and cash equivalents | $ 1,448,118 | $ 887,687 | $ - |
| Accounts receivable, gross | - | 81,040 | - |
| Allowance for doubtful accounts | - | - | - |
| Accounts receivable, net | $ - | $ 81,040 | $ - |
| Inventories | - | - | - |
| Income tax receivable | - | - | - |
| Deferred tax assets, net | - | - | - |
| Prepaid expenses and other current assets | 144,433 | - | - |
| **Total current assets** | $ 1,592,551 | $ 968,727 | $ - |
| | | | |
| **Property and equipment:** | | | |
| Land and improvements | $ - | $ - | $ - |
| Building and improvements | - | - | - |
| Leasehold improvements | - | - | - |
| Equipment | - | - | - |
| Computer equipment | 255,475 | - | - |
| Computer software | - | - | - |
| Furniture | 137,648 | - | - |
| **Total property and equipment** | $ 393,123 | $ - | $ - |
| Less accumulated depreciation | (330,222) | - | - |
| **Total property and equipment, net** | $ 62,901 | $ - | $ - |
| | | | |
| **Other assets:** | $ 114,263 | $ - | $ - |
| | | | |
| **Total assets** | $ 1,769,715 | $ 968,727 | $ - |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities:** | | | |
| Accounts payable | $ 6,225 | $ 252,784 | $ - |
| Customer deposits | - | - | - |
| Accrued interest | - | - | - |
| Other accrued liabilities | 210,321 | 21,423 | - |
| Accrued compensation | - | - | - |
| Deferred revenue | - | - | - |
| Income taxes payable | (12,308) | - | (2,533) |
| Current deferred tax liabilities | - | - | - |
| Current maturities of long-term debt | - | - | - |
| Intercompany | (64,245) | - | (2,313,225) |
| **Total current liabilities** | $ 139,994 | $ 274,206 | $ (2,315,758) |
| | | | |
| Deferred tax liabilities, net | $ (23,856) | $ - | $ - |
| Other liabilities | - | - | - |
| | | | |
| **Stockholders' equity:** | | | |
| Common stock | 8,117 | 544,138 | 15 |
| Additional paid-in capital | 5,731 | - | (184,199) |
| Retained earnings (accumulated deficit) | 1,639,728 | 325,650 | 2,499,942 |
| Accumulated other comprehensive income (loss) | - | (175,268) | - |
| Treasury Stock | - | - | - |
| **Total stockholders' equity** | $ 1,653,576 | $ 694,519 | $ 2,315,758 |
| **Total liabilities and stockholders' equity** | $ 1,769,714 | $ 968,726 | $ - |

**EXHIBIT B-1**

**FTD COMPANIES, INC.,** *et al.*
**FINANCIAL STATEMENTS OF NON-DEBTOR SUBSIDIARIES AND INTERESTS**
**DECEMBER 31, 2018**
Amounts in US$

| INCOME STATEMENT FOR THE PERIOD FROM JANUARY 1, 2018 TO DECEMBER 31, 2018 | | | | | |
|---|---|---|---|---|---|

| | FTD India Private Limited | | Interflora, Inc. | | FTD Canada, Inc |
|---|---|---|---|---|---|
| **Total Revenues** | $ | **2,765,139** | $ | **164,575** | $ | **524,497** |
| | | | | | | |
| **Operating Expenses:** | | | | | | |
| Cost of revenues | $ | - | $ | - | $ | - |
| Sales and marketing | | - | | - | | - |
| Technology and development | | 2,327,897 | | - | | - |
| General and administrative | | - | | 216,883 | | 499,521 |
| Amortization of intangible assets | | - | | - | | - |
| Restructuring and other exit costs | | - | | - | | - |
| Impairment Loss | | - | | - | | - |
| **Total operating expenses** | $ | **2,327,897** | $ | **216,883** | $ | **499,521** |
| | | | | | | |
| **Operating income/(loss)** | $ | **437,242** | $ | **(52,309)** | $ | **24,976** |
| Other income/(expense), net | | (31,803) | | - | | - |
| | | | | | | |
| Income before income taxes | $ | 405,439 | $ | (52,309) | $ | 24,976 |
| Provision for income taxes | | 112,147 | | 209,417 | | - |
| | | | | | | |
| **Net Income/(Loss)** | $ | **293,292** | $ | **(261,726)** | $ | **24,976** |

**EXHIBIT B-2**

**FTD COMPANIES, INC.,** *et al.*
**FINANCIAL STATEMENTS OF NON-DEBTOR SUBSIDIARIES AND INTERESTS**
**JUNE 30, 2019**
Amounts in US$

| | | BALANCE SHEET AS OF JUNE 30, 2019 | |
|---|---|---|---|

| | FTD India Private Limited | Interflora, Inc. [1,2] | FTD Canada, Inc |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets:** | | | |
| Cash and cash equivalents | $ 825,605 | $ - | $ - |
| Accounts receivable, gross | - | - | - |
| Allowance for doubtful accounts | - | - | - |
| Accounts receivable, net | $ - | $ - | $ - |
| Inventories | - | - | - |
| Income tax receivable | - | - | - |
| Deferred tax assets, net | - | - | - |
| Prepaid expenses and other current assets | 157,100 | - | - |
| **Total current assets** | $ 982,705 | $ - | $ - |
| | | | |
| **Property and equipment:** | | | |
| Land and improvements | $ - | $ - | $ - |
| Building and improvements | - | - | - |
| Leasehold improvements | - | - | - |
| Equipment | - | - | - |
| Computer equipment | 255,475 | - | - |
| Computer software | - | - | - |
| Furniture | 137,648 | - | - |
| **Total property and equipment** | $ 393,123 | $ - | $ - |
| Less accumulated depreciation | (361,673) | - | - |
| **Total property and equipment, net** | $ 31,450 | $ - | $ - |
| | | | |
| **Other assets[1]:** | $ 910,829 | $ 236,401 | $ - |
| | | | |
| **Total assets** | $ 1,924,984 | $ 236,401 | $ - |
| | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **Current liabilities:** | | | |
| Accounts payable | $ 4,336 | $ - | $ - |
| Customer deposits | - | - | - |
| Accrued interest | - | - | - |
| Other accrued liabilities | 241,623 | - | - |
| Accrued compensation | - | - | - |
| Deferred revenue | - | - | - |
| Income taxes payable | 22,275 | - | (2,720) |
| Current deferred tax liabilities | - | - | - |
| Current maturities of long-term debt | - | - | - |
| Intercompany | (995,377) | - | (2,416,581) |
| **Total current liabilities** | $ (727,143) | $ - | $ (2,419,301) |
| | | | |
| Deferred tax liabilities, net | $ (23,856) | $ - | $ - |
| Other liabilities | 784,809 | | |
| | | | |
| **Stockholders' equity:** | | | |
| Common stock | 8,117 | - | 15 |
| Additional paid-in capital | 5,731 | - | (88,067) |
| Retained earnings (accumulated deficit) | 1,877,326 | - | 2,507,353 |
| Accumulated other comprehensive income (loss) | - | - | - |
| Treasury Stock | - | - | - |
| **Total stockholders' equity** | $ 1,891,174 | $ - | $ 2,419,301 |
| **Total liabilities and stockholders' equity** | $ 1,924,984 | $ - | $ - |

[1] In connection with the May 31, 2019 sale of FTD UK Holdings Limited, Interflora, Inc. is no longer recorded as a fully consolidated subsidiary. For simplicity of format and presentation, FTD, Inc.'s 33% Investment in Interflora, Inc. is reclassified and reported hereon in the "Other assets" line item.

**EXHIBIT B-2**

**FTD COMPANIES, INC.,** *et al.*
**FINANCIAL STATEMENTS OF NON-DEBTOR SUBSIDIARIES AND INTERESTS**
**JUNE 30, 2019**
Amounts in US$

| INCOME STATEMENT FOR THE PERIOD FROM JANUARY 1, 2019 TO JUNE 30, 2019 | | | |
|---|---|---|---|
| | FTD India Private Limited | Interflora, Inc. [1,2] | FTD Canada, Inc |
| **Total Revenues** [2] | $    1,698,492 | $    63,173 | $    153,260 |
| **Operating Expenses:** | | | |
| Cost of revenues | $         - | $         - | $         - |
| Sales and marketing | - | - | - |
| Technology and development | 1,357,745 | - | - |
| General and administrative | - | 49,799 | 145,849 |
| Amortization of intangible assets | - | - | - |
| Restructuring and other exit costs | - | - | - |
| Impairment Loss | - | - | - |
| **Total operating expenses** [2] | $    1,357,745 | $    49,799 | $    145,849 |
| **Operating income/(loss)** [2] | $    340,747 | $    13,373 | $    7,411 |
| Other income/(expense), net | (3,048) | - | - |
| Income before income taxes | $    337,699 | $    13,373 | $    7,411 |
| Provision for income taxes | 100,101 | | |
| **Net Income/(Loss)** [2] | $    237,598 | $    13,373 | $    7,411 |

[2] In connection with the May 31, 2019 sale of FTD UK Holdings Limited, Interflora, Inc. is no longer recorded as a fully consolidated subsidiary. Income statement for Interflora, Inc. reflects the period from January 1, 2019 to May 30, 2019 as a fully consolidated entity.

**EXHIBIT C**

**FTD COMPANIES, INC.,** *et al.*
**DESCRIPTION OF OPERATIONS FOR THE NON-DEBTOR ENTITIES**

| Name of Entity | Description of Operations |
| --- | --- |
| FTD India Private Limited | IT Software Maintenance and Development |
| Interflora, Inc. | International Florist Transaction Processing |
| FTD Canada, Inc | Canadian Florist Sales |