**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
FTD Companies Inc., et al.,[1] : Case No. 19-11240 (LSS)
: 
Debtor. :
---------------------------------------------------------------x Re: Docket Nos. 82, 185, 186, 201 & 215

**NOTICE OF (I) ADJOURNMENT OF AUCTION
AND SALE HEARING FOR (A) THE FTD ASSETS AND PROVIDE
COMMERCE AND (B) GOURMET FOODS AND (II) EXTENSION OF
CERTAIN DEADLINES SET FORTH IN BIDDING PROCEDURES**

**PLEASE TAKE NOTICE** that the Debtors, in consultation with the Consultation Parties, hereby (a) adjourn the Auction and the Sale Hearing with respect to (i) the FTD Assets and Provide Commerce and (ii) Gourmet Foods and (b) extend certain key dates and deadlines contained in the Bidding Procedures in accordance with the Bidding Procedures Order as set forth below:[2]

| **Deadline** | **Event or Deadline** |
|---|---|
| **July 31, 2019 at 8:00 a.m. (prevailing Central Time)** | Auction (if necessary) to be held at the Hyatt Regency O'Hare Chicago, 9300 West Bryn Mawr Avenue, Rosemont, IL 60018 |
| **No later than the later of August 6, 2019 or three business days prior to the Sale Hearing** | Supplemental Sale Objection Deadline and Adequate Assurance Objection Deadline |
| **August 9, 2019 at 10:00 a.m. (prevailing Eastern Time)[3]** | Sale Hearing |

---

[1]    The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]    Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Court's order [Docket No. 201] (the "Bidding Procedures Order") approving the Bidding Procedures.

[3]    The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

NAI-1508173576v4

**PLEASE TAKE FURTHER NOTICE** that the Auction (if necessary) will be held at the Hyatt Regency O'Hare Chicago, 9300 West Bryn Mawr Avenue, Rosemont, IL 60018, on the date and at the time set forth above.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, may further extend or alter the dates and deadlines set forth in the Bidding Procedures in accordance with the Bidding Procedures Order and the Bidding Procedures.

| | |
|---|---|
| Dated: July 19, 2019<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>        heath@rlf.com<br>        shapiro@rlf.com<br>        haywood@rlf.com<br>        kenney@rlf.com<br><br>        -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>        tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Timothy W. Hoffmann (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bberens@jonesday.com<br>        ccahow@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |