**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
                                                             :
In re:                                                       : Chapter 11
                                                             :
   FTD Companies Inc., et al.,[1]                           : Case No. 19-11240 (LSS)
                                                             :
             Debtor.                                  :
------------------------------------------------------------x  Re: Docket Nos. 82, 187, 201, & 215

**NOTICE OF (I) CANCELLATION OF AUCTION
AND (II) SUCCESSFUL BID FOR PERSONAL CREATIONS**

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving the Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (II) Authorizing the Debtors' to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (VI) Granting Related Relief* [Docket No. 201] (the "Bidding Procedures Order"),[2] the deadline for submitting Qualified Bids was July 15, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Auction for Personal Creations was scheduled for July 22, 2019 at 10:00 a.m. (prevailing Central Time) if one or more Qualified Bids (other than a Stalking Horse Bid, which is deemed a

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures or the Bidding Procedures Order.

Qualified Bid pursuant to the Bidding Procedures Order) were received on or before the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the PlanetArt Stalking Horse Agreement and (II) Granting Related Relief* [Docket No. 187] (the "PlanetArt Stalking Horse Motion"), the Debtors received a Stalking Horse Bid for Personal Creations from PlanetArt LLC ("PlanetArt"), as reflected in that certain *Asset Purchase Agreement*, dated as of June 23, 2019, by and among PlanetArt, as purchaser, and Provide Creations, Inc., as seller (together with the other sellers party thereto) (the "PlanetArt Stalking Horse Agreement").[3]

**PLEASE TAKE FURTHER NOTICE** that except for the PlanetArt Stalking Horse Bid, no Qualified Bids were received for Personal Creations before the Bid Deadline. Accordingly, the Debtors, after consulting with the Consultation Parties, hereby cancel the Auction with respect to Personal Creations pursuant to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors received bids, in addition to the Stalking Horse Bids, for (i) the FTD Assets and Provide Commerce and (ii) Gourmet Foods. The Debtors intend to evaluate such bids, in consultation with the Consultation Parties, and hold an Auction for the (i) FTD Assets and Provide Commerce and (ii) Gourmet Foods in accordance with the Bidding Procedures. As set forth in more detail in the *Notice of (I) Adjournment of Auction and Sale Hearing for (A) the FTD Assets and Provide Commerce and (B) Gourmet Foods and (II) Extension of Certain Deadlines Set Forth in Bidding Procedures*, filed contemporaneously herewith, the Auction previously scheduled for these Assets on July 22, 2019 at 10:00 a.m.

---

[3] The other sellers include: Provide Commerce LLC, FTD, Inc., and Giftco, LLC.

(prevailing Central Time) has been adjourned to July 31, 2019 at 8:00 a.m. (prevailing Central Time) and is now being held at the Hyatt Regency O'Hare Chicago, 9300 West Bryn Mawr Avenue, Rosemont, IL 60018.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, because no other Qualified Bid was received for Personal Creations, the Debtors, in consultation with the Consultation Parties, have selected the PlanetArt Stalking Horse Bid as the Successful Bid for Personal Creations.  A copy of the PlanetArt Stalking Horse Agreement is attached as Exhibit B to the PlanetArt Stalking Horse Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Wilmington, DE 19801 on **July 31, 2019 at 11:00 a.m. (prevailing Eastern Time)**, at which time the Debtors intend to present the PlanetArt Stalking Horse Bid as the Successful Bid for Personal Creations.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures and other relevant documents may be obtained free of charge by visiting www.omnimgt.com/FTD.

.

| | |
|---|---|
| Dated: July 19, 2019<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>           heath@rlf.com<br>           shapiro@rlf.com<br>           haywood@rlf.com<br>           kenney@rlf.com<br><br>           -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>           tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Timothy W. Hoffmann (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bberens@jonesday.com<br>           ccahow@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |