# SIGN-IN SHEET

CASE NAME: FTD Companies, Inc.  COURTROOM NO.: 2

CASE NO. 19-11240 LSS  DATE: 7/23/19

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Mark Dedall | Bryan Cave Leighton Paisner | Randstad |
| Tom Wilson | Jones Day | Debtors |
| Dan DeFranceschi | Richards, Layton + Finger | Debtors |
| Brett Haywood | Richards, Layton + Finger | Debtors |
| Sarah Silveira | Richards, Layton + Finger | Debtors |
| Jennifer Hoover | Benesch | Committee |
| Ronald Gellert | Gellert Scali | NJ Ind Merlich Fnd LLC |

# Court Conference

Calendar Date: 07/23/2019
Calendar Time: 10:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein
### #2

Amended Calendar Jul 23 2019 6:02AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9936142 | Caitlin K. Cahow | (312) 782-3939 ext. | Jones Day | Debtor, FTD Companies, Inc. / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9932139 | Raff Ferraioli | (212) 468-8051 ext. | Morrison & Foerster LLP | Interested Party, UPS / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9933275 | Kaitlyn Fletcher | (214) 969-4900 ext. | Stutzman Bromberg Esserman & Plifka | Creditor/Claimant, Easy Saver Class Representatives / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9935162 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9937711 | Mitchell E. Sussman | (646) 616-3037 ext. | Cowen & Co., LLC | Interested Party, Cowen / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9935472 | ~~Eric R. Wilson~~ MEAGHAN CLOUGHLIN | (212) 808-5087 ext. | Kelley Drye & Warren LLP | Creditor, The Committee of Unsecured Creditors / LIVE |