## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc., <u>et al.</u>,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 31, 2019 AT 11:00 A.M. (EDT)[2]

**I.**   **CONTESTED MATTER GOING FORWARD:**

1.   Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures
for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the
Debtors to Enter Into One or More Stalking Horse Agreements and to Provide
Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the
Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment
Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner
of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of
the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances,
(B) Approving the Assumption and Assignment of Executory Contracts and
Unexpired Leases and (C) Granting Related Relief [Docket No. 82 - filed June 6,
2019]

<u>Objection/Response Deadline</u>:      July 16, 2019 at 4:00 p.m. (ET); extended to
July 17, 2019 for Hearst Communications,
Inc.; extended to July 19, 2019 for counsel
to Bank of America, N.A., as administrative
agent under both the Debtors' prepetition
secured    credit    facility    and    proposed

---

[1]   The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification
numbers, if any, follow in parentheses):  FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists'
Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC
(7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD
Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and
Provide Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek
Drive, Downers Grove, IL 60515.

[2]   The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy
Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington,
Delaware 19801.  Any person who wishes to appear telephonically at the July 31, 2019 hearing must
contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance
in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May
11, 2018*.

postpetition secured credit facility ("<u>Bank of America, N.A.</u>"); extended for Verizon to July 23, 2019 at 4:00 p.m. (ET); extended for 360i LLC to July 25, 2019 at 5:00 p.m. (ET)

<u>Objection / Responses Received</u>:

A.      Oracle's Limited Objection to and Reservation of Rights Regarding Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief ("Sale Motion"); and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets ("Assumption Notice") [Docket No. 383 – filed July 15, 2019]

<u>Status</u>:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT).

B.      Limited Objection and Reservation of Rights Regarding Proposed Asset Sales (filed by Bank of America, N.A.) [Docket No. 419 – filed July 19, 2019]

<u>Status</u>:  The hearing on this objection is going forward.

C.      Limited Objection of the Official Committee of Unsecured Creditors to Proposed Asset Sales [Docket No. 452 – filed July 26, 2019]

<u>Status</u>:  The hearing on this objection is going forward.

<u>Cure Objection / Responses Received</u>:

A.      Irvine Eastgate Office II, LLC Objection to Proposed Cure Amount [Docket No. 381 – filed July 15, 2019]

<u>Status</u>:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

2

B.      Oracle's Limited Objection to and Reservation of Rights Regarding Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief ("Sale Motion"); and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets ("Assumption Notice") [Docket No. 383 – filed July 15, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

C.      Cure Amount/Assignment Objection by LeSaint Logistics, LLC [Docket No. 384 – filed July 15, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

D.      Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 385 – filed July 15, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

E.      Objection of PAC Operating Limited Partnership to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 386 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT).

F.      Cure Objection by Microsoft [Docket No. 389 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00
a.m. (EDT); this objection does not relate to the matter being heard at the
July 31, 2019 hearing.

G.      Objection of PW Fund LP as Assignee of OK&B, LLC to Notice of Cure
Costs and Potential Assumption and Assignment of Executory Contracts
and Unexpired Leases in Connection with Sale of Substantially All Assets
[Docket No. 390 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00
a.m. (EDT); this objection does not relate to the matter being heard at the
July 31, 2019 hearing.

H.      Objection of Sun Valley Group to Notice of Cure Costs and Potential
Assumption and Assignment of Executory Contracts and Unexpired
Leases in Connection with Sale of Substantially All Assets [Docket No.
391 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00
a.m. (EDT); this objection does not relate to the matter being heard at the
July 31, 2019 hearing.

I.      Limited Objection and Reservation of Rights of Google LLC to Notice of
Cure Costs and Potential Assumption and Assignment of Executory
Contracts and Unexpired Leases in Connection with Sale of Substantially
All Assets [Docket No. 392 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00
a.m. (EDT); this objection does not relate to the matter being heard at the
July 31, 2019 hearing.

J.      Limited Objection and Reservation of Rights of United Parcel Service,
Inc. and Its Affiliates to Notice of Cure Costs and Potential Assumption
and Assignment of Executory Contracts and Unexpired Leases in
Connection with Sale of Substantially All Assets [Docket No. 393 – filed
July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00
a.m. (EDT); this objection does not relate to the matter being heard at the
July 31, 2019 hearing.

K.      Groupon's Limited Objection and Reservation of Rights [Docket No. 395
– filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00
a.m. (EDT); this objection does not relate to the matter being heard at the
July 31, 2019 hearing.

4

L.      Batesville Casket Company, Inc.'s Limited Response to and Reservation of Rights Regarding Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 397 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

M.      Objection of MCPF-LRC Logistics, LLC to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 399 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

N.      Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 400 – filed July 16, 2019]

O.      Declaration of Kevin Ramirez in Support of the Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 401 – filed July 16, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

P.      Hearst Communications, Inc.'s Objection to Proposed Cure Amounts and Assumption and Assignment of Certain Executory Contract in Connection with Sale of Potentially All Assets [Docket No. 402 – filed July 17, 2019]

Q.      (Amended) Hearst Communications, Inc.'s Objection to Proposed Cure Amounts and Assumption and Assignment of Certain Executory Contract in Connection with Sale of Potentially All Assets [Docket No. 403 – filed July 17, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

5

R.      Limited Objection of Jetxin Limited to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 434 – filed July 23, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

S.      Limited Objection of Verizon Media Group and XO Communications Services, LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of Substantially All Assets [Docket No. 436 – filed July 23, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

T.      Limited Objection and Reservation of Rights of 360i LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in connection With Sale of Substantially All Assets [Docket No. 440 – filed July 24, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

U.      Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC to Proposed Cure Amount [Docket No. 456 – filed July 26, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

V.      Limited Objection of Strategic Media, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 461 – filed July 29, 2019]

Status:  The hearing on this objection is continued to August 9, 2019 at 10:00 a.m. (EDT); this objection does not relate to the matter being heard at the July 31, 2019 hearing.

W.      Informal Response of Crown Equipment Corporation

6

Status:  The hearing on this informal response is going forward.

X.      Informal Response of XTRA Lease LLC

Status:  The hearing on this informal response is going forward.

Y.      Informal Response of Access Information Management

Status:  The hearing on this informal response is going forward.

Z.      Informal Response of ITNH

Status:  The hearing on this informal response is going forward.

Related Documents:

i.      Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (VI) Granting Related Relief [Docket No. 201 – entered June 25, 2019]

ii.     Notice of Sale, Bidding Procedures, Auction, Sale Hearing and Other Deadlines Related Thereto [Docket No. 215 – filed June 26, 2019]

iii.    Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 286 – filed July 1, 2019]

iv.     Affidavit of Service of Publication [Docket No. 287 – filed July 1, 2019]

v.      Notice of (I) Cancellation of Auction and (II) Successful Bid for Personal Creations [Docket No. 421 – filed July 19, 2019]

vi.     Notice of Filing of Amendments to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 448 – filed July 25, 2019]

vii.    Declaration of Teri Stratton in Support of the Sale of Personal Creations to PlanetArt LLC [Docket No. 459 - filed July 29, 2019]

viii.   Declaration of Scott M. Tandberg in Support of the Sale of Personal Creations to PlanetArt LLC [Docket No. 460 - filed July 29, 2019]

  ix.  Notice of Filing of Proposed Sale Order for the Sale of Personal Creations to PlanetArt LLC [Docket No. 462 - filed July 29, 2019]

  <u>General Status</u>:  The hearing on this matter is going forward.

Dated: July 29, 2019
   Wilmington, Delaware

          Respectfully submitted,

          */s/ Megan E. Kenney*
          Daniel J. DeFranceschi (No. 2732)
          Paul N. Heath (No. 3704)
          Brett M. Haywood (No. 6166)
          Megan E. Kenney (No. 6426)
          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 N. King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile:  (302) 651-7701
          Email: defranceschi@rlf.com
            heath@rlf.com
            haywood@rlf.com
            kenney@rlf.com

            -and-

          Heather Lennox (admitted *pro hac vice*)
          Thomas A. Wilson (admitted *pro hac vice*)
          JONES DAY
          901 Lakeside Avenue
          Cleveland, Ohio 44114
          Telephone:  (216) 586-3939
          Facsimile:  (216) 579-0212
          Email: hlennox@jonesday.com
            tawilson@jonesday.com

          Brad B. Erens (admitted *pro hac vice*)
          Caitlin K. Cahow (admitted *pro hac vice*)
          JONES DAY
          77 West Wacker
          Chicago, Illinois  60601
          Telephone:  (312) 782-3939
          Facsimile:  (312) 782-8585
          Email: bberens@jonesday.com
            ccahow@jonesday.com

          ATTORNEYS FOR DEBTORS AND
          DEBTORS IN POSSESSION

RLF1 21463988v.3