# SIGN-IN SHEET

CASE NAME: FTD Companies  COURTROOM NO.: 2
CASE NO.: 19-11240 LSS  DATE: 7/31/19

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brad Erens | Jones Day | Debtors |
| Genna Ghaul | Jones Day | " |
| Dan DeFranceschi | Richards Layton Finger | " |
| Brett Haywood | " | " |
| Jason Adams | Kelley Drye | Committee |
| Kevin Capuzzi | Benesch | Committee |
| Thomas Horan | Fox Rothschild | Plant Art |
| Sharon Weiss | Bryan Cave | Plant Art |
| Mary Caloway | Buchanan Ingersoll | BOA, as Agent |

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**
**#2**

Calendar Date: 07/31/2019
Calendar Time: 11:00 AM ET

Amended Calendar  Jul 31 2019  7:12AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9956864 | Joseph J. Bogdan | (312) 450-4655 ext. | Culhane Meadows, PLLC | Bidder, PlanetArt, LLC / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9952049 | Jessica Bonteque | (212) 554-7676 ext. | Moses & Singer | Creditor, 360 i, LLC / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9954652 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9953908 | Danielle Donovan | (404) 581-8820 ext. | Jones Day | Debtor, FTD Companies, Inc / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9934740 | Amish R. Doshi | (516) 622-2335 ext. | Doshi Legal Group, P.C. | Creditor/Claimant, Oracle America, Inc. / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9954340 | Raff Ferraioli | (212) 468-8051 ext. | Morrison & Foerster LLP | Interested Party, UPS / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9951864 | Kaitlyn Fletcher | (214) 969-4900 ext. | Stutzman Bromberg Esserman & Plifka | Creditor/Claimant, Easy Saver Class Representatives / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9954912 | ~~Taylor B. Harrison~~ Scott Flaherty | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9890536 | Joe A. Joseph | (205) 251-3000 ext. | Burr & Forman LLP | Creditor, Regions Bank / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9945845 | James R. Langdon | (704) 331-3705 ext. | Moore & Van Allen PLLC | Creditor, Bank of America / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9956126 | Samuel R. Maizel | (213) 688-1000 ext. | Dentons US LLP | Creditor, Ampush / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9951001 | Justin A. Morgan | (312) 602-5156 ext. | Bryan Cave Leighton Paisner LLP | Bidder, PlanetArt, LLC / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9956155 | Furqaan Siddiqui | (212) 326-3709 ext. | Jones Day | Debtor, FTD Companies, Inc. / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9953972 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |