**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: FTD Companies, Inc., *et al.* | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | Reporting Period: | June 3 - 30, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 30 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | Attestation |
| Debtor Bank Account Listing | | x | |
| Schedule of Retained Professional Fees Paid | MOR-1b | x | |
| Copies of bank statements | | | MOR Notes |
| Cash disbursements journals | | | MOR Notes |
| Statement of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | | Attestation |
| Copies of IRS Form 6123 or payment receipt (See Notes to the MOR) | | | x |
| Copies of tax returns filed during reporting period (See Notes to the MOR) | | | x |
| Summary of Unpaid Post-petition Debts | MOR-4a | x | |
| Listing of Aged Accounts Payable | MOR-4a | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Debtor Questionnaire | MOR-6 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Alan D. Holtz                                                                                                    July 31, 2019
Signature of Authorized Individual*                                                                       Date

Alan D. Holtz
Printed Name of Authorized Individual

Chief Restructuring Officer
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| | | | |
|---|---|---|---|
| **In re: FTD Companies, Inc., et al.** | | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | | Reporting Period: | June 3 - 30, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

### Notes to the Monthly Operating Report

This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the obligations of the above-captioned debtors and debtors in possession (the "Debtors") to provide monthly operating reports during these Chapter 11 Cases. The Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on currently available data.

**GENERAL:**

General Methodology: The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report. Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been included therein.

Reservation of Rights: Given the complexity of the Debtors' businesses, inadvertent errors, omissions or over-inclusions may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary.

Reporting Period: In order to maintain consistency with other external reports, the Debtors have included certain financial information (e,g., Balance Sheets and Income Statements) in accordance with their normal fiscal calendar. FTD's June 2019 accounting period covers the period from June 1 through June 30, 2019. However, cash receipts and disbursements are reported herein in accordance with the weekly reports required under the "Final Order Pursuant To Sections 105, 361, 362, 363, 364, And 507 Of The Bankruptcy Code, Bankruptcy Rule 4001, And Local Rule 4001-2, (I) Authorizing Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Adequate Protection To Prepetition Secured Parties, (III) Scheduling Final Hearing, And (IV) Granting Related Relief." [Dkt No. 311] and correspond to the weekly periods from June 3, 2019 to June 28, 2019 per those reports.

Scope: This report includes details for the following Debtor entities.

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| FTD Companies, Inc. | 19-11240 (LSS) | Giftco, LLC | 19-11248 (LSS) |
| FTD, Inc. | 19-11241 (LSS) | FSC Phoenix LLC | 19-11249 (LSS) |
| Bloom That, Inc. | 19-11242 (LSS) | Provide Cards, Inc. | 19-11250 (LSS) |
| FTD.CA, Inc. | 19-11243 (LSS) | FTD Group, Inc. | 19-11251 (LSS) |
| Florists' Transworld Delivery, Inc. | 19-11244 (LSS) | Provide Commerce LLC | 19-11252 (LSS) |
| FTD.COM Inc. | 19-11245 (LSS) | FTD Mobile, Inc. | 19-11253 (LSS) |
| FlowerFarm, Inc. | 19-11246 (LSS) | Provide Creations, Inc. | 19-11254 (LSS) |
| FSC Denver LLC | 19-11247 (LSS) | | |

MOR-1

| In re: FTD Companies, Inc., et al. | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|
| | | Reporting Period: | June 3 - 30, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

**Cash Receipts and Disbursements in USD 000's**

| TB: | Financing | FTD Operating | BLTH Operating | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
| **Operating Receipts** | | | | | | | | |
| Product and Service Revenues | $ - | $ 22,332 | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | 35,389 | - | - | - | - | - | - |
| **Total Operating Receipts** | $ - | $ 57,721 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Entity Specific Operating Disbursements** | | | | | | | | |
| Member Disbursements | $ - | $ (17,077) | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | (35,389) | - | - | - | - | - | - |
| Payroll/Benefits | - | (4,886) | - | (27) | - | - | - | - |
| Freight | - | (202) | - | - | - | - | - | - |
| Professional Services | - | (46) | - | - | - | - | - | - |
| Marketing | - | (372) | - | - | - | - | - | - |
| Inventory | - | (521) | - | - | - | - | - | - |
| Technology | - | (218) | - | - | - | - | - | - |
| Taxes | - | (3,324) | - | (22) | - | - | - | - |
| Warehousing, Rent, & Utilities | - | (107) | - | - | - | - | - | - |
| Professional Fees - Recurring | - | (47) | - | - | - | - | - | - |
| Other | - | (384) | - | (170) | - | - | - | - |
| **Total Entity Specific Operating Disbursements** | $ - | $ (62,574) | $ - | $ (219) | $ - | $ - | $ - | $ - |
| **Net Operating Cash Flow** | $ - | $ (4,853) | $ - | $ (219) | $ - | $ - | $ - | $ - |
| **Entity Specific Restructuring Disbursements** | | | | | | | | |
| First Day Motion and Admin Claims | $ - | $ (583) | $ - | $ - | $ - | $ - | $ - | $ - |
| Severance / Retention | - | - | - | - | - | - | - | - |
| **Total Entity Specific Restructuring Disbursements** | $ - | $ (583) | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total All Entity Specific Disbursements** | $ - | $ (63,157) | $ - | $ (219) | $ - | $ - | $ - | $ - |
| **Shared Restructuring Disbursements** | | | | | | | | |
| Professional Fees - Restructuring | $ - | $ (226) | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP Interest and Fees | (1,518) | - | - | - | - | - | - | - |
| Prepetition Debt Repayment | (12,000) | - | - | - | - | - | - | - |
| DIP Repayments | (5,000) | - | - | - | - | - | - | - |
| **Total Shared Restructuring Disbursements** | $ (18,518) | $ (226) | $ - | $ - | $ - | $ - | $ - | $ - |
| Allocation of FTD Companies, Inc. Shared Items | 18,518 | (15,121) | - | (53) | - | - | - | - |
| Allocation of FTD Inc. Shared Items | - | 41 | - | (1) | - | - | - | - |
| **Allocated Shared Restructuring Disbursements** | $ - | $ (15,306) | $ - | $ (53) | $ - | $ - | $ - | $ - |
| **Total Disbursements** | $ - | $ (78,462) | $ - | $ (273) | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ - | $ (83,315) | $ - | $ (492) | $ - | $ - | $ - | $ - |

1: Intercompany transfers between and among Debtors are excluded.

2: Shared financing and restructuring related distributions that benefit all of the Debtor entities in these cases are allocated on the basis of each entity's specifically identified disbursements, as a percentage of total entity-specific disbursements.

MOR-1

In re: FTD Companies, Inc., et al.  
Case No. (Jointly Administered): 19-11240 (LSS)  
Reporting Period: June 3 - 30, 2019  
Federal Tax I.D. #: 32-0255852

**Cash Receipts and Disbursements in USD 000's**

| TB: | GIFT | CARDS | | COMM | SINC | PCRE | |
|---|---|---|---|---|---|---|---|
| | Operating | Operating | | Operating | Operating | Operating | |
| | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) | TOTAL June 3 - 30, 2019 |
| **Operating Receipts** | | | | | | | | |
| Product and Service Revenues | $ 489 | $ - | $ - | $ - | $ 10,609 | $ - | $ 5,654 | $ 39,084 |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | 35,389 |
| **Total Operating Receipts** | $ 489 | $ - | $ - | $ - | $ 10,609 | $ - | $ 5,654 | $ 74,473 |
| **Entity Specific Operating Disbursements** | | | | | | | | |
| Member Disbursements | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (17,077) |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | (35,389) |
| Payroll/Benefits | - | - | - | - | (2,339) | - | - | (7,253) |
| Freight | - | - | - | - | (377) | - | (213) | (793) |
| Professional Services | - | - | - | - | (195) | - | (166) | (406) |
| Marketing | - | - | - | - | (317) | - | (168) | (858) |
| Inventory | - | - | - | - | (1,402) | - | (1,055) | (2,978) |
| Technology | - | - | - | - | - | - | - | (218) |
| Taxes | - | - | - | - | (5,248) | - | (78) | (8,673) |
| Warehousing, Rent, & Utilities | - | - | - | - | (121) | - | (115) | (343) |
| Professional Fees - Recurring | - | - | - | - | (22) | - | (5) | (74) |
| Other | (0) | - | - | - | (134) | - | (89) | (778) |
| **Total Entity Specific Operating Disbursements** | $ (0) | $ - | $ - | $ - | $ (10,155) | $ - | $ (1,890) | $ (74,839) |
| **Net Operating Cash Flow** | $ 489 | $ - | $ - | $ - | $ 453 | $ - | $ 3,764 | $ (366) |
| **Entity Specific Restructuring Disbursements** | | | | | | | | |
| First Day Motion and Admin Claims | $ - | $ - | $ - | $ - | $ (1,270) | $ - | $ (653) | $ (2,505) |
| Severance / Retention | - | - | - | - | - | - | - | - |
| **Total Entity Specific Restructuring Disbursements** | $ - | $ - | $ - | $ - | $ (1,270) | $ - | $ (653) | $ (2,505) |
| **Total All Entity Specific Disbursements** | $ (0) | $ - | $ - | $ - | $ (11,425) | $ - | $ (2,543) | $ (77,344) |
| **Shared Restructuring Disbursements** | | | | | | | | |
| Professional Fees - Restructuring | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (226) |
| DIP Interest and Fees | - | - | - | - | - | - | - | (1,518) |
| Prepetition Debt Repayment | - | - | - | - | - | - | - | (12,000) |
| DIP Repayments | - | - | - | - | - | - | - | (5,000) |
| **Total Shared Restructuring Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (18,744) |
| Allocation of FTD Companies, Inc. Shared Items | (0) | - | - | - | (2,735) | - | (609) | - |
| Allocation of FTD Inc. Shared Items | (0) | - | - | - | (33) | - | (7) | (0) |
| **Allocated Shared Restructuring Disbursements** | $ (0) | $ - | $ - | $ - | $ (2,769) | $ - | $ (616) | $ (18,744) |
| **Total Disbursements** | $ (1) | $ - | $ - | $ - | $ (14,193) | $ - | $ (3,159) | $ (96,088) |
| **Net Cash Flow** | $ 488 | $ - | $ - | $ - | $ (13,740) | $ - | $ 605 | $ (96,454) |

1: Intercompany transfers between and among Debtors are excluded.

2: Shared financing and restructuring related distributions that benefit all of the Debtor entities in these cases are allocated on the basis of each entity's specifically identified disbursements, as a percentage of total entity-specific disbursements.

MOR-1

| In re: FTD Companies, Inc., et al. | | | | | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | | | | | | | Reporting Period: | June 3 - 30, 2019 |
| | | | | | | | Federal Tax I.D. # | 32-0255852 |

**Cumulative Cash Disbursements and Trustee Fee Calculation**

| | TB: | Financing | FTD Operating | BLTH Operating | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
| **Cumulative Cash Disbursements** | | $ - | $ 78,462,325 | $ - | $ 272,643 | $ - | $ - | $ - | $ - |
| N/A - April 2019 | | | | | | | | | |
| N/A - May 2019 | | | | | | | | | |
| MOR-001 - June 2019 | | - | 78,462,325 | - | 272,643 | - | - | - | - |
| **QUARTERLY FEES DUE TO UST** | | $ 325 | $ 250,000 | $ 325 | $ 1,950 | $ 325 | $ 325 | $ 325 | $ 325 |

| Quarterly Disbursement Minimum | Quarterly Disbursement Maximum | Applicable Quarterly Fee |
|---|---|---|
| $ - | $ - | $ 325.00 |
| $ 0.01 | $ 14,999.99 | $ 325.00 |
| $ 15,000.00 | $ 74,999.99 | $ 650.00 |
| $ 75,000.00 | $ 149,999.99 | $ 975.00 |
| $ 150,000.00 | $ 224,999.99 | $ 1,625.00 |
| $ 225,000.00 | $ 299,999.99 | $ 1,950.00 |
| $ 300,000.00 | $ 999,999.99 | $ 4,875.00 |
| $ 1,000,000.00 | $ 24,999,999.99 | 1% |
| $ 25,000,000.00 | | $ 250,000.00 |

MOR-1

| In re: FTD Companies, Inc., et al. | | | | | | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | June 3 - 30, 2019 |
| | | | | | | | | Federal Tax I.D. # | 32-0255852 |

### Cumulative Cash Disbursements and Trustee Fee Calculation

| | TB: | GIFT | CARDS | | | COMM | SINC | PCRE | |
|---|---|---|---|---|---|---|---|---|---|
| | | Operating | | Operating | | Operating | Operating | Operating | |
| | | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) | TOTAL June 3 - 30, 2019 |
| **Cumulative Cash Disbursements** | | $ 583 | $ - | $ - | $ - | $ 14,193,474 | $ - | $ 3,159,388 | $ 96,088,414 |
| N/A - April 2019 | | | | | | | | | |
| N/A - May 2019 | | | | | | | | | |
| MOR-001 - June 2019 | | 583 | - | - | - | 14,193,474 | - | 3,159,388 | 96,088,414 |
| **QUARTERLY FEES DUE TO UST** | | $ 325 | $ 325 | $ 325 | $ 325 | $ 141,935 | $ 325 | $ 31,594 | $ 429,054 |

| Quarterly Disbursement Minimum | Quarterly Disbursement Maximum | Applicable Quarterly Fee |
|---|---|---|
| $ - | $ - | $ 325.00 |
| $ 0.01 | $ 14,999.99 | $ 325.00 |
| $ 15,000.00 | $ 74,999.99 | $ 650.00 |
| $ 75,000.00 | $ 149,999.99 | $ 975.00 |
| $ 150,000.00 | $ 224,999.99 | $ 1,625.00 |
| $ 225,000.00 | $ 299,999.99 | $ 1,950.00 |
| $ 300,000.00 | $ 999,999.99 | $ 4,875.00 |
| $ 1,000,000.00 | $ 24,999,999.99 | 1% |
| $ 25,000,000.00 | | $ 250,000.00 |

**MOR-1a**

| | | |
|---|---|---|
| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | Reporting Period: | June 3 - 30, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Bank Reconciliation (or copies of debtor's bank reconciliations)**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

I attest that each of the Debtors' bank accounts is reconciled to bank statements. The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements once per month within 30 days after the month end. Copies of all such documents can be made available upon request of the U.S. Trustee.

A listing of all Debtor bank accounts - including the June 30, 2019 bank balance for each account - follows this attestation.

| | |
|---|---|
| /s/ Alan D. Holtz | July 31, 2019 |
| Signature of Authorized Individual | Date |

| | |
|---|---|
| Alan D. Holtz | Chief Restructuring Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**MOR-1a**

| In re: FTD Companies, Inc., et al. | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|---|
| | | | Reporting Period: | June 3 - 30, 2019 |
| | | | Federal Tax I.D. # | 32-0255852 |

**Debtor Bank Account Listing**

| Banking Institution | Entity Name | Account Type | Acct # - Redacted | Balance as of 6/30/19 | |
|---|---|---|---|---|---|
| **Bank of America** | FTD, Inc. | Letter of Credit / Checking | ****2799 | $ 1,337.15 | |
| **Bank of Montreal** | FTD, Inc. | Toronto Lockbox | ****480C | $ - | |
| **Bank of Montreal** | FTD, Inc. | Operating Account | ****8238 | $ 282,841.31 | |
| **BBVA Bank** | FTD, Inc. | Money Market Account | ****2356 | $ - | * |
| **JPMorgan Chase Bank** | Personal Creations, Inc. | Accounts Receivable | ****5093 | $ 96,613.10 | |
| **JPMorgan Chase Bank** | Personal Creations, Inc. | Operating Account | ****5757 | $ 739,583.71 | |
| **MUFG Union Bank** | FTD Mobile, Inc. | Operating Account | ****3689 | $ 37,845.15 | |
| **MUFG Union Bank** | FTD Mobile, Inc. | ZBA Payroll Funding | ****3697 | $ - | |
| **MUFG Union Bank** | Giftco LLC | Accounts Receivable | ****2933 | $ 296,504.14 | |
| **MUFG Union Bank** | Giftco LLC | Operating Account | ****3549 | $ 69,516.73 | |
| **MUFG Union Bank** | Giftco LLC | ZBA Payroll Funding | ****3564 | $ - | |
| **MUFG Union Bank** | Personal Creations, Inc. | ZBA Payroll Funding | ****7490 | $ - | |
| **MUFG Union Bank** | Provide Commerce, LLC | Accounts Receivable | ****2925 | $ 6,612,737.43 | |
| **MUFG Union Bank** | Provide Commerce, LLC | Concentration Account | ****7342 | $ 2,241,802.47 | |
| **MUFG Union Bank** | Provide Commerce, LLC | ZBA Payroll Funding | ****7377 | $ - | |
| **Silicon Valley Bank** | Bloom That, Inc. | Investment Account | ****2853 | $ 29,078.47 | |
| **Silicon Valley Bank** | Bloom That, Inc. | ZBA A/R Account | ****8565 | $ - | |
| **Silicon Valley Bank** | Bloom That, Inc. | Operating Account | ****9341 | $ - | |
| **Toronto Dominion Bank** | FTD, Inc. | Primary Operating Account | ****4801 | $ 1,383,553.29 | |
| **Wells Fargo Bank** | FTD Companies, Inc. | Utility Deposit | ****2153 | $ 234,973.00 | ** |
| **Wells Fargo Bank** | FTD, Inc. | ZBA A/R Member Receipts | ****2906 | $ 398,794.16 | |
| **Wells Fargo Bank** | FTD, Inc. | ZBA Payroll Funding | ****2914 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | Primary Concentration Account | ****2922 | $ 7,661,697.13 | |
| **Wells Fargo Bank** | FTD, Inc. | Chicago Lockbox | ****4440 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | ZBA Member Disbursements | ****7357 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | ZBA A/P Disbursements | ****7361 | $ - | |

* Account closed on 6/14/19 per direction of the U.S. Trustee. See Final Account Statement on following pages.
** Utilities deposit account opened on 6/21/19 and funded on 6/24/2019 in accordance with Final Utilities Order.

**BBVA Compass Bank**

**Interim Statement as of 06/14/2019**

CORPORATE MONEY MARKET ACCOUNT    Account #: XXXX 2356

FTD INC.                                              Last Statement Date:     06/13/2019
3113 WOODCREEK DR                                     Last Statement Balance: $0.00
DOWNERS GROVE ILLINOIS 60515

*****DDA Transactions*****

Posted Balance as of 06/14/2019: $0.00

| Date | Description | Check# | Debit | Credit | Balance |
|------|-------------|--------|-------|--------|---------|

1 of 1

**BBVA Compass**

# Domestic Wire Transfer Request Form

Execution Date of Transfer: June 11, 2019

| AMOUNT INFORMATION | RECEIVING / BENEFICIARY BANK INFORMATION |
|---|---|
| Wire Amount (USD): 29,737.13 | Bank Name: XXXX2922 (Bank where beneficiary or beneficiary bank holds an account) |
| USD amount debited from your account: 29,737.13 | Bank Address: 420 Montgomery San Francisoco, CA. 94104 (Please provide at minimum city, and state or country) |
| | Bank ID: XXXX0248 ABA# (also known as the Routing and Transit Number) |
| | Other Information: |

| ORIGINATOR INFORMATION | INTERMEDIARY / BENEFICIARY BANK INFORMATION |
|---|---|
| Debit Account #: XXXX2356 | Bank Name: |
| Account Name: FTD Inc | Bank Address: |
| Account Street Address: 3113 Woodcreek Drive Downers Grove, IL 60515 | Bank ID: |

| ORIGINATOR CONTACT INFORMATION | BENEFICIARY / REFERENCE INFORMATION |
|---|---|
| Name: Steve Barnhart | Credit Account #: |
| Phone Number: 630-724-6237 | Account Name: |
| Fax #: | Account Street Address: |
| E-mail Address: Sbarnhart@ftdi.com | Note: To prevent delaying and assure timely processing, please complete the beneficiary address information above. Reference Beneficiary Information: |
| | Reason for Transfer (if provided): Closing Account |

The undersigned customer/originator acknowledges receipt of the agreement on the reverse side of this request and agrees to its terms and conditions.

Originator Signature: /s/
Date: June 11, 2019

☐ ID REQUIRED - DL Number and State
☐ PASSPORT #:
COUNTRY:

Notice: If you provide an incorrect account number or recipient institution identifier, or otherwise incorrectly identify the account to which funds should be deposited, and the incorrect information results in the funds being deposited into the wrong account, you could lose the transfer amount.

Compass Bank will charge a fee for the wire transfer requested according to the type of wire transfer requested as set forth in its then existing schedule on wire transfer fees.

FOR USE BY WMG:
Confirm With:
Date:
Time:          BY:

TO BE COMPLETED BY BANKING CENTER/DEPARTMENT - PLEASE PRINT OR TYPE CLEARLY
Note: All Wires Require Both Initiator and Review/ Approval Signatures** (If the Reviewer/Approver is not located at the original Branch/Dept of the Wire - In the Reviewed/ Approved by fields - Notate their Name and Telephone number.) Forward the WTRF and supporting documents as outlined in the *Guide for Completing Wire Transfer Requests*.

| Initiated By (Print) | Time Called Secure Voice Mail (WTD) | Reviewed/Approved By (Print) |
|---|---|---|
| Initiated By (Signature) | Available Balance | Reviewed/Approved By (Signature) OR Telephone# (remote approver) |

Revised 11/13/15

When used in the Agreement, "Compass" shall mean Compass Bank, or any other affiliate of Compass Bancshares, Inc. This Agreement is made between Compass, and the customer named as the originating party on the front of this form ("Customer").

1. **Authorization for Funds Transfer Services.** Compass is authorized and directed to execute and charge to Customer's accounts at Compass the funds transfer payment order appearing on the front of this form. Customer warrants and represents that it has reviewed the information appearing on the front of this form and that such information is accurate.

2. **Incorrect Information.** Customer acknowledges that in the event it provides an incorrect account number or recipient institution identifier, or otherwise incorrectly identifies the account to which funds should be deposited, and the incorrect information results in the funds being deposited into the wrong account, the customer could lose the transfer amount. In addition to the amount of the payment order, Customer agrees to pay Compass's customary fees for funds transfers of this type, and any direct or indirect transfer charges incurred by Compass.

3. **Honoring Payment Orders.** Compass is not obligated to execute or honor this payment order, either in whole or part, if (i) the amount of the payment order exceeds Customer's collected funds on deposit with Compass, unless Customer pays Compass in cash; (ii) Compass believes for any reason, whether or not justified, that this payment order is not authorized; or (iii) the information on the other side of this form does not provide all information required by Compass, or does not otherwise comply with this Agreement. If a payment order identifies an intermediary of beneficiary's bank only by an identifying number, Compass is instructed to rely on the number as proper identification of the bank without further inquiry. If a payment order identifies an intermediary or beneficiary's bank both by name and account number, and the name and account number identify different persons, or contain any other error, Customer is liable for all losses relating to the payment order.

4. **Amendment to Payment Order.** After Compass executes this payment order, Compass shall have no obligation or duty to reverse, revoke or alter this payment order. Compass will make a reasonable effort to comply with Customer's request prior to execution if Compass's Funds Transfer Department has been given sufficient notice and a reasonable opportunity to act. Any request must provide the amount and recipient of the proposed funds transfer.

   Federal regulations require that Compass include certain information about Customer in any funds transmittal order by Customer, including Customer's true name and street address. Compass' system will include Customer's street address contained in its account records unless no such address is on record, in which case Compass will include the street address provided, by Customer in this agreement. Customer agree(s) to promptly notify Compass of any changes or corrections to Customer's information maintained by Compass, including Customer's street address. Customer agrees that, upon and by requesting any transmission of funds, Customer has verified that the information about Customer that is maintained by Compass is both accurate and complete.

5. **Executing Payment Orders.** Compass will execute payment orders on the day of receipt, if received within Compass's Funds Transfer Department's cut-off time, and the day of receipt is a banking day for Compass and the applicable Federal Reserve Bank. All payment orders must be made in accordance with Compass's standard transfer procedures, which Compass shall be entitled to modify from time to time. Compass may execute payment orders in any order and select the means and routes, which Compass considers appropriate under the circumstances.

6. **Standard of Care; Limitation of Liability; Indemnity.** Compass agrees to use substantially the same type of procedures and equipment in performing this payment order for Customer as Compass uses in performing similar services on its own behalf. The above standards of care, and Compass's compliance with any instructions given, or believed by Compass to be given by Customer, shall constitute proper, reasonable and ordinary standards of care. Notwithstanding any other provision in this Agreement, or in any other document or relationship between Compass and Customer, except as required by law, Compass is not liable for, and Customer releases and waives all claims against Compass relating to any loss, damages or costs incurred by Customer, or any other person or entity, by reason of anything done or not done by Compass relating to this payment order or under this Agreement, unless resulting solely from Compass's bad faith or gross negligence. Compass shall not be liable under any circumstances for any consequential, special, punitive, incidental or similar damages in connection with this Agreement. Compass shall incur no liability for delays, errors, failures or damages occurring by reason of circumstances beyond Compass's reasonable control, including, without limitation, conflicts with federal or state law or regulation, government actions, national emergencies, labor difficulties, fire, catastrophe, acts of God, weather, equipment malfunction, war, riots, failure of power, communication or transportation. To the full extent allowed by law, Customer will indemnify and hold Compass, its officers, employees, agents and contractors, harmless from any claim, loss, penalty, assessment, cost or damage, whether in contract or in tort, including attorney's fees, which Customer or any other person may suffer or be liable for, arising out of any errors, negligence, action, non-action or involvement by Customer or Compass under this Agreement, including stop payments and amendments to payment orders requested by Customer, except as results solely from Compass's bad faith or gross negligence. Customer acknowledges Compass's inability to foresee any special circumstances, which may result in special or consequential losses to Customer. The provisions of the Section 5 are assignment of risk provisions forming the basis of the bargain and consideration for this Agreement. Customer must bring any allowable claim against Compass arising under this Agreement not later than one (1) year from the date of the event-giving rise to the claim. EXCEPT AS PROVIDED HEREIN OR REQUIRED BY LAW, COMPASS MAKES NO REPRESENTATION, WARRANTIES, AGREEMENTS OR GUARANTIES, EXPRESS OR IMPLIED.

7. **Arbitration: Actions.** Any controversy or claim arising out of or relating to the payment order or this Agreement shall be settled by arbitration in the City of Birmingham, Alabama, in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and the judgement upon the award rendered by the Arbitrator may be entered in any court having jurisdiction thereof. This agreement to arbitrate shall be specifically enforceable under applicable law in any court of competent jurisdiction. Unless specifically waived in writing, Compass shall not be deemed to have waived its right to compel arbitration hereunder by instituting legal action or taking any other action. Customer submits to jurisdiction in the State of Alabama for any action or cause of action arising out of this Agreement.

8. **Miscellaneous.** This Agreement is the entire agreement between the parties, supersedes all prior agreements relating to the matters provided in the Agreement, and shall not be modified nor any provision waived except in writing by Compass and Customer. Any such waiver shall be effective only for the specific purposed, circumstances and duration provided. There are no third party beneficiaries of the Agreement. This Agreement is made in Alabama, shall be effective only upon Compass's acceptance in Alabama and shall be governed by the laws of the State of Alabama and applicable federal laws and regulations.

Revised 11/13/15

# MOR-1b

| In re: FTD Companies, Inc., et al. | | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|---|---|
| | | | | Reporting Period: | June 3 - 30, 2019 |
| | | | | Federal Tax I.D. # | 32-0255852 |

**Schedule of Retained Professional Fees Paid**
Amounts in (000's)

| Payee | Role of Professional | April 2019 | May 2019 | June 2019 | Cumulative Payments Since Filing |
|---|---|---|---|---|---|
| AP Services LLC | CRO Services | | | $0 | $0 |
| Jones Day | Debtors' Counsel | | | $0 | $0 |
| Richards, Layton & Finger | Debtors' Local Counsel | | | $0 | $0 |
| Moelis & Company LLC | Debtors' Financial Advisor | | | $0 | $0 |
| Piper Jaffray & Co | Debtors' Financial Advisor | | | $0 | $0 |
| Omni Management Group | Debtors' Claims Agent | | | $0 | $0 |
| FTI Consulting | Lender Financial Advisor [1] | | | $0 | $0 |
| Moore and Van Allen | Lender Counsel [1] | | | $226 | $226 |
| Buchanan Ingersoll & Rooney | Lender Local Counsel [1] | | | $0 | $0 |
| Province | UCC Financial Advisor | | | $0 | $0 |
| Kelley Drye & Warren | UCC Counsel | | | $0 | $0 |
| Benesch Friedlander Coplan & Aronoff | UCC Local Counsel | | | $0 | $0 |
| | | $0 | $0 | $226 | $226 |

[1] Lender advisors not retained but authorized for payment pursuant to the "Final Order Pursuant To Sections 105, 361, 362, 363, 364, And 507 Of The Bankruptcy Code, Bankruptcy Rule 4001, And Local Rule 4001-2, (I) Authorizing Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Adequate Protection To Prepetition Secured Parties, (III) Scheduling Final Hearing, And (IV) Granting Related Relief." [Dkt No. 311].

MOR-2

In re: FTD Companies, Inc., et al.

Case No. (Jointly Administered): 19-11240 (LSS)
Reporting Period: June 3 - 30, 2019
Federal Tax I.D. #: 32-0255852

**UNAUDITED**
**Statement of Operations (Income Statement)**
Amounts in (000's)

| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product and Service Revenues** | $ - | $ 20,811 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ 11,133 | $ (5) | $ 5,613 |
| **Operating Expenses:** | | | | | | | | | | | | | | | | |
| Cost of revenues | $ - | $ 11,936 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,995 | $ - | $ 3,982 |
| Sales and marketing | - | 4,591 | - | - | - | - | - | - | - | - | - | - | - | 2,858 | - | 2,367 |
| Technology and development | $ - | $ (146) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 662 | $ - | $ 197 |
| General and administrative | - | 9,174 | 0 | - | - | - | - | - | - | - | - | - | - | 485 | - | 211 |
| Total General and administrative | $ - | $ 9,027 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,146 | $ - | $ 409 |
| Amortization of intangible assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 30 | $ - | $ 68 |
| Restructuring and other exit costs | - | 220 | - | - | - | - | - | - | - | - | - | - | - | 2,038 | - | - |
| Impairment loss | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 | - | - |
| **Total operating expenses** | $ - | $ 25,774 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,071 | $ - | $ 6,827 |
| **Operating income/(loss)** | $ - | $ (4,963) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ (4,938) | $ (5) | $ (1,214) |
| Interest income | $ - | $ 31 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest expense | - | (724) | - | - | - | - | - | - | - | - | - | - | - | 1 | - | (1) |
| Other income/(expense), net | - | (199) | - | - | - | - | - | - | - | - | - | - | - | 44 | - | - |
| **Income before income taxes** | $ - | $ (5,855) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ (4,892) | $ (5) | $ (1,215) |
| Provision for income taxes | - | (3) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income/(Loss)** | $ - | $ (5,852) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ (4,892) | $ (5) | $ (1,215) |

1: Income Statement reflects unaudited revenue and expenses for the month of June 2019 that directly correspond to the listed debtor legal entity.

MOR-3

| In re: FTD Companies, Inc., et al. | | | | | | | | | | | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Reporting Period: | June 3 - 30, 2019 |
| | | | | | | | | | | | | | Federal Tax I.D. # | 32-0255852 |

**UNAUDITED**
**Balance Sheet**
*Amounts in (000's)*

| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS:** | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ - | $ 7,541 | $ 29 | $ - | $ - | $ - | $ - | $ - | $ 70 | $ - | $ - | $ - | $ 352 | $ 38 | $ 328 |
| Accounts receivable, gross | - | 21,954 | 135 | - | - | - | - | - | 9 | - | - | - | 2,506 | 9 | 422 |
| Allowance for doubtful accounts | - | (7,158) | (8) | - | - | - | - | - | (5) | - | - | - | (128) | - | (10) |
| Accounts receivable, net | $ - | $ 14,797 | $ 127 | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ - | $ - | $ 2,377 | $ 9 | $ 412 |
| Inventories | - | 2,938 | - | - | - | - | - | - | - | - | - | - | 8,454 | - | 9,348 |
| Income tax receivable | - | (432) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred tax assets, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restricted cash | - | 3,366 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | - | 8,541 | - | - | - | - | - | - | 339 | - | - | 647 | 13,005 | - | 1,877 |
| **Total current assets** | $ - | $ 36,750 | $ 156 | $ - | $ - | $ - | $ - | $ - | $ 412 | $ - | $ - | $ 647 | $ 24,188 | $ 47 | $ 11,964 |
| **Property and equipment:** | | | | | | | | | | | | | | | |
| Land and improvements | $ - | $ 1,380 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building and improvements | - | 15,506 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | - | - | - | - | - | - | - | - | - | 7,702 | - | 1,646 |
| Equipment | - | 1,233 | - | - | - | - | - | - | - | - | - | - | 2,926 | - | 4,547 |
| Computer equipment | - | 11,388 | - | - | - | - | - | - | - | - | - | - | 7,487 | - | 827 |
| Computer software | - | 57,224 | - | - | - | - | - | - | - | - | - | - | 10,405 | - | 2,535 |
| Furniture | - | 1,705 | - | - | - | - | - | - | - | - | - | - | 592 | - | 98 |
| Total | $ - | $ 88,435 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 29,112 | $ - | $ 9,653 |
| Less accumulated depreciation | - | (49,256) | - | - | - | - | - | - | - | - | - | - | (29,112) | - | (9,653) |
| **Total property and equipment, net** | $ - | $ 39,179 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Leases:** | | | | | | | | | | | | | | | |
| Operating lease right-of-use assets | $ - | $ 10,136 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,707 | $ - | $ 3,855 |
| Less accumulated amortization - leases | - | (374) | - | - | - | - | - | - | - | - | - | - | (15,707) | - | (3,855) |
| **Total leases, net** | $ - | $ 9,762 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ - | $ - |
| **Other assets:** | | | | | | | | | | | | | | | |
| Complete technology | $ - | $ 35,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17,004 | $ - | $ 2,961 |
| Accum amortization- Complete technology | - | (35,000) | - | - | - | - | - | - | - | - | - | - | (17,004) | - | (2,961) |
| Complete technology, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Customer Relationships | $ - | $ 85,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 75,900 | $ - | $ 15,200 |
| Accumulated amortization- Customer Relationships | - | (85,500) | - | - | - | - | - | - | - | - | - | - | (75,900) | - | (15,200) |
| Customer Relationships, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trademarks and trade names | $ - | $ 46,700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 28,462 | $ - | $ 12,160 |
| Accumulated amortization- Trademarks and trade names | - | - | - | - | - | - | - | - | - | - | - | - | (24,735) | - | (3,680) |
| Trademarks and trade names, net | $ - | $ 46,700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,727 | $ - | $ 8,480 |
| Patents, domain names and other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Patents, domain names and other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Patents, domain names and other, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Goodwill | $ - | $ 86,777 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred financing fees, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiary | - | 506,317 | - | - | - | - | - | - | - | - | - | - | 73,353 | - | - |
| Other noncurrent assets | - | 4,170 | - | - | - | - | - | - | - | - | - | - | 1,876 | - | 35 |
| **Total other assets** | $ - | $ 643,964 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 78,956 | $ - | $ 8,515 |
| **Total assets** | $ - | $ 729,655 | $ 156 | $ - | $ - | $ - | $ - | $ - | $ 412 | $ - | $ - | $ 647 | $ 103,144 | $ 47 | $ 20,480 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | | |
| Accounts payable | $ - | $ 7,306 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1 | $ - | $ - | $ - | $ 2,157 | $ - | $ 726 |
| Customer deposits | - | 732 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | 21 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other accrued liabilities | - | 6,016 | 9 | - | - | - | - | - | 73 | - | - | - | 9,761 | (3) | 2,387 |
| Accrued compensation | - | 9,375 | 0 | - | - | - | - | - | - | - | - | - | 1,241 | - | 842 |
| Deferred revenue | - | 2,239 | - | - | - | - | - | - | - | - | - | 1,797 | 764 | - | 58 |
| Income taxes payable | - | (1,535) | - | - | - | - | - | - | (355) | - | - | - | 236 | - | - |
| Current operating lease liabilities | - | 211 | - | - | - | - | - | - | - | - | - | - | 4,021 | - | 1,165 |
| Current deferred tax liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current maturities of long-term debt | - | 22,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | - | 87,286 | 1,727 | - | - | - | - | - | (1,436) | - | - | (1,427) | (131,918) | 387 | 46,376 |
| **Total current liabilities** | $ - | $ 133,650 | $ 1,737 | $ - | $ - | $ - | $ - | $ - | $ (1,718) | $ - | $ - | $ 370 | $ (113,737) | $ 384 | $ 51,554 |
| Deferred tax liabilities, net | $ - | $ 4,990 | $ (374) | $ - | $ - | $ - | $ - | $ - | $ 265 | $ - | $ - | $ - | $ (2,963) | $ (251) | $ - |
| Other liabilities | - | - | - | - | - | - | - | - | - | - | - | - | 9,612 | - | 179 |
| Noncurrent tax liabilities | - | 497 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long term unearned income | - | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long term operating lease liabilitues | - | 12,679 | - | - | - | - | - | - | - | - | - | - | 12,588 | - | 2,481 |
| Post-retirement benefits and accrued pension obligations | - | 1,800 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | 164,941 | 14,106 | 0 | - | - | - | - | - | 51 | - | - | - | 55,888 | 1 | 5,152 |
| Minority interest in subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Stockholders' equity:** | | | | | | | | | | | | | | | |
| Common stock | $ - | $ 3 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ - | $ - |
| Additional paid-in capital | - | 674,641 | 3,164 | - | - | - | - | - | 60 | - | - | - | 395,319 | 159 | 34,838 |
| Retained earnings (accumulated deficit) | (164,941) | (48,979) | (4,370) | - | - | - | - | - | 1,754 | - | - | 277 | (253,564) | (247) | (73,723) |
| Accumulated other comprehensive income (loss) | - | 1,488 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Treasury Stock | - | (65,221) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total stockholders' equity** | $ (164,941) | $ 561,932 | $ (1,206) | $ - | $ - | $ - | $ - | $ - | $ 1,814 | $ - | $ - | $ 277 | $ 141,755 | $ (87) | $ (38,885) |
| **Total liabilities and stockholders' equity** | $ - | $ 729,655 | $ 156 | $ - | $ - | $ - | $ - | $ - | $ 412 | $ - | $ - | $ 647 | $ 103,144 | $ 47 | $ 20,480 |

The Balance Sheet reflects unaudited assets, liabilities, and stockholders equity as of June 30, 2019 that directly correspond to the listed debtor legal entity. Liabilities subject to compromise are consistent with amounts presented in the Debtors' Schedules of Assets and Liabilities filed on July 13, 2019

**MOR-4**

| | | |
|---|---|---|
| **In re: FTD Companies, Inc., et al.** | **Case No. (Jointly Administered)** | 19-11240 (LSS) |
| | **Reporting Period:** | **June 3 - 30, 2019** |
| | **Federal Tax I.D. #** | **32-0255852** |

**Status of Post-petition Taxes**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due. Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

| | |
|---|---|
| /s/ Alan D. Holtz | July 31, 2019 |
| Signature of Authorized Individual | Date |

| | |
|---|---|
| Alan D. Holtz | Chief Restructuring Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**MOR-4a**

| In re: FTD Companies, Inc., et al. | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|
| | | Reporting Period: | June 3 - 30, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

**Summary of Unpaid Post-petition Debts / Listing of Aged Accounts Payable**
Amounts in (000's)

| Unpaid Post-petition Debts[1] | Current | 0-30 | 31-60 | Over 60 | Total |
|---|---|---|---|---|---|
| **Current Liabilities** | | | | | |
| Accounts payable | $ 10,189 | $0 | $0 | $0 | $10,189 |
| **Total Post-petition Debts** | $10,189 | $0 | $0 | $0 | $10,189 |

**Combined Debtors Summary of Unpaid Post-petition Accounts Payable Aging[2]**

| | | Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Combined | $ 10,189 | $0 | $0 | $0 | $0 | $10,189 |
| | 100% | 0% | 0% | 0% | 0% | 100% |

Note:
(1) The Debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities which are not included in these amounts.
(2) The post-petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and does not include accrued liabilities or prepetition amounts that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court.

# MOR-5

| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | June 3 - 30, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Accounts Receivable Reconciliation and Aging**
Amounts in (000's)
**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 14,935 |
| + Amounts billed during the period | | 41,875 |
| - Amounts collected during the period | | 39,084 |
| Total Accounts Receivable at the end of the reporting period | $ | 17,726 |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| Current | | 15,440 |
| 0 - 30 days old | | 289 |
| 31 - 60 days old | | 97 |
| 61 - 90 days old | | 76 |
| 91+ days old | | 1,824 |
| Total Accounts Receivable[1] | $ | 17,726 |

Aging is adjusted to reclassify financing receivables related to equipment sales to floral network members as current rather than at net principal outstanding as of the date of sale.

## MOR-6

| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | June 3 - 30, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

### Debtor Questionnaire

| | Must be completed each month. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3 | Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X<br>See MOR-1 for Utilities Deposit Account Details | |