**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FTD Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Hr'g Date: August 9, 2019 at 10:00 a.m. (ET)** |
|  | : | **Obj. Deadline: August 6, 2019 at 4:00 p.m. (ET)** |

**NOTICE OF AUCTION RESULTS**
**IN CONNECTION WITH THE SALE OF GOURMET FOODS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  On June 6, 2019, FTD Companies, Inc. and certain of its direct and indirect domestic subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of*

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

-2-

*Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 82] (the "Motion").[2]

2. On June 24, 2019, the Debtors filed with the Court the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the Farids Stalking Horse Agreement and (II) Granting Related Relief* [Docket No. 186] (the "Farids Stalking Horse Motion"). On July 2, 2019, the Court entered the *Order (I) Authorizing the Debtors to Provide Bidding Protections in Accordance with the Bidding Procedures and the Farids Stalking Horse Agreement and (II) Granting Related Relief* [Docket No. 307].

3. On June 25, 2019, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (VI) Granting Related Relief* [Docket No. 201] (the "Bidding Procedures Order"), which, among other items, approved the bidding procedures attached thereto as Exhibit 1 (the "Bidding Procedures").

4. Copies of relevant documents, including the Motion and the Bidding Procedures Order, are available on the website of the Debtors' claims and noticing agent, Omni Management Group, Inc., at the following address: *https://omnimgt.com/FTD*.

---

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion or the Bidding Procedures (as defined herein), as applicable.

RLF1 21803035v.1

-3-

5.      In accordance with the Motion, the Bidding Procedures Order and the Bidding Procedures, on July 31, 2019, the Debtors held an Auction for Gourmet Foods.  At the conclusion of the Auction, the Debtors, in consultation with the Consultation Parties, selected (a) SBGF Acquisition, LLC, an affiliate of 1-800-Flowers.com, Inc., as the Successful Bidder for Gourmet Foods; and (b) Farids & Co. LLC as the Backup Bidder for Gourmet Foods.  Attached hereto as <u>Exhibit A</u> is a copy of the asset purchase agreement executed in connection with the Successful Bid for Gourmet Foods (the "<u>Successful Bid APA</u>").  Attached hereto as <u>Exhibit B</u> is a copy of the form of asset purchase agreement to be executed in connection with the Backup Bid for Gourmet Foods (the "<u>Backup Bid APA</u>").

6.      Attached hereto as <u>Exhibit C</u> is a marked version of the Successful Bid APA, with changes marked against the Asset Purchase Agreement, dated as of June 23, 2019, by and among Farids & Co. LLC, as purchaser, and Provide Commerce LLC, as seller (the "<u>Farids Stalking Horse Agreement</u>") (a copy of which was attached to the Farids Stalking Horse Motion as <u>Exhibit B</u>).

7.      Attached hereto as <u>Exhibit D</u> is a marked version of the Backup Bid APA, with changes marked against the Farids Stalking Horse Agreement.

8.      The Sale Hearing to consider approval of the Successful Bid APA will be held on **August 9, 2019** at **10:00 a.m.** (prevailing Eastern Time) before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

9.      Any Objections to the conduct of the Auction and/or the particular terms of the Successful Bid APA must be (a) in writing and state, with specificity, the legal and factual bases thereof and include any appropriate documentation in support thereof; (b) filed with the

Court; and (c) served on the Objection Notice Parties by no later than the later of (i) **August 6, 2019** at **4:00 p.m.** (prevailing Eastern Time) and (ii) three business days prior to the Sale Hearing.

Dated: August 1, 2019                                Respectfully submitted,

/s/  *Megan E. Kenney*
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email: defranceschi@rlf.com
       heath@rlf.com
       haywood@rlf.com
       kenney@rlf.com

    -and-

Heather Lennox (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email: hlennox@jonesday.com
       tawilson@jonesday.com

Brad B. Erens (admitted *pro hac vice*)
Timothy W. Hoffmann (admitted *pro hac vice*)
Caitlin K. Cahow (admitted *pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email: bberens@jonesday.com
       thoffmann@jonesday.com
       ccahow@jonesday.com

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION