**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTD Companies, Inc., et al.,[1] | Case No. 19-11240 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 9, 2019 AT 10:00 A.M. (EDT)[2]**

I.  **CONTESTED MATTER GOING FORWARD:**

1. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 82 - filed June 6, 2019]

    Objection/Response Deadline:  July 16, 2019 at 4:00 p.m. (ET); extended to July 17, 2019 for Hearst Communications, Inc.; extended to July 19, 2019 for counsel to Bank of America, N.A., as administrative agent under both the Debtors' prepetition secured credit facility and proposed

---

[1]  The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]  The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the August 9, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 21676588v.2

        postpetition secured credit facility ("Bank of America, N.A."); extended for Verizon to July 23, 2019 at 4:00 p.m. (ET); extended for 360i LLC to July 25, 2019 at 5:00 p.m. (ET)

Supplemental Objection Deadline:   August 6, 2019

Objection / Responses Received:

A.   Oracle's Limited Objection to and Reservation of Rights Regarding Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief ("Sale Motion"); and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets ("Assumption Notice") [Docket No. 383 – filed July 15, 2019]

Status:  The hearing on this objection is going forward.

B.   Limited Objection and Reservation of Rights Regarding Proposed Asset Sales (filed by Bank of America, N.A.) [Docket No. 419 – filed July 19, 2019]

Status:  The hearing on this objection is going forward.

C.   Limited Objection of the Official Committee of Unsecured Creditors to Proposed Asset Sales [Docket No. 454 – filed July 26, 2019]

Status:  The hearing on this objection is going forward.

D.   Limited Objection of the Easysaver Class Representatives to Proposed Asset Sales [Docket No. 513 – filed August 6, 2019]

Status:  The hearing on this objection is going forward.

Cure Objection / Responses Received:

A. Irvine Eastgate Office II, LLC Objection to Proposed Cure Amount [Docket No. 381 – filed July 15, 2019]

Status: The hearing on this objection is going forward.

B. Oracle's Limited Objection to and Reservation of Rights Regarding Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief ("Sale Motion"); and (2) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets ("Assumption Notice") [Docket No. 383 – filed July 15, 2019]

Status: The hearing on this objection is going forward.

C. Cure Amount/Assignment Objection by LeSaint Logistics, LLC [Docket No. 384 – filed July 15, 2019]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 20, 2019 at 10:00 a.m. (ET).

D. Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 385 – filed July 15, 2019]

E. Amended Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 466 – filed July 29, 2019]

Status: The hearing on this objection has been continued to the omnibus hearing scheduled for August 20, 2019 at 10:00 a.m. (ET).

F. Objection of PAC Operating Limited Partnership to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 386 – filed July 16, 2019]

Status: The hearing on this objection is going forward.

G.      Cure Objection by Microsoft [Docket No. 389 – filed July 16, 2019]

Status: The hearing on this objection is going forward.

H.      Objection of PW Fund LP as Assignee of OK&B, LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 390 – filed July 16, 2019]

Status: The hearing on this objection is going forward.

I.      Objection of Sun Valley Group to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 391 – filed July 16, 2019]

Status: The hearing on this objection is going forward.

J.      Limited Objection and Reservation of Rights of Google LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 392 – filed July 16, 2019]

K.      Supplemental Limited Objection and Reservation of Rights of Google LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 511 – filed August 6, 2019]

Status: The hearing on this objection is going forward.

L.      Limited Objection and Reservation of Rights of United Parcel Service, Inc. and Its Affiliates to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 393 – filed July 16, 2019]

Status: The hearing on this objection is going forward.

M.      Groupon's Limited Objection and Reservation of Rights [Docket No. 395 – filed July 16, 2019]

Status: The hearing on this objection is going forward.

N.      Batesville Casket Company, Inc.'s Limited Response to and Reservation of Rights Regarding Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired

        Leases in Connection with Sale of Substantially All Assets [Docket No. 397 – filed July 16, 2019]

Status:  The hearing on this objection is going forward.

O.      Objection of MCPF-LRC Logistics, LLC to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 399 – filed July 16, 2019]

Status:  The hearing on this objection is going forward.

P.      Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 400 – filed July 16, 2019]

Q.      Declaration of Kevin Ramirez in Support of the Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 401 – filed July 16, 2019]

Status:  The hearing on this objection has been continued to the omnibus hearing scheduled for August 20, 2019 at 10:00 a.m. (ET).

R.      Hearst Communications, Inc.'s Objection to Proposed Cure Amounts and Assumption and Assignment of Certain Executory Contract in Connection with Sale of Potentially All Assets [Docket No. 402 – filed July 17, 2019]

S.      (Amended) Hearst Communications, Inc.'s Objection to Proposed Cure Amounts and Assumption and Assignment of Certain Executory Contract in Connection with Sale of Potentially All Assets [Docket No. 403 – filed July 17, 2019]

Status:  The hearing on this objection has been continued to the omnibus hearing scheduled for August 20, 2019 at 10:00 a.m. (ET).

T.      Limited Objection of Jetxin Limited to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 434 – filed July 23, 2019]

Status:  The hearing on this objection is going forward.

U.      Limited Objection of Verizon Media Group and XO Communications Services, LLC to Notice of Cure Costs and Potential Assumption and

   Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of Substantially All Assets [Docket No. 436 – filed July 23, 2019]

<u>Status</u>:  The hearing on this objection is going forward.

V. Limited Objection and Reservation of Rights of 360i LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of Substantially All Assets [Docket No. 440 – filed July 24, 2019]

<u>Status</u>:  The hearing on this objection is going forward.

W. Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC to Proposed Cure Amount [Docket No. 456 – filed July 26, 2019]

<u>Status</u>:  The hearing on this objection has been continued to the omnibus hearing scheduled for August 20, 2019 at 10:00 a.m. (ET).

X. Limited Objection of Strategic Media, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 461 – filed July 29, 2019]

<u>Status</u>:  The hearing on this objection is going forward.

Y. American Airlines, Inc.'s Response to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 496 – filed August 1, 2019]

<u>Status</u>:  The hearing on this objection is going forward.

Z. Informal Response of Crown Equipment Corporation

<u>Status</u>:  The hearing on this informal response is going forward.

AA. Informal Response of XTRA Lease LLC

<u>Status</u>:  The hearing on this informal response is going forward.

BB. Informal Response of Access Information Management

<u>Status</u>:  The hearing on this informal response is going forward.

CC. Informal Response of Dallas County, Galveston County

<u>tatus</u>:    The hearing on this informal response is going forward.

DD.    Informal Response of Sobeys

<u>Status</u>:    The hearing on this informal response is going forward.

<u>Related Documents</u>:

i.    DIP Credit Agreement, attached as Exhibit B to Motion of the Debtors, Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Pospetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 19 – filed June 3, 2019]

ii.    Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (VI) Granting Related Relief [Docket No. 201 – entered June 25, 2019]

iii.    Notice of Sale, Bidding Procedures, Auction, Sale Hearing and Other Deadlines Related Thereto [Docket No. 215 – filed June 26, 2019]

iv.    Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 286 – filed July 1, 2019]

v.    Affidavit of Service of Publication [Docket No. 287 – filed July 1, 2019]

vi.    Final Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 311 – entered July 2, 2019]

vii.    Notice of (I) Adjournment of Auction and Sale Hearing for (A) the FTD Assets and Provide Commerce and (B) Gourmet Foods and (II) Extension of Certain Deadlines Set Forth in Bidding Procedures [Docket No. 420 – filed July 19, 2019] (the "<u>Notice of Adjournment</u>")

viii.    Notice of (I) Cancellation of Auction and (II) Successful Bid for Personal Creations [Docket No. 421 – filed July 19, 2019]

ix. Notice of Filing of Amendments to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 448 – filed July 25, 2019]

x. Notice of Auction Results in Connection with the Sale of the FTD Assets and the Restructured ProFlowers Business [Docket No. 499 – filed August 1, 2019]

xi. Notice of Auction Results in Connection with the Sale of Gourmet Foods [Docket No. 500 – filed August 1, 2019]

xii. Declaration of Evan P. Glucoft in Support of the Sale of the FTD Assets and the Restructured ProFlowers Business [Docket No. 518 – filed August 7, 2019]

xiii. Declaration of Daniel Cauley on Behalf of SBGF Acquisition, LLC, Successful Bidder for Gourmet Foods, in Support of the Sale of Certain of the Debtors' Assets [Docket No. 521 – filed August 7, 2019]

xiv. Notice of Filing of Proposed Sale Order for the Sale of Gourmet Foods to SBGF Acquisition, LLC [Docket No. 522 – filed August 7, 2019]

xv. Declaration of Teri Stratton in Support of the Sale of Gourmet Foods to SBGF Acquisition, LLC [Docket No. 523 – filed August 7, 2019]

xvi. Declaration of Steve Bloom in Support of the Sale of FTD Assets and Restructured ProFlowers Business to Gateway Mercury Holdings, LLC [Docket No. 524 – filed August 7, 2019]

xvii. Declaration of Alan D. Holtz in Support of the (A) Sale of the FTD Assets and the Restructured ProFlowers Business to Gateway Mercury Holdings, LLC and (B) Sale of Gourmet Foods to SBGF Acquisition, LLC [Docket No. 525 – filed August 7, 2019]

xviii. Notice of Filing of Proposed Sale Order for the Sale of the FTD Assets and the Restructured ProFlowers Business to Gateway Mercury Holdings, LLC [Docket No. 526 – filed August 7, 2019]

General Status: Pursuant to the Notice of Adjournment, the Sale Hearing with respect to (i) the FTD Assets and the Restructured ProFlowers Business and (ii) Gourmet Foods is going forward.

2. Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Certain WARN Act Liabilities; and (II) Granting Related Relief [Docket No. 503 – filed August 2, 2019]

<u>Objection/Response Deadline</u>:	August 8, 2019 at 12:00 p.m.

<u>Objection / Responses Received</u>:	None as of this date.

<u>Related Documents</u>:

i.  Motion of the Debtors for Entry of an Order Shortening the Notice and Objection Periods for the Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Certain WARN Act Liabilities; and (II) Granting Related Relief [Docket No. 504 – filed August 2, 2019]

ii. Order Shortening the Notice and Objection Periods for the Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Pay (A) Certain Prepetition Employee Obligations and (B) Certain WARN Act Liabilities; and (II) Granting Related Relief [Docket No. 508 – entered August 5, 2019]

<u>Status</u>: The hearing on this matter is going forward.

| | |
|---|---|
| Dated: August 7, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>          heath@rlf.com<br>          haywood@rlf.com<br>          kenney@rlf.com<br><br>          -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>          tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Caitlin K. Cahow (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bberens@jonesday.com<br>          ccahow@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION |

RLF1 21676588v.2