# SIGN-IN SHEET

CASE NAME: FTD Companies, LLC    COURTROOM NO.: 2

CASE NO.    19-11240 LSS    DATE: 8/9/19

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Heather Lennox | Jones Day | Debtors |
| Tim Hoffman | " | " |
| Bob Hamilton | " | " |
| Danielle Donovan | " | " |
| Genna Ghaul | " | " |
| Caitlin Cahow | " | " |
| Mike Merchant | Richards Layton | " |
| Brett Haywood | " | " |
| Jason Adams | Kelley Drye | UCC |
| Curtis Miller | Morris Nichols | Gateway |
| Seth Goldman | Munger Tolles | " |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| James Langdon | Moore + Van Allen | Bank of America |
| Bryan Keelson | Moore Jones | Horizon Media Inc |
| Richard Stieglitz | Cahill Gordon & Reindel | SBG-F Acq LLC |
| Travis Buchanan | YCST | (Sea Flowers) Easy Saver Class Representatives |

| Mary Caboury | Buchanan Ingersoll | BOA, as Agent | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer Horn | Bonesch | [signature] | | | | | | | | | | | | | | | | |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein

#2

Calendar Date: 08/09/2019
Calendar Time: 10:00 AM ET

Amended Calendar Aug 9 2019 6:01AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9974482 | Jason Adams (IN COURT) | (212) 808-5056 ext. | Kelley Drye & Warren LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9972078 | Jessica Bonteque | (212) 554-7676 ext. | Moses & Singer | Creditor, 360I,LLc / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9934743 | Amish R. Doshi | (516) 622-2335 ext. | Doshi Legal Group, P.C. | Creditor/Claimant, Oracle America, Inc. / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9966196 | Jamie P. Dreher | (916) 520-5478 ext. | Downey Brand LLP | Creditor, California Fruit Exchange / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9968747 | Sander L. Esserman | (214) 969-4900 ext. | Stutzman Bromberg Esserman & Plifka | Interested Party, Easysaver Class Representatives / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9967349 | Raff Ferraioli | (212) 468-8051 ext. | Morrison & Foerster LLP | Interested Party, UPS / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9974805 | Jonathan C. Gordon | (312) 782-3939 ext. | Jones Day | Debtor, FTD Companies, Inc. / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9976160 | Patrick J. Flaherty SCOTT FLAHERTY | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9972222 | Joe A. Joseph | (205) 251-3000 ext. | Burr & Forman LLP | Creditor, Regions Bank / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9973667 | Brian Lennon | (212) 728-3593 ext. | Willkie Farr & Gallagher LLP | Interested Party, Vine Holding Corporation / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9974440 | Joel H. Levitin | (212) 701-3770 ext. 00 | Cahill Gordon & Reindel LLP | Interested Party, SBGF Acquisition / LISTEN ONLY |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9967359 | Jennifer Marines | (212) 336-4491 ext. | Morrison & Foerster LLP | Representing, UPS / LIVE |
| | | FTD Companies, Inc. | 19-11240 | Hearing | 9977017 | Justin A. Morgan | (312) 602-5156 ext. | Bryan Cave Leighton Paisner LLP | Bidder, PlanetArt / LISTEN ONLY |

| | | | | | | | Interested Party, Reorg Research / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| | FTD Companies, Inc. | 19-11240 | Hearing | ✓ 9976250 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. |
| | FTD Companies, Inc. | 19-11240 | Hearing | ✓ 9977288 | Amy Vulpio | (215) 864-6250 ext. | White and Williams LLP | Creditor, Google, LLC / LIVE |
| | FTD Companies, Inc. | 19-11240 | Hearing | ✓ 9967420 | Gabriella Zahn-Bielski | (212) 841-1255 ext. | Covington & Burling LLP | Creditor, American Airlines, Inc. / LIVE |

✓ MAEGHAN MCLOUGHLIN
✓ MITCHELL SUSSMAN