**Exhibit A**

| Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA *Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection. | | | |
|---|---|---|---|
| **Debtor Party to Contract** | **Counterparty** | **Counterparty Address** | **Contract Title** |
| Debtors | Florist Network | | All agreements between any Seller, on the one hand, and any member of the Florist Network, on the other hand, including the Contracts made available to Purchaser in folder 2.4.9 of the electronic data room maintained by Seller for the Transaction. |
| Debtors | | | Any trademark settlement agreements entered into by any Seller for the benefit of any Seller with respect to the infringement or potential infringement by one or more third parties of any Purchased Intellectual Property. |
| Debtors | | | Any Employee Proprietary Information and Inventions Agreement between any Seller, on the one hand, and any Transferred Employee, on the other hand. |
| Florists' Transworld Delivery, Inc. | INTERFLORA BRITISH UNIT | | AMENDED AND RESTATED FTD/INTERFLORA BRITISH UNIT LICENSE AGREEMENT dated May 31, 2019, by and between FLORISTS' TRANSWORLD DELIVERY, INC. and INTERFLORA BRITISH UNIT (which supercedes the FTD/British Unit License Agreement, dated December 7, 1987, by and between Florists' Transworld Delivery Association and Interflora (F.T.D.A) British Unit Limited, as amended by that certain FTD/British Unit License Agreement, dated May 10, 2002, as further amended by that certain FTD/British Unit License Agreement, dated July 25, 2006, as further amended by that certain FTD/British Unit License Agreement Second Addendum, dated March 29, 2010, as further amended by that certain FTD/British Unit License Agreement Third Addendum, dated September 8, 2010, and as further amended by that certain FTD/British Unit License Agreement Fifth Addendum, dated January 10, 2014). |
| FTD.COM Inc. | 12 Interactive LLC, dba PerkSpot | 216 W. Ohio Street, 4th Floor, Chicago, IL 60654 | FTD.COM Partnership Agreement |
| FTD.COM Inc. | 360I LLC | 28 West 23rd street, 6th floor, New York, NY 10010 | Contract Authorization with Master Service Agreement |
| FTD, Inc. | 360i LLC | 28 West 23rd St, 6th Fl, New York, NY 10010 | Third Amended and Restated Statement of Work Paid Media Services |
| FTD.COM Inc. | 360i LLC | 28 West 23rd Street, 6th Floor, New York, NY 10010 | Master Services Agreement |
| FTD, Inc. | 360i, LLC | 330 N Wabash Ave, Suite# 1430, Chicago, IL 60611 | Display Media Planing & Buying Services |

Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA
*Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection.

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title |
|---|---|---|---|
| FTD, Inc. | Adobe Systems Incorporated | 345 Park Avenue, San Jose, CA 95110-2704 | Adobe Sales Order |
| FTD Companies, Inc. | ADP, Inc. | 400 W. Covina Blvd., MS 208, San Dimas, CA 91773 | First Amendment to Master Services Agreement Between ADP, Inc. and FTD Companies, Inc. |
| FTD Companies, Inc. | ADP, Inc. | 5800 Windward Parkway, Alpharetta, GA 30005 | National Account Services Master Services Agreement |
| FTD Companies, Inc. | ADP, Inc. | 5800 Windward Parkway, Alpharetta, GA 30005 | ADP, Inc. National Account Services Master Services Agreement |
| FTD, Inc. | ADP, LLC | 400 W Covina Blvd, Ms 208, San Dimas, CA 91773 | Third Amendment to Master Services Agreement between ADP, LLC and FTD, Inc. |
| FTD, Inc. | ADP, LLC | 5800 Windward Parkway, Alpharetta, GA 30005 | Third Amendment to Master Services Agreement Between ADP, LLC and FTD, Inc. |
| FTD, Inc. | ADP, LLC | 5800 Windward Parkway, Alpharetta, GA 30005 | Fourth Amendment to Master Services Agreement between ADP, LLC and FTD, Inc. |
| FTD, Inc. | ADP, LLC Attention: General Manager | 5800 Windward Parkway, Alpharetta, GA 30005 | Second Amendment to Master Services Agreement between ADP, LLC and FTD Companies |
| FTD Companies, Inc. | ADP, LLC. | 5800 Windward Parkway, Alpharetta, GA 30005 | Second Amendment to Master Services Agreement Between ADP, LLC and FTD Companies, Inc. |
| FTD, Inc. | ADP, LLC. | 5800 Windward parkway, Alpharetta, GA 30005 | Fourth Amendment to Master Services Agreement between ADP, LLC and FTD, Inc. |
| FTD, Inc. | Akamai Technologies, Inc. | 150 Broadway, Cambridge, MA 02142 | Akamai Service Order Form |
| FTD, Inc. | Akamai Technologies, Inc. | 8 Cambridge Center, Cambridge, MA 02142 | Akamai Service Order form Order ID 89293 |
| FTD, Inc. | Akamai Technologies, Inc. | 8 Cambridge Center, Cambridge, MA 02142 | Akamai Service Order Form Order ID 129066 |
| FTD, Inc. | Akamai Technologies, Inc. | 8 Cambridge Center, Cambridge, MA 02142 | Akamai Service Order Form Order ID 193560 |
| FTD.COM Inc. | Alliance Services, LLC | 9800 Fredericksburg Road, San Antonio, TX 78288 | Alliance Services Agreement |
| FTD.COM Inc. | Alliance Services, LLC | 9800 Fredericksburg Road, San Antonio, TX 78288 | Second Amendment to Alliance Services Agreement |
| FTD.COM Inc. | Alliance Services, LLS. | 9800 Fredericksburg Road, San Antonio, TX 78288 | First Amendment to Alliance Services Agreement |
| FTD.COM Inc. | American Airlines, Inc. | 4333 Amon Carter Boulevard, Fort Worth, TX 76155 | AADVANTAGE Participant Agreement |
| FTD, Inc. / Florists' Transworld Delivery, Inc. / Debtors | American Express Travel Related Services Company, Inc. | PO Box 299051, Fort Lauderdale, FL 33329 ATTN: Department 87 | Agreement for American Express Card Acceptance |
| Florists' Transworld Delivery, Inc. | Ann Jordan | 8351 Glade Valley Road, Ennice, NC 28623 | Independent Contractor Services Agreement |
| FTD Companies, Inc. | Aon Consulting, Inc | 200 E Randolph St, Chicago, IL  60601 | |
| Provide Commerce, LLC | Application Consulting Group Inc | 1639 Route 10, suite 107, Parsippany, NJ 07054 | Agreement of Purchase and Sales |
| Provide Commerce, LLC | Application Consulting Group Inc (ACG) | 1639 Route 10, Suite 107, Parsippany, NJ 07054 | Agreement of Purchase and Sale |
| Provide Commerce, LLC | Application Consulting Group, Inc. | 1639 Route 10, Suite 107, Parsippany , NJ 07054 | Agreement of Purchase and Sale |
| Provide Commerce, LLC | Application Consulting Group, Inc. | 1639 Route 10, Suite 107, Parsippany, NJ 07054 | Agreement of Purchase and Sale |
| Provide Commerce, LLC | Application Consulting Group, Inc. | 1639 Route 10, Suite 107, Parsippany, NJ 07054 | Agreement of Purchase and Sale |

| Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA *Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection. | | | |
|---|---|---|---|
| **Debtor Party to Contract** | **Counterparty** | **Counterparty Address** | **Contract Title** |
| Provide Commerce, LLC | Application Consulting Group, Inc. | 1639 Route 10, Suite 107, Parsipppany, NJ 07054 | Purchase Order # C180076 |
| FTD.COM Inc. | Ariba, Inc. | 807 11th Ave, Sunnyvale, CA 94089 | Ariba Ready Program Agreement |
| Florists' Transworld Delivery, Inc. | Avaya, Inc | 3795 Data Dr, Norcross, GA 30092 | Channel Service Agreement Order Form for Distributors |
| Florists' Transworld Delivery, Inc. | Bank of America | 135 S Lasalle St, Chicago, IL  60603 | Amendment #3 of the Bank of America Payment Service Provider Agreement |
| Florists' Transworld Delivery, Inc. | Bank of America | 135 S Lasalle St, Chicago, IL  60603 | Amendment #1 Bank of America Payment Service Provider Agreement |
| Florists' Transworld Delivery, Inc. | Bank of America Merchant Services | 135 S Lasalle St, Chicago, IL  60603 | Bank of America Merchant Services Payment Facilitator/Payment Service Provider Agreement |
| Provide Commerce, LLC | Bank of America Merchant Services | 135 S Lasalle St, Chicago, IL  60603 | Bank of America Merchant Services Agreement |
| Florists' Transworld Delivery, Inc. | Bank Of America Merchant Services | 135 S Lasalle St, Chicago, IL 60603 | Amendment to the Payment Facilitator/Payment Service Provider Agreement |
| Florists' Transworld Delivery, Inc. | Bank of America, N.A. | 135 South LaSalle Street, 12th Floor, Chicago, IL 60603 | Amendment of the Payment Facilitator/Payment Service Provider Agreement |
| Provide Commerce, LLC | Bank of America, N.A. and Banc of America Merchant Services, LLC. | 100 North Tryon Street , Charlotte, NC 28255 | Merchant Services Agreement |
| Florists' Transworld Delivery, Inc. | Bank of America, NA | 135 S Lasalle St, Chicago, IL  60603 | Bank of America Merchant Services Payment Facilitator/Payment Service Provider Agreement |
| Florists' Transworld Delivery, Inc. | Bank of America, NA | 135 S Lasalle St, Chicago, IL  60603 | Amendment #2 of the Bank of America Payment Service Provider Agreement |
| FTD.COM Inc. | Batesville Casket Company, Inc. | One Batesville Blvd, Batesville, IN 47006 | Second Amendment to FTD.Com Program Agreement |
| Florists' Transworld Delivery, Inc. | Black Ice Software | 950 Peninsula Corp Circle Suite 2017, Boca Raton , FL 33487 | OEM License Agreement |
| Florists' Transworld Delivery, Inc. | Black Ice Software | 950 Peninsula Corp Circle Suite 2017, Boca Raton, FL 33487 | OEM License Agreement |
| Florists' Transworld Delivery, Inc. | Broadleaf Commerce, LLC | 5550 Granite Parkway, Suite 155, Plano, TX 75042 | Contract Approval Form with Master Software and Services Agreement |
| Florists' Transworld Delivery, Inc. | Broadleaf Commerce, LLC | 5550 Granite Parkway, Suite 155 , Plano , TX 75024 | First Amendment to SOW #3 |
| Florists' Transworld Delivery, Inc. | Broadleaf Commerce, LLC | 5550 Granite Parkway, Suite 155 , Plano , TX 75024 | First Amendment to SOW #1 |
| Florists' Transworld Delivery, Inc. | Broadleaf Commerce, LLC | 5550 Granite Parkway, Suite 155 , Plano , TX 75024 | SOW #4 |
| FTD, Inc. | Buckardt Technologies Inc. d/b/a Konsultek | 2230 Point Blvd, Suite 800, Elgin, IL 60123 | Master Equipment and Services Agreement |
| FTD, Inc. | Buckardt Technologies, Inc. dba Konsultek | 2230 Point Boulevard, Suite 800, Elgin, IL 60123 | Konsultek Master Equipment and Services Agreement |
| FTD, Inc. | Cardinal Commerce | 8100 Tyler Blvd, Mentor, OH 44060 | Contract Approval Form with Cardinal Commerce Merchant Software License Agreement |
| Florists' Transworld Delivery, Inc. | Cart Rocket | 2036 Lincoln Ave #104, Ogden , UT 84401 | Software & Services Agreement |
| Provide Commerce, LLC | Catchpoint Systems Inc | 228 Park Avenue South #28080, New York, NY 10003 | Purchase Order with Service Terms and Conditions |
| FTD, Inc. | Cellco Partnership dba Verizon Wireless | 1515 E. Woodfield Road, Suite 1400, Schaumburg, IL  60173 Attn: General Counsel | Major Account Agreement |
| FTD, Inc. | CenturyLink Communications LLC | 100 CenturyLink Dr., Monroe, LA 71203 | CenturyLink Total Advantage Agreement - Option Z |

Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA
*Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection.

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title |
|---|---|---|---|
| FTD, Inc. | CenturyLink Communications LLC | 100 CenturyLink Dr., Monroe, LA 71203 | Contract Approval Form with Amendment #2 to CenturyLink Total Advantage Agreement |
| FTD, Inc. | CenturyLink Communications LLC | 100 CenturyLink Dr., Monroe, LA 71203 | Amendment No One - CenturyLink total Advantage Agreement CenturyLink TS Service Agreement |
| FTD, Inc. | Certify, INC | 20 York St, Portland, ME 04101 | Pricing Proposal |
| FTD.COM Inc. | Chewy, Inc. | 1855 Griffin Road Suite B-428, Dania Beach, FL 33004 | FTD.Com Corporate Program Agreement Corporate United Consortium Member's Service Agreement. |
| FTD, Inc. | CISCO Systems Capital Corporation | 170 West Tasman Drive Mailstop SJC-13, 3rd Floor, San Jose, CA 95134 | Master Lease and Financing Agreement No. US-11008925-MLFA-9071 |
| FTD.COM Inc. | Clark Development | PO Box 995, Essex, CT 06426 | Lease Agreement |
| FTD.COM Inc. | Clark Development | 23 Saybrook Rd, Essex, CT 06426 | First Amendment |
| FTD.COM Inc. | Clark Development | PO Box 995, Essex, CT 06426 | First Amendment |
| FTD.COM Inc. | Coastal Nursery LLC | 117 Rancho Road, Watsonville, CA 95076 | Letter with Terms of Agreement |
| FTD, Inc. | Commission Junction LLC | 530 East Montecito Street, Santa Barbara, CA 93103 | Service Agreement Amendment No.2 |
| FTD, Inc. | Commission Junction LLC | 530 East Montecito Street, Santa Barbara, CA 93103 | Service Agreement Amendment |
| FTD, Inc. | Commission Junction, Inc. | 530 East Montecito Street, Santa Barbara, CA 93103 | CJ Affiliate Service Order |
| FTD, Inc. | Conventus Corporation | 516 N. Ogden Ave, Suite 115, Chicago, IL 60642 | Master Professional Services Agreement |
| FTD, Inc. | Convergence, INC | 3344 Highway 149, Eagan , MN 55121 | Master Sales Agreement |
| Florists' Transworld Delivery, Inc. | CoreFlex Solutions Inc. | 2948 Artesian Rd, Naperville, IL  60564 | Statement of Work #2 |
| FTD.COM Inc. | Corporate United Purchasing Consortium, Inc. | 810 Sharon Dr, Ste 127, Westlake, OH 44145 | Second Amendment |
| FTD.COM Inc. | Corporate United, Inc. | 20325 Center Ridge Rd, Ste 527, Rocky River, OH 44116 | FTD.com Consortium Agreement |
| FTD Companies, Inc. | Crowe LLP | One Mid America Plaza, Suite 700 Post Office Box 3697, Oakbrook , IL  60522-3697 | Audit Services |
| Provide Commerce, LLC | CyberSource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | CyberSource On-Demand Commerce Applications and Services Agreement |
| Provide Commerce, LLC | CyberSource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | Seventh Amendment to the CyberSource On-Demand Commerce Applications and Services Agreement |
| Provide Commerce, LLC | CyberSource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | Sixth Amendment to the CyberSource On-Demand Commerce Applications and Services Agreement |
| Provide Commerce, LLC | CyberSource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | Fifth Amendment to the CyberSource On-Demand Commerce Applications and Services Agreement |
| Provide Commerce, LLC | CyberSource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | Amendment to the CyberSource On-Demand Commerce Applications and Services Agreement |
| Provide Commerce, LLC | CyberSource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | Fourth Amendment to the CyberSource On-Demand Commerce Applications and Services Agreement |
| Provide Commerce, LLC | Cybersource Corporation | 1295 Charleston Road, Mountain View, CA 94043 | Cybersource PCI Addendum |
| Florists' Transworld Delivery, Inc. | David's Bridal, Inc Attn: Strategic Partnerships | 1001 Washington Street, Conshohocken, PA 19428 | Wedding Services Marketing Agreement |
| Florists' Transworld Delivery, Inc. | Deborah De La Flor | 10871 Stirling Road, Cooper City, FL 33328 | Independent Contractor Services Agreement |

| Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA *Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection. | | | |
|---|---|---|---|
| **Debtor Party to Contract** | **Counterparty** | **Counterparty Address** | **Contract Title** |
| FTD.COM Inc. | Delta Air Lines, Inc. | 1030 Delta Blvd., Atlanta, GA 30320 | Delta SkyMiles Program Participation Agreement |
| FTD, Inc. | DoubleTree Suites and Conference Center | 2111 Butterfield Road, Downers Grove, IL 60515 | 2019 Hilton Hotels Corporation Standard Corporate Travel Agreement |
| FTD, Inc. | Dynatrace | 1601 Trapelo Rd Suite 116, Waltham, MA 02451 | Master Services Agreement |
| Provide Commerce, LLC | Eaton Corporation | 1382 Valencia Ave Unit M, Tustin, CA 92780 | Eaton Corporation Service Agreement - Terms and Conditions As Provided Herein in Sections 7(c), 10, and 21 By Provide Commerce, LLC |
| Provide Commerce, LLC | Egencia LLC | 333 108th Ave. NE, Bellevue, WA 98004 | Corporate Travel Services Agreement |
| Florists' Transworld Delivery, Inc. | EMC Corporation | N19W24133 Riverwood Drive, Pewaukee, WI 53188 | Statement of Work |
| FTD, Inc. | Emerson Network Power, Libert Service Inc | 610 Executive Campus Drive, Westerville, OH 43082 | Contract approval with attached Proposal for Service |
| Provide Commerce, LLC | Experian QAS Ltd. | 475 Anton Blvd, Costa Mesa, CA 92626 | Experian QAS Standard Terms and Conditions |
| FTD, Inc. | Federal Record Storage Company MDMC | 111 Internationale Blvd, Glendale Heights, IL 60139 | Federal Record Storage MDMC Storage and Service Agreement |
| FTD, Inc. | Frontier Communications of America Inc. | 111 Field Street, Rochester, NY 14620 | Frontier Services Agreement |
| FTD, Inc. | FTD India Private Limited | Fllor 5, Wing 2, 'D' Block, Cyber Gateway, Hi-Tech City, Madhapur, Hyderabad-500 081, Andhra Pradesh, INDIA | Foreign Collaboration Agreement |
| FTD, Inc. | Google Inc | 1600 Amphitheatre Pkwy, Mountain View, CA 94043 | Amended and Restated Google Cloud Platform License Agreement |
| Provide Commerce, LLC | Google Inc | 1601 Amphitheatre Pkwy, Mountain View, CA 94043 | Google AdWords Master Service Agreement , Agreement ID 121620986700874 and related terms and conditions |
| Florists' Transworld Delivery, Inc. | Google Inc | 1602 Amphitheatre Pkwy, Mountain View, CA 94043 | Google AdWords Master Service Agreement with, Agreement ID 1000000000098245 and related terms and conditions |
| Florists' Transworld Delivery, Inc. / Provide Commerce, LLC | Google Inc | 1603 Amphitheatre Pkwy, Mountain View, CA 94043 | Google Advertising Agreements between the Parties related to Pro Flowers or FTD and related terms and conditions |
| FTD.COM Inc. | Green Circle Growers, INC | 51051 US Highway 20, Oberlin, OH 44074 | Supplier Agreement |
| FTD, Inc. | Groupon Inc. / Groupon Activities, LLC | 600 West Chicago Ave., Chicago, IL 60654 | Groupon Platform Agreement. |
| FTD.COM Inc. | Groupon Inc. / Groupon Activities, LLC | 600 West Chicago Ave., Chicago, IL 60654 | Groupon Merchant Agreement |
| Florists' Transworld Delivery, Inc. | Halock Security | 1834 Walden Office Square Suite 150, Schamburg, IL 60173 | Proposal | PCI Compliance Services |
| FTD, Inc. | Halock Security Labs | 1834 Walden Office Square, Suite 200, Schaumburg, IL 60173 | Proposal for Services: PCI DSS Compliance Validation Program and Acceptance |
| FTD, Inc. | Halock Security Labs | 1834 Walden Office Square, Suite 200, Schaumburg, IL 60173 | Proposal for Services: PCI DSS Penetration Test and Acceptance |
| FTD Companies, Inc. | Halock Security Labs | 1834 Walden Office square, Suite 200, Schaumburg, IL 60173 | Attestation of Compliance for Onsite Assessments - Service Providers |
| FTD, Inc. | Halock Security Labs | 1834 Walden Office Square, Suite 200, Schaumburg, IL 60173 | Change Request per FTD PCI DSS Validation 2018 |

| | Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA <br> *Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection. | | |
|---|---|---|---|
| **Debtor Party to Contract** | **Counterparty** | **Counterparty Address** | **Contract Title** |
| FTD, Inc. | Halock Security Labs | 1834 Walden Office Square, Suite 200, Schaumburg, IL 60173 | Change Order #1: PCI DSS Penetration Test |
| Florists' Transworld Delivery, Inc. | Ian Prosser | 1715 Cypress Street, Tampa, FL 33606 | Independent Contractor Services Agreement |
| Provide Commerce, LLC | IBM | 1 New Orchard Road, Armonk, NY 10504, NY 10504 | Supplement for Purchase of IBM Appliances and Appliance Services |
| FTD, Inc. | Informatics Holdings INC dba Wasp Barcode Technologies | 1400 10th street, Plano, TX 75074 | Amendment to Wasp Barcode Technologies AssetCloud Terms of Service |
| Provide Commerce, LLC | Internet Commerce Services, Inc. d/b/a CyberSource Corporation | 550 S. Winchester Boulevard, Suite 301 , San Jose, CA 95128 | CyberSource On Demand Commerce Applications and Services Agreement |
| Florists' Transworld Delivery, Inc. | IT Solutions Group, Inc. | 9718 Seeman Rd, Union, IL 60180 | Master Agreement Services, Software, Deliverables and Equipment |
| Florists' Transworld Delivery, Inc. | Ivanti, Inc. | 698 West 10000 South, South Jordan, UT 84095 | Master Terms and Conditions |
| Florists' Transworld Delivery, Inc. | John Cassidy International CHB, Inc. | 3680 NW 73rd St, Miami, FL 33147 | Customs Power of Attorney |
| Florists' Transworld Delivery, Inc. | Keith White | 3373 CR 312, Louise, TX 77455 | Independent Contractor Services Agreement |
| FTD, Inc. | Lee Enterprises, Incorporated | 201 N. Harrison St., Davenport, IA 52801 | FTD Agreement |
| FTD.COM Inc. | Legacy.com, Inc. | 820 Davis Street, Evanston, IL 60201 | Second Addendum to Marketing Agent Agreement |
| Florists' Transworld Delivery, Inc. | LeSaint Logistics LLC, Inc. | 868 W. Crossroads Pkwy, Romeoville, IL 60446 | Amendment No.3 to Agerement |
| Provide Commerce, LLC | LeSaint Logistics, LLC | 868 W. Crossroads Pkwy, Romeoville, IL 60446 | License Agreement and Full Release |
| FTD, Inc. | Level 3 Communications, LLC | 1025 Eldorado Blvd, Broomfield, CO 80021 | Addendum to Relevant Customer Order |
| Provide Commerce, LLC | Mann Indiana Prop., LLC | P.O. Box 998, Richmond, IN 47375 | Second Amendment to Building Lease Agreement |
| FTD, Inc. | Meridian Document Management Corporation | DBA Federal Record Storage Company Mdmc, 111 Internationale Blvd, Glendale Heights, IL 60139, | Storage and Service Agreement Addendum |
| FTD.COM Inc. | Mileage Plus Holdings, LLC and Continental Airlines, Inc. | 77 West Wacker Drive, Chicago, IL  60601 Attn: Mileage Plus Holdings - Legal Department and Partner Management | Loyalty Partner Agreement |
| FTD.COM Inc. | Mileage Plus Holdings, LLC and United Airlines, Inc. | 233 South Wacker Drive, Chicago, IL 60606 | First Amendment to Loyalty Partner Agreement |
| FTD, Inc. | Mileage Plus Holdings, LLC,  and United Airlines, Inc. | 233 South Wacker Drive, Chicago, IL 60606 | Second Amendment to Loyalty Partner Agreement |
| FTD, Inc. | Mimecast North America, Inc. | 191 Spring St., Lexington, MA 02421 | General Terms and Conditions |
| FTD, Inc. | Mimecast North America, Inc. | 480 Pleasant Street, Watertown, MA 02472 | General Terms and Conditions |
| Florists' Transworld Delivery, Inc. | Moneris Solutions Corporation | 3300 Bloor Street West 7th Floor West Tower, Toronto, ON M8X 2X2 | Moneris VISA National Account Merchant Agreement, Moneris Mastercard National Account Merchant Agreement, Moneris Discover National Account Merchant Agreement  with Schedule A & B |
| FTD, Inc. | MongoDB, Inc. | 229 West 43rd St., New York, NY 10036 | Mongo Quote Number: 38752 |

Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA
*Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection.

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title |
|---|---|---|---|
| FTD, Inc. | MongoDB, Inc. | 229 West 43rd St., New York, NY 10036 | Cloud Subscription Agreement |
| Provide Commerce, LLC | Nakedwines.com Inc. | 135 Gasser Drive, Napa, CA 94558 | Letter of Agreement |
| FTD, Inc. | Narvar, Inc. | 633 Folsom St, 2nd floor, San Francisco, CA 94107 | Narvar Agreement and Pricing Sheet |
| FTD, Inc. | Narvar, Inc. | 633 Folsom St, 2nd floor, San Francisco, CA 94107 | Amendment No. 1 to Narvar Agreement and Pricing Sheet |
| FTD, Inc. | Narvar, Inc. | 633 Folsom St, 2nd floor, San Francisco, CA 94107 | Amendment No. 2 to Narvar Agreement and Pricing Sheet |
| Florists' Transworld Delivery, Inc. | Navex Global, Inc. | 6000 Meadows Road, Suite 200, Lake Oswego, OR 97035 | Navex Global Order Form 099209 |
| Florists' Transworld Delivery, Inc. | Navex Global, Inc. | 6000 Meadows Road, Suite 200, Lake Oswego, OR 97035 | Navex Master Services Agreement |
| FTD.COM Inc. | Next Jump, Inc. | 261 Fifth Avenue, 8th Floor, New York, NY 10016 | Merchant Agreement |
| FTD, Inc. | Nitel, Inc. | 350 North Orleans Street Suite 1300N , Chicago , IL  60654 | Master Service Agreement |
| Florists' Transworld Delivery, Inc. | OEC Logistics, Inc. | 13100 Alondra Blvd, Cerritos, CA 90703 | Customs Power of Attorney |
| Florists' Transworld Delivery, Inc. | Online Wedding Solutions LLC | 1401 Dove St., Suite 450, Newport Beach, CA 92660 | Agreement |
| Florists' Transworld Delivery, Inc. | Online Wedding Solutions LLC | 1401 Dove St., Suite 450, Newport Beach, CA 92660 | Amendment #1 to Agreement |
| Florists' Transworld Delivery, Inc. | Online Wedding Solutions LLC | 1401 Dove St., Suite 450, Newport Beach, CA 92660 | Amendment #2 to Agreement |
| Florists' Transworld Delivery, Inc. | Online Wedding Solutions LLC | 1401 Dove St., Suite 450, Newport Beach, CA 92660 | Amendment #3 to Agreement |
| Florists' Transworld Delivery, Inc. | Online Wedding Solutions LLC | 1401 Dove St., Suite 450, Newport Beach, CA 92660 | Amendment #4 to Agreement |
| FTD, Inc. | ORACLE America Inc | 500 Oracle Parkway, Redwood Shores, CA 94065 | General Terms and Schedule P 5028673 / 17898869 6027530 / 19283551 6038780 / 19286144 6038780 / 19289342 14074320 / 21077908 18575851 / 21839791 18577743 / 21840350 18575694 / 21841655 18576237 / 21841825 |
| FTD, Inc. | Palo Alto Networks Inc | 3000 Tannery Way, Santa Clara, CA 95054 | End User License Agreement |
| FTD, Inc. | Palo Alto Networks, Inc. | 3000 Tannery way, Santa Clara, CA 95054 | End User License Agreement |
| FTD, Inc. | PMsquare LLC | 2100 Clearwater Drive, suite 330, Oak Brook, IL 60523 | IBM Cognos Analytics Training |
| FTD.COM Inc. | Points.Com Inc. | 179 John Street, 5th floor , Toronto , ON M5T 1X3 | Points Master Services Agreement Loyalty Commerce Platform- Distribution Channel Partner |
| Provide Commerce, LLC | Por La Mar Nursery | 905 S Patterson Ave, Santa Barbara, CA 93160 | Online Plant Fulfillment Agreement |
| Provide Commerce, LLC | Por La Mar Nursery | 905 S Patterson Ave, Santa Barbara, CA 93160 | Online Plant fulfillment agreement |
| FTD.COM Inc. | Por La Mur Nursery | 905 S Patterson Ave, Santa Barbara, CA 93160 | Supplier Agreement |
| Florists' Transworld Delivery, Inc. | Randy Wooten | 512 N. Peterson Avenue, Douglas, GA 31533 | Independent Contractor Services Agreement |
| Provide Commerce, LLC | Return Path Inc | 304 Park Avenue South, 7th  floor, New York, NY 10010 | Master Subscription and Services Agreement |

Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA
*Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection.

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title |
|---|---|---|---|
| Provide Commerce, LLC | Return Path Inc. | 3 Park Avenue, 41st Floor , New York, NY 10016 | Addendum A Insertion Order |
| FTD, Inc. | Return Path, Inc. | 3 Park Avenue, 41st Floor, New York, NY 10016 | Addendum A - Insertion Order |
| Provide Commerce, LLC | Return Path, Inc. | 304 Park Avenue South, 7th Floor, New York, NY 10010 | Master Subscription and Services Agreement |
| FTD, Inc. | Robert Half International Inc. | 2 Mid America Plaza, Suite 1000, Oakbrook, IL 60181 | First Amendment to Master Agreement Supplemental Staffing Services |
| Provide Commerce, LLC | Royal Standard Company, Ltd. | 12F, No. 131-3, Keelung Rd , Taipei , | Supplier Agreement |
| FTD, Inc. | SailPoint Technologies Inc | 11305 Four Points Dr. Bldg 2, suite 100, Austin, TX 78726 | Software as a Service Agreement |
| FTD, Inc. | Sailpoint Technologies, Inc. | 11305 Four Points Dr. Bldg 2, suite 100, Austin, TX 78726 | Sailpoint IdentiyNow Rapid Deployment |
| FTD, Inc. | Salesforce.com, Inc. | 415 Mission Street, 3rd Floor, San Francisco, CA 94105 | Order Form Q-01116317 |
| FTD, Inc. | ScanData Systems, Inc | 9701 Brodie Lane, Bldg 104, Austin, TX 78748 | Technology Upgrade Order Form |
| FTD, Inc. | ScanData Systems, Inc. | 9701 Brodie Lane, Bldg 104, Austin, TX 78748 | ScanData Software License Agreement |
| FTD, Inc. | Sebis Direct | 6516 W 74th St, Bedford Park, IL 60638 | Letter of Intent to purchase services from Sebis Direct Inc. commencing as of October 1, 2009. |
| Florists' Transworld Delivery, Inc. | Sebis Direct | 6516 W 74th St, Bedford Park, IL 60638 | Sebis Contract-Clearing House Statements |
| Provide Commerce, LLC | Service Express | 3854 Broadmoor Ave SE, Grand Rapids, MI 49512 | Service Agreement 16555 |
| Florists' Transworld Delivery, Inc. | Service Express, Inc. | 3854 Broadmoor Ave. SE, Grand Rapids, MI 49512 | Assignment of Agreement |
| FTD, Inc. | SessionCam Limited | St Vedast House, St Vedast Street, Norwich, NR1 1BT NR1 1BT | Master Services Agreement |
| FTD, Inc. | Slack Technologies, Inc | 500 Howard St, San Francisco, CA 94105 | Order Form |
| Florists' Transworld Delivery, Inc. | Sovos Compliance, LLC | 200 Ballardvale St Building 1, 4th FL, Wilmington, MA 01887 | Master License and Services Agreement |
| FTD.COM Inc. | Specialty Plants Inc | 2840 Gist Road, San Marcos, CA 92069-9604 | Letter of Terms of Agreement |
| Provide Commerce, LLC | Specialty Plants New Jersey, Inc. | 123 Route 539, Allentown, NJ 08501 | Floral Supplier & Fulfillment Agreement |
| FTD, Inc. | Symantec Corporation | 350 Ellis Street, Mountain View, CA 94043 | Symantec Software License Agreement |
| FTD, Inc. | Synnex Financial Services | 39 Pelham Ridge , Drive Greenville , SC 29615 | Subscription Agreement Subscription Agreement No.1581995 |
| FTD.COM Inc. | Talend | 800 Bridge Parkway, Suite 200, Redwood City, CA 94065 | Order Form |
| Provide Commerce, LLC | Tapjoy Inc | Dept Ch 19729, Palatine, IL 60055-9729 | Schedule 2 Promotion Details FY2013 |
| Florists' Transworld Delivery, Inc. | Teleflora LLC | 11444 W Olympia Blvd, Los Angeles, CA 90064 | Reciprocal API License Agreement |
| FTD.COM Inc. | Teufel Holly Farms | 160 SW Miller Road, Portland, OR 97225 | Supplier Agreement |
| Provide Commerce, LLC | Tidal Software, Inc. | 2100 Geng Road, STE #210, Palo Alto, CA 94303-3343 | Master License Agreement - Agreement Number: 130185 |
| Provide Commerce, LLC | Tien Than Co, LTD Handcraft Wares Production Import Export Co | Lot B2 Nguyen DuoCanh Industrial Zona, Thai Binh Providence,  N/A | Supplier Agreement |
| FTD, Inc. | TrustedSite, LLC, | 116 New Montgomery Street Suite 200, San Francisco, CA 94105 | Terms of Service Agreeemnt |
| FTD, Inc. | User Replay, Inc. | 425 Market St., Suite 2200, San Francisco, CA 94105 | UserRepaly Software License and Services Agreement (North America) |

| Schedule 2.1(b)(v) - Purchased Contracts under Gateway Mercury APA *Gateway Mercury Holdings, LLC reserves the right to remove contracts from this Schedule that are subject to an objection upon resolution or court determination of the objection. | | | |
| --- | --- | --- | --- |
| **Debtor Party to Contract** | **Counterparty** | **Counterparty Address** | **Contract Title** |
| FTD, Inc. | Varonis Systems, Inc. | 1250 Broadway, 29th Fl, New York, NY 10001 | Master License Agreement |
| FTD, Inc. | Verifi, Inc. | 8391 Beverly Blvd. #310, Los Angeles, CA 90048 | Order Insight Services Agreement |
| FTD Companies, Inc. | Workiva Inc. | 2900 University Boulevard, Ames, IA 50010 | Master Terms and Conditions |
| Florists' Transworld Delivery, Inc. | Yext Inc. | 1 Madison Avenue 5th flr, New York, NY 10010 | Yext Partner Agreement. |
| Florists' Transworld Delivery, Inc. | Yext, Inc. | 1 Madison Avenue 5th flr, New York, NY 10010 | Amendment to Partner Agreement |
| FTD, Inc. | ZipStorm, Inc | 800 Bellevue Way, Suite 500, Bellevue, WA 98004 | SeekOut-Terms of Service |