**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: FTD Companies, Inc., *et al.*　　　　　　　　　Case No. (Jointly Administered)　　19-11240 (LSS)
　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period:　　July 1 - 31, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　Federal Tax I.D. #　　32-0255852

**CORPORATE MONTHLY OPERATING REPORT**

File with the Court and submit a copy to the United States Trustee within 30 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | Attestation |
| Debtor Bank Account Listing | | x | |
| Schedule of Retained Professional Fees Paid | MOR-1b | x | |
| Copies of bank statements | | | MOR Notes |
| Cash disbursements journals | | | MOR Notes |
| Statement of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | | Attestation |
| Copies of IRS Form 6123 or payment receipt (See Notes to the MOR) | | | x |
| Copies of tax returns filed during reporting period (See Notes to the MOR) | | | x |
| Summary of Unpaid Post-petition Debts | MOR-4a | x | |
| Listing of Aged Accounts Payable | MOR-4a | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Debtor Questionnaire | MOR-6 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Alan D. Holtz　　　　　　　　　　　　　　　　　　　　　　　　　　　August 27, 2019
Signature of Authorized Individual*　　　　　　　　　　　　　　　　　　Date

Alan D. Holtz
Printed Name of Authorized Individual

Chief Restructuring Officer
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | July 1 - 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

### Notes to the Monthly Operating Report

This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the obligations of the above-captioned debtors and debtors in possession (the "Debtors") to provide monthly operating reports during these Chapter 11 Cases. The Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information, and belief based on currently available data.

**GENERAL:**

General Methodology: The Debtors prepared this MOR relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this MOR. Nevertheless, in preparing this MOR, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been included therein.

Reservation of Rights: Given the complexity of the Debtors' businesses, inadvertent errors, omissions or over-inclusions may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or nature of any claim amount, representation, or other statement in this MOR and reserve the right to amend or supplement this MOR, if necessary.

Reporting Period: In order to maintain consistency with other external reports, the Debtors have included certain financial information (e.g.., Balance Sheets and Income Statements) in accordance with their normal fiscal calendar. FTD's July 2019 accounting period covers the period from July 1 through July 31, 2019. However, cash receipts and disbursements are reported herein in accordance with the weekly reports required under the "Final Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief" [Dkt No. 311] and correspond to the weekly periods from June 29, 2019 to August 2, 2019 per those reports.

Scope: This report includes details for the following Debtor entities.

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| [1] FTD Companies, Inc. | 19-11240 (LSS) | [1] Giftco, LLC | 19-11248 (LSS) |
| [1] FTD, Inc. | 19-11241 (LSS) | [2] FSC Phoenix LLC | 19-11249 (LSS) |
| [2] Bloom That, Inc. | 19-11242 (LSS) | [2] Provide Cards, Inc. | 19-11250 (LSS) |
| [1] FTD.CA, Inc. | 19-11243 (LSS) | [1] FTD Group, Inc. | 19-11251 (LSS) |
| [1] Florists' Transworld Delivery, Inc. | 19-11244 (LSS) | [1] Provide Commerce LLC | 19-11252 (LSS) |
| [1] FTD.COM Inc. | 19-11245 (LSS) | [1] FTD Mobile, Inc. | 19-11253 (LSS) |
| [2] FlowerFarm, Inc. | 19-11246 (LSS) | [1] Provide Creations, Inc. | 19-11254 (LSS) |
| [2] FSC Denver LLC | 19-11247 (LSS) | | |

[1] Legal entities to be renamed following the closing of the sale of certain of the Debtors' assets to Gateway Mercury Holdings, LLC.

[2] Legal entities to be dissolved following the closing of the sale of certain of the Debtors' assets to Gateway Mercury Holdings, LLC.

**MOR-1**

| In re: FTD Companies, Inc., et al. | | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|---|---|
| | | | | Reporting Period: | July 1 - 31, 2019 |
| | | | | Federal Tax I.D. # | 32-0255852 |

**Cash Receipts and Disbursements in USD 000's**

| TB: | Financing | FTD Operating | BLTH Operating | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
| **Operating Receipts** | | | | | | | | |
| Product and Service Revenues | $ - | $ 18,085 | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | 36,354 | - | - | - | - | - | - |
| **Total Operating Receipts** | **$ -** | **$ 54,440** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Entity Specific Operating Disbursements** | | | | | | | | |
| Member Disbursements | $ - | $ (7,377) | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | (36,354) | - | - | - | - | - | - |
| Payroll/Benefits | - | (5,702) | - | (25) | - | - | - | - |
| Freight | - | (1,023) | - | (11) | - | - | - | - |
| Professional Services | - | (199) | - | - | - | - | - | - |
| Marketing | - | (3,510) | - | (1) | - | - | - | - |
| Inventory | - | (1,298) | - | - | - | - | - | - |
| Technology | - | (384) | - | - | - | - | - | - |
| Taxes | - | (1,311) | - | (34) | - | - | - | - |
| Warehousing, Rent, & Utilities | - | (212) | - | (1) | - | - | - | - |
| Professional Fees - Recurring | - | (116) | - | - | - | - | - | - |
| Other | - | (890) | - | (197) | - | - | - | - |
| **Total Entity Specific Operating Disbursements** | **$ -** | **$ (58,375)** | **$ -** | **$ (268)** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Net Operating Cash Flow** | **$ -** | **$ (3,935)** | **$ -** | **$ (268)** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Asset Sales Proceeds** | **$ -** | **$ 15,100** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Entity Specific Restructuring Disbursements** | | | | | | | | |
| First Day Motion and Admin Claims | $ - | $ (705) | $ - | $ - | $ - | $ - | $ - | $ - |
| Severance / Retention | - | (136) | - | - | - | - | - | - |
| **Total Entity Specific Restructuring Disbursements** | **$ -** | **$ (840)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total All Entity Specific Disbursements** | **$ -** | **$ (59,215)** | **$ -** | **$ (268)** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Shared Restructuring Disbursements** | | | | | | | | |
| Professional Fees - Restructuring | $ - | $ (1,487) | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP Interest and Fees | (492) | - | - | - | - | - | - | - |
| Prepetition Debt Repayment | (27,486) | - | - | - | - | - | - | - |
| DIP Repayments | (11,504) | - | - | - | - | - | - | - |
| **Total Shared Restructuring Disbursements** | **$ (39,482)** | **$ (1,487)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| Allocation of FTD Companies, Inc. Shared Items | 39,482 | (28,965) | - | (131) | - | - | - | - |
| Allocation of FTD Inc. Shared Items | - | 396 | - | (5) | - | - | - | - |
| **Allocated Shared Restructuring Disbursements** | **$ -** | **$ (30,056)** | **$ -** | **$ (136)** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total Disbursements** | **$ -** | **$ (89,271)** | **$ -** | **$ (404)** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Net Cash Flow** | **$ -** | **$ (19,732)** | **$ -** | **$ (404)** | **$ -** | **$ -** | **$ -** | **$ -** |

1: Intercompany transfers between and among Debtors are excluded.

2: Shared financing and restructuring related distributions that benefit all of the Debtor entities in these cases are allocated on the basis of each entity's specifically identified disbursements, as a percentage of total entity-specific disbursements.

**MOR-1**

| In re: FTD Companies, Inc., et al. | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|
| | | Reporting Period: | July 1 - 31, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

**Cash Receipts and Disbursements in USD 000's**

| TB: | GIFT | | CARDS | | COMM | SINC | PCRE | |
|---|---|---|---|---|---|---|---|---|
| | Operating | | Operating | | Operating | Operating | Operating | |
| | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) | TOTAL July 1 - 31, 2019 |
| **Operating Receipts** | | | | | | | | |
| Product and Service Revenues | $ 362 | $ - | $ - | $ - | $ 10,177 | $ - | $ 2,853 | $ 31,477 |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | 36,354 |
| **Total Operating Receipts** | $ 362 | $ - | $ - | $ - | $ 10,177 | $ - | $ 2,853 | $ 67,831 |
| **Entity Specific Operating Disbursements** | | | | | | | | |
| Member Disbursements | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (7,377) |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | (36,354) |
| Payroll/Benefits | - | - | - | - | (3,069) | - | (16) | (8,811) |
| Freight | - | - | - | - | (3,751) | - | (1,026) | (5,810) |
| Professional Services | (5) | - | - | - | (167) | - | (115) | (485) |
| Marketing | (23) | - | - | - | (3,170) | - | (704) | (7,408) |
| Inventory | - | - | - | - | (1,602) | - | (2,039) | (4,939) |
| Technology | - | - | - | - | (7) | - | - | (391) |
| Taxes | - | - | - | - | (1,353) | - | (84) | (2,781) |
| Warehousing, Rent, & Utilities | - | - | - | - | (1,011) | - | (437) | (1,661) |
| Professional Fees - Recurring | - | - | - | - | (126) | - | (75) | (316) |
| Other | (0) | - | - | - | (505) | - | (271) | (1,862) |
| **Total Entity Specific Operating Disbursements** | $ (27) | $ - | $ - | $ - | $ (14,760) | $ - | $ (4,767) | $ (78,197) |
| **Net Operating Cash Flow** | $ 335 | $ - | $ - | $ - | $ (4,583) | $ - | $ (1,914) | $ (10,366) |
| **Asset Sales Proceeds** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,100 |
| **Entity Specific Restructuring Disbursements** | | | | | | | | |
| First Day Motion and Admin Claims | $ - | $ - | $ - | $ - | $ (1,672) | $ - | $ (6) | $ (2,383) |
| Severance / Retention | - | - | - | - | - | - | - | (136) |
| **Total Entity Specific Restructuring Disbursements** | $ - | $ - | $ - | $ - | $ (1,672) | $ - | $ (6) | $ (2,519) |
| **Total All Entity Specific Disbursements** | $ (27) | $ - | $ - | $ - | $ (16,433) | $ - | $ (4,773) | $ (80,716) |
| **Shared Restructuring Disbursements** | | | | | | | | |
| Professional Fees - Restructuring | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,487) |
| DIP Interest and Fees | - | - | - | - | - | - | - | (492) |
| Prepetition Debt Repayment | - | - | - | - | - | - | - | (27,486) |
| DIP Repayments | - | - | - | - | - | - | - | (11,504) |
| **Total Shared Restructuring Disbursements** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (40,969) |
| Allocation of FTD Companies, Inc. Shared Items | (13) | - | - | - | (8,038) | - | (2,335) | (0) |
| Allocation of FTD Inc. Shared Items | (1) | - | - | - | (303) | - | (88) | (0) |
| **Allocated Shared Restructuring Disbursements** | $ (14) | $ - | $ - | $ - | $ (8,341) | $ - | $ (2,423) | $ (40,969) |
| **Total Disbursements** | $ (41) | $ - | $ - | $ - | $ (24,773) | $ - | $ (7,196) | $ (121,685) |
| **Net Cash Flow** | $ 321 | $ - | $ - | $ - | $ (14,597) | $ - | $ (4,343) | $ (38,754) |

1: Intercompany transfers between and among Debtors are excluded.

2: Shared financing and restructuring related distributions that benefit all of the Debtor entities in these cases are allocated on the basis of each entity's specifically identified disbursements, as a percentage of total entity-specific disbursements.

MOR-1

In re: FTD Companies, Inc., et al.

Case No. (Jointly Administered): 19-11240 (LSS)
Reporting Period: July 1 - 31, 2019
Federal Tax I.D. #: 32-0255852

**Cumulative Cash Disbursements and Trustee Fee Calculation**

| TB: | Financing | FTD Operating | BLTH Operating | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
| **Cumulative Cash Disbursements** | $ - | $ 89,271,219 | $ - | $ 403,931 | $ - | $ - | $ - | $ - |
| MOR-002 - July 2019 | - | 89,271,219 | - | 403,931 | - | - | - | - |
| MOR-003 - August 2019 | | | | | | | | |
| MOR-004 - September 2019 | | | | | | | | |
| **PROJECTED 3RD QUARTER CASH DISBURSEMENTS** [3] | $ - | $ 267,813,656 | $ - | $ 1,211,792 | $ - | $ - | $ - | $ - |
| **PROJECTED 3RD QUARTER UST FEES** | $ 325 | $ 250,000 | $ 325 | $ 12,118 | $ 325 | $ 325 | $ 325 | $ 325 |

| Quarterly Disbursement Minimum | Quarterly Disbursement Maximum | Applicable Quarterly Fee |
|---|---|---|
| $ - | $ - | $ 325.00 |
| $ 0.01 | $ 14,999.99 | $ 325.00 |
| $ 15,000.00 | $ 74,999.99 | $ 650.00 |
| $ 75,000.00 | $ 149,999.99 | $ 975.00 |
| $ 150,000.00 | $ 224,999.99 | $ 1,625.00 |
| $ 225,000.00 | $ 299,999.99 | $ 1,950.00 |
| $ 300,000.00 | $ 999,999.99 | $ 4,875.00 |
| $ 1,000,000.00 | $ 24,999,999.99 | 1% |
| $ 25,000,000.00 | | $ 250,000.00 |

3: Projected 3rd Quarter Cash Disbursements is based on July disbursements multiplied by three.

**MOR-1**

In re: FTD Companies, Inc., et al.                  Case No. (Jointly Administered): 19-11240 (LSS)
Reporting Period: July 1 - 31, 2019
Federal Tax I.D. #: 32-0255852

**Cumulative Cash Disbursements and Trustee Fee Calculation**

| TB: | GIFT | CARDS | | | COMM | SINC | PCRE | |
|---|---|---|---|---|---|---|---|---|
| | Operating | | Operating | | Operating | Operating | Operating | |
| | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) | TOTAL July 1 - 31, 2019 |
| **Cumulative Cash Disbursements** | $ 40,920 | $ - | $ - | $ - | $ 24,773,283 | $ - | $ 7,195,710 | $ 121,685,062 |
| MOR-002 - July 2019 | 40,920 | - | - | - | 24,773,283 | - | 7,195,710 | 121,685,062 |
| MOR-003 - August 2019 | | | | | | | | |
| MOR-004 - September 2019 | | | | | | | | |
| **PROJECTED 3RD QUARTER CASH DISBURSEMENTS**³ | $ 122,760 | $ - | $ - | $ - | $ 74,319,849 | $ - | $ 21,587,130 | $ 365,055,187 |
| **PROJECTED 3RD QUARTER UST FEES** | $ 975 | $ 325 | $ 325 | $ 325 | $ 250,000 | $ 325 | $ 215,871 | $ 732,214 |

| Quarterly Disbursement Minimum | Quarterly Disbursement Maximum | Applicable Quarterly Fee |
|---|---|---|
| $ - | $ - | $ 325.00 |
| $ 0.01 | $ 14,999.99 | $ 325.00 |
| $ 15,000.00 | $ 74,999.99 | $ 650.00 |
| $ 75,000.00 | $ 149,999.99 | $ 975.00 |
| $ 150,000.00 | $ 224,999.99 | $ 1,625.00 |
| $ 225,000.00 | $ 299,999.99 | $ 1,950.00 |
| $ 300,000.00 | $ 999,999.99 | $ 4,875.00 |
| $ 1,000,000.00 | $ 24,999,999.99 | 1% |
| $ 25,000,000.00 | | $ 250,000.00 |

3: Projected 3rd Quarter Cash Disbursements is based on July disbursements multiplied by three.

**MOR-1a**

| | | |
|---|---|---|
| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | Reporting Period: | July 1 - 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Bank Reconciliation (or copies of debtor's bank reconciliations)**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

I attest that each of the Debtors' bank accounts is reconciled to bank statements. The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements once per month within 30 days after the month end. Copies of all such documents can be made available upon request of the U.S. Trustee.

A listing of all Debtor bank accounts - including the July 31, 2019 bank balance for each account - follows this attestation.

| | |
|---|---|
| /s/ Alan D. Holtz | August 27, 2019 |
| Signature of Authorized Individual | Date |

| | |
|---|---|
| Alan D. Holtz | Chief Restructuring Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**MOR-1a**

| In re: FTD Companies, Inc., et al. | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
| --- | --- | --- | --- | --- |
| | | | Reporting Period: | July 1 - 31, 2019 |
| | | | Federal Tax I.D. # | 32-0255852 |

**Debtor Bank Account Listing**

| Banking Institution | Entity Name | Account Type | Acct # - Redacted | Balance as of 7/31/19 | |
| --- | --- | --- | --- | ---: | --- |
| **Bank of America** | FTD, Inc. | Letter of Credit / Checking | ****2799 | $ 1,092.81 | |
| **Bank of Montreal** | FTD, Inc. | Toronto Lockbox | ****480C | $ - | |
| **Bank of Montreal** | FTD, Inc. | Operating Account | ****8238 | $ 309,511.78 | |
| **BBVA Bank** | FTD, Inc. | **CLOSED** Money Market Acct | ****2356 | $ - | * |
| **JPMorgan Chase Bank** | Personal Creations, Inc. | Accounts Receivable | ****5093 | $ 67,748.07 | |
| **JPMorgan Chase Bank** | Personal Creations, Inc. | Operating Account | ****5757 | $ 893,383.95 | |
| **MUFG Union Bank** | FTD Mobile, Inc. | Operating Account | ****3689 | $ 37,845.15 | |
| **MUFG Union Bank** | FTD Mobile, Inc. | ZBA Payroll Funding | ****3697 | $ - | |
| **MUFG Union Bank** | Giftco LLC | Accounts Receivable | ****2933 | $ 14,980.66 | |
| **MUFG Union Bank** | Giftco LLC | Operating Account | ****3549 | $ 151,709.25 | |
| **MUFG Union Bank** | Giftco LLC | ZBA Payroll Funding | ****3564 | $ - | |
| **MUFG Union Bank** | Personal Creations, Inc. | ZBA Payroll Funding | ****7490 | $ - | |
| **MUFG Union Bank** | Provide Commerce, LLC | Accounts Receivable | ****2925 | $ 393,961.36 | |
| **MUFG Union Bank** | Provide Commerce, LLC | Concentration Account | ****7342 | $ 1,550,414.80 | |
| **MUFG Union Bank** | Provide Commerce, LLC | ZBA Payroll Funding | ****7377 | $ - | |
| **Silicon Valley Bank** | Bloom That, Inc. | Investment Account | ****2853 | $ 30,148.51 | |
| **Silicon Valley Bank** | Bloom That, Inc. | ZBA A/R Account | ****8565 | $ - | |
| **Silicon Valley Bank** | Bloom That, Inc. | Operating Account | ****9341 | $ - | |
| **Toronto Dominion Bank** | FTD, Inc. | Primary Operating Account | ****4801 | $ 1,360,627.97 | |
| **Wells Fargo Bank** | FTD Companies, Inc. | Utility Deposit | ****2153 | $ 234,973.00 | ** |
| **Wells Fargo Bank** | FTD, Inc. | ZBA A/R Member Receipts | ****2906 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | ZBA Payroll Funding | ****2914 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | Primary Concentration Account | ****2922 | $ 8,332,911.44 | |
| **Wells Fargo Bank** | FTD, Inc. | Chicago Lockbox | ****4440 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | ZBA Member Disbursements | ****7357 | $ - | |
| **Wells Fargo Bank** | FTD, Inc. | ZBA A/P Disbursements | ****7361 | $ - | |

* Account closed on 6/14/19 per direction of the U.S. Trustee.
** Utilities deposit account opened on 6/21/19 and funded on 6/24/2019 in accordance with Final Utilities Order.

**MOR-1b**

| In re: FTD Companies, Inc., et al. | | | | | Case No. (Jointly Administered) 19-11240 (LSS) |
|---|---|---|---|---|---|
| | | | | | Reporting Period: July 1 - 31, 2019 |
| | | | | | Federal Tax I.D. # 32-0255852 |

**Schedule of Retained Professional Fees Paid**
**Amounts in (000's)**

| Payee | Role of Professional | Cumulative Balance Forward | July 2019 | August 2019 | September 2019 | Cumulative Payments Since Filing |
|---|---|---|---|---|---|---|
| AP Services LLC | CRO Services | $0 | $1,375 | $0 | $0 | $1,375 |
| Jones Day | Debtors' Counsel | $0 | $0 | $0 | $0 | $0 |
| Richards, Layton & Finger | Debtors' Local Counsel | $0 | $0 | $0 | $0 | $0 |
| Moelis & Company LLC | Debtors' Financial Advisor | $0 | $0 | $0 | $0 | $0 |
| Piper Jaffray & Co | Debtors' Financial Advisor | $0 | $0 | $0 | $0 | $0 |
| Omni Management Group | Debtors' Claims Agent | $0 | $0 | $0 | $0 | $0 |
| FTI Consulting | Lender Financial Advisor [1] | $0 | $112 | $0 | $0 | $112 |
| Moore and Van Allen | Lender Counsel [1] | $226 | $0 | $0 | $0 | $226 |
| Buchanan Ingersoll & Rooney | Lender Local Counsel [1] | $0 | $0 | $0 | $0 | $0 |
| Province | UCC Financial Advisor | $0 | $0 | $0 | $0 | $0 |
| Kelley Drye & Warren | UCC Counsel | $0 | $0 | $0 | $0 | $0 |
| Benesch Friedlander Coplan & Aronoff | UCC Local Counsel | $0 | $0 | $0 | $0 | $0 |
| | | **$226** | **$1,487** | **$0** | **$0** | **$1,713** |

[1] Lender advisors not retained but authorized for payment pursuant to the "Final Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief" [Dkt No. 311].

MOR-2

In re: FTD Companies, Inc., et al.

Case No. (Jointly Administered): 19-11240 (LSS)
Reporting Period: July 1 - 31, 2019
Federal Tax I.D. #: 32-0255852

**UNAUDITED**
**Statement of Operations (Income Statement)**
Amounts in (000's)

| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product and Service Revenues** | $ - | $ 20,724 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ 9,350 | $ - | $ 2,904 |
| **Operating Expenses:** | | | | | | | | | | | | | | | |
| Cost of revenues | $ - | $ 12,197 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,433 | $ - | $ 2,324 |
| Sales and marketing | - | 5,258 | - | - | - | - | - | - | - | - | - | - | 2,044 | - | 1,762 |
| Technology and development | $ - | $ (86) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 662 | $ 1 | $ 199 |
| General and administrative | - | 7,166 | (1) | - | - | - | - | - | - | - | - | - | 582 | - | 193 |
| Total General and administrative | $ - | $ 7,080 | $ (1) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,244 | $ 1 | $ 392 |
| Amortization of intangible assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 30 | $ - | $ 68 |
| Restructuring and other exit costs | - | (26) | - | - | - | - | - | - | - | - | - | - | 1,167 | - | 1 |
| Impairment loss | - | - | - | - | - | - | - | - | - | - | - | - | 1 | - | - |
| **Total operating expenses** | $ - | $ 24,509 | $ (1) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11,918 | $ 1 | $ 4,546 |
| **Operating income/(loss)** | $ - | $ (3,786) | $ 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ (2,568) | $ (1) | $ (1,642) |
| Interest income | $ - | $ 31 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest expense | - | (829) | - | - | - | - | - | - | - | - | - | - | (0) | - | - |
| Other income/(expense), net | - | 11 | - | - | - | - | - | - | - | - | - | - | 53 | - | - |
| **Income before income taxes** | $ - | $ (4,573) | $ 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ (2,515) | $ (1) | $ (1,642) |
| Provision for income taxes | - | (16) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income/(Loss)** | $ - | $ (4,556) | $ 1 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ - | $ (2,515) | $ (1) | $ (1,642) |

1: Income Statement reflects unaudited revenue and expenses for the month of July 2019 that directly correspond to the listed debtor legal entity.

MOR-3

| In re: FTD Companies, Inc., et al. | | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|
| | | Reporting Period: | July 1 - 31, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

**UNAUDITED**
**Balance Sheet**
**Amounts in (000's)**

| | FTD Companies, Inc. 19-11240 (LSS) | FTD, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | FTD.CA, Inc. 19-11243 (LSS) | Florists' Transworld Delivery, Inc. 19-11244 (LSS) | FTD.COM Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) | Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | FTD Group, Inc. 19-11251 (LSS) | Provide Commerce LLC 19-11252 (LSS) | FTD Mobile, Inc. 19-11253 (LSS) | Provide Creations, Inc. 19-11254 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ - | $ 10,100 | $ 30 | $ - | $ - | $ - | $ - | $ - | $ 139 | $ - | $ - | $ - | $ 777 | $ 38 | $ (69) |
| Accounts receivable, gross | $ - | $ 21,734 | $ 135 | $ - | $ - | $ - | $ - | $ - | $ 28 | $ - | $ - | $ - | $ 2,042 | $ 9 | $ 528 |
| Allowance for doubtful accounts | - | (7,266) | (8) | - | - | - | - | - | (3) | - | - | - | (75) | - | (7) |
| Accounts receivable, net | $ - | $ 14,467 | $ 127 | $ - | $ - | $ - | $ - | $ - | $ 25 | $ - | $ - | $ - | $ 1,967 | $ 9 | $ 520 |
| Inventories | - | 3,579 | - | - | - | - | - | - | - | - | - | - | 7,322 | - | 9,683 |
| Income tax receivable | - | (432) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred tax assets, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restricted cash | - | 3,369 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | - | 15,561 | - | - | - | - | - | - | 48 | - | - | 638 | 7,426 | - | 5,280 |
| **Total current assets** | $ - | $ 46,644 | $ 157 | $ - | $ - | $ - | $ - | $ - | $ 213 | $ - | $ - | $ 638 | $ 17,492 | $ 47 | $ 15,414 |
| **Property and equipment:** | | | | | | | | | | | | | | | |
| Land and improvements | $ - | $ 1,380 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building and improvements | - | 15,506 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | - | - | - | - | - | - | - | - | - | 2,287 | - | 1,646 |
| Equipment | - | 1,233 | - | - | - | - | - | - | - | - | - | - | 2,244 | - | 4,547 |
| Computer equipment | - | 11,388 | - | - | - | - | - | - | - | - | - | - | 7,407 | - | 827 |
| Computer software | - | 57,962 | - | - | - | - | - | - | - | - | - | - | 10,405 | - | 2,535 |
| Furniture | - | 1,705 | - | - | - | - | - | - | - | - | - | - | 476 | - | 98 |
| Total | $ - | $ 89,172 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 22,819 | $ - | $ 9,653 |
| Less accumulated depreciation | - | (50,055) | - | - | - | - | - | - | - | - | - | - | (22,819) | - | (9,653) |
| **Total property and equipment, net** | $ - | $ 39,118 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Leases:** | | | | | | | | | | | | | | | |
| Operating lease right-of-use assets | $ - | $ 114 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15,707 | $ - | $ 3,855 |
| Less accumulated amortization - leases | - | (60) | - | - | - | - | - | - | - | - | - | - | (15,713) | - | (3,855) |
| **Total leases, net** | $ - | $ 54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (6) | $ - | $ - |
| **Other assets:** | | | | | | | | | | | | | | | |
| Complete technology | $ - | $ 35,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17,004 | $ - | $ 2,961 |
| Accum amortization- Complete technology | - | (35,000) | - | - | - | - | - | - | - | - | - | - | (17,004) | - | (2,961) |
| Complete technology, net | $ - | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ - | $ - |
| Customer Relationships | $ - | $ 85,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 75,900 | $ - | $ 15,200 |
| Accumulated amortization- Customer Relationships | - | (85,500) | - | - | - | - | - | - | - | - | - | - | (75,900) | - | (15,200) |
| Customer Relationships, net | $ - | $ (0) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 |
| Trademarks and trade names | $ - | $ 46,700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 28,462 | $ - | $ 12,160 |
| Accumulated amortization- Trademarks and trade names | - | - | - | - | - | - | - | - | - | - | - | - | (24,764) | - | (3,749) |
| Trademarks and trade names, net | $ - | $ 46,700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,697 | $ - | $ 8,412 |
| Patents, domain names and other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Patents, domain names and other | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Patents, domain names and other, net | $ - | $ (0) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Goodwill | $ - | $ 86,777 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred financing fees, net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiary | - | 506,314 | - | - | - | - | - | - | - | - | - | - | 73,353 | - | - |
| Other noncurrent assets | - | 3,962 | - | - | - | - | - | - | - | - | - | - | 1,759 | - | - |
| **Total other assets** | $ - | $ 643,753 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 78,809 | $ - | $ 8,412 |
| **Total assets** | $ - | $ 729,569 | $ 157 | $ - | $ - | $ - | $ - | $ - | $ 213 | $ - | $ - | $ 638 | $ 96,296 | $ 47 | $ 23,826 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | | |
| Accounts payable | $ - | $ 19,409 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,365 | $ - | $ 1,400 |
| Customer deposits | - | 708 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | 18 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other accrued liabilities | - | 12,690 | 9 | - | - | - | - | - | 78 | - | - | - | 6,977 | (3) | 2,958 |
| Accrued compensation | - | 6,060 | 0 | - | - | - | - | - | - | - | - | - | 1,340 | - | 749 |
| Deferred revenue | - | 2,287 | - | - | - | - | - | - | - | - | - | 1,770 | 863 | - | 128 |
| Income taxes payable | - | (1,565) | - | - | - | - | - | - | (355) | - | - | - | (196) | - | - |
| Current operating lease liabilities | - | 56 | - | - | - | - | - | - | - | - | - | - | 4,040 | - | 1,178 |
| Current deferred tax liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current maturities of long-term debt | - | 30,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany | - | 82,564 | 1,727 | - | - | - | - | - | (1,640) | - | - | (1,413) | (130,871) | 387 | 50,515 |
| **Total current liabilities** | $ - | $ 152,226 | $ 1,737 | $ - | $ - | $ - | $ - | $ - | $ (1,917) | $ - | $ - | $ 357 | $ (116,482) | $ 384 | $ 56,928 |
| Deferred tax liabilities, net | $ - | $ 4,990 | $ (374) | $ - | $ - | $ - | $ - | $ - | $ 265 | $ - | $ - | $ - | $ (2,963) | $ (251) | $ - |
| Other liabilities | - | 398 | - | - | - | - | - | - | - | - | - | - | 8,266 | 1 | (104) |
| Noncurrent tax liabilities | - | 497 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long term unearned income | - | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long term operating lease liabilities | - | - | - | - | - | - | - | - | - | - | - | - | 12,347 | - | 2,377 |
| Post-retirement benefits and accrued pension obligations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | 164,941 | 14,106 | 0 | - | - | - | - | - | 51 | - | - | - | 55,888 | 1 | 5,152 |
| Minority interest in subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Stockholders' equity:** | | | | | | | | | | | | | | | |
| Common stock | $ - | $ 3 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ - | $ - |
| Additional paid-in capital | - | 674,641 | 3,164 | - | - | - | - | - | 60 | - | - | - | 395,319 | 159 | 34,838 |
| Retained earnings (accumulated deficit) | (164,941) | (53,536) | (4,369) | - | - | - | - | - | 1,754 | - | - | 281 | (256,079) | (248) | (75,365) |
| Accumulated other comprehensive income (loss) | - | 1,464 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Treasury Stock | - | (65,221) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total stockholders' equity** | $ (164,941) | $ 557,351 | $ (1,205) | $ - | $ - | $ - | $ - | $ - | $ 1,814 | $ - | $ - | $ 281 | $ 139,240 | $ (89) | $ (40,527) |
| **Total liabilities and stockholders' equity** | $ - | $ 729,569 | $ 157 | $ - | $ - | $ - | $ - | $ - | $ 213 | $ - | $ - | $ 638 | $ 96,296 | $ 47 | $ 23,826 |

The Balance Sheet reflects unaudited assets, liabilities, and stockholders equity as of July 31, 2019 that directly correspond to the listed debtor legal entity. Liabilities subject to compromise are consistent with amounts presented in the Debtors' Schedules of Assets and Liabilities filed on July 13, 2019

**MOR-4**

| | | |
|---|---|---|
| **In re: FTD Companies, Inc., et al.** | **Case No. (Jointly Administered)** | 19-11240 (LSS) |
| | **Reporting Period:** | July 1 - 31, 2019 |
| | **Federal Tax I.D. #** | 32-0255852 |

**Status of Post-petition Taxes**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due. Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

| | |
|---|---|
| /s/ Alan D. Holtz | August 27, 2019 |
| Signature of Authorized Individual | Date |

| | |
|---|---|
| Alan D. Holtz | Chief Restructuring Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |

**MOR-4a**

| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | July 1 - 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Summary of Unpaid Post-petition Debts / Listing of Aged Accounts Payable**

Amounts in (000's)

| Unpaid Post-petition Debts[1] | Current | 0-30 | 31-60 | Over 60 | Total |
|---|---|---|---|---|---|
| **Current Liabilities** | | | | | |
| Accounts payable | $ 22,173 | $0 | $0 | $0 | $22,173 |
| **Total Post-petition Debts** | **$22,173** | **$0** | **$0** | **$0** | **$22,173** |

**Combined Debtors Summary of Unpaid Post-petition Accounts Payable Aging[2]**

| | Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Combined | $ 22,173 | $0 | $0 | $0 | $0 | $22,173 |
| | 100% | 0% | 0% | 0% | 0% | 100% |

Note:
(1) The Debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities which are not included in these amounts.
(2) The post-petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and does not include accrued liabilities or prepetition amounts that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court.

# MOR-5

| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | July 1 - 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Accounts Receivable Reconciliation and Aging**
Amounts in (000's)
**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ | 17,726 |
| + Amounts billed during the period | | 30,866 |
| - Amounts collected during the period | | 31,477 |
| Total Accounts Receivable at the end of the reporting period | $ | 17,116 |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| Current | $ | 14,828 |
| 0 - 30 days old | | 237 |
| 31 - 60 days old | | 152 |
| 61 - 90 days old | | 70 |
| 91+ days old | | 1,828 |
| Total Accounts Receivable[1] | $ | 17,116 |

[1] Aging is adjusted to reclassify financing receivables related to equipment sales to floral network members as current rather than at net principal outstanding as of the date of sale.

# MOR-6

| In re: FTD Companies, Inc., et al. | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | July 1 - 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Debtor Questionnaire**

| | Must be completed each month. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X<br>See **Note 1** Below | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3 | Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5 | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1:** On August 2, 2019, the Debtors closed the sale of assets of their Personal Creations businesses to PlanetArt, LLC. On August 14, 2019, the Debtors closed the sale of certain assets of their Provide Commerce businesses to SBGF Acquisition, LLC, an affiliate of 1-800 Flowers.Com, Inc. On August 23, 2019, the Debtors closed the sale of assets of their FTD Legacy and ProFlowers businesses to Gateway Mercury Holdings, LLC.

Throughout the period, the Debtors have engaged with various parties to complete sales of de minimis assets not subject to the transactions noted above. These sales relate to miscellaneous inventory, equipment, and other assets and all such transactions have complied with the requirements of and authority granted under the Order Establishing Procedures for the Sale, Transfer or Abandonment of Miscellaneous and *De Minimis* Assets and Granting Certain Related Relief [Docket No. 294].