## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTD Companies, Inc., <u>et al.</u>,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. _____** |

**ORDER (I) APPROVING DEBTORS'
ASSUMPTION OF, AND ASSIGNMENT TO
PURCHASER OF PERSONAL CREATIONS AND RELATED ASSETS,
CERTAIN EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

This matter coming before the Court on the *Debtors' Motion for an Order (I) Approving Debtors' Assumption of, and Assignment to Purchaser of Personal Creations and Related Assets, Certain Executory Contracts and (II) Granting Related Relief* (the "<u>Motion</u>"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); the Court having reviewed the Motion and having considered the statements of counsel with respect to the Motion at a hearing (if any) before the Court (the "<u>Hearing</u>"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409,

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

(iv) notice of the Motion and any Hearing was sufficient under the circumstances, (v) there is good cause to waive the 14-day stay imposed by Bankruptcy Rule 6006(d) to the extent it is applicable, and (vi) any anti-assignment provision included in any Additional Contract, whether such provision expressly prohibits, or has the effect of restricting or limiting assignment of an Additional Contract, is unenforceable and prohibited pursuant to section 365(f) of the Bankruptcy Code; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as forth herein.

2. The Debtors are authorized to assume and assign the Additional Contracts to PlanetArt.

3. The Cure Amounts set forth on <u>Schedule 1</u> hereto are deemed the necessary amounts to "cure" all "defaults" under section 365(b) of the Bankruptcy Code.

4. To the extent required by section 365 of the Bankruptcy Code, the Debtors have provided adequate assurance of future performance of the Additional Contracts, and no further showing of adequate assurance of future performance is necessary.

5. This Order shall be immediately effective and enforceable upon its entry. To the extent that it may be applicable, the 14-day stay imposed by Bankruptcy Rule 6006(d) is hereby waived.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2019       _____
      Wilmington, Delaware        THE HONORABLE LAURIE SELBER SILVERSTEIN
                                                            UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Schedule of Additional Contracts and Cure Amounts**

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Cure Amount |
|---|---|---|---|---|
| Provide Creations, Inc. | Animal Adventure | 1114 South 5th St<br>Hopkins, MN 55343 | Supplier Agreement dated May 6, 2016 between Provide Creations, Inc. and Animal Adventure | $0.00 |
| Provide Creations, Inc. | Apple Park LLC | 1400 East Erie Ave<br>Philadelphia, PA 19124 | Supplier Agreement dated December 1, 2015 between Provide Creations, Inc. and Apple Park LLC | $837 |
| Provide Creations, Inc. f/k/a PC Acquisition, Inc. | Aprons Etc. | P.O. Box 1132<br>Mauldin, SC 29662 | Inventory Shipping Agreement dated September 9, 2002 between Aprons Etc. and PC Acquisition, Inc. | $0.00 |
| Provide Creations, Inc. | Big L Brands dba Molly&You | 1314 Early St<br>Sac City, IA 50583 | Supplier Agreement dated March 6, 2019 between Provide Creations, Inc. dba Personal Creations and Big L Brands, Inc. dba Molly&You | $0.00 |
| Provide Creations, Inc., d/b/a Personal Creations | Brouck and Co. | 1933 S Broadway, Ste 853<br>Los Angeles, CA 90007 | Supplier Agreement dated November 2015 between Provide Creations, Inc., d/b/a "Personal Creations" and Brouck and Co. | $0.00 |
| Provide Creations, Inc. | Character Arts, LLC | 37 Pond Rd<br>Wilton, CT 06897 | Agreement dated as of January 28, 2008 #1087 between Provide Creations, Inc. d/b/a Personal Creations and Character Arts, LLC as amended on, without limitation, August 7, 2009; May 23, 2011; July 30, 2012; May 3, 2013; September 10, 2013; October 27, 2015; and November 29, 2016 | $0.00 |
| Provide Creations, Inc. f/k/a Provide Gifts, Inc., d/b/a RedEnvelope | Cloud B, LLC | 150 W Walnut St, Ste 100<br>Gardena, CA 90248 | Supplier Agreement dated June 4, 2013 between Provide Gifts, Inc., d/b/a "RedEnvelope" and Cloud B, LLC | $0.00 |
| Giftco, LLC | Cloud9 Living, Inc. | 4999 Pearl East Cir Ste<br>Boulder, CO 80301 | Gifts.com Merchant Agreement dated May 11, 2016 between Giftco, LLC and Cloud9 Living, Inc. | $0.00 |
| Provide Creations, Inc. f/k/a Provide Gifts, Inc. | Cufflinks Inc. | 4514 Cole Ave Ste 200<br>Dallas, TX 75205 | Supplier Agreement dated April 1, 2013 between Provide Gifts, Inc. dba RedEnvelope and Cufflinks, Inc. | $0.00 |
| Provide Creations, Inc. | Dallas Corporation | 4340 Cross St<br>Downers Grove, IL 60515 | Supplier Agreement dated April 13, 2015 between Provide Creations, Inc. dba Personal Creations and Dallas Corporation | $0.00 |
| Provide Commerce LLC | Derewala Jewellery Industries, Ltd. | E-73 Epip Jewelry Zone<br>Sitapuras Ind. Area, Tonk Rd<br>Jaipur, 302022, India | Supplier Agreement dated June 29, 2015 between Provide Commerce, Inc. and Derewala Jewellery Industries, Ltd. | $0.00 |

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Cure Amount |
|---|---|---|---|---|
| Provide Creations, Inc., d/b/a Personal Creations | Emporium Leather Company, Inc. | 501 Penhorn Ave, #9 Secaucus, NJ 07094 | Supplier Agreement and Rider to Supplier Agreement for Drop Ship Vendors each dated June 6, 2018 between Provide Creations, Inc., d/b/a "Personal Creations" and Emporium Leather Company, Inc. | $1,081.62 |
| Provide Creations, Inc. | Enesco LLC (Kemp) | 225 Windsor Dr., Itasca, IL 60143 P.O. Box 18148 Newark, NJ 07191 | Supplier Agreement dated July 16, 2015 between Provide Creations, Inc., d/b/a "Personal Creations" and Enesco LLC | $0.00 |
| Provide Creations, Inc. | FFD Designs LTD | 105 W Beaver Creek Rd, Unit 7 Richmond Hilll, ON L4B 1C6, Canada | Supplier Agreement dated October 30, 2012 between Provide Creations, Inc. dba Personal Creations and FFD Designs U.S. Ltd. | $0.00 |
| Provide Creations, Inc., d/b/a Personal Creations | Harvest Carpet, Inc. | P.O. Box 3534 Dalton, GA 30719 | Supplier Agreement dated November 9, 2017 between Provide Creations, Inc., d/b/a "Personal Creations" and Harvest Carpet, Inc. | $0.00 |
| Provide Creations, Inc. | Hometex Weaving LLC dba Simply Home | 500 Guthrie Rd Belton, SC 29627 | Supplier Agreement dated May 12, 2017 between Provide Creations, Inc. dba Personal Creations and Hometex Weaving LLC dba Simply Home | $0.00 |
| Provide Creations, Inc. f/k/a PC Acquisition, Inc., d/b/a Personal Creations | J. Devin Glass Art | P.O. Box 4775 Lincoln, NE 68504 | Purchase Agreement dated March 13, 2006 between PC Acquisition, Inc. d/b/a "Personal Creations" and J. Devin Glass Art | $0.00 |
| Provide Creations, Inc. f/k/a PC Acquisition, Inc. | LAT Sportswear | 137 Leo Taylor Lane Ball Ground, Georgia 30107 | Inventory Shipping Agreement dated September 17, 2002 between LAT Sportswear and PC Acquisition, Inc. d/b/a Personal Creations | $0.00 |
| Provide Creations, Inc. | Laurel Elliot DVB New York | 149 E 23 St, Ste 1807 New York, NY 10159 | Supplier Agreement dated the month of July 2016 between Provide Creations, Inc. and Laurel Elliot DVB New York | $0.00 |
| Provide Creations, Inc. | Leather Accessory Source - MTMC Inc. | 12 Goodyear, Ste 120 Irvine, CA 92618 | Supplier Agreement dated November 27, 2012 between Provide Creations, Inc. dba Personal Creations and MTMC, Inc. | $0.00 |
| Provide Creations, Inc. | Logojet USA | 301 Prides Crossing Lafayette, LA 70508 USA | Supplier Agreement dated May 6, 2016 between Provide Creations, Inc., d/b/a "Personal Creations" and LogoJet USA | $0.00 |
| Provide Creations, Inc. | LoveBook | 101 S Main St, Ste 100 Rochester, MI 48307 | Supplier Agreement dated as of May 6, 2016 between Provide Creations, Inc. dba Personal Creations and LoveBook, LLC | $0.00 |
| Provide Creations, Inc. f/k/a Provide Gifts, Inc. | Mabel Chong Inc. | 3242 Sacramento San Francisco, CA 94115 | Supplier Agreement dated July 12, 2013 between Provide Gifts, Inc. dba RedEnvelope and Mabel Chong Inc. | $976 |

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Cure Amount |
|---|---|---|---|---|
| Provide Creations, Inc. f/k/a PC Acquisition, Inc. | Manual Woodworkers & Weavers | 3737 Howard Gap Rd Hendersonville, NC 28792 | Purchase Agreement dated June 2, 2010 between Manual Woodworkers and Weavers Inc. and PC Acquisition, Inc. d/b/a Personal Creations | $0.00 |
| Provide Creations, Inc. f/k/a Provide Gifts, Inc. | Map Marketing Limited | Unit 4 Hatherleigh Industrial Estate, Holsworthy Rd, Hatherleigh, Devon EX20 3LP, United Kingdom | Supplier Agreement dated June 20, 2013 between Provide Gifts, Inc. dba RedEnvelope and Map Marketing Limited | $0.00 |
| Provide Commerce LLC | Multi-Temps Staffing Services, Inc. | 1821 North Mannheim Rd Stone Park, IL 60165 | Corporate Temporary Agency Staffing Services Agreement dated September 1, 2016, as amended by that certain Amendment No. 1 to Staffing Services Agreement effective as of July 30, 2018, between Provide Commerce, Inc. and Multi-Temps Staffing Services, Inc. | $32,409.07 |
| Provide Creations, Inc. f/k/a Creative Catalog Corporation | Park Vending, Inc. | 420 Hill Ave Aurora, IL 60505 | Agreement dated April 5, 2005 between Creative Catalog Corporation and Park Vending, Inc. | $410.88 |
| Provide Creations, Inc. d/b/a Personal Creations | Picnic Time, Inc. | 5131 Maureen Lane Moorpark, CA 93021 | Supplier Agreement dated as of October 6, 2015 between Provide Creations, Inc. dba Personal Creations and Picnic Time, Inc. | $546 |
| Provide Creations, Inc. | Plantoys, Inc. | 30120 Ahern Ave Union City, CA 94587 | Supplier Agreement dated December 1, 2015 between Provide Creations, Inc. and Plantoys, Inc. | $0.00 |
| Provide Creations, Inc. f/k/a PC Acquisition, Inc. | Rudolph & Me (This Little Piggy) | 7205 24th Ct East Sarasota, FL 34243 | Purchase Agreement dated September 22, 2003 between This Little Piggy / Rudolf & Me and PC Acquisition, Inc. d/b/a Personal Creations | $0.00 |
| Provide Creations, Inc. f/k/a PC Acquisition, Inc. | Singer Company | 520 S Fulton Ave Mount Vernon, NY 10550-5083 | Purchase Agreement dated October 17, 2002 between Singer Company and PC Acquisition, Inc. d/b/a Personal Creations | $0.00 |
| Provide Creations, Inc. | Teroforma, LLC | 100 Washington St Norwalk, CT 06854 | Supplier Agreement dated April 25, 2015 between Provide Creations, Inc. and Teroforma, LLC | $0.00 |
| Provide Creations, Inc., d/b/a Personal Creations | This is Ground, LLC | 2449-B Hunter St Los Angeles, CA 90021 | Supplier Agreement dated June 30, 2015 between Provide Creations, Inc., d/b/a "Personal Creations" and This is Ground, LLC | $0.00 |
| Provide Creations, Inc., d/b/a Personal Creations | Toronto Publishing, Inc. | 3830 Sandstone Ct New Smyrna Beach, FL 32169 | License Agreement dated March 1, 2007 between "Personal Creations" and Toronto Publishing, Inc. | $2,543.46 |

-5-

| Debtor Party to Contract | Counterparty | Counterparty Address | Contract Title | Cure Amount |
|---|---|---|---|---|
| Provide Creations, Inc., d/b/a Personal Creations | TriAngel Publishers, Inc. | 1970 Thunder Ridge, Henderson, NV 89012<br><br>P.O. Box 777305<br>Henderson, NV 89077 | Supplier Agreement dated July 2, 2015 between Provide Creations, Inc., d/b/a "Personal Creations" and TriAngel Publishers, Inc. | $0.00 |
| Provide Creations, Inc. | Twelve Timbers | 418 West Industrial Park Rd<br>Richfield, UT 84701 | Supplier Agreement dated September 4, 2018 and Rider to Supplier Agreement for Drop Ship Vendors dated September 4, 2018 between Provide Creations, Inc. dba Personal Creations and Twelve Timbers, Inc. | $31 |
| Provide Creations, Inc. | Woodman Industries Co., Ltd., a Bangkok company | 150 Soi Onnuch 44 Sukhuvmit Rd Suanluang, Bangkok, 10250, Thailand | Supplier Agreement dated March 7, 2016 between Provide Creations, Inc. and Woodman Industries Co., Ltd., a Bangkok company | $0.00 |