## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| FTD Companies, Inc., et al[1]., | § | Chapter 11 |
| | § | |
| Debtors. | § | Case No. 19-11240 (LSS) |
| | § | |
| | § | (Jointly Administered) |
| | § | **Related to Docket No. 514** |
| | § | |
| | § | |

## ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the *Motion of the EasySaver Class Representatives to Modify the Automatic Stay* [Docket No. 514] (the "Motion");[2] and due notice having been given and such notice being adequate and sufficient under the circumstances, and no other or further notice being necessary; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Motion is hereby GRANTED as set forth herein.

2.      The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby modified, from and after the date hereof, solely to the extent necessary to permit (i) the United States District Court for the Southern District of California to determine, as instructed by the Ninth Circuit, the legal fees award under the Settlement Agreement entered into in connection with the class action styled as *In re EasySaver Rewards Litigation*, Case No. 09-CV-2094-BAS  and (ii) the EasySaver Class to pursue payment of the Settlement Amount from the proceeds of insurance

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

policies issued to the Defendants, including Provide Commerce LLC and any of its affiliates, by any of Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest and/or other applicable insurers of the Defendants (collectively, the "Policies"), to the extent that such Policies cover or may be accessed for payment of monies due under the Settlement Agreement.

3.    Nothing in this Order affects or modifies the terms and conditions under the Policies.

4.    The EasySaver Class Representatives are authorized to take such steps that are necessary to implement the relief granted in this Order.

5.    This Court retains jurisdiction to hear any disputes related to this Order.

**Dated: September 6th, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

NAI-1508560679v2