# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTD COMPANIES, INC., et al.,<br><br>Debtors.<br><br>TAX ID / EIN: 32-0255852 | **Case No. 19-11240-LSS**<br><br>**Chapter 11**<br><br>**Jointly Administered** |

## REQUEST FOR SPECIAL NOTICE

TO: DEBTORS, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

Darlyne Freedman, a party in interest herein, requests that separate and special notice be provided to her of all matters filed in the above-listed proceeding, as required by the Federal Rules of Bankruptcy Procedure and applicable local bankruptcy rules. Notice should be sent to:

> Darlyne Freedman
> 7837 N. 9th Street
> Fresno, CA 93720
> E-mail: madrach2@gmail.com

DATED: SEPTEMBER 23, 2019

By:_____

Darlyne Freedman

{8481/002/01000332.DOCX}

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTD COMPANIES, INC., et al.,<br><br>Debtors.<br><br>TAX ID / EIN: 32-0255852 | **Case No. 19-11240-LSS**<br><br>**Chapter 11**<br><br>**Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Darlyne Freedman, hereby certify that on September 23, 2019, I served a copy of **Request for Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice through the United States Bankruptcy Court for the District of Delaware's CM/ECF system were sent an electronic notification of such filing through the Court's CM/ECF system.

_____

Darlyne Freedman

**SERVICE LIST**

| | |
|---|---|
| Daniel J. DeFrancheschi, Esq.<br>Paul N. Heath, Esq.<br>Brett M. Haywood, Esq.<br>Megan E. Kenney, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br><br>Attorneys for Debtors and Debtors in Possession | Kevin M. Capuzzi<br>Jennifer R. Hoover<br>BENESCH FRIEDLANDER COPLAN &<br>ARONOFF LLP<br>222 Delaware Ave.<br>Suite 801<br>Wilmington, DE 19801<br><br>Attorney for Committee of Unsecured Creditors |
| Timothy Jay Fox, Jr.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Omni Management Group, Inc.<br>5955 DeSoto Avenue<br>Suite 100<br>Woodland Hills, CA 91367<br><br>Claims Agent |

{8481/002/01000332.DOCX}