**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GUE Liquidation Companies, Inc., <u>et al.</u>,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 23, 2019 AT 2:00 P.M. (EDT)[2]**

**I.    CONTINUED MATTERS:**

1. Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 286 – filed July 1, 2019]

    <u>Objections / Responses Received</u>:

    A. Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 385 – filed July 15, 2019]

    B. Amended Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 466 – filed July 29, 2019]

    <u>Status</u>:  The hearing on this objection has been continued to November 20, 2019 at 2:00 p.m. (ET).

    C. Cure Objection by Microsoft [Docket No. 389 – filed July 16, 2019]

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  GUE Liquidation Companies, Inc. (5852); Bloom That, Inc. (9936); GUE Liquidation Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); GUE Liquidation, Inc. (1271); GUE Liquidation.CA, Inc. (7556); GUE Liquidation.COM, Inc. (4509); GUE Liquidation Group, Inc. (9190); GUE Liquidation Mobile, Inc. (7423); GUE Liquidation Giftco, LLC (5832); Provide Cards, Inc. (3462); GUE Liquidation Commerce LLC (0019); and GUE Liquidation Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the October 23, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Status: The Debtors have filed a motion [Docket No. 767] seeking to reject certain of the agreements subject to this objection. The hearing on the remainder of this objection has been continued to November 20, 2019 at 2:00 p.m.

D. Limited Objection and Reservation of Rights of United Parcel Service, Inc. and Its Affiliates to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 393 – filed July 16, 2019]

Status: The hearing on this objection has been continued to November 20, 2019 at 2:00 p.m. (ET).

E. Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 400 – filed July 16, 2019]

F. Declaration of Kevin Ramirez in Support of the Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 401 – filed July 16, 2019]

Status: The hearing on this objection has been continued to November 20, 2019 at 2:00 p.m. (ET).

G. Limited Objection and Reservation of Rights of 360i LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of Substantially All Assets [Docket No. 440 – filed July 24, 2019]

Status: The hearing on this objection has been continued to November 20, 2019 at 2:00 p.m. (ET).

H. Objection of CenturyLink Communications, LLC and Level 3 Communications, LLC to Proposed Cure Amount [Docket No. 456 – filed July 26, 2019]

Status: This objection has been resolved.

Related Documents:

i. Notice of Filing of Amendments to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in

        Connection with Sale of Substantially All Assets [Docket No. 448 – filed July 25, 2019]

    ii.    Notice of Filing of Amendments to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale the FTD Assets and Restructured ProFlowers Business to Gateway Mercury Holdings, LLC [Docket No. 579 – filed August 15, 2019]

    <u>General Status</u>: The hearing on the outstanding cure objections has been continued to the omnibus hearing scheduled for November 20, 2019 at 2:00 p.m. (ET). The individual statuses with respect to the cure objections are set forth above.

2.    EasySaver Class Representatives' Motion for Leave to File Class Proof of Claim [Docket No. 758 – filed October 4, 2019]

    <u>Objection / Response Deadline</u>:    October 16, 2019 at 4:00 p.m. (ET); extended for Debtors to November 13, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:    None.

    <u>Related Documents</u>:

    <u>Status</u>:  The hearing on this matter has been continued to the omnibus hearing scheduled for November 20, 2019 at 2:00 p.m. (ET).

## II.    <u>MATTERS FILED UNDER CERTIFICATION</u>:

3.    Motion of the Debtors for an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 745 – filed September 30, 2019]

    <u>Objection / Response Deadline</u>:    October 14, 2019 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to October 16, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:    None.

    <u>Related Documents</u>:

    i.    Certificate of No Objection Regarding Motion of the Debtors for an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 788 - filed October 17, 2019]

> Status: On October 17, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

4. Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts with Microsoft Corporation *Nunc Pro Tunc* to the Rejection Effective Date and (II) Granting Certain Related Relief [Docket No. 767 – filed October 9, 2019]

    Objection / Response Deadline:     October 16, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:

    i.  Certificate of No Objection Regarding Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts with Microsoft Corporation *Nunc Pro Tunc* to the Rejection Effective Date and (II) Granting Certain Related Relief [Docket No. 789 - filed October 17, 2019]

    Status: On October 17, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

**III.   CONTESTED MATTER GOING FORWARD:**

5.  Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Notice Thereof, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Liquidation, (IV) Scheduling Hearing on Confirmation of Chapter 11 Plan of Liquidation, and (V) Granting Related Relief [Docket No. 716 – filed September 18, 2019]

    Objection / Response Deadline:     October 16, 2019 at 4:00 p.m. (ET); extended for the Office of the United States Trustee to October 21, 2019 at 11:59 a.m. (noon) (ET) (the "U.S. Trustee")

    Objections / Responses Received:

    A.  Objection of Sentry Insurance, a Mutual Company to: (1) Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Notice Thereof, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Liquidation, (IV) Scheduling Hearing on Confirmation of Chapter 11 Plan of Liquidation, and (V) Granting Related Relief;

4

    (2) Debtors' Disclosure Statement and (3) Joint Plan of Liquidation for the Debtors [Docket No. 778 - filed October 16, 2019]

  B. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving Disclosure Statement and Seeking Related Relief [Docket No. 779 - filed October 16, 2019]

  C. Informal comments from the United Sates Securities and Exchange Commission

  D. Informal comments from the U.S. Trustee

  E. Reply of the Debtors in Support of the Motion for Entry of an Order Approving the Debtors' Disclosure Statement and Establishing Solicitation Procedures [Docket No. 791 – filed October 20, 2019]

  Related Documents:

  i. Notice of Hearing to Consider Approval of Disclosure Statement for Joint Plan of Liquidation for the Debtors [Docket No. 708 – filed September 18, 2019]

  ii. Joint Plan of Liquidation for the Debtors [Docket No. 714 – filed September 18, 2019]

  iii. Disclosure Statement for the Joint Plan of Liquidation for the Debtors [Docket No. 715 – filed September 18, 2019]

  iv. Motion of Debtors for Leave to File Reply in Support of Approval of Disclosure Statement [Docket No. 792 – filed October 20, 2019]

  v. First Amended Joint Plan of Liquidation for the Debtors [Docket No. 793 – filed October 20, 2019]

  vi. Disclosure Statement for First Amended Joint Plan of Liquidation for the Debtors [Docket No. 794 – filed October 20, 2019]

  vii. Notice of Filing of Blacklines of Revised Disclosure Statement and Amended Plan [Docket No. 795 – filed October 20, 2019]

  viii. Notice of Filing of Revised Disclosure Statement Order [Docket No. 796 – filed October 20, 2019]

  Status: The hearing on this matter is going forward.

**IV.**  **FINAL FEE APPLICATION**:

  6. Final Fee Application (See Attached <u>Exhibit A</u>)

Objection Deadline:   (See Attached Exhibit A)

Related Documents:   (See Attached Exhibit A)

Status:  On October 16, 2019, the Debtors filed a certification of counsel attaching a form of agreed upon final fee order in connection with the final fee application listed on Exhibit A hereto.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

| | |
|---|---|
| Dated: October 21, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email: defranceschi@rlf.com<br>      heath@rlf.com<br>      haywood@rlf.com<br>      kenney@rlf.com<br><br>    -and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br>Email: hlennox@jonesday.com<br>      tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Caitlin K. Cahow (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br>Email: bberens@jonesday.com<br>      ccahow@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION |