IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GUE Liquidation Companies, Inc., <u>et al.</u>,[1] | Case No. 19-11240 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Re:  Docket No. 745** |

### ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
### TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

This matter coming before the Court on the *Motion of the Debtors for an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* (the "<u>Motion</u>"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at the hearing (if any) before the Court (the "<u>Hearing</u>"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) notice of the Motion and the Hearing was sufficient under the circumstances, and (v) sufficient cause exists within the meaning of

---

[1]   The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  GUE Liquidation Companies, Inc. (5852); Bloom That, Inc. (9936); GUE Liquidation Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); GUE Liquidation, Inc. (1271); GUE Liquidation.CA, Inc. (7556); GUE Liquidation.COM, Inc. (4509); GUE Liquidation Group, Inc. (9190); GUE Liquidation Mobile, Inc. (7423); GUE Liquidation Giftco, LLC (5832); Provide Cards, Inc. (3462); GUE Liquidation Commerce LLC (0019); and GUE Liquidation Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]   Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

section 1121(d) of the Bankruptcy Code to extend the Exclusive Periods; and, after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish good and sufficient cause for the relief requested;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period is extended through and including December 2, 2019 pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is extended through and including January 31, 2020 pursuant to section 1121(d) of the Bankruptcy Code.

4. The relief granted in this Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Filing Period and the Exclusive Solicitation Period.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: October 22nd, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

-2-

RLF1 22210344v.1