**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GUE Liquidation Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 20, 2019 AT 2:00 P.M. (ET)[2]**

**I.  CONTINUED / RESOLVED MATTERS:**

1. Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 286 – filed July 1, 2019]

    Objections / Responses Received:

    A. Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 385 – filed July 15, 2019]

    B. Amended Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 466 – filed July 29, 2019]

    Status: The hearing on this objection has been continued to December 18, 2019 at 10:00 a.m. (ET).

    C. Limited Objection and Reservation of Rights of United Parcel Service, Inc. and Its Affiliates to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  GUE Liquidation Companies, Inc. (5852); Bloom That, Inc. (9936); GUE Liquidation Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); GUE Liquidation, Inc. (1271); GUE Liquidation.CA, Inc. (7556); GUE Liquidation.COM, Inc. (4509); GUE Liquidation Group, Inc. (9190); GUE Liquidation Mobile, Inc. (7423); GUE Liquidation Giftco, LLC (5832); Provide Cards, Inc. (3462); GUE Liquidation Commerce LLC (0019); and GUE Liquidation Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the November 20, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

      Connection with Sale of Substantially All Assets [Docket No. 393 – filed July 16, 2019]

Status:  The hearing on this objection has been continued to December 18, 2019 at 10:00 a.m. (ET).

D.     Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 400 – filed July 16, 2019]

E.     Declaration of Kevin Ramirez in Support of the Objection of Salesforce.com, Inc. to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs in Connection with the Sale of Substantially All Assets, and Reservation of Rights [Docket No. 401 – filed July 16, 2019]

Status: The hearing on this objection has been continued to December 18, 2019 at 10:00 a.m. (ET).

F.     Limited Objection and Reservation of Rights of 360i LLC to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of Substantially All Assets [Docket No. 440 – filed July 24, 2019]

Status:  The Debtors have filed a motion [Docket No. 875] seeking to reject the agreement(s) subject to this objection. Accordingly, the Debtors believe this objection is moot.

Related Documents:

i.     Notice of Filing of Amendments to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 448 – filed July 25, 2019]

ii.     Notice of Filing of Amendments to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of the FTD Assets and Restructured ProFlowers Business to Gateway Mercury Holdings, LLC [Docket No. 579 – filed August 15, 2019]

General Status:  The hearing on the outstanding cure objections has been continued to the omnibus hearing scheduled for December 18, 2019 at 10:00 a.m. (ET). The individual statuses with respect to the cure objections are set forth above.

2.     EasySaver Class Representatives' Motion for Leave to File Class Proof of Claim [Docket No. 758 – filed October 4, 2019]

    <u>Objection / Response Deadline</u>:     October 16, 2019 at 4:00 p.m. (ET); extended for Debtors to November 13, 2019 at 4:00 p.m. (ET); further extended to December 11, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:     None.

    <u>Related Documents</u>: None.

    <u>Status</u>:  The hearing on this matter has been continued to the omnibus hearing scheduled for December 18, 2019 at 10:00 a.m. (ET).

## II.    <u>UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION</u>:

3.     Debtors' Motion for an Order (I) Approving Debtors' Assumption of, and Assignment to FTD, LLC, Certain Agreement and (II) Granting Related Relief [Docket No. 874 – filed November 6, 2019]

    <u>Objection / Response Deadline</u>:     November 13, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:     None.

    <u>Related Documents</u>:

    i.     Certificate of No Objection Regarding Debtors' Motion for an Order (I) Approving Debtors' Assumption of, and Assignment to FTD, LLC, Certain Agreement and (II) Granting Related Relief [Docket No. 906 – filed November 14, 2019]

    <u>Status</u>:  On November 14, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

4.     Seventh Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 875 – filed November 6, 2019]

    <u>Objection / Response Deadline</u>:     November 13, 2019 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:     None.

    <u>Related Documents</u>:

      i.      Certificate of No Objection Regarding Seventh Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 907 – filed November 14, 2019]

Status:  On November 14, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

### III. MATTER WITH CERTIFICATION OF COUNSEL:

5.    Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 800 – filed October 21, 2019]

Objection / Response Deadline:    November 8, 2019 at 4:00 p.m. (ET); extended for Rocky Mountain Chocolate Factory, Inc. to November 12, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Rocky Mountain Chocolate Factory, Inc.'s Response to Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 895 – filed November 12, 2019]

B.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Regarding Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 868 – filed November 6, 2019]

ii.    Certification of Counsel Regarding Order Approving Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 914 - filed November 18, 2019]

Status:    The hearing solely as it relates to claim number 252-133 filed by GKG Fulfillment LLC has been continued to December 18, 2019 at 10:00 a.m. On November 18, 2019, the Debtors submitted a revised form of order under certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

### IV. CONTESTED MATTER GOING FORWARD:

6.    Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims [Docket No. 801 – filed October 21, 2019]

Objection / Response Deadline:    November 8, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A.   Response Opposed to Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims (filed by XL Pro Consulting Group) [Docket No. 884 – filed November 11, 2019]

Status:  The hearing on this response is going forward.

B.   Claimant Response to Objection (submitted by JM Staffing Solution LLC on November 8, 2019)

Status:  The hearing on this response is going forward.

Related Documents:

i.   Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims [Docket No. 869 – filed November 6, 2019]

ii.  Reply in Support of Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims (SEALED) [Docket No. 911 - filed November 15, 2019]

iii. Reply in Support of Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims (REDACTED) [Docket No. 912 - filed November 15, 2019]

iv.  Motion of the Debtors for Entry of an Order Authorizing Filing Under Seal of Certain Confidential Information in the Reply in Support of Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims [Docket No. 913 - filed November 15, 2019]

General Status:  The hearing on this matter is going forward on a contested basis.

**V.   FINAL FEE APPLICATION WITH CERTIFICATION OF COUNSEL:**

7.   Final Fee Application (See Attached Exhibit A)

Objection Deadline:   (See Attached Exhibit A)

Related Documents:   (See Attached Exhibit A)

Status:  On October 30, 2019, the Debtors submitted a proposed form of order under certification of counsel regarding the final fee application list on Exhibit A, attached hereto.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions.

5

**VI.   INTERIM FEE APPLICATIONS WITH CERTIFICATION OF COUNSEL:**

    8.    Interim Fee Applications (See Attached <u>Exhibit B</u>)

        <u>Objection Deadline</u>:   (See Attached <u>Exhibit B</u>)

        <u>Related Documents</u>:   (See Attached <u>Exhibit B</u>)

        <u>Status</u>:   On November 13, 2019, the Debtors submitted a proposed form of order under certification of counsel regarding the interim fee applications listed on <u>Exhibit B</u>, attached hereto. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions.

**VII.   STATUS CONFERENCE:**

    9.    Status Conference

        <u>Status</u>:   Counsel for the Debtors will update the Court on the status of these chapter 11 cases.

| | |
|---|---|
| Dated: November 18, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>     heath@rlf.com<br>     haywood@rlf.com<br>     kenney@rlf.com<br><br>-and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>     tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Caitlin K. Cahow (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bberens@jonesday.com<br>     ccahow@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION |