## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: GUE Liquidation Companies, Inc., *et al.*

| | |
|---|---|
| **Case No. (Jointly Administered)** | **19-11240 (LSS)** |
| **Reporting Period:** | **October 1 to 31, 2019** |
| **Federal Tax I.D. #** | **32-0255852** |

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 30 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | Attestation |
| Debtor Bank Account Listing | | x | |
| Schedule of Retained Professional Fees Paid | MOR-1b | x | |
| Copies of bank statements | | | MOR Notes |
| Cash disbursements journals | | | MOR Notes |
| Statement of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | | Attestation |
| Copies of IRS Form 6123 or payment receipt (See Notes to the MOR) | | | x |
| Copies of tax returns filed during reporting period (See Notes to the MOR) | | | x |
| Summary of Unpaid Post-petition Debts | MOR-4a | x | |
| Listing of Aged Accounts Payable | MOR-4a | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Debtor Questionnaire | MOR-6 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.


/s/ Alan D. Holtz                                                                November 21, 2019
Signature of Authorized Individual*                                       Date


Alan D. Holtz
Printed Name of Authorized Individual


Chief Restructuring Officer
Title


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: GUE Liquidation Companies, Inc., *et al.*

| | |
|---|---|
| Case No. (Jointly Administered) | 19-11240 (LSS) |
| Reporting Period: | October 1 to 31, 2019 |
| Federal Tax I.D. # | 32-0255852 |

## Notes to the Monthly Operating Report

This Monthly Operating Report ("MOR") is unaudited and has been prepared solely for the purpose of complying with the obligations of the above-captioned debtors and debtors in possession (the "Debtors") to provide monthly operating reports during these Chapter 11 Cases.  The Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices.  This monthly operating report is thus, true and accurate to the best of the Debtors' knowledge, information, and belief based on currently available data.

**GENERAL:**

General Methodology:  The Debtors prepared this MOR relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this MOR.  Nevertheless, in preparing this MOR, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been included therein.

Reservation of Rights:  Given the complexity of the Debtors' financial affairs, inadvertent errors, omissions or over-inclusions may have occurred.  Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or nature of any claim amount, representation, or other statement in this MOR and reserve the right to amend or supplement this MOR, if necessary.

Reporting Period:  In order to maintain consistency with other external reports, the Debtors have included certain financial information (e.g.., Balance Sheets and Income Statements which are maintained by FTD LLC under the terms of the Nexus TSA) in accordance with their normal fiscal calendar.  The Debtors' October 2019 accounting period covers the period from October 1 through October 31, 2019.  Subsequent to the sale of substantially all of the assets of the Debtors' FTD and ProFlowers businesses on August 23, 2019, the Debtors have effectively ceased all commercial operations.  The Debtors have utilized daily cash monitoring analysis to track all cash activities for the period from October 1, 2019 through October 31, 2019.  Beginning November 1, 2019, the Debtors have ceased maintenance of accrual based financial statements and maintain all records on a cash basis.

Scope:  This report includes details for the following Debtor entities.

| Debtor | Case Number | Debtor | Case Number |
|---|---|---|---|
| [1] GUE Liquidation Companies, Inc. (FKA FTD Companies, Inc.) | 19-11240 (LSS) | [1] GUE Liquidation Giftco, LLC | 19-11248 (LSS) |
| [1] GUE Liquidation, Inc. | 19-11241 (LSS) | FSC Phoenix LLC | 19-11249 (LSS) |
| Bloom That, Inc. | 19-11242 (LSS) | Provide Cards, Inc. | 19-11250 (LSS) |
| [1] GUE Liquidation.CA, Inc. | 19-11243 (LSS) | [1] GUE Liquidation Group, Inc. | 19-11251 (LSS) |
| [1] GUE Liquidation Delivery, Inc. | 19-11244 (LSS) | [1] GUE Liquidation Commerce LLC | 19-11252 (LSS) |
| [1] GUE Liquidation.COM, Inc. | 19-11245 (LSS) | [1] GUE Liquidation Mobile, Inc. | 19-11253 (LSS) |
| FlowerFarm, Inc. | 19-11246 (LSS) | [1] GUE Liquidation Creations, Inc. | 19-11254 (LSS) |
| FSC Denver LLC | 19-11247 (LSS) | | |

NOTE: All entities above anticipated to be disolved as of the Plan Effective Date.

[1] Entities listed in accordance with legal names per the "Order Approving Case Caption Change" [Dkt no. 637] entered on 9/13/2019.

**MOR-1**

In re: GUE Liquidation Companies, Inc.,*et al.*

Case No. (Jointly Administered) **19-11240 (LSS)**
Reporting Period: **October 1 to 31, 2019**
Federal Tax I.D. # **32-0255852**

| | Cash Receipts and Disbursements in USD 000's | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GUE Liquidation Companies, Inc. 19-11240 (LSS) | GUE Liquidation, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | GUE Liquidation.CA, Inc. 19-11243 (LSS) | GUE Liquidation Delivery, Inc. 19-11244 (LSS) | GUE Liquidation.COM, Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
| **Operating Receipts** | | | | | | | | |
| Product and Service Revenues | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Entity Specific Operating Disbursements** | | | | | | | | |
| Member Disbursements | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | - |
| Payroll/Benefits | - | - | - | - | - | - | - | - |
| Freight | - | - | - | - | - | - | - | - |
| Professional Services | - | - | - | - | - | - | - | - |
| Marketing | - | - | - | - | - | - | - | - |
| Inventory | - | - | - | - | - | - | - | - |
| Technology | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - |
| Insurance | | | | | | | | |
| Warehousing, Rent, & Utilities | - | - | - | - | - | - | - | - |
| Professional Fees - Recurring | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **Total Entity Specific Operating Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Net Operating Cash Flow** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Asset Sales Proceeds** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Entity Specific Restructuring Disbursements** | | | | | | | | |
| First Day Motion and Admin Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| KEIP/KERP | - | - | - | - | - | - | - | - |
| Severance / Retention | - | - | - | - | - | - | - | - |
| Restructuring Escrow Account Funding | - | - | - | - | - | - | - | - |
| Disbursements and Transfers under TSA Agreements | - | - | - | - | - | - | - | - |
| **Total Entity Specific Restructuring Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total All Entity Specific Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Shared Restructuring Disbursements** | | | | | | | | |
| Professional Fees - Restructuring | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP Interest and Fees | - | - | - | - | - | - | - | - |
| Prepetition Debt Repayment | - | - | - | - | - | - | - | - |
| DIP Repayments | - | - | - | - | - | - | - | - |
| **Total Shared Restructuring Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| Allocation of GUE Liquidation Commerce LLC Shared Items | - | - | - | - | - | - | - | - |
| **Allocated Shared Restructuring Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Net Cash Flow** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

1: Intercompany transfers between and among Debtors are excluded.

2: Shared financing and restructuring related distributions that benefit all of the Debtor entities in these cases are allocated on the basis of each entity's specifically identified disbursements, as a percentage of total entity-specific disbursements.

**MOR-1**

In re: GUE Liquidation Companies, Inc.,*et al.*

| | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | October 1 to 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

| | Cash Receipts and Disbursements in USD 000's | | | | | | |
|---|---|---|---|---|---|---|---|
| | **GUE Liquidation Giftco, LLC** 19-11248 (LSS) | **FSC Phoenix LLC** 19-11249 (LSS) | **Provide Cards, Inc.** 19-11250 (LSS) | **GUE Liquidation Group, Inc.** 19-11251 (LSS) | **GUE Liquidation Commerce LLC** 19-11252 (LSS) | **GUE Liquidation Mobile, Inc.** 19-11253 (LSS) | **GUE Liquidation Creations, Inc.** 19-11254 (LSS) | **TOTAL** October 1 to 31, 2019 |
| **Operating Receipts** | | | | | | | |
| Product and Service Revenues | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Entity Specific Operating Disbursements** | | | | | | | |
| Member Disbursements | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Member - Credit Card Passthrough | - | - | - | - | - | - | - | - |
| Payroll/Benefits | - | - | - | - | (361) | - | - | (361) |
| Freight | - | - | - | - | - | - | - | - |
| Professional Services | - | - | - | - | - | - | - | - |
| Marketing | - | - | - | - | (310) | - | - | (310) |
| Inventory | - | - | - | - | - | - | - | - |
| Technology | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | (4) | - | - | (4) |
| Insurance | | | | | (1,742) | | | (1,742) |
| Warehousing, Rent, & Utilities | - | - | - | - | - | - | - | - |
| Professional Fees - Recurring | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | (96) | - | - | (96) |
| **Total Entity Specific Operating Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (2,514)** | **$ -** | **$ -** | **$ (2,514)** |
| **Net Operating Cash Flow** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (2,514)** | **$ -** | **$ -** | **$ (2,514)** |
| **Asset Sales Proceeds** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Entity Specific Restructuring Disbursements** | | | | | | | |
| First Day Motion and Admin Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| KEIP/KERP | - | - | - | - | - | - | - | - |
| Severance / Retention | - | - | - | - | (88) | - | - | (88) |
| Restructuring Escrow Account Funding | - | - | - | - | - | - | - | - |
| Disbursements and Transfers under TSA Agreements | - | - | - | - | (41) | - | - | (41) |
| **Total Entity Specific Restructuring Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (129)** | **$ -** | **$ -** | **$ (129)** |
| **Total All Entity Specific Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (2,643)** | **$ -** | **$ -** | **$ (2,643)** |
| **Shared Restructuring Disbursements** | | | | | | | |
| Professional Fees - Restructuring | $ - | $ - | $ - | $ - | $ (2,572) | $ - | $ - | $ (2,572) |
| DIP Interest and Fees | - | - | - | - | - | - | - | - |
| Prepetition Debt Repayment | - | - | - | - | - | - | - | - |
| DIP Repayments | - | - | - | - | - | - | - | - |
| **Total Shared Restructuring Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (2,572)** | **$ -** | **$ -** | **$ (2,572)** |
| Allocation of GUE Liquidation Commerce LLC Shared Items | - | - | - | - | - | - | - | - |
| **Allocated Shared Restructuring Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (2,572)** | **$ -** | **$ -** | **$ (2,572)** |
| **Total Disbursements** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (5,215)** | **$ -** | **$ -** | **$ (5,215)** |
| **Net Cash Flow** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (5,215)** | **$ -** | **$ -** | **$ (5,215)** |

1: Intercompany transfers between and among Debtors are excluded.

2: Shared financing and restructuring related distributions that benefit all of the Debtor entities in these cases are allocated on the basis of each entity's specifically identified disbursements, as a percentage of total entity-specific disbursements.

**MOR-1**

In re: GUE Liquidation Companies, Inc., et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 19-11240 (LSS) |
| Reporting Period: | October 1 to 31, 2019 |
| Federal Tax I.D. # | 32-0255852 |

| | Cumulative Cash Disbursements and Trustee Fee Calculation | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GUE Liquidation Companies, Inc. 19-11240 (LSS) | GUE Liquidation, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | GUE Liquidation.CA, Inc. 19-11243 (LSS) | GUE Liquidation Delivery, Inc. 19-11244 (LSS) | GUE Liquidation.COM, Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
| **Cumulative Cash Disbursements** | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - |
| MOR-005 - October 2019 | - | - | - | - | - | - | - | - |
| MOR-006 - November 2019 | | | | | | | | |
| MOR-007 - December 2019 | | | | | | | | |
| **PROJECTED 4TH QUARTER CASH DISBURSEMENTS** [3] | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - |
| **PROJECTED 4TH QUARTER UST FEES** [3] | $       325 | $       325 | $       325 | $       325 | $       325 | $       325 | $       325 | $       325 |

| Quarterly Disbursement Minimum | Quarterly Disbursement Maximum | Applicable Quarterly Fee |
|---|---|---|
| $          - | $          - | $       325.00 |
| $          0.01 | $    14,999.99 | $       325.00 |
| $    15,000.00 | $    74,999.99 | $       650.00 |
| $    75,000.00 | $   149,999.99 | $       975.00 |
| $   150,000.00 | $   224,999.99 | $     1,625.00 |
| $   225,000.00 | $   299,999.99 | $     1,950.00 |
| $   300,000.00 | $   999,999.99 | $     4,875.00 |
| $ 1,000,000.00 | $ 24,999,999.99 | 1% |
| $ 25,000,000.00 | | $   250,000.00 |

3:  Projected quarterly disbursements and related fees are based on October 2019 run-rate multiplied by 3.

**MOR-1**

In re: GUE Liquidation Companies, Inc., et al.

| | |
|---|---|
| Case No. (Jointly Administered) | 19-11240 (LSS) |
| Reporting Period: | October 1 to 31, 2019 |
| Federal Tax I.D. # | 32-0255852 |

| | Cumulative Cash Disbursements and Trustee Fee Calculation | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GUE Liquidation Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | GUE Liquidation Group, Inc. 19-11251 (LSS) | GUE Liquidation Commerce LLC 19-11252 (LSS) | GUE Liquidation Mobile, Inc. 19-11253 (LSS) | GUE Liquidation Creations, Inc. 19-11254 (LSS) | TOTAL October 1 to 31, 2019 |
| Cumulative Cash Disbursements | $ - | $ - | $ - | $ - | 5,215,172 | $ - | $ - | $ 5,215,172 |
| MOR-005 - October 2019 | - | - | - | - | 5,215,172 | - | - | 5,215,172 |
| MOR-006 - November 2019 | | | | | | | | - |
| MOR-007 - December 2019 | | | | | | | | - |
| PROJECTED 4TH QUARTER CASH DISBURSEMENTS[3] | $ - | $ - | $ - | $ - | $ 15,645,516 | $ - | $ - | $ 15,645,516 |
| PROJECTED 4TH QUARTER UST FEES[3] | $ 325 | $ 325 | $ 325 | $ 325 | $ 156,455 | $ 325 | $ 325 | $ 161,005 |

| Quarterly Disbursement Minimum | Quarterly Disbursement Maximum | Applicable Quarterly Fee |
|---|---|---|
| $ - | $ - | $ 325.00 |
| $ 0.01 | $ 14,999.99 | $ 325.00 |
| $ 15,000.00 | $ 74,999.99 | $ 650.00 |
| $ 75,000.00 | $ 149,999.99 | $ 975.00 |
| $ 150,000.00 | $ 224,999.99 | $ 1,625.00 |
| $ 225,000.00 | $ 299,999.99 | $ 1,950.00 |
| $ 300,000.00 | $ 999,999.99 | $ 4,875.00 |
| $ 1,000,000.00 | $ 24,999,999.99 | 1% |
| $ 25,000,000.00 | | $ 250,000.00 |

3: Projected quarterly disbursements and related fees are based on October 2019 run-rate multiplied by 3.

## MOR-1a

| | | |
|---|---|---|
| **In re: GUE Liquidation Companies, Inc.,** *et al.* | **Case No. (Jointly Administered)** | **19-11240 (LSS)** |
| | **Reporting Period:** | **October 1 to 31, 2019** |
| | **Federal Tax I.D. #** | **32-0255852** |

**Bank Reconciliation (or copies of debtor's bank reconciliations)**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, journals, and account reconciliations.

I attest that each of the Debtors' bank accounts is reconciled to bank statements.  The Debtors' standard practice is to ensure that each bank account is reconciled to bank statements once per month within 30 days after the month end. Copies of all such documents can be made available upon request of the U.S. Trustee.

A listing of all Debtor bank accounts - including the October 31, 2019 bank balance for each account - follows this attestation.


/s/ Alan D. Holtz                                                                              November 21, 2019
Signature of Authorized Individual                                                          Date



Alan D. Holtz                                                                    Chief Restructuring Officer
Printed Name of Authorized Individual                                    Title of Authorized Individual

## MOR-1a

| In re: GUE Liquidation Companies, Inc.,*et al.* | | Case No. (Jointly Administered) | | 19-11240 (LSS) |
| | | Reporting Period: | | October 1 to 31, 2019 |
| | | Federal Tax I.D. # | | 32-0255852 |

**Debtor Bank Account Listing**

| Banking Institution | Entity Name | Account Type | Acct # - Redacted | Balance as of 10/31/19 | | Comments | |
|---|---|---|---|---|---|---|---|
| **Bank of America** | FTD, Inc. | **CLOSED** LOC / Checking | ****2799 | | | Account Closed 8/12/19 | |
| | | | | | | | |
| **Bank of Montreal** | | Toronto Lockbox | ****480C | | | Transferred to Nexus 8/23/2019 | |
| **Bank of Montreal** | GUE Liquidation, Inc. | Operating Account | ****8238 | $ | 272,624.41 | | |
| | | | | | | | |
| **BBVA Bank** | FTD, Inc. | **CLOSED** Money Market Acct | ****2356 | | | Closed 6/14/2019 per UST | |
| | | | | | | | |
| **JPMorgan Chase Bank** | GUE Liquidation Creations, Inc. | **CLOSED** Accounts Receivable | ****5093 | | | Account Closed 10/22/19 | * |
| **JPMorgan Chase Bank** | GUE Liquidation Creations, Inc. | **CLOSED** Operating Account | ****5757 | | | Account Closed 10/22/19 | * |
| | | | | | | | |
| **MUFG Union Bank** | GUE Liquidation Mobile, Inc. | **CLOSED** Operating Account | ****3689 | | | Account Closed 9/19/19 | |
| **MUFG Union Bank** | GUE Liquidation Mobile, Inc. | **CLOSED** ZBA Payroll Funding | ****3697 | | | Account Closed 9/19/19 | |
| **MUFG Union Bank** | GUE Liquidation Giftco, LLC | **CLOSED** Accounts Receivable | ****2933 | | | Account Closed 10/9/19 | * |
| **MUFG Union Bank** | GUE Liquidation Giftco, LLC | **CLOSED** Operating Account | ****3549 | | | Account Closed 10/9/19 | * |
| **MUFG Union Bank** | GUE Liquidation Giftco, LLC | ZBA Payroll Funding | ****3564 | $ | - | Maintained for PlanetArt per TSA | |
| **MUFG Union Bank** | GUE Liquidation Creations, Inc. | ZBA Payroll Funding | ****7490 | $ | - | | |
| **MUFG Union Bank** | GUE Liquidation Commerce LLC | Accounts Receivable | ****2925 | $ | 594,649.51 | Maintained for Nexus per TSA | |
| **MUFG Union Bank** | GUE Liquidation Commerce LLC | Concentration Account | ****7342 | $ | 18,590,668.04 | | |
| **MUFG Union Bank** | GUE Liquidation Commerce LLC | ZBA Payroll Funding | ****7377 | $ | - | | |
| | | | | | | | |
| **Silicon Valley Bank** | Bloom That, Inc. | **CLOSED** Investment Account | ****2853 | | | Account Closed 9/24/19 | |
| **Silicon Valley Bank** | Bloom That, Inc. | **CLOSED** ZBA A/R Account | ****8565 | | | Account Closed 9/24/19 | |
| **Silicon Valley Bank** | Bloom That, Inc. | **CLOSED** Account | ****9341 | | | Account Closed 9/24/19 | |
| | | | | | | | |
| **Toronto Dominion Bank** | | Primary Operating Account | ****4801 | | | Transferred to Nexus 8/23/2019 | |
| | | | | | | | |
| **Wells Fargo Bank** | GUE Liquidation Companies, Inc. | Utility Deposit | ****2153 | $ | 234,973.00 | $ 234,973.00 | ** |
| **Wells Fargo Bank** | | ZBA A/R Member Receipts | ****2906 | | | Transferred to Nexus 8/23/2019 | |
| **Wells Fargo Bank** | | ZBA Payroll Funding | ****2914 | | | Transferred to Nexus 8/23/2019 | |
| **Wells Fargo Bank** | | Primary Concentration Account | ****2922 | | | Transferred to Nexus 8/23/2019 | |
| **Wells Fargo Bank** | | Chicago Lockbox | ****4440 | | | Transferred to Nexus 8/23/2019 | |
| **Wells Fargo Bank** | | ZBA Member Disbursements | ****7357 | | | Transferred to Nexus 8/23/2019 | |
| **Wells Fargo Bank** | | ZBA A/P Disbursements | ****7361 | | | Transferred to Nexus 8/23/2019 | |
| | | | | | | | |
| **East West Bank** | Omni Management Group Inc. | ESCROW: Professional Fees | ****9521 | $ | 12,189,236.98 | Funded on 8/23/2019 | *** |
| **East West Bank** | Omni Management Group Inc. | ESCROW: Taxes & Labor | ****9528 | $ | 2,350,000.00 | Funded 8/8/2019 and 8/19/2019 | *** |
| **East West Bank** | Omni Management Group Inc. | ESCROW: Ad Valorem Taxes | ****9577 | $ | 12,510.00 | Funded on 8/23/2019 | *** |
| **East West Bank** | Omni Management Group Inc. | ESCROW: KEIP | ****9584 | $ | 172,800.03 | Funded on 8/23/2019 | *** |
| **East West Bank** | Omni Management Group Inc. | ESCROW: Severance & PTO | ****9591 | $ | 1,431,585.38 | Funded 8/16/2019 | *** |

\* See account closing documentation on following pages
\*\* Utilities deposit account opened on 6/21/19 and funded on 6/24/2019 in accordance with Final Utilities Order.
\*\*\* Funding amounts agreed as part of applicable sales closings.



**TAKE YOUR BUSINESS FURTHER™**

October 1, 2019

JPMorgan Chase Bank NA
10 South Dearborn
Floor 37
Chicago, IL 60603
Attn: Linda Gawlinski

Linda,

Please use this letter as direction to close the two accounts we have at JPMorgan Chase effective 10.01.2019.

Account xxx5757 Account  xxxx5093

All services and reports should be turned off effective 10.01.2019. Funds remaining in the accounts should be wired to the following bank account:

**Union Bank**
Account:   xxxx7342
ABA:   122000496
Account Name:   Provide Commerce

If you have questions you can contact the Treasury Department at 630-724-6724.

Kind Regards,

Scott Levin

**S t a t e m e n t s**
**o f   A c c o u n t s**

UNION BANK
SPECIALIZED DEPOSITS 0218 C
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Page 1 of 1
GIFTCO, LLC.
Statement Number: **XXXX**3549
10/1/19 - 10/31/19
Account Closed
Customer Inquiries
800-669-8661

Thank you for banking with us
since 2013

CY30    0 B 0000

GIFTCO, LLC.
GENERAL ACCOUNT
CHAP 11_DEBTOR IN POSSESSION
CASE NO.19-11240
4840 EASTGATE MALL
SAN DIEGO CA  92121

## Analyzed Business Checking Summary

Account Number: XXXX3549

Days in statement period: 31

| | | |
|---|---:|---:|
| **Beginning balance on 10/1** | $ | 178,398.69 |
| **Total Credits** | | 879.17 |
| Electronic credits ( 1 ) | 879.17 | |
| **Total Debits** | | - 179,277.86 |
| Electronic debits ( 1 ) | -202.53 | |
| Other debits, fees and adjustments ( 1 ) | -179,075.33 | |
| **Ending Balance on 10/31** | $ | 0.00 |

**C r e d i t s**

### Electronic credits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 10/4 | CASH MANAGEMENT  BKTRANSFER | 93090022 | $ | 879.17 |

**D e b i t s**

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 10/1 | WIRE TRANS  TRN 1001034298 100119 UBOC  UB867291N | 93059613 | $ | 202.53 |

### Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 10/9 | CLOSING TRANSACTION | 99350359 | $ | 179,075.33 |

**D a i l y   L e d g e r   B a l a n c e**

| Date | | Ledger Balance | Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|---|---|---:|
| 10/1-10/3 | $ | 178,196.16 | 10/4-10/8 | $ | 179,075.33 | 10/9-10/31 | $ | 0.00 |

h˚ 8-

**S t a t e m e n t**
**of A c c o u n t s**

UNION BANK
NATIONAL TREASURY SERVICES-CHICAGO 0819 C
POST OFFICE BOX 513840
LOS ANGELES            CA   90051-3840

GIFTCO, LLC.
Statement Number: xxxx2933
10/1/19 - 10/31/19
Account Closed
Customer Inquiries
800-418-6466

Thank you for banking with us
since 2013

CY30    0 B 0000

GIFTCO, LLC.
RECEIVABLES
CHAP 11  DEBTOR IN POSSESSION
CASE NO._19-11240
4840 EASTGATE MALL
SAN DIEGO CA  92121

| Analyzed Business Checking Summary | | | Account Number: xxxx2933 |
|---|---|---|---|
| Days in statement period: 31 | | | |
| Beginning balance on 10/1 | $ | 892.45 | |
| Total Credits | | 39.72 | |
| Electronic credits ( 1 ) | 39.72 | | |
| Total Debits | | - 932.17 | |
| Electronic debits ( 2 ) | -892.45 | | |
| Other debits, fees and adjustments ( 1 ) | -39.72 | | |
| Ending Balance on 10/31 | $ | 0.00 | |

**C r e d i t s**

**Electronic credits**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/7 | PAYPAL      TRANSFER PPD ***********X5WW | 54825896  $ | 39.72 |

**D e b i t s**

**Electronic debits**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/3 | DISCOVER NETWORK SETTLEMENT CCD  601100136321650 | 52052383  $ | 13.28 |
| 10/4 | CASH MANAGEMENT BKTRANSFER | 93090021 | 879.17 |
| | **2 Electronic debits** | **Total amount $** | **892.45** |

**Other debits, fees and adjustments**

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/9 | CLOSING TRANSACTION | 99350357  $ | 39.72 |

**D a i l y  L e d g e r  B a l a n c e**

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 10/1-10/2 | $    892.45 | 10/4-10/6 | $    0.00 | 10/9-10/31 | $    0.00 |
| 10/3 | 879.17 | 10/7-10/8 | 39.72 | | |

**MOR-1b**

In re: GUE Liquidation Companies, Inc., *et al.*

| | | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | | Reporting Period: | October 1 to 31, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

**Schedule of Retained Professional Fees Paid**

Amounts in (000's)

| Payee | Role of Professional | Cumulative Balance Forward | October 2019 | November 2019 | December 2019 | Cumulative Payments Since Filing |
|---|---|---|---|---|---|---|
| AP Services LLC | CRO Services | $2,956 | $88 | | | $3,044 |
| Jones Day | Debtors' Counsel | $1,595 | $1,535 | | | $3,130 |
| Richards, Layton & Finger | Debtors' Local Counsel | $250 | $0 | | | $250 |
| Moelis & Company LLC | Debtors' Financial Advisor | $0 | $0 | | | $0 |
| Piper Jaffray & Co | Debtors' Financial Advisor | $0 | $0 | | | $0 |
| Omni Management Group | Debtors' Claims Agent | $205 | $207 | | | $412 |
| FTI Consulting | Lender Financial Advisor [1] | $491 | $33 | | | $524 |
| Moore and Van Allen | Lender Counsel [1] | $226 | $0 | | | $226 |
| Buchanan Ingersoll & Rooney | Lender Local Counsel [1] | $0 | $0 | | | $0 |
| Province | UCC Financial Advisor | $220 | $204 | | | $425 |
| Kelley Drye & Warren | UCC Counsel | $243 | $453 | | | $697 |
| Benesch Friedlander Coplan & Aronoff | UCC Local Counsel | $42 | $51 | | | $93 |
| | | **$6,229** | **$2,572** | **$0** | **$0** | **$8,801** |

[1] Lender advisors not retained but authorized for payment pursuant to the "Final Order Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief" [Dkt No. 311].

**MOR-2**

In re: GUE Liquidation Companies, Inc.,*et al.*

Case No. (Jointly Administered)  19-11240 (LSS)
Reporting Period: October 1 to 31, 2019
Federal Tax I.D. #  32-0255852

**UNAUDITED**
**Statement of Operations (Income Statement)**
Amounts in (000's)

| | GUE Liquidation Companies, Inc. 19-11240 (LSS) | GUE Liquidation, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | GUE Liquidation.CA, Inc. 19-11243 (LSS) | GUE Liquidation Delivery, Inc. 19-11244 (LSS) | GUE Liquidation.COM, Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) | GUE Liquidation Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | GUE Liquidation Group, Inc. 19-11251 (LSS) | GUE Liquidation Commerce LLC 19-11252 (LSS) | GUE Liquidation Mobile, Inc. 19-11253 (LSS) | GUE Liquidation Creations, Inc. 19-11254 (LSS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Product and Service Revenues** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Operating Expenses:** | | | | | | | | | | | | | | | |
| Cost of revenues | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales and marketing | - | - | - | - | - | - | - | - | - | - | - | - | 12 | - | - |
| Technology and development | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 4 $ | - | $ - |
| General and administrative | - | - | - | - | - | - | - | - | - | - | - | - | 1,160 | - | - |
| Total General and administrative | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 1,164 $ | - | $ - |
| Amortization of intangible assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - $ | - | $ - |
| Restructuring and other exit costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Impairment loss | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total operating expenses** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 1,177 $ | - | $ - |
| **Operating income/(loss)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | (1,177) $ | - | $ - |
| Gain (Loss) on Sale of Businesses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - $ | - | $ - |
| Interest income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other income/(expense), net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income before income taxes** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | (1,177) $ | - | $ - |
| Provision for income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income/(Loss)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | (1,177) $ | - | $ - |

1: Income Statement reflects unaudited revenue and expenses for the period from October 1 to 31, 2019 that directly correspond to the listed debtor legal entity. Debtors have effectively ceased commercial operations as of August 23, 2019 corresponding with the 1-800 Flowers, Nexus and PlanetArt sales transactions. Beginning November 1, 2019, the Debtors have ceased maintenance of accrual based financial statements and maintain all records on a cash basis.

**MOR-3**

| In re: GUE Liquidation Companies, Inc., *et al.* | | | | Case No. (Jointly Administered) | 19-11240 (LSS) |
| | | | | Reporting Period: | October 1 to 31, 2019 |
| | | | | Federal Tax I.D. # | 32-0255852 |

| | | | **UNAUDITED** | | | | |
| | | | Balance Sheet | | | | |
| | | | Amounts in (000's) | | | | |

| | GUE Liquidation Companies, Inc. 19-11240 (LSS) | GUE Liquidation, Inc. 19-11241 (LSS) | Bloom That, Inc. 19-11242 (LSS) | GUE Liquidation.CA, Inc. 19-11243 (LSS) | GUE Liquidation Delivery, Inc. 19-11244 (LSS) | GUE Liquidation.COM, Inc. 19-11245 (LSS) | FlowerFarm, Inc. 19-11246 (LSS) | FSC Denver LLC 19-11247 (LSS) |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current Assets:** | | | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts receivable, gross | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Allowance for doubtful accounts | - | - | - | - | - | - | - | - |
| Accounts receivable, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Inventories | - | - | - | - | - | - | - | - |
| Income tax receivable | - | - | - | - | - | - | - | - |
| Deferred tax assets, net | - | - | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | - | - | - | - | - | - | - | - |
| **Total current assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Property and equipment:** | | | | | | | | |
| Land and improvements | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building and improvements | - | - | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | - | - | - | - | - |
| Equipment | - | - | - | - | - | - | - | - |
| Computer equipment | - | - | - | - | - | - | - | - |
| Computer software | - | - | - | - | - | - | - | - |
| Furniture | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Less accumulated depreciation | - | - | - | - | - | - | - | - |
| **Total property and equipment, net** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Leases:** | | | | | | | | |
| Operating lease right-of-use assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Less accumulated amortization - leases | - | - | - | - | - | - | - | - |
| **Total leases, net** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Other assets:** | | | | | | | | |
| Complete technology | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accum amortization- Complete technology | - | - | - | - | - | - | - | - |
| Complete technology, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Customer Relationships | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Customer Relationships | - | - | - | - | - | - | - | - |
| Customer Relationships, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trademarks and trade names | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Trademarks and trade names | - | - | - | - | - | - | - | - |
| Trademarks and trade names, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Patents, domain names and other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Patents, domain names and other | - | - | - | - | - | - | - | - |
| Patents, domain names and other, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Goodwill | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred financing fees, net | - | - | - | - | - | - | - | - |
| Investment in subsidiary | - | - | - | - | - | - | - | - |
| Other noncurrent assets | - | - | - | - | - | - | - | - |
| **Total other assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**MOR-3**

| In re: GUE Liquidation Companies, Inc., *et al.* | | Case No. (Jointly Administered) | 19-11240 (LSS) |
| --- | --- | --- | --- |
| | | Reporting Period: | October 1 to 31, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

| | **UNAUDITED** Balance Sheet Amounts in (000's) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **GUE Liquidation Companies, Inc. 19-11240 (LSS)** | **GUE Liquidation, Inc. 19-11241 (LSS)** | **Bloom That, Inc. 19-11242 (LSS)** | **GUE Liquidation.CA, Inc. 19-11243 (LSS)** | **GUE Liquidation Delivery, Inc. 19-11244 (LSS)** | **GUE Liquidation.COM, Inc. 19-11245 (LSS)** | **FlowerFarm, Inc. 19-11246 (LSS)** | **FSC Denver LLC 19-11247 (LSS)** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | |
| **Current liabilities:** | | | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Customer deposits | - | - | - | - | - | - | - | - |
| Accrued interest | - | - | - | - | - | - | - | - |
| Other accrued liabilities | - | - | - | - | - | - | - | - |
| Accrued compensation | - | - | - | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - | - | - |
| Current operating lease liabilities | - | - | - | - | - | - | - | - |
| Current deferred tax liabilities | - | - | - | - | - | - | - | - |
| Current maturities of long-term debt | - | - | - | - | - | - | - | - |
| Intercompany | - | - | - | - | - | - | - | - |
| **Total current liabilities** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| Deferred tax liabilities, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other liabilities | - | - | - | - | - | - | - | - |
| Noncurrent tax liabilities | - | - | - | - | - | - | - | - |
| Long term unearned income | - | - | - | - | - | - | - | - |
| Long term operating lease liabilities | - | - | - | - | - | - | - | - |
| Post-retirement benefits and accrued pension obligations | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | 164,941 | 14,106 | - | - | - | - | - | - |
| Minority interest in subsidiary | - | - | - | - | - | - | - | - |
| **Stockholders' equity:** | | | | | | | | |
| Common stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Additional paid-in capital | - | - | - | - | - | - | - | - |
| Retained earnings (accumulated deficit) | (164,941) | (14,106) | - | - | - | - | - | - |
| Accumulated other comprehensive income (loss) | - | - | - | - | - | - | - | - |
| Treasury Stock | - | - | - | - | - | - | - | - |
| **Total stockholders' equity** | $ (164,941) | $ (14,106) | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total liabilities and stockholders' equity** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

The Balance Sheet reflects unaudited assets, liabilities, and stockholders equity as of October 31, 2019 that directly correspond to the listed debtor legal entity.
Liabilities Subject to Compromise are consistent with amounts presented in the Debtors' Schedules of Assets and Liabilities filed on July 13, 2019.
The claims bar dates in these cases were October 7, 2019 and Debtors are in process of analyzing filed claims versus Liabilities Subject to Compromise.
Beginning November 1, 2019, the Debtors have ceased maintenance of accrual based financial statements and maintain all records on a cash basis.

**MOR-3**

| | | |
|---|---|---|
| In re: GUE Liquidation Companies, Inc., *et al.* | In re: GUE Liquidation Companies, Inc., *et al.* | Case No. (Jointly Administered) **19-11240 (LSS)**<br>Reporting Period: **October 1 to 31, 2019**<br>Federal Tax I.D. # **32-0255852** |

**UNAUDITED**
**Balance Sheet**
Amounts in (000's)

| | GUE Liquidation Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | GUE Liquidation Group, Inc. 19-11251 (LSS) | GUE Liquidation Commerce LLC 19-11252 (LSS) | GUE Liquidation Mobile, Inc. 19-11253 (LSS) | GUE Liquidation Creations, Inc. 19-11254 (LSS) |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **Current Assets:** | | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 19,458 | $ - | $ - |
| Accounts receivable, gross | - | - | - | - | - | - | - |
| Allowance for doubtful accounts | | - | - | | - | | |
| Accounts receivable, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Inventories | - | - | - | - | 20 | - | - |
| Income tax receivable | - | - | - | - | (432) | - | - |
| Deferred tax assets, net | - | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | 16,391 | - | - |
| Prepaid expenses and other current assets | - | - | - | - | 21,131 | - | - |
| **Total current assets** | $ - | $ - | $ - | $ - | $ 56,568 | $ - | $ - |
| **Property and equipment:** | | | | | | | |
| Land and improvements | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building and improvements | - | - | - | - | - | - | - |
| Leasehold improvements | - | - | - | - | - | - | - |
| Equipment | - | - | - | - | - | - | - |
| Computer equipment | - | - | - | - | - | - | - |
| Computer software | - | - | - | - | - | - | - |
| Furniture | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Less accumulated depreciation | - | - | - | - | - | - | - |
| **Total property and equipment, net** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Leases:** | | | | | | | |
| Operating lease right-of-use assets | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Less accumulated amortization - leases | - | - | - | - | - | - | - |
| **Total leases, net** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Other assets:** | | | | | | | |
| Complete technology | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accum amortization- Complete technology | - | - | - | - | - | - | - |
| Complete technology, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Customer Relationships | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Customer Relationships | - | - | - | - | - | - | - |
| Customer Relationships, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trademarks and trade names | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Trademarks and trade names | - | - | - | - | - | - | - |
| Trademarks and trade names, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Patents, domain names and other | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accumulated amortization- Patents, domain names and other | - | - | - | - | - | - | - |
| Patents, domain names and other, net | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Goodwill | $ - | $ - | $ - | $ - | $ 86,777 | $ - | $ - |
| Deferred financing fees, net | - | - | - | - | - | - | - |
| Investment in subsidiary | - | - | - | - | - | - | - |
| Other noncurrent assets | - | - | - | - | 792 | - | - |
| **Total other assets** | $ - | $ - | $ - | $ - | $ 87,569 | $ - | $ - |
| **Total assets** | $ - | $ - | $ - | $ - | $ 144,137 | $ - | $ - |

**MOR-3**

| In re: GUE Liquidation Companies, Inc., *et al.* | In re: GUE Liquidation Companies, Inc., *et al.* | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|---|
| | | Reporting Period: | October 1 to 31, 2019 |
| | | Federal Tax I.D. # | 32-0255852 |

| | UNAUDITED Balance Sheet Amounts in (000's) | | | | | | |
|---|---|---|---|---|---|---|---|
| | GUE Liquidation Giftco, LLC 19-11248 (LSS) | FSC Phoenix LLC 19-11249 (LSS) | Provide Cards, Inc. 19-11250 (LSS) | GUE Liquidation Group, Inc. 19-11251 (LSS) | GUE Liquidation Commerce LLC 19-11252 (LSS) | GUE Liquidation Mobile, Inc. 19-11253 (LSS) | GUE Liquidation Creations, Inc. 19-11254 (LSS) |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | |
| **Current liabilities:** | | | | | | | |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Customer deposits | - | - | - | - | - | - | - |
| Accrued interest | - | - | - | - | - | - | - |
| Other accrued liabilities | - | - | - | - | 108,043 | - | - |
| Accrued compensation | - | - | - | - | 4,973 | - | - |
| Deferred revenue | - | - | - | - | 2,446 | - | - |
| Income taxes payable | - | - | - | - | (1,506) | - | - |
| Current operating lease liabilities | - | - | - | - | - | - | - |
| Current deferred tax liabilities | - | - | - | - | - | - | - |
| Current maturities of long-term debt | - | - | - | - | - | - | - |
| Intercompany | - | - | - | - | 117,344 | - | - |
| **Total current liabilities** | $ - | $ - | $ - | $ - | $ 231,301 | $ - | $ - |
| | | | | | | | |
| Deferred tax liabilities, net | $ - | $ - | $ - | $ - | $ 5,738 | $ - | $ - |
| Other liabilities | - | - | - | - | 398 | - | - |
| Noncurrent tax liabilities | - | - | - | - | 497 | - | - |
| Long term unearned income | - | - | - | - | - | - | - |
| Long term operating lease liabilities | - | - | - | - | - | - | - |
| Post-retirement benefits and accrued pension obligations | - | - | - | - | - | - | - |
| Liabilities subject to compromise | 51 | - | - | - | 55,888 | 1 | 5,152 |
| Minority interest in subsidiary | - | - | - | - | - | - | - |
| **Stockholders' equity:** | | | | | | | |
| Common stock | $ - | $ - | $ - | $ - | $ 3 | $ - | $ - |
| Additional paid-in capital | - | - | - | - | 314,454 | - | - |
| Retained earnings (accumulated deficit) | (51) | - | - | - | (377,046) | (1) | (5,152) |
| Accumulated other comprehensive income (loss) | - | - | - | - | (21,875) | - | - |
| Treasury Stock | - | - | - | - | (65,221) | - | - |
| **Total stockholders' equity** | $ (51) | $ - | $ - | $ - | $ (149,686) | $ (1) | $ (5,152) |
| **Total liabilities and stockholders' equity** | $ - | $ - | $ - | $ - | $ 144,137 | $ - | $ - |

The Balance Sheet reflects unaudited assets, liabilities, and stockholders equity as of October 31, 2019 that directly correspond to the listed debtor legal entity.
Liabilities Subject to Compromise are consistent with amounts presented in the Debtors' Schedules of Assets and Liabilities filed on July 13, 2019.
The claims bar dates in these cases was October 7, 2019 and Debtors are in process of analyzing filed claims versus Liabilities Subject to Compromise.
Beginning November 1, 2019, the Debtors have ceased maintenance of accrual based financial statements and maintain all records on a cash basis.

## MOR-4

| In re: GUE Liquidation Companies, Inc., *et al.* | | |
|---|---|---|
| | **Case No. (Jointly Administered)** | **19-11240 (LSS)** |
| | **Reporting Period:** | **October 1 to 31, 2019** |
| | **Federal Tax I.D. #** | **32-0255852** |

**Status of Post-petition Taxes**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due.  Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.


/s/ Alan D. Holtz                                                        November 21, 2019
Signature of Authorized Individual                                    Date


Alan D. Holtz                                                 Chief Restructuring Officer
Printed Name of Authorized Individual                      Title of Authorized Individual

## MOR-4a

In re: GUE Liquidation Companies, Inc., *et al.*

| | |
|---|---|
| Case No. (Jointly Administered) | 19-11240 (LSS) |
| Reporting Period: | October 1 to 31, 2019 |
| Federal Tax I.D. # | 32-0255852 |

**Summary of Unpaid Post-petition Debts    /    Listing of Aged Accounts Payable**

Amounts in (000's)

| Unpaid Post-petition Debts[1] | Current | | 0-30 | 31-60 | Over 60 | Total |
|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | |
| Accounts payable | $ | - | $0 | $0 | $0 | $0 |
| | | | | | | |
| **Total Post-petition Debts** | | $0 | $0 | $0 | $0 | $0 |

Combined Debtors Summary of Unpaid Post-petition Accounts Payable Aging[2]

| | | Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Combined | $       - | $0 | $0 | $0 | $0 | $0 |
| | 0% | 0% | 0% | 0% | 0% | 0% |

Note:

(1) The Debtors received authority pursuant to certain first-day orders for the payment of prepetition taxes and certain other prepetition liabilities which are not included in these amounts.

(2) The post-petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and does not include accrued liabilities or prepetition amounts that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court which have been reclassified as liabilities subject to compromise.

(3) Per TSA agreement with Nexus, Debtors' payables accounts are managed by FTD LLC and approved expenditures are either paid directly from Estate funds or paid by FTD LLC and charged back to the Estate on a bi-monthly basis.  To the best of knowledge and belief, the Debtors are current with all approved payable amounts.

## MOR-5

| In re: GUE Liquidation Companies, Inc., *et al.* | Case No. (Jointly Administered) | 19-11240 (LSS) |
|---|---|---|
| | Reporting Period: | October 1 to 31, 2019 |
| | Federal Tax I.D. # | 32-0255852 |

**Accounts Receivable Reconciliation and Aging**

Amounts in (000's)

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | $ - |
| + Amounts billed during the period | | - |
| - Amounts collected during the period | | - |
| Total Accounts Receivable at the end of the reporting period | | $ - |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| Current | | $ - |
| 0 - 30 days old | | - |
| 31 - 60 days old | | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | $ - |

[1] All debtors have substantially ceased commercial operations or sold on-going businesses in accordance with sale transactions approved by the bankruptcy court.

## MOR-6

| In re: GUE Liquidation Companies, Inc., *et al.* | | |
|---|---|---|
| **Case No. (Jointly Administered)** | | **19-11240 (LSS)** |
| **Reporting Period:** | | **October 1 to 31, 2019** |
| **Federal Tax I.D. #** | | **32-0255852** |

### Debtor Questionnaire

| Must be completed each month. | Yes | No |
|---|:---:|:---:|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3 Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4 Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5 Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |