IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GUE Liquidation Companies, Inc., et al.,[1] | : | Case No. 19-11240 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 921** |

ORDER APPROVING SETTLEMENT BY
AND AMONG THE DEBTORS AND THE PENSION BENEFIT
GUARANTY CORPORATION WITH RESPECT TO PBGC CLAIMS

This matter coming before the Court on the *Motion of the Debtors for Entry of an Order Approving Settlement By and Among the Debtors and the Pension Benefit Guaranty Corporation with Respect to PBGC Claims* (the "Motion")[2], filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and having considered the statements of counsel with respect to the Motion at a hearing (if any) before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iv) notice of the Motion and any Hearing was sufficient under the circumstances, and (v) the relief requested in the Motion is

---

[1] The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): GUE Liquidation Companies, Inc. (5852); Bloom That, Inc. (9936); GUE Liquidation Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); GUE Liquidation, Inc. (1271); GUE Liquidation.CA, Inc. (7556); GUE Liquidation.COM, Inc. (4509); GUE Liquidation Group, Inc. (9190); GUE Liquidation Mobile, Inc. (7423); GUE Liquidation Giftco, LLC (5832); Provide Cards, Inc. (3462); GUE Liquidation Commerce LLC (0019); and GUE Liquidation Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

RLF1 22534628v.1

in the best interests of the Debtors, their estates, and their creditors; the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Settlement is APPROVED, the terms of which are as follows:

    a) the PBGC shall have a single allowed general unsecured claim in the amount of $1,791,506 (the "Allowed General Unsecured Claim");

    b) the PBGC shall have a single allowed administrative expense claim in the amount of $11,429 (the "Allowed Administrative Expense Claim" and, together with the Allowed General Unsecured Claim, the "Allowed Claims");

    c) the Allowed Claims shall be in full and final satisfaction of any and all claims that have been or could have been asserted by the PBGC against the Debtors, including the PBGC Claims;

    d) the Debtors will add the following language to the Confirmation Order: "Nothing in the Plan or this Confirmation Order shall in any way be construed to discharge, release, limit, or relieve any party for a fiduciary breach related to the Florists' Transworld Delivery, Inc. Salaried Employees' Pension Plan. The PBGC and the Florists' Transworld Delivery, Inc. Salaried Employees' Pension Plan shall not be enjoined or precluded from enforcing such liability or responsibility by any of the provisions of the Plan or this Confirmation Order."; and

    e) the PBGC will not object to any part of, or vote against, the Debtors' chapter 11 plan.

3. As of the date of this Order, the Settlement shall be binding on the Parties, any of the Parties' successors or assigns, the Debtors' bankruptcy estates, and any official committee, trustee, representative of the estates, or other estate or plan fiduciary elected or appointed in the Debtors' bankruptcy cases (including in any subsequent chapter 7 case).

4. The claims agent appointed in these cases is authorized to expunge from the official claims register any and all PBGC Claims that are duplicative of the Allowed Claims without further Court order or approval.

5. The Parties are authorized and empowered to take all actions necessary to implement the relief granted in this Oder.

6. The terms and conditions of this Order shall be effective immediately upon entry.

7. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: December 5th, 2019**
**Wilmington, Delaware**

- 3 -

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 22534628v.1