**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GUE Liquidation Companies, Inc., et al.,[1] | Case No. 19-11240 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 18, 2019 AT 10:00 A.M. (ET)[3]**

**I.   CONTINUED / RESOLVED MATTERS:**

1.  EasySaver Class Representatives' Motion for Leave to File Class Proof of Claim [Docket No. 758 – filed October 4, 2019]

    Objection / Response Deadline:   October 16, 2019 at 4:00 p.m. (ET); extended for Debtors to January 6, 2020 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents: None.

    Status:   The hearing on this matter has been continued to the omnibus hearing scheduled for January 13, 2020 at 10:00 a.m. (ET).

2.  Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 800 – filed October 21, 2019]

---

[1]   The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  GUE Liquidation Companies, Inc. (5852); Bloom That, Inc. (9936); GUE Liquidation Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); GUE Liquidation, Inc. (1271); GUE Liquidation.CA, Inc. (7556); GUE Liquidation.COM, Inc. (4509); GUE Liquidation Group, Inc. (9190); GUE Liquidation Mobile, Inc. (7423); GUE Liquidation Giftco, LLC (5832); Provide Cards, Inc. (3462); GUE Liquidation Commerce LLC (0019); and GUE Liquidation Creations, Inc. (8964).  The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]   **Amended items appear in bold.**

[3]   The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the December 18, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

  Objection / Response Deadline:  November 8, 2019 at 4:00 p.m. (ET); extended for Rocky Mountain Chocolate Factory, Inc. to November 12, 2019 at 4:00 p.m. (ET)

  Objections / Responses Received:

  A. Rocky Mountain Chocolate Factory, Inc.'s Response to Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 895 – filed November 12, 2019]

  B. Informal Comments from the Official Committee of Unsecured Creditors (the "Committee")

  Related Documents:

  i. Notice of Submission of Copies of Proofs of Claim Regarding Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 868 – filed November 6, 2019]

  ii. Order Approving Debtors' First (Substantive) Omnibus Objection to Certain Misclassified and No Liability Claims [Docket No. 919 – entered November 18, 2019]

  iii. Proof of Claim No. 252-133

  Status: The hearing solely as it relates to claim number 252-133 filed by GKG Fulfillment LLC is adjourned to the omnibus hearing scheduled for January 13, 2020 at 10:00 a.m. (ET).  On November 18, 2019, the Court entered an order granting the remainder of the relief requested with respect to this matter.

3. Debtors' Objection to Claim No. 244-40 Filed by Flowers, LLC Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 897 – filed November 12, 2019] *(Document located under tab 8.vi.)*

  Rule 3018 Motion Deadline:  November 22, 2019 at 4:00 p.m. (ET)

  Rule 3018 Motion Received:  None.

  Related Documents:

  i. Certificate of No Objection Regarding Debtors' Objection to Claim No. 244-40 Filed by Flowers, LLC Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 953 – filed November 25, 2019]

      ii.      Order Approving Debtors' Objection to Claim No. 244-40 Filed by Flowers, LLC Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 955 – entered November 26, 2019] *(Document located under tab 8.viii.)*

    Status:  On November 26, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.    Motion of the Debtors for Entry of an Order Approving Settlement by and Among the Debtors and the Pension Benefit Guaranty Corporation with Respect to PBGC Claims [Docket No. 921 – filed November 19, 2019]

    Objection / Response Deadline:    December 3, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Informal Comments from the Committee

    Related Documents:

      i.      Certification of Counsel Regarding Order Approving Settlement by and Among the Debtors and the Pension Benefit Guaranty Corporation with Respect to PBGC Claims [Docket No. 980 – filed December 4, 2019]

      ii.      Order Approving Settlement by and Among the Debtors and the Pension Benefit Guaranty Corporation with Respect to PBGC Claims [Docket No. 985 – entered December 5, 2019]

    Status:  On December 5, 2019, the Court entered an order regarding this matter Accordingly, a hearing on this matter is no longer necessary.

5.    Motion of Sentry Insurance, a Mutual Company for an Order Modifying the Automatic Stay [Docket No. 887 – filed November 11, 2019]

    Objection / Response Deadline:    December 11, 2019 at 4:00 p.m. (ET); extended to December 13, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:    None.

    Status:  The parties have reached a resolution regarding this matter which is set forth in the proposed form of order confirming the Debtors' plan of liquidation.

**II.    UNCONTESTED MATTER WITH CERTIFICATES OF NO OBJECTION:**

6. Eighth Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Effective Date and (II) Granting Certain Related Relief [Docket No. 964 – filed November 27, 2019]

    Objection / Response Deadline:     December 11, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:     None.

    Related Documents:

    i. Certificate of No Objection Regarding Eighth Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Effective Date and (II) Granting Certain Related Relief [Docket No. 1000 – filed December 12, 2019]

    ii. **Order Granting Eighth Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Effective Date and (II) Granting Certain Related Relief [Docket No. 1015 – entered December 16, 2019]**

    Status:  **On December 16, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

7. Second Motion of the Debtors for an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 966 – filed November 27, 2019]

    Objection / Response Deadline:     December 11, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:     None.

    Related Documents:

    i. Certificate of No Objection Regarding Second Motion of the Debtors for an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1001 – filed December 12, 2019]

    ii. **Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1016 – entered December 16, 2019]**

<blockquote>
Status: **On December 16, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**
</blockquote>

### III. **STATUS CONFERENCE:**

8. Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims [Docket No. 801 – filed October 21, 2019]

    Objection / Response Deadline:    November 8, 2019 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Response Opposed to Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims (filed by XL Pro Consulting Group, LLC) [Docket No. 884 – filed November 11, 2019]

    B. Claimant Response to Objection (submitted by JM Staffing Solution LLC on November 8, 2019)

    Related Documents:

    i. Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims [Docket No. 869 – filed November 6, 2019]

    ii. Reply in Support of Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims (SEALED) [Docket No. 911 - filed November 15, 2019]

    iii. Reply in Support of Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims (REDACTED) [Docket No. 912 - filed November 15, 2019]

    iv. Motion of the Debtors for Entry of an Order Authorizing Filing Under Seal of Certain Confidential Information in the Reply in Support of Debtors' Second (Substantive) Omnibus Objection to Certain Misclassified Claims [Docket No. 913 - filed November 15, 2019]

    Status: A status conference regarding this matter is going forward.

### IV. **CONFIRMATION:**

9. First Amended Joint Plan of Liquidation for the Debtors [Docket No. 1005 – filed December 13, 2019]

    Objection / Response Deadline:    December 2, 2019 at 4:00 p.m. (ET); extended for Customs and Border Protection to December 4, 2019 at 4:00 p.m.; extended

5

           for the Committee and Bank of America,
           N.A. to December 6, 2019 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Limited Objection and Reservation of Rights (filed by Aetna Life Insurance Company) [Docket No. 938 – filed November 21, 2019]

B. Texas Comptroller of Public Accounts' Limited Objection to the First Amended Joint Chapter 11 Plan of Liquidation [Docket No. 954 – filed November 26, 2016]

C. United States' Limited Objection of the First Amended Joint Plan of Liquidation for the Debtors [Docket No. 956 – filed November 26, 2019]

D. Objection of Sentry Insurance, a Mutual Company to Confirmation of Debtors' First Amended Plan [Docket No. 971 – filed December 2, 2019]

E. Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

F. Informal comments from the Securities and Exchange Commission

G. Informal comments from Dallas County and Tarrant County (Texas)

H. Informal comments from the U.S. Customs and Border Protection

Related Documents:

i. Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Notice Thereof, (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Liquidation, (IV) Scheduling Hearing on Confirmation of Chapter 11 Plan of Liquidation, and (V) Granting Related Relief [Docket No. 837 – entered October 28, 2019]

ii. First Amended Joint Plan of Liquidation for the Debtors [Docket No. 839 – filed October 28, 2019]

iii. Disclosure Statement for First Amended Joint Plan of Liquidation for the Debtors [Docket No. 840 – filed October 28, 2019]

iv. Notice of (A) Deadline for Casting Votes to Accept or Reject Plan of Liquidation, (B) Hearing to Consider Confirmation of Plan of Liquidation and (C) Related Matters [Docket No. 841 – filed October 28, 2019]

v. Affidavit of Service of Publication [Docket No. 865 – filed November 5, 2019]

vi. Debtors' Objection to Claim No. 244-40 Filed by Flowers, LLC Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 897 – filed November 12, 2019]

vii. Notice of Filing of Plan Supplement [Docket No. 942 – filed November 22, 2019]

viii. Order Approving Debtors' Objection to Claim No. 244-40 Filed by Flowers, LLC Soley for Voting Purposes Pursuant to Bankruptcy Rule 3018 [Docket No. 955 – entered November 26, 2019]

ix. Notice of Entry into Settlement Agreement by and Among Official Committee of Unsecured Creditors and Bank of America, N.A. in its Capacity as Administrative Agent [Docket No. 996 – filed December 9, 2019] (the "Settlement Agreement")

x. Declaration of Catherine Nownes-Whitaker Regarding Analysis of Ballots for Accepting or Rejecting the Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1003 - filed December 12, 2019]

xi. Notice of Filing of Blackline of Revised Plan [Docket No. 1006 - filed December 13, 2019]

xii. Notice of Filing of Second Plan Supplement [Docket No. 1007 - filed December 13, 2019]

xiii. Declaration of Alan D. Holtz in Support of Confirmation of the First Amended Joint Plan of Liquidation for the Debtors [Docket No. 1008 - filed December 13, 2019]

xiv. Notice of Filing of Proposed Confirmation Order [Docket No. 1009 - filed December 13, 2019]

xv. Debtors' Memorandum of Law in Support of Confirmation of Debtors' First Amended Joint Plan of Liquidation (SEALED) [Docket No. 1010 - filed December 13, 2019]

xvi. Debtors' Memorandum of Law in Support of Confirmation of Debtors' First Amended Joint Plan of Liquidation (REDACTED) [Docket No. 1011 - filed December 13, 2019]

xvii. Motion of the Debtors for Entry of an Order Authorizing Filing Under Seal of Certain Confidential Information Annexed to the Debtors' Brief in Support of Confirmation [Docket No. 1012 - filed December 13, 2019]

xviii. **Notice of Filing of Third Plan Supplement [Docket No. 1021 – filed December 17, 2019]**

Status: The U.S. Trustee has provided informal comments to the Debtors and the Committee regarding the terms of the Settlement Agreement, and has informed the Debtors that it may wish to address the Court regarding the same at the hearing.  The Debtors believe that all other objections and responses to the Plan have been resolved.  The hearing on this matter is going forward.

| | |
|---|---|
| Dated: December 17, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Megan E. Kenney*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>　　　heath@rlf.com<br>　　　haywood@rlf.com<br>　　　kenney@rlf.com<br><br>　　　-and-<br><br>Heather Lennox (admitted *pro hac vice*)<br>Thomas A. Wilson (admitted *pro hac vice*)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>Email: hlennox@jonesday.com<br>　　　tawilson@jonesday.com<br><br>Brad B. Erens (admitted *pro hac vice*)<br>Caitlin K. Cahow (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>Email: bberens@jonesday.com<br>　　　ccahow@jonesday.com<br><br>ATTORNEYS FOR DEBTORS AND<br>DEBTORS IN POSSESSION |

RLF1 22597957v.1