**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GUE Liquidation Companies, Inc.<br><br>Debtor.<br><br>Tax Identification Number:  32-0255852 | Chapter 11<br><br>Case No. 19-11240 (LSS)<br><br>**Re: Docket No. 1045** |
| In re:<br><br>Bloom That, Inc.<br><br>Debtor.<br><br>Tax Identification Number:  46-2919936 | Chapter 11<br><br>Case No. 19-11242 (LSS) |
| In re:<br><br>GUE Liquidation Delivery, Inc.<br><br>Debtor.<br><br>Tax Identification Number:  38-0546960 | Chapter 11<br><br>Case No. 19-11244 (LSS) |
| In re:<br><br>FlowerFarm, Inc.<br><br>Debtor.<br><br>Tax Identification Number:  36-4332852 | Chapter 11<br><br>Case No. 19-11246 (LSS) |
| In re:<br><br>FSC Denver LLC<br><br>Debtor.<br><br>Tax Identification Number: 83-4367104 | Chapter 11<br><br>Case No. 19-11247 (LSS) |

-2-

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FSC Phoenix LLC | : | |
| | : | Case No. 19-11249 (LSS) |
| Debtor. | : | |
| | : | |
| Tax Identification Number: 83-4447970 | : | |

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| GUE Liquidation, Inc. | : | |
| | : | Case No. 19-11241 (LSS) |
| Debtor. | : | |
| | : | |
| Tax Identification Number: 13-3711271 | : | |

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| GUE Liquidation.CA, Inc. | : | |
| | : | Case No. 19-11243 (LSS) |
| Debtor. | : | |
| | : | |
| Tax Identification Number: 45-2787556 | : | |

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| GUE Liquidation.COM, Inc. | : | |
| | : | Case No. 19-11245 (LSS) |
| Debtor. | : | |
| | : | |
| Tax Identification Number: 36-4294509 | : | |

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| GUE Liquidation Group, Inc. | : | |
| | : | Case No. 19-11251 (LSS) |
| Debtor. | : | |
| | : | |
| Tax Identification Number: 87-0719190 | : | |

| | |
|---|---|
| In re:<br><br>GUE Liquidation Mobile, Inc.<br><br>      Debtor.<br><br>Tax Identification Number: 45-0717423 | Chapter 11<br><br>Case No. 19-11253 (LSS) |
| In re:<br><br>GUE Liquidation Giftco, LLC<br><br>      Debtor.<br><br>Tax Identification Number: 46-3345832 | Chapter 11<br><br>Case No. 19-11248 (LSS) |
| In re:<br><br>Provide Cards, Inc.<br><br>      Debtor.<br><br>Tax Identification Number: 20-5803462 | Chapter 11<br><br>Case No. 19-11250 (LSS) |
| In re:<br><br>GUE Liquidation Commerce LLC<br><br>      Debtor.<br><br>Tax Identification Number: 84-1450019 | Chapter 11<br><br>Case No. 19-11252 (LSS) |
| In re:<br><br>GUE Liquidation Creations, Inc.<br><br>      Debtor.<br><br>Tax Identification Number: 36-4188964 | Chapter 11<br><br>Case No. 19-11254 (LSS) |

RLF1 22694286v.3

## ORDER CLOSING THE SUBSIDIARY CASES

This matter coming before the Court on the *Motion of the Debtors for the Entry of an Order Closing the Subsidiary Cases* (the "Motion"),[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at the hearing (if any) before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Article VIII of the Plan, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Motion and Hearing was sufficient under the circumstances; and, after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief requested;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases of Bloom That, Inc. (Case No. 19-11242); GUE Liquidation Delivery, Inc. (Case No. 19-11244); FlowerFarm, Inc. (Case No. 19-11246); FSC Denver LLC (Case No. 19-11247); FSC Phoenix LLC (Case No. 19-11249); GUE Liquidation, Inc. (Case No. 19-11241); GUE Liquidation.CA, Inc. (Case No. 19-11243); GUE Liquidation.COM, Inc. (Case No. 19-11245); GUE Liquidation Group, Inc. (Case No. 19-11251); GUE Liquidation Mobile, Inc. (Case No. 19-11253); GUE Liquidation Giftco, LLC (Case No. 19-11248); Provide Cards, Inc. (Case No. 19-11250); GUE Liquidation

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Commerce LLC (Case No. 19-11252); and GUE Liquidation Creations, Inc. (Case No. 19-11254) are hereby closed.

3. The Chapter 11 Case of GUE Liquidation Companies, Inc. (Case No. 19-11240 (LSS)), shall remain open pending further order of this Court.

4. The Clerk of this Court shall enter this Order individually on each of the dockets of the above-captioned Chapter 11 Cases and each of the dockets of the Subsidiary Cases shall be marked as "Closed."

5. Entry of this Order is without prejudice to the rights of the Debtor Liquidation Trustee or any party in interest to reopen the Subsidiary Cases for cause.

6. Entry of this Order shall have no effect whatsoever on any contested or other matters pending before this Court.

7. Following entry of this Order, the caption for Case No. 19-11240 (LSS) shall read as follows:

| | |
|---|---|
| In re | : |
| | : |
| GUE Liquidation Companies, Inc.[1] | : Chapter 11 |
| | : |
| Post-Effective Date Debtor. | : Case No. 19-11240 (LSS) |
| | : |

---

[1] The Post-Effective Date Debtor is and the last four digits of its taxpayer identification number are GUE Liquidation Companies, Inc. (5852). The address of the Post-Effective Date Debtor is 3113 Woodcreek Drive, Downers Grove, IL 60515.

8. The Debtor Liquidation Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

RLF1 22694286v.3

9. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: January 8th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 22694286v.3