*Proofs of Claim Report - GUE Liquidation Companies, Inc., et al.*

Friday, September 15, 2023 - 9:03:42 AM PT

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $179,725,391.76 | $54,719,717.75 |
| PRIORITY | $15,074,522.84 | $35,262.86 |
| SECURED | $570,833,560.14 | $478,971.82 |
| ADMIN | $11,468,623.57 | $1,772,996.45 |
| 503(b)(9) | $5,306,482.16 | $506,209.40 |
| Total | $782,408,580.47 | $57,513,158.28 |

| Total Claims/Schedules: | 1,067 | |
|---|---|---|

## Claims Details (1,067)

**Allure Farms, Inc**
**Case(s): 241 Clm No: 1 Clm. Amt: $23,202.16**

*Attn: Daniel Uribe*
*8175 NW 31 St*
*Doral, FL 33122*
**Date Filed: 6/5/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 2**
**Claim Face Value: $23,202.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | Disallowed | | $23,202.16 | | $0.00 |
| | | | | $23,202.16 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Joseph Paladino**
**Case(s): 245 Clm No: 1 Clm. Amt: $15,000.00**

*1s562 School St*
*Lombard, IL 60148*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | PRI | | | $13,650.00 | | |
| 245 | UNS | | | $1,350.00 | | |
| | | | | $15,000.00 | | |

## CHASE Staffing
### Case(s): 251 Clm No: 1 Clm. Amt: $29,683.46

*Attn: Tracey D. Bailey*
*750 Hammond Dr, NE Building 9*
*Atlanta, GA 30328*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $29,683.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 251 | UNS | | | $29,683.46 | | |
| | | | | $29,683.46 | | |

## Cit Finance, LLC
### Case(s): 253 Clm No: 1 Clm. Amt: $100.09

*c/o Bankruptcy Processing Solutions, Inc*
*Attn: Amy Tate*
*P.O Box 593007*
*San Antonio, TX 78259*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $100.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 253 | UNS | | | $100.09 | | |
| | | | | $100.09 | | |

## W.W. Grainger, Inc
### Case(s): 254 Clm No: 1 Clm. Amt: $2,945.74

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 60714*
**Date Filed: 6/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,945.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | Disallowed | | $2,945.74 | | $0.00 |
| | | | | $2,945.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## W.W. Grainger, Inc
### Case(s): 242 Clm No: 1 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 242 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 242 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 242 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## W.W. Grainger, Inc
### Case(s): 249 Clm No: 1 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 249 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 249 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 249 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## W.W. Grainger, Inc
### Case(s): 248 Clm No: 1 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 248 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 248 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## W.W. Grainger, Inc
### Case(s): 250 Clm No: 1 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 250 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 250 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 250 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### W.W. Grainger, Inc
#### Case(s): 246 Clm No: 1 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 246 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 246 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 246 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### W.W. Grainger, Inc
#### Case(s): 247 Clm No: 1 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 247 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 247 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 247 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### More Direct Inc DBA Connection
#### Case(s): 244 Clm No: 1 Clm. Amt: $42,101.18

*Attn: Keneth Campbell*
*1001 Yamato Rd, Ste 200*
*Boca Raton, FL 33431*
**Date Filed: 6/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $42,101.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $42,101.18 | | |
| | | | | $42,101.18 | | |

### Digital Media Solutions
#### Case(s): 243 Clm No: 1 Clm. Amt: $3,920.00

*Attn: Morgan Montone*
*4800 140th Ave N, Ste 101*
*Clearwater, FL 33762*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,920.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | UNS | Disallowed | | $3,920.00 | | $0.00 |
| | | | | $3,920.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## More Direct Inc DBA Connection
### Case(s): 252 Clm No: 1 Clm. Amt: $31,973.56

*Attn: Kenneth Campbell*
*1001 Yamato Rd, Ste 200*
*Boca Raton, FL 33431*
**Date Filed: 6/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $31,973.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 252 | UNS | | | $31,973.56 | | |
| | | | | $31,973.56 | | |

## National Orchids Inc
### Case(s): 240 Clm No: 1 Clm. Amt: $15,409.15

*Attn: German Perez*
*6920 NW 46 St*
*Miami, FL 33166*
**Date Filed: 6/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,409.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | 503(b)(9) | Withdrawn | | $2,280.00 | | $0.00 |
| 240 | UNS | Withdrawn | | $13,129.15 | | $0.00 |
| | | | | $15,409.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## NJ Department Of Treasury
### Case(s): 242 Clm No: 2 Clm. Amt:

*Attn: Heather Graham*
*Unclaimed Property Admin*
*50 W State St, 6th Fl*
*Trenton, NJ 08625*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 242 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## NJ Department Of Treasury
### Case(s): 250 Clm No: 2 Clm. Amt:

*Attn: Heather Graham*
*Unclaimed Property Admin*
*50 W State St, 6th Fl*
*Trenton, NJ 08608*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 250 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Contempo Limited
### Case(s): 254 Clm No: 2 Clm. Amt: $59.25

*Attn: Queenie Leung*
*Contempo Pl 15th Fl*
*81 Hung To Road, Kwun Tong*
*Kowloon, Hong Kong*
*China*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $59.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $59.25 | | |
| | | | | $59.25 | | |

## Dramm & Echter, Inc
### Case(s): 244 Clm No: 2 Clm. Amt: $4,058.71

*Attn: Larry Jimenez Montellano*
*1150 Quail Gardens Dr*
*Encinitas, CA 92024*
**Date Filed: 6/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,058.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $4,058.71 | | |
| | | | | $4,058.71 | | |

## East Group Properties, L.P. (Successor To Gavi Airways LLC)
### Case(s): 247 Clm No: 2 Clm. Amt: $231,485.53

*Attn: John E Travis*
*2200 E Camelback Rd, Ste 210*
*Phoenix, AZ 85016*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 9**
**Claim Face Value: $231,485.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 247 | UNS | Disallowed | | $231,485.53 | | $0.00 |
| | | | | $231,485.53 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Pension Benefit Guaranty Corp
### Case(s): 249 Clm No: 2 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 249 | ADM | | | $8,048.00 | | $0.00 |
| 249 | PRI | | | $3,381.00 | | $0.00 |
| 249 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## Pension Benefit Guaranty Corp
### Case(s): 246 Clm No: 2 Clm. Amt: $83,022.00

Attn: Cassandra Burton
1200 K St Nw
Washington, DC 20005
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 246 | ADM | | | $8,048.00 | | $0.00 |
| 246 | PRI | | | $3,381.00 | | $0.00 |
| 246 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## W.W. Grainger, Inc
### Case(s): 243 Clm No: 2 Clm. Amt: $35,304.19

Attn: Yvonne Knight
401 S Wright Rd, W4E.C37
Janesville, WI 53546
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 243 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 243 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Texas Comptroller Of Public Accounts
### Case(s): 248 Clm No: 2 Clm. Amt: $21,773.78

c/o Office of the Attorney General
Attn: Lionel Kimble
P.O Box 12548, Mc-008
Austin, TX 78711
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | PRI | Withdrawn | | $21,338.55 | | $0.00 |
| 248 | UNS | Withdrawn | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Cit Finance, LLC
### Case(s): 253 Clm No: 2 Clm. Amt: $5,557.41

c/o Bankruptcy Processing Solutions, Inc
Attn: Stacey Gray
P.O Box 593007
San Antonio, TX 78259
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,557.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | UNS | | | $5,557.41 | | |
| | | | | $5,557.41 | | |

## Agrinag S.A.
### Case(s): 251 Clm No: 2 Clm. Amt: $1,062.00

*Attn: Tommy Aurea*
*Calle Nahim Isaias Y Ave Luis Orrantia*
*Esquina Edificio Tecniseguros*
*Guayaquil*
*Ecuador*
**Date Filed: 8/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,062.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 251 | UNS | | | $1,062.00 | | |
| | | | | $1,062.00 | | |

## Allure Farms, Inc
### Case(s): 241 Clm No: 2 Clm. Amt: $23,202.16

*Attn: Daniel Uribe*
*8175 NW 31 St*
*Doral, FL 33122*
**Date Filed: 6/5/2019**
**Orig. Date Filed: 6/5/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 1**
**Claim Face Value: $23,202.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $23,202.16 | | |
| | | | | $23,202.16 | | |

## LPS Industries, Inc.
### Case(s): 245 Clm No: 2 Clm. Amt: $166.02

*Attn: Kristine Reyes*
*10 Caesar Place*
*Moonachie, NJ 07074*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $166.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | UNS | | | $166.02 | | |
| | | | | $166.02 | | |

## Byfod BV
### Case(s): 252 Clm No: 2 Clm. Amt: $130,172.20

*Attn: Borris van Berkel*
*Prunus 12, 1424 LD*
*De Kwakel, The Netherlands*
**Date Filed: 6/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $130,172.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | $130,172.20 | | $0.00 |
| | | | | $130,172.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Allure Farms, Inc
### Case(s): 240 Clm No: 2 Clm. Amt: $1,315.19

*Attn: Daniel Uribe*
*8175 NW 31 St*
*Doral, FL 33122*
**Date Filed: 6/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,315.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $1,315.19 | | |
| | | | | $1,315.19 | | |

### Massachusetts Department of Revenue
### Case(s): 245 Clm No: 3 Clm. Amt: $202,084.80

*Attn: Bankruptcy Unit/ Jimmy Wong*
*P.O. Box 9564*
*Boston, MA 02114-9564*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $202,084.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | PRI | | | $202,084.80 | | |
| | | | | $202,084.80 | | |

### CHRYSAL USA INC
### Case(s): 240 Clm No: 3 Clm. Amt: $33,605.50

*Attn: Al Ramirez*
*3063 NW 107 Ave*
*Miami, FL 33172*
**Date Filed: 6/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $33,605.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $3,676.05 | | |
| 240 | UNS | | | $29,929.45 | | |
| | | | | $33,605.50 | | |

### O&J GROWERS
### Case(s): 241 Clm No: 3 Clm. Amt: $5,928.42

*Attn: JOE TRINIDAD AMADOR*
*1313 LAKE DR*
*ENCINITAS, CA 92024*
**Date Filed: 6/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,928.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $5,928.42 | | |
| | | | | $5,928.42 | | |

### State Of Connecticut Unclaimed Property Division
### Case(s): 251 Clm No: 3 Clm. Amt:

*c/o Pullman & Comley LLC*
*Attn: Elizabeth Austin, Esq.*
*850 Main St, 8th Fl*
*Bridgeport, CT 06601*
**Date Filed: 8/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 251 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

### Cit Finance, LLC
### Case(s): 253 Clm No: 3 Clm. Amt: $2,145.94

*c/o Bankruptcy Processing Solutions, Inc*
*Attn: Stacey Gray*
*P.O Box 593007*
*San Antonio, TX 78259*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,145.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 253 | UNS | | | $2,145.94 | | |
| | | | | $2,145.94 | | |

## Caroline Riordan
**Case(s): 244 Clm No: 3 Clm. Amt: $200,000.00**

*2026 Dewes St*
*Glenview, IL 60025*
**Date Filed: 6/10/2019**
**Orig. Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 244 | PRI | | | $13,650.00 | | |
| 244 | UNS | | | $186,350.00 | | |
| | | | | $200,000.00 | | |

## Surge Staffing, LLC
**Case(s): 252 Clm No: 3 Clm. Amt: $6,828.39**

*Attn: Abby Shackelford, Esq.*
*1110 Morse Rd*
*Columbus, OH 43229*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,828.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $6,828.39 | | |
| | | | | $6,828.39 | | |

## Texas Comptroller Of Public Accounts
**Case(s): 248 Clm No: 3 Clm. Amt: $21,773.78**

*c/o Office of the Attorney General*
*Attn: Lionel Kimble*
*P.O Box 12548, Mc-008*
*Austin, TX 78711*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 248 | PRI | Disallowed | | $21,338.55 | | $0.00 |
| 248 | UNS | Disallowed | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Pension Benefit Guaranty Corp
**Case(s): 249 Clm No: 3 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 249 | ADM | | | Unknown | Y | $0.00 |
| 249 | PRI | | | Unknown | Y | $0.00 |
| 249 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

### Pension Benefit Guaranty Corp
### Case(s): 246 Clm No: 3 Clm. Amt: $1,524,913.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 246 | ADM | | | Unknown | Y | $0.00 |
| 246 | PRI | | | Unknown | Y | $0.00 |
| 246 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

### Pension Benefit Guaranty Corp
### Case(s): 247 Clm No: 3 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 247 | ADM | | | $8,048.00 | | $0.00 |
| 247 | PRI | | | $3,381.00 | | $0.00 |
| 247 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

### Rli Insurance Co.
### Case(s): 243 Clm No: 3 Clm. Amt:

*Attn: Michael Dudek*
*9025 N Lindbergh Dr*
*Peoria, IL 61615*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $250,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------|-----------|----------------------:|-----|---------------------:|
| 243 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 243 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Noemie Legrand
### Case(s): 242 Clm No: 3 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------|-----------|----------------------:|-----|---------------------:|
| 242 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

### Noemie Legrand
**Case(s): 250 Clm No: 3 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 250 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Wholesale Boutique LLC
**Case(s): 254 Clm No: 3 Clm. Amt: $18,964.20**

*Attn: Gavin Grainger*
*10607 Highway 707, Ste 140*
*MYRTLE BEACH, SC 29588*
**Date Filed: 6/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,964.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $9,132.00 | | |
| 254 | UNS | | | $9,832.20 | | |
| | | | | $18,964.20 | | |

### Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
**Case(s): 249 Clm No: 4 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 249 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

### Easysaver Class Reps On Behalf Of Themselves & Others
**Case(s): 246 Clm No: 4 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 246 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

### Pension Benefit Guaranty Corp
### Case(s): 250 Clm No: 4 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 250 | ADM | | | $8,048.00 | | $0.00 |
| 250 | PRI | | | $3,381.00 | | $0.00 |
| 250 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

### Pension Benefit Guaranty Corp
### Case(s): 242 Clm No: 4 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 242 | ADM | | | $8,048.00 | | $0.00 |
| 242 | PRI | | | $3,381.00 | | $0.00 |
| 242 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

### East Group Properties, L.P. (Successor To Gavi Airways LLC)
### Case(s): 247 Clm No: 4 Clm. Amt: $13,900.03

*Attn: John E Travis*
*2200 E Camelback Rd, Ste 210*
*Phoenix, AZ 85016*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,900.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 247 | ADM | Disallowed | | $13,900.03 | | $0.00 |
| | | | | $13,900.03 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Pension Benefit Guaranty Corp
### Case(s): 243 Clm No: 4 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 243 | ADM | | | $8,048.00 | | $0.00 |
| 243 | PRI | | | $3,381.00 | | $0.00 |
| 243 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

**NJ Department Of Treasury**

**Case(s): 248 Clm No: 4 Clm. Amt:**

*Attn: Heather Graham*
*Unclaimed Property Admin*
*50 W State St, 6th Fl*
*Trenton, NJ 08608*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Jetxin Limited**

**Case(s): 244 Clm No: 4 Clm. Amt: $88.20**

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $88.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | 503(b)(9) | | | $88.20 | | |
| | | | | $88.20 | | |

**W.W. Grainger, Inc**

**Case(s): 251 Clm No: 4 Clm. Amt: $35,304.19**

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 251 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 251 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

**Office Depot**

**Case(s): 252 Clm No: 4 Clm. Amt: $10,353.70**

*Attn: Harriet Lewkowitz*
*6600 N Military Trail, S416N*
*Boca Raton, FL 33496*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,353.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $10,353.70 | | |
| | | | | $10,353.70 | | |

## Shopper Approved
### Case(s): 245 Clm No: 4 Clm. Amt: $5,940.00

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,940.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | UNS | | | $5,940.00 | | |
| | | | | $5,940.00 | | |

## Cit Bank N.A.
### Case(s): 253 Clm No: 4 Clm. Amt: $19,361.89

*c/o Bankruptcy Processing Solutions, Inc*
*Attn: Stacey R Gray*
*P.O Box 593007*
*San Antonio, TX 78259*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $19,361.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | UNS | | | $19,361.89 | | |
| | | | | $19,361.89 | | |

## Temporaries of New England Inc.
### Case(s): 240 Clm No: 4 Clm. Amt: $3,430.03

*Attn: Natalie J. Roay*
*1009 Main St*
*Willimantic, CT 06226*
**Date Filed: 6/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,430.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 240 | UNS | | | $3,430.03 | | $3,430.03 |
| | | | | $3,430.03 | | $3,430.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

## Mrs. Bloom's Direct, Inc.
### Case(s): 241 Clm No: 4 Clm. Amt: $1,123.75

*Attn: Oren Shapiro*
*175 Clearbrook Rd, Ste 153*
*Elmsford, NY 10523*
**Date Filed: 9/30/2019**
**Orig. Date Filed: 6/7/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 4**
**Amended By Clm #: 4**
**Claim Face Value: $843.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $1,123.75 | | |
| | | | | $1,123.75 | | |

## Ore' Originals Inc.
### Case(s): 254 Clm No: 4 Clm. Amt: $8,677.20

*Attn: Eliza Marie Solorzano*
*1357 Coronado Ave*
*Long Beach, CA 90804*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,677.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $8,677.20 | | |
| | | | | $8,677.20 | | |

### Creative Gifts International, Inc.
**Case(s): 254 Clm No: 5 Clm. Amt: $18,994.75**

*Attn: Raymond Troville*
*80 Shawmut Rd*
*P.O. Box 225*
*Canton, MA 02021*
**Date Filed: 6/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,994.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | 503(b)(9) | | | $3,370.75 | | |
| 254 | UNS | | | $15,624.00 | | |
| | | | | $18,994.75 | | |

### Redline Resources Inc. DBA TruCapital Partners
**Case(s): 241 Clm No: 5 Clm. Amt: $9,759.93**

*c/o Trucapital Partners*
*311 West Superior, Suite 217*
*Chicago, IL 60654*
**Date Filed: 6/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,759.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | 503(b)(9) | Disallowed | | $4,754.08 | | $0.00 |
| 241 | UNS | | | $5,005.85 | | $9,759.93 |
| | | | | $9,759.93 | | $9,759.93 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

### TEG Staffing, Inc.
**Case(s): 240 Clm No: 5 Clm. Amt: $3,558.43**

*Attn: Catherine Ingargiola*
*2355 Northside Dr, Ste 200*
*San Diego, CA 92108*
**Date Filed: 6/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,558.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $3,558.43 | | |
| | | | | $3,558.43 | | |

### Cit Finance, LLC
**Case(s): 253 Clm No: 5 Clm. Amt: $1,641.61**

*c/o Bankruptcy Processing Solutions, Inc*
*Attn: Amy Tate*
*P.O. Box 593007*
*San Antonio, TX 78259*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,641.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 253 | UNS | | | $1,641.61 | | |
| | | | | $1,641.61 | | |

### Southwest Toyotalift Inc
**Case(s): 252 Clm No: 5 Clm. Amt: $5,199.01**

*Attn: Jennifer Estrada*
*P.O. Box 1070*
*Mira Loma, CA 91752*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,199.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $5,199.01 | | |
| | | | | $5,199.01 | | |

### Shopper Approved
**Case(s): 245 Clm No: 5 Clm. Amt: $5,145.00**

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,145.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | UNS | | | $5,145.00 | | |
| | | | | $5,145.00 | | |

### New Jersey Unclaimed Property Administration
**Case(s): 251 Clm No: 5 Clm. Amt:**

*Attn: Steven R Harris*
*P.O. Box 214*
*Trenton, NJ 08625*
**Date Filed: 8/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Jetxin Limited
**Case(s): 244 Clm No: 5 Clm. Amt: $14,935.20**

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $14,935.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | 503(b)(9) | | | $14,935.20 | | |
| | | | | $14,935.20 | | |

### Pension Benefit Guaranty Corp
**Case(s): 243 Clm No: 5 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | ADM | | | Unknown | Y | $0.00 |
| 243 | PRI | | | Unknown | Y | $0.00 |
| 243 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

**Noemie Legrand**
**Case(s): 248 Clm No: 5 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A**
**Case(s): 247 Clm No: 5 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 247 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 242 Clm No: 5 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 242 | ADM | | | Unknown | Y | $0.00 |
| 242 | PRI | | | Unknown | Y | $0.00 |
| 242 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 250 Clm No: 5 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 250 | ADM | | | Unknown | Y | $0.00 |
| 250 | PRI | | | Unknown | Y | $0.00 |
| 250 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

### Pension Benefit Guaranty Corp
#### Case(s): 249 Clm No: 5 Clm. Amt: $195,000.00

Attn: Cassandra Burton
1200 K St Nw
Washington, DC 20005
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 249 | ADM | | | Unknown | Y | $0.00 |
| 249 | PRI | | | Unknown | Y | $0.00 |
| 249 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

### Pension Benefit Guaranty Corp
#### Case(s): 246 Clm No: 5 Clm. Amt: $195,000.00

Attn: Cassandra Burton
1200 K St Nw
Washington, DC 20005
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 246 | ADM | | | Unknown | Y | $0.00 |
| 246 | PRI | | | Unknown | Y | $0.00 |
| 246 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

### Pension Benefit Guaranty Corp
#### Case(s): 247 Clm No: 6 Clm. Amt: $1,524,913.00

Attn: Cassandra Burton
1200 K St Nw
Washington, DC 20005
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 247 | ADM | | | Unknown | Y | $0.00 |
| 247 | PRI | | | Unknown | Y | $0.00 |
| 247 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

### Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
#### Case(s): 250 Clm No: 6 Clm. Amt: $38,000,000.00

c/o Stutzman, Bromberg, Esserman & Plifka
Attn: Sander Esserman
2323 Bryan St, Ste 2200
Dallas, TX 75201
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 250 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

**Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A**
**Case(s): 242 Clm No: 6 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 242 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

**Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A**
**Case(s): 243 Clm No: 6 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

**Horizon Media, Inc.**
**Case(s): 246 Clm No: 6 Clm. Amt: $450,557.15**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 246 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Horizon Media, Inc.**
**Case(s): 249 Clm No: 6 Clm. Amt: $450,557.15**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 249 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Pension Benefit Guaranty Corp
### Case(s): 248 Clm No: 6 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | ADM | | | $8,048.00 | | $0.00 |
| 248 | PRI | | | $3,381.00 | | $0.00 |
| 248 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## Tarrant County
### Case(s): 244 Clm No: 6 Clm. Amt: $8.05

*c/o Linebarger Goggan Blair & Sampson, LLP*
*AttN: Elizabeth Weller*
*2777 N Stemmons Freeway, Ste 1000*
*Dallas, TX 75207*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | SEC | | | $8.05 | | |
| | | | | $8.05 | | |

## New York State Dept. Of Taxation & Finance
### Case(s): 251 Clm No: 6 Clm. Amt: $23,926.74

*Attn: Bankruptcy Section*
*P.O Box 5300*
*Albany, NY 12205*
**Date Filed: 8/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $23,926.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | PRI | | | $7,861.98 | | |
| 251 | UNS | | | $16,064.76 | | |
| | | | | $23,926.74 | | |

## Cartrocket.Com
### Case(s): 245 Clm No: 6 Clm. Amt: $7,668.00

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 7**
**Claim Face Value: $7,668.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | UNS | Disallowed | | $7,668.00 | | $0.00 |
| | | | | $7,668.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Little Waisted, LLC
### Case(s): 252 Clm No: 6 Clm. Amt: $3,179.52

*Attn: Bakery Bling*
*1160 Calle Cordillera*
*San Clemente, CA 92673*
**Date Filed: 6/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,179.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $3,179.52 | | |
| | | | | $3,179.52 | | |

## Cit Bank N.A.
### Case(s): 253 Clm No: 6 Clm. Amt: $4,110.76

*c/o Bankruptcy Processing Solutions, Inc*
*Attn: Amy Tate*
*P.O Box 593007*
*San Antonio, TX 78259*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,110.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 253 | UNS | | | $4,110.76 | | |
| | | | | $4,110.76 | | |

## International Flower Exchange USA,LLC
### Case(s): 240 Clm No: 6 Clm. Amt: $4,905.23

*Attn: Lorena Ferro*
*2200 NW 70th Ave*
*Miami, FL 33122*
**Date Filed: 6/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,905.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $4,905.23 | | |
| | | | | $4,905.23 | | |

## Source Alliance Network, LLC
### Case(s): 241 Clm No: 6 Clm. Amt: $3,044.18

*Attn: Erica Torres*
*2023 W Carroll Ave, C205*
*Chicago, IL 60612*
**Date Filed: 6/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,044.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | 503(b)(9) | | | $3,044.18 | | |
| | | | | $3,044.18 | | |

## iDNA Series, LLC
### Case(s): 254 Clm No: 6 Clm. Amt: $7,000.00

*Attn: Beth Long*
*1024 Southgate Park*
*Warsaw, IN 46580*
**Date Filed: 6/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | | | $7,000.00 | | |
| | | | | $7,000.00 | | |

## ZOOMWORKS, LLC
### Case(s): 254 Clm No: 7 Clm. Amt: $690.25

*Attn: Rita O'Keeffe, Esq.*
*110 Cheshire Ln, Ste 200*
*Minneapolis, MN 55305*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $690.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | | | $690.25 | | |
| | | | | $690.25 | | |

## Little Waisted, LLC
### Case(s): 252 Clm No: 7 Clm. Amt: $2,272.50

*Attn: Trevor Brooks*
*1160 Calle Cordillera*
*San Clemente, CA 92673*
**Date Filed: 6/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,272.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $2,272.50 | | |
| | | | | $2,272.50 | | |

## Titan Security Services, Inc
### Case(s): 241 Clm No: 7 Clm. Amt: $12,072.00

*Attn: Jacqueline Wilson*
*616 W Monroe St*
*Chicago, IL 60661*
**Date Filed: 6/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $12,072.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $12,072.00 | | |
| | | | | $12,072.00 | | |

## Office Depot
### Case(s): 240 Clm No: 7 Clm. Amt: $6,220.44

*Attn: Harriet Lewkowitz*
*6600 N Military Trail, S416N*
*Boca Raton, FL 33496*
**Date Filed: 6/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,220.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $6,220.44 | | |
| | | | | $6,220.44 | | |

## Cart Rocket
### Case(s): 245 Clm No: 7 Clm. Amt: $7,668.00

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Orig. Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 6**
**Claim Face Value: $7,668.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | UNS | | | $7,668.00 | | |
| | | | | $7,668.00 | | |

## W.W. Grainger, Inc
### Case(s): 253 Clm No: 7 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 253 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 253 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 253 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Texas Comptroller Of Public Accounts
### Case(s): 251 Clm No: 7 Clm. Amt: $21,773.78

c/o Office of the Attorney General
Attn: Bankruptcy & Collections Div
P.O Box 12548, Mc-008
Austin, TX 78711
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | PRI | Disallowed | | $21,338.55 | | $0.00 |
| 251 | UNS | Disallowed | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Inversiones Montanel SAS
### Case(s): 244 Clm No: 7 Clm. Amt: $24,725.00

Attn: Alejandro Arboleda
550 North Saint Clair St - Apt 1405
Chicago, IL 60611
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,725.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $24,725.00 | | |
| | | | | $24,725.00 | | |

## Horizon Media, Inc.
### Case(s): 246 Clm No: 7 Clm. Amt: $6,010.75

c/o Loeb & Loeb LLP
Attn: William M Hawkins
345 Park Ave
New York, NY 10154
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 246 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Horizon Media, Inc.
### Case(s): 243 Clm No: 7 Clm. Amt: $6,010.75

c/o Loeb & Loeb LLP
Attn: William M Hawkins
345 Park Ave
New York, NY 10154
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

**Pension Benefit Guaranty Corp**
**Case(s): 248 Clm No: 7 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 248 | ADM | | | Unknown | Y | $0.00 |
| 248 | PRI | | | Unknown | Y | $0.00 |
| 248 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 247 Clm No: 7 Clm. Amt: $195,000.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 247 | ADM | | | Unknown | Y | $0.00 |
| 247 | PRI | | | Unknown | Y | $0.00 |
| 247 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 242 Clm No: 7 Clm. Amt: $195,000.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 242 | ADM | | | | | $0.00 |
| 242 | PRI | | | | | $0.00 |
| 242 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 250 Clm No: 7 Clm. Amt: $195,000.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 250 | ADM | | | Unknown | Y | $0.00 |
| 250 | PRI | | | Unknown | Y | $0.00 |
| 250 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

**Horizon Media, Inc.**
**Case(s): 249 Clm No: 7 Clm. Amt: $6,010.75**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 249 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

**Pension Benefit Guaranty Corp**
**Case(s): 243 Clm No: 8 Clm. Amt: $195,000.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 243 | ADM | | | | | $0.00 |
| 243 | PRI | | | | | $0.00 |
| 243 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

**Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A**
**Case(s): 248 Clm No: 8 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 248 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

**Horizon Media, Inc.**
**Case(s): 242 Clm No: 8 Clm. Amt: $450,557.15**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 242 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Horizon Media, Inc.**
**Case(s): 247 Clm No: 8 Clm. Amt: $450,557.15**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 247 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Horizon Media, Inc.**
**Case(s): 250 Clm No: 8 Clm. Amt: $450,557.15**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 250 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Mississippi Department of Revenue**
**Case(s): 244 Clm No: 8 Clm. Amt:**

*c/o Bankruptcy Section*
*Attn: Nikeshia Agee*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 55**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## NJ Department Of Treasury
### Case(s): 253 Clm No: 8 Clm. Amt:

*Attn: Heather Graham*
*Unclaimed Property Admin*
*50 W State St, 6th Fl*
*Trenton, NJ 08608*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 253 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Texas Comptroller Of Public Accounts
### Case(s): 251 Clm No: 8 Clm. Amt: $21,773.78

*c/o Office of the Attorney General*
*Attn: Lionel Kimble*
*P.O Box 12548, Mc-008*
*Austin, TX 78711*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 251 | PRI | Withdrawn | | $21,338.55 | | $0.00 |
| 251 | UNS | Withdrawn | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Cart Rocket
### Case(s): 245 Clm No: 8 Clm. Amt: $7,374.00

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,374.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 245 | UNS | | | $7,374.00 | | |
| | | | | $7,374.00 | | |

## Kouway Industrial Shares Co, Ltd
### Case(s): 240 Clm No: 8 Clm. Amt: $44,467.44

*Attn: Michael Wang*
*Room 1508, Zhongshen Garden, Bldg B*
*Caitian S Rd, Futian District*
*Shenzhen, Guangdong*
*China*
**Date Filed: 6/10/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 103**
**Claim Face Value: $44,467.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | 503(b)(9) | Disallowed | | $44,467.44 | | $0.00 |
| | | | | $44,467.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Little Waisted, LLC
### Case(s): 252 Clm No: 8 Clm. Amt: $5,045.76

*Attn: Trevor Brooks*
*1160 Calle Cordillera*
*San Clemente, CA 92673*
**Date Filed: 6/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,045.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $5,045.76 | | |
| | | | | $5,045.76 | | |

## SkyWire Media, Inc
### Case(s): 241 Clm No: 8 Clm. Amt: $1,996.50

*Attn: Mindy Molisee*
*1180 N Town Center Dr, Suite 250*
*Las Vegas, NV 89144*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,996.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $1,996.50 | | |
| | | | | $1,996.50 | | |

## Lorenzo Jewelry Limited
### Case(s): 254 Clm No: 8 Clm. Amt: $9,685.23

*1212, Blk A, Foral Ind Centre*
*21 Man Lok St, Hok Yuen*
*Kowloon, Hong Kong*
*China*
**Date Filed: 6/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,685.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $9,685.23 | | |
| | | | | $9,685.23 | | |

## iDNA Brands, LLC
### Case(s): 254 Clm No: 9 Clm. Amt: $1,310.00

*c/o YouTheFan*
*Attn: Beth Long*
*1024 Southgate Park Dr*
*Warsaw, IN 46580*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,310.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $495.00 | | |
| 254 | UNS | | | $815.00 | | |
| | | | | $1,310.00 | | |

## On Target Staffing, LLC
### Case(s): 252 Clm No: 9 Clm. Amt: $381,227.90

*Attn: Fred Dempsey*
*2050 Route 27, Ste 103*
*North Brunswick, NJ 08902*
**Date Filed: 6/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $381,227.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $381,227.90 | | $213,487.62 |
| | | | | $381,227.90 | | $213,487.62 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 12/22/2020 | 1312 | Objection Granted | 01/15/2021 | 1325 |

### SkyWire Media, Inc
**Case(s): 241 Clm No: 9 Clm. Amt: $1,996.50**

*Attn: Mindy Molisee*
*1180 N Town Center Dr, Suite 250*
*Las Vegas, NV 89144*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,996.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $1,996.50 | | $0.00 |
| | | | | $1,996.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Cart Rocket
**Case(s): 245 Clm No: 9 Clm. Amt: $7,116.00**

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 11**
**Claim Face Value: $7,116.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | UNS | | | $7,116.00 | | |
| | | | | $7,116.00 | | |

### Mrs Fields Famous Brands, LLC
**Case(s): 240 Clm No: 9 Clm. Amt: $45,371.94**

*Attn: Janet Evans*
*8001 Arista Place, 6th Fl*
*Broomfield, CO 80021*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $45,371.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Withdrawn | | $45,371.94 | | $0.00 |
| | | | | $45,371.94 | | $0.00 |

### Oklahoma Office Of State Treasurer
**Case(s): 251 Clm No: 9 Clm. Amt:**

*Attn: Robert Knight*
*9520 N May Ave, Ll*
*Oklahoma City, OK 73120*
**Date Filed: 9/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

### Noemie Legrand
### Case(s): 253 Clm No: 9 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Horizon Media, Inc.
### Case(s): 243 Clm No: 9 Clm. Amt: $450,557.15

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Horizon Media, Inc.
### Case(s): 242 Clm No: 9 Clm. Amt: $6,010.75

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 242 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## East Group Properties, L.P. (Successor To Gavi Airways LLC)
### Case(s): 247 Clm No: 9 Clm. Amt: $231,485.53

*Attn: John E Travis*
*2200 E Camelback Rd, Ste 210*
*Phoenix, AZ 85016*
**Date Filed: 10/7/2019**
**Orig. Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 2**
**Claim Face Value: $231,485.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 247 | UNS | | | $231,485.53 | | $0.00 |
| | | | | $231,485.53 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Hagstrom Floral
### Case(s): 244 Clm No: 9 Clm. Amt: $6,109.70

*Attn: Erik Hagstrom*
*P.O Box 735*
*Pierson, FL 32180*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,109.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $6,109.70 | | |
| | | | | $6,109.70 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## Pension Benefit Guaranty Corp
### Case(s): 248 Clm No: 9 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | ADM | | | Unknown | Y | $0.00 |
| 248 | PRI | | | Unknown | Y | $0.00 |
| 248 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Horizon Media, Inc.
### Case(s): 250 Clm No: 9 Clm. Amt: $6,010.75

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 250 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Horizon Media, Inc.
### Case(s): 247 Clm No: 10 Clm. Amt: $6,010.75

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 247 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Danish Mavadia
### Case(s): 244 Clm No: 10 Clm. Amt: $6,750.00

*75 John Portman Blvd NW, Ste 7N-301*
*Atlanta, GA 30303*
**Date Filed: 6/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | Disallowed | | $6,750.00 | | $0.00 |
| | | | | $6,750.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Horizon Media, Inc.
### Case(s): 248 Clm No: 10 Clm. Amt: $450,557.15

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Pension Benefit Guaranty Corp
### Case(s): 253 Clm No: 10 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | ADM | | | $8,048.00 | | $0.00 |
| 253 | PRI | | | $3,381.00 | | $0.00 |
| 253 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## Pension Benefit Guaranty Corp
### Case(s): 251 Clm No: 10 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | ADM | | | $8,048.00 | | $0.00 |
| 251 | PRI | | | $3,381.00 | | $0.00 |
| 251 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## Shopper Approved
### Case(s): 245 Clm No: 10 Clm. Amt: $5,735.00

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 13**
**Claim Face Value: $5,735.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | UNS | Disallowed | | $5,735.00 | | $0.00 |
| | | | | $5,735.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Succulent Gardens LLC
### Case(s): 240 Clm No: 10 Clm. Amt: $75,083.50

*Attn: Megan Rodkin*
*166 Garnet Ave*
*San Carlos, CA 94070*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 11**
**Claim Face Value: $75,083.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $9,384.25 | | $0.00 |
| 240 | UNS | | | $65,699.25 | | $0.00 |
| | | | | $75,083.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Commonwealth of PA - UCTS
### Case(s): 252 Clm No: 10 Clm. Amt: $222.06

*Dept. of Labor and Industry*
*Attn: Deb Secrest*
*651 Bosa St, RM 925*
*Harrisburg, PA 17121*
**Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $222.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $222.06 | | |
| | | | | $222.06 | | |

### Luetschine Consulting LLC
**Case(s): 241 Clm No: 10 Clm. Amt: $11,357.00**

*Attn: Ray Ng*
*207 Kilpatrick Ave*
*Wilmette, IL 60091*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
Amended By Clm #: 21
**Claim Face Value: $11,357.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $11,357.00 | | $0.00 |
| | | | | $11,357.00 | | $0.00 |

### Maryland China Company, Inc.
**Case(s): 254 Clm No: 10 Clm. Amt: $11,505.60**

*Attn: Jonathan Todd Weiner*
*54 Main St*
*Reisterstown, MD 21136*
**Date Filed: 7/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,505.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $11,505.60 | | |
| | | | | $11,505.60 | | |

### Franchise Tax Board
**Case(s): 242 Clm No: 10 Clm. Amt: $840.73**

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $840.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 242 | PRI | | | $840.73 | | |
| | | | | $840.73 | | |

### Franchise Tax Board
**Case(s): 250 Clm No: 10 Clm. Amt: $840.73**

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $840.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 250 | PRI | | | $840.73 | | |
| | | | | $840.73 | | |

### S&S Activewear LLC
**Case(s): 243 Clm No: 10 Clm. Amt: $25,548.24**

*Attn: Laura Weckesser*
*220 Remington Blvd Fl 3*
*Bolingbrook, IL 60440*
**Date Filed: 11/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $25,548.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 243 | UNS | | | $25,548.24 | | $0.00 |
| | | | | $25,548.24 | | $0.00 |

**Dan Boron**

**Case(s): 244 Clm No: 11 Clm. Amt: $30,000.00**

*1659 Edgewood Rd*
*Highland Park, IL 60035*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 13**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | Disallowed | | $30,000.00 | | $0.00 |
| | | | | $30,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Maryland China Company, Inc.**

**Case(s): 254 Clm No: 11 Clm. Amt: $177.75**

*Attn: Jonathan Todd Weiner*
*54 Main St*
*Reisterstown, MD 21136*
**Date Filed: 7/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $177.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $177.75 | | |
| | | | | $177.75 | | |

**Creative Catering and Events**

**Case(s): 250 Clm No: 11 Clm. Amt: $412.01**

*Attn: Kathryn Elias*
*7015 Carroll Rd*
*San Diego, CA 92121*
**Date Filed: 1/21/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $412.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 250 | UNS | Disallowed | | $412.01 | | $0.00 |
| | | | | $412.01 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Succulent Gardens LLC**

**Case(s): 240 Clm No: 11 Clm. Amt: $75,083.50**

*Attn: Megan Rodkin*
*166 Garnet Ave*
*San Carlos, CA 94070*
**Date Filed: 6/11/2019**
**Orig. Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 10**
**Amended By Clm #: 12**
**Claim Face Value: $75,083.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $9,384.25 | | $0.00 |
| 240 | UNS | | | $65,699.25 | | $0.00 |
| | | | | $75,083.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Cart Rocket
**Case(s): 245 Clm No: 11 Clm. Amt: $474.40**

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 7/29/2019**
**Orig. Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 9**
**Claim Face Value: $474.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | UNS | | | $474.40 | | |
| | | | | $474.40 | | |

## Precision Label, Inc
**Case(s): 252 Clm No: 11 Clm. Amt: $240,882.32**

*Attn: Joe Feeley*
*659 Benet Rd*
*Oceanside, CA 92058*
**Date Filed: 6/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $240,882.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | $240,882.32 | | $0.00 |
| | | | | $240,882.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Galveston County
**Case(s): 241 Clm No: 11 Clm. Amt: $3.97**

*c/o Linebarger Goggan Blaid & Sampson, LLP*
*Attn: John P. Dillman*
*P.O. Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | SEC | | | $3.97 | | $0.00 |
| | | | | $3.97 | | $0.00 |

## Pension Benefit Guaranty Corp
**Case(s): 253 Clm No: 11 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 253 | ADM | | | | | $0.00 |
| 253 | PRI | | | | | $0.00 |
| 253 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

## Pension Benefit Guaranty Corp
### Case(s): 251 Clm No: 11 Clm. Amt: $1,524,913.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | ADM | | | | | $0.00 |
| 251 | PRI | | | | | $0.00 |
| 251 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

## Horizon Media, Inc.
### Case(s): 248 Clm No: 11 Clm. Amt: $6,010.75

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 248 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
### Case(s): 251 Clm No: 12 Clm. Amt: $38,000,000.00

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

## Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
### Case(s): 253 Clm No: 12 Clm. Amt: $38,000,000.00

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

## Floral Logistics of Miami, Inc.
### Case(s): 241 Clm No: 12 Clm. Amt: $34,733.87

*Ainsworth + Clancy, PLLC*
*Attn: Ryan M Clancy*
*801 Brickell Ave, 9th FL*
*Miami, FL 33131*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $34,733.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | 503(b)(9) | Disallowed | | $5,765.29 | | $0.00 |
| 241 | UNS | Disallowed | | $28,968.58 | | $0.00 |
| | | | | $34,733.87 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Kentucky Department Of Revenue
### Case(s): 245 Clm No: 12 Clm. Amt: $10,560.10

*Attn: Leanne C Warren*
*Legal Support Branch*
*P.O Box 5222*
*Frankfort, KY 40602*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,560.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | PRI | | | $10,560.10 | | |
| | | | | $10,560.10 | | |

## Succulent Gardens LLC
### Case(s): 240 Clm No: 12 Clm. Amt: $75,083.50

*Attn: Megan Rodkin*
*166 Garnet Ave*
*San Carlos, CA 94070*
**Date Filed: 6/11/2019**
**Orig. Date Filed: 6/11/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 11**
**Claim Face Value: $75,083.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $9,384.25 | | |
| 240 | UNS | | | $65,699.25 | | |
| | | | | $75,083.50 | | |

## Ambs Foliage Inc.
### Case(s): 252 Clm No: 12 Clm. Amt: $31,776.60

*363 W Lester Rd*
*Apopka, FL 32712*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $31,776.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $7,586.60 | | |
| 252 | UNS | | | $24,190.00 | | |
| | | | | $31,776.60 | | |

## Massachusetts Department of Revenue
### Case(s): 244 Clm No: 12 Clm. Amt: $8,332.84

*Attn: Bankruptcy Unit*
*P.O. Box 9564*
*Boston, MA 02114-9564*
**Date Filed: 11/27/2019**
**Orig. Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 12**
**Amended By Clm #: 12**
**Claim Face Value: $8,332.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | PRI | | | $7,940.65 | | $0.00 |
| 244 | UNS | | | $392.19 | | $0.00 |
| | | | | $8,332.84 | | $0.00 |

## Massachusetts Department of Revenue
### Case(s): 254 Clm No: 12 Clm. Amt: $6,239.26

*Attn: Bankruptcy Unit*
*P.O. Box 9564*
*Boston, MA 02114-9564*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,239.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | PRI | | | $1,497.85 | | |
| 254 | UNS | | | $4,741.41 | | |
| | | | | $6,239.26 | | |

## Franchise Tax Board
### Case(s): 248 Clm No: 12 Clm. Amt: $1,788.79

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $1,788.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 248 | PRI | | | $805.39 | | |
| 248 | UNS | | | $983.40 | | |
| | | | | $1,788.79 | | |

## Dan Boron
### Case(s): 244 Clm No: 13 Clm. Amt: $30,000.00

*1659 Edgewood Rd*
*Highland Park, IL 60035*
**Date Filed: 7/10/2019**
**Orig. Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 11**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | PRI | | | $13,650.00 | | |
| 244 | UNS | | | $16,350.00 | | |
| | | | | $30,000.00 | | |

## UPM Global, LLC
### Case(s): 254 Clm No: 13 Clm. Amt: $6,462.83

*Attn: Jennifer Fishman*
*9010 Eton Ave*
*Canoga Park, CA 91304*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,462.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | | | $6,462.83 | | |
| | | | | $6,462.83 | | |

## Corso's Cookie
### Case(s): 252 Clm No: 13 Clm. Amt: $53,177.26

*Attn: Scott Saville*
*314 Lakeside Rd*
*Syracuse, NY 13209*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $53,177.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 252 | UNS | | | $53,177.26 | | |
| | | | | $53,177.26 | | |

## Grubhub Holdings Inc.
### Case(s): 240 Clm No: 13 Clm. Amt: $22,527.02

*c/o Grubhub For Work*
*Attn: Sandra Ann Alvarez*
*23422 Mill Creek Drive, Ste 210*
*Laguna Hills, CA 92653-1688*
**Date Filed: 6/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $22,527.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 240 | UNS | | | $22,527.02 | | |
| | | | | $22,527.02 | | |

## Shopper Approved
### Case(s): 245 Clm No: 13 Clm. Amt: $382.34

*Attn: Jacoby Marston*
*2036 Lincoln Ave, Ste 104*
*Ogden, UT 84401*
**Date Filed: 8/9/2019**
**Orig. Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 10**
**Claim Face Value: $382.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 245 | UNS | | | $382.34 | | |
| | | | | $382.34 | | |

## Pension Benefit Guaranty Corp
### Case(s): 251 Clm No: 13 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 251 | ADM | | | Unknown | Y | $0.00 |
| 251 | PRI | | | Unknown | Y | $0.00 |
| 251 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Pension Benefit Guaranty Corp
### Case(s): 253 Clm No: 13 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 253 | ADM | | | Unknown | Y | $0.00 |
| 253 | PRI | | | Unknown | Y | $0.00 |
| 253 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

**Sunburst Farms**
**Case(s): 241 Clm No: 13 Clm. Amt: $24,164.33**

*Attn: Nancy Desmangles*
*2200 NW 70 Ave*
*Miami, FL 33122*
**Date Filed: 6/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,164.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $24,164.33 | | $0.00 |
| | | | | $24,164.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**Horizon Media, Inc.**
**Case(s): 253 Clm No: 14 Clm. Amt: $450,557.15**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Caroline Riordan**
**Case(s): 251 Clm No: 14 Clm. Amt: $13,650.00**

*2026 Dewes St*
*Glenview, IL 60025*
**Date Filed: 10/5/2019**
**Orig. Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 15**
**Claim Face Value: $13,650.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | PRI | Disallowed | | $13,650.00 | | $0.00 |
| | | | | $13,650.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Pennsylvania Dept Of Revenue
### Case(s): 245 Clm No: 14 Clm. Amt: $149,811.21

*Attn: Bankruptcy Div*
*P.O Box 280946*
*Harrisburg, PA 17128*
**Date Filed: 9/16/2019**
**Orig. Date Filed: 8/12/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 14**
**Amended By Clm #: 44**
**Claim Face Value: $149,811.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | PRI | Disallowed | | $116,783.21 | | $0.00 |
| 245 | UNS | Disallowed | | $33,028.00 | | $0.00 |
| | | | | $149,811.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 10/29/2021 | 1501 | Objection Granted | 11/30/2021 | 1523 |

## Hft International, Inc
### Case(s): 240 Clm No: 14 Clm. Amt: $70,449.75

*Attn: Wenyu Tanada*
*3777 SE Naef Rd*
*Portland, OR 97267*
**Date Filed: 6/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $70,449.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $23,068.00 | | |
| 240 | UNS | | | $47,381.75 | | |
| | | | | $70,449.75 | | |

## Horizon Personnel Services
### Case(s): 252 Clm No: 14 Clm. Amt: $91,699.59

*Attn: Berenice Dominguez*
*790 The City Dr S, Ste 180*
*Orange, CA 92868*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $91,699.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $91,699.59 | | |
| | | | | $91,699.59 | | |

## J and P Scheduling, Inc.
### Case(s): 254 Clm No: 14 Clm. Amt: $26,410.00

*Attn: Joseph Albert Karmia*
*1650 Chauser Ln*
*Woodridge, IL 60517*
**Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $19,130.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | 503(b)(9) | Disallowed | | $7,280.00 | | $0.00 |
| 254 | PRI | | | $19,130.00 | | $19,130.00 |
| | | | | $26,410.00 | | $19,130.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

## U.S. Customs And Border Protection
### Case(s): 244 Clm No: 14 Clm. Amt: $56,216.21

*Attn: Revenue Div, Bankruptcy Team*
*Attn: Jessica Vandemark*
*6650 Telecom Dr, Ste 100*
*Indianapolis, IN 46278*
**Date Filed: 12/6/2019**
**Orig. Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 14**
**Amended By Clm #: 14**
**Claim Face Value: $56,216.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | PRI | Withdrawn | | $31,699.26 | | $0.00 |
| 244 | UNS | Withdrawn | | $24,516.95 | | $0.00 |
| | | | | $56,216.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | | 1225 | Objection Filed | | |

## Potter Inc
### Case(s): 241 Clm No: 14 Clm. Amt: $66.00

*Attn: Teresa Grzegorzewski*
*630 Commerce Dr*
*Bryan, OH 43506*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $66.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $66.00 | | |
| | | | | $66.00 | | |

## U.S. Customs And Border Protection
### Case(s): 254 Clm No: 15 Clm. Amt: $0.00

*Attn: Revenue Div, Bankruptcy Team*
*6650 Telecom Dr, Ste 100*
*Indianapolis, IN 46278*
**Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | PRI | Withdrawn | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## Albin Hagstrom & Son Inc
### Case(s): 244 Clm No: 15 Clm. Amt: $6,157.10

*Attn: Erik Hagstrom*
*P.O Box 158*
*Pierson, FL 32180*
**Date Filed: 7/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,157.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | UNS | | | $6,157.10 | | |
| | | | | $6,157.10 | | |

## Younger and Son, Inc
### Case(s): 241 Clm No: 15 Clm. Amt: $314.68

*Attn: Thomas P Younger*
*595 Maple Ave*
*Lansdale, PA 19446*
**Date Filed: 6/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $314.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | 503(b)(9) | | | $314.68 | | |
| | | | | $314.68 | | |

**New York State Dept Of Taxation And Finance**
**Case(s): 245 Clm No: 15 Clm. Amt: $50.00**

c/o Bankruptcy Section
P.O Box 5300
Albany, NY 12205
**Date Filed: 8/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $50.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | ADM | | | $50.00 | | |
| | | | | $50.00 | | |

**Jetxin Limited**
**Case(s): 252 Clm No: 15 Clm. Amt: $1,990.80**

Attn: Ng Pan Pan
Treasure Centre
42 Hung To Rd, Unit 606
Kwun Tong, Kowloon, HK
China
**Date Filed: 6/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,990.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,990.80 | | |
| | | | | $1,990.80 | | |

**Surestaff, Inc.**
**Case(s): 240 Clm No: 15 Clm. Amt: $497,071.01**

Attn: Cathleen M Olson
650 E Devon Unit 154
Itasca, IL. 60143
**Date Filed: 6/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $497,071.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $497,071.01 | | |
| | | | | $497,071.01 | | |

**Caroline Riordan**
**Case(s): 251 Clm No: 15 Clm. Amt: $200,000.00**

2026 Dewes St
Glenview, IL 60025
**Date Filed: 10/5/2019**
**Orig. Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 14**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 251 | PRI | Disallowed | | $13,650.00 | | $0.00 |
| 251 | UNS | Disallowed | | $186,350.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Horizon Media, Inc.
**Case(s): 253 Clm No: 15 Clm. Amt: $6,010.75**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 253 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### W.W. Grainger, Inc
**Case(s): 240 Clm No: 16 Clm. Amt: $2,945.74**

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 60714*
**Date Filed: 6/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,945.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $2,945.74 | | |
| | | | | $2,945.74 | | |

### Avaya Inc.
**Case(s): 244 Clm No: 16 Clm. Amt: $185.44**

*Attn: RMS an Iqor Company*
*P.O. Box 19253*
*Minneapolis, MN 55419*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $185.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $185.44 | | |
| | | | | $185.44 | | |

### Jetxin Limited
**Case(s): 252 Clm No: 16 Clm. Amt: $1,864.80**

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,864.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,864.80 | | |
| | | | | $1,864.80 | | |

### Texas Comptroller Of Public Accounts
### Case(s): 245 Clm No: 16 Clm. Amt: $21,773.78

*c/o Office of the Attorney General*
*P.O Box 12548, MC-008*
*Austin, TX 78711*
*\*
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | PRI | Disallowed | | $21,338.55 | | $0.00 |
| 245 | UNS | Disallowed | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Headset Advisor, Inc
### Case(s): 241 Clm No: 16 Clm. Amt: $980.00

*Attn: Brittney Ward*
*3065 Kilgore Rd*
*Rancho Cordova, CA 95670*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $980.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $980.00 | | |
| | | | | $980.00 | | |

### Intertek Testing Services Hong Kong Ltd
### Case(s): 254 Clm No: 16 Clm. Amt: $785.46

*Attn: Eva Zhu*
*2/F, Garment Centre*
*576 Castle Peak Rd*
*Cheung Sha Wan, Kowloon*
*Hong Kong, China*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $785.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | UNS | | | $785.46 | | |
| | | | | $785.46 | | |

### Franchise Tax Board
### Case(s): 253 Clm No: 16 Clm. Amt: $840.73

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $840.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 253 | PRI | | | $840.73 | | |
| | | | | $840.73 | | |

### Texas Comptroller of Public Accounts
### Case(s): 251 Clm No: 16 Clm. Amt: $85,458.32

*c/o Office of the Attorney General*
*P.O Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed: 11/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $85,458.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 251 | ADM | Withdrawn | | $85,458.32 | | $0.00 |
| | | | | $85,458.32 | | $0.00 |

## Teals Prairie & Co.
### Case(s): 241 Clm No: 17 Clm. Amt: $994.00

*Attn: Tajuana Thompson Aldridge*
*1306 FM 1092 Rd, Ste 501*
*Missouri City, TX 77459*
**Date Filed: 7/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $994.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $994.00 | | |
| | | | | $994.00 | | |

## Topet Far East Industrial Co
### Case(s): 240 Clm No: 17 Clm. Amt: $208,806.00

*Attn: Hui, Tseng*
*39G Hang King Gdn, 9 Wing Fong Rd*
*Kwai Fong, N.T, Hong Kong*
*China*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 107**
**Claim Face Value: $208,806.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $208,806.00 | | $0.00 |
| | | | | $208,806.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## W.W. Grainger, Inc
### Case(s): 245 Clm No: 17 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 245 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 245 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Jetxin Limited
### Case(s): 252 Clm No: 17 Clm. Amt: $644.00

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $644.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $644.00 | | |
| | | | | $644.00 | | |

### Packaging Corporation of America
### Case(s): 244 Clm No: 17 Clm. Amt: $1,282.05

Attn: Credit Department
1 N Field Ct
Lake Forest, IL 60045
**Date Filed: 7/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,282.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | 503(b)(9) | | | $16.80 | | |
| 244 | UNS | | | $1,265.25 | | |
| | | | | $1,282.05 | | |

### Intertek Testing Services Hong Kong Ltd
### Case(s): 254 Clm No: 17 Clm. Amt: $37,621.47

Attn: Eva Zhu
2/F, Garment Centre
576 Castle Peak Rd
Cheung Sha Wan, Kowloon
Hong Kong, China
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,621.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $37,621.47 | | |
| | | | | $37,621.47 | | |

### Vistaflor E-Commerce Usa, LLC
### Case(s): 244 Clm No: 18 Clm. Amt: $305,596.14

c/o Reyes Luna Law Firm
Attn: Laudy Luna
75 Miracle Mile, Ste 347623
Coral Gables, FL 33234
**Date Filed: 7/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $305,596.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | 503(b)(9) | | | $29,028.53 | | $29,028.53 |
| 244 | UNS | | | $276,567.61 | | $156,567.61 |
| | | | | $305,596.14 | | $185,596.14 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 12/22/2020 | | Objection Granted | 01/15/2021 | 1325 |

### GIE Jewels
### Case(s): 254 Clm No: 18 Clm. Amt: $987.50

Attn: Vineet Lodha
1301 Internationale Pkwy
Woodridge, IL 60517
**Date Filed: 7/23/2019**
**Orig. Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 104**
**Claim Face Value: $987.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $987.50 | | |
| | | | | $987.50 | | |

## Royal Standard Co., Ltd.
### Case(s): 240 Clm No: 18 Clm. Amt: $53,721.12

*Attn: Chiu, Yu Hua*
*Taipei12F, NO 131-3, SEC 2 Keelung Road*
*Taipei*
*Taiwan*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 35**
**Claim Face Value: $53,721.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $53,721.12 | | $0.00 |
| | | | | $53,721.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## New Jersey Unclaimed Property Administration
### Case(s): 245 Clm No: 18 Clm. Amt:

*Attn: Steven R Harris*
*P.O Box 214*
*Trenton, NJ 08625*
**Date Filed: 8/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 245 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## LiveTrends Consumer Services LLC
### Case(s): 241 Clm No: 18 Clm. Amt: $29,877.21

*Attn: Rebecca Carpenter*
*P.O. Box 2025*
*Apopka, FL 32704*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $29,877.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | 503(b)(9) | | | $16,320.58 | | |
| 241 | UNS | | | $13,556.63 | | |
| | | | | $29,877.21 | | |

## Jetxin Limited
### Case(s): 252 Clm No: 18 Clm. Amt: $890.00

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $890.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $890.00 | | |
| | | | | $890.00 | | |

**Jetxin Limited**
**Case(s): 252 Clm No: 19 Clm. Amt: $410.35**

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $410.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $410.35 | | |
| | | | | $410.35 | | |

**The Ygs Group**
**Case(s): 241 Clm No: 19 Clm. Amt: $2,400.00**

*Attn: Jessica Nicole Rock*
*3650 W Market St*
*York, PA 17404*
**Date Filed: 7/9/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 33**
**Claim Face Value: $2,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $2,400.00 | | $0.00 |
| | | | | $2,400.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Louisiana Dept Of Revenue**
**Case(s): 245 Clm No: 19 Clm. Amt: $0.00**

*Attn: Shawan Washington*
*P.O Box 66658*
*Baton Rouge, LA 70896*
**Date Filed: 1/17/2020**
**Orig. Date Filed: 8/23/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 19**
**Amended By Clm #: 19**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | PRI | Satisfied | | $0.00 | Y | $0.00 |
| 245 | UNS | Satisfied | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## Marlborough Greenhouses, Inc
## Case(s): 240 Clm No: 19 Clm. Amt: $294,041.00

*Attn: Diane Lacasse*
*160 Jaffrey Rd*
*P.O Box 32*
*Marlborough, NH 03455*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 77**
**Claim Face Value: $294,041.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $294,041.00 | | $0.00 |
| | | | | $294,041.00 | | $0.00 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund, LLC* *Attn: Terrell Ross* *Re: Marlborough Greenhouses, Inc* *P.O. Box 633* *Woodmere, NY 11598* | 100.00% | | Final |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## State of NJ Division of Taxation Bankruptcy Unit
## Case(s): 244 Clm No: 19 Clm. Amt: $10,266.00

*Attn: Erica Hamlin*
*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 59**
**Claim Face Value: $10,266.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Disallowed | | $10,266.00 | | $0.00 |
| | | | | $10,266.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## Hookset Enterprises, LLC D/B/A Decoplate
## Case(s): 254 Clm No: 19 Clm. Amt: $13,875.25

*Attn: William Rychel*
*dba Deco Plate*
*1120 Larkin Drive*
*STE A, Wheeling, IL, 60090*
**Date Filed: 7/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,875.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $4,349.50 | | |
| 254 | UNS | | | $9,525.75 | | |
| | | | | $13,875.25 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## Nazdar
**Case(s): 254 Clm No: 20 Clm. Amt: $39,681.52**

*3905A Port Union Rd*
*Fairfield, OH 45040*
**Date Filed: 8/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $39,681.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $39,681.52 | | |
| | | | | $39,681.52 | | |

## Menard, Inc.
**Case(s): 244 Clm No: 20 Clm. Amt: $1,971.89**

*Attn: Michael Tidey*
*5101 Menard Dr*
*Eau Claire, WI 54703*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,971.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $1,971.89 | | |
| | | | | $1,971.89 | | |

## Kallidus, Inc.
**Case(s): 245 Clm No: 20 Clm. Amt: $63,900.00**

*Attn: Amit Kalley*
*555 Mission St, Ste 1950*
*San Francisco, CA 94105*
**Date Filed: 9/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $63,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| 245 | UNS | Disallowed | | $63,900.00 | | $0.00 |
| | | | | $63,900.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Mrs. Fields Famous Brands, LLC
**Case(s): 240 Clm No: 20 Clm. Amt: $158,072.01**

*Attn: Janet Evans*
*8001 Arista Pl, 6th Fl*
*Broomfield, CO 80021*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $158,072.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Withdrawn | | | | $0.00 |
| 252 | UNS | Withdrawn | | | | $0.00 |
| 240 | UNS | Withdrawn | | $158,072.01 | | $0.00 |
| | | | | $158,072.01 | | $0.00 |

## Ickler Electric Corporation
**Case(s): 241 Clm No: 20 Clm. Amt: $1,284.85**

*Attn: Annabel Gillespie*
*13250 Kirkham Way*
*Poway, CA 92064*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,284.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $1,284.85 | | |
| | | | | $1,284.85 | | |

## Jetxin Limited
### Case(s): 252 Clm No: 20 Clm. Amt: $390.00

*Attn: Ng Pan Pan*
*Treasure Centre*
*42 Hung To Rd, Unit 606*
*Kwun Tong, Kowloon, HK*
*China*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $390.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $390.00 | | |
| | | | | $390.00 | | |

## Dallas County
### Case(s): 252 Clm No: 21 Clm. Amt: $11,823.13

*c/o Linebarger Goggan Blair & Sampson, LLP*
*Attn: Elizabeth Weller*
*2777 N. Stemmons Freeway, Ste 1000*
*Dallas, TX 75207*
**Date Filed: 11/19/2019**
**Orig. Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 21**
**Amended By Clm #: 21**
**Claim Face Value: $11,823.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | SEC | Withdrawn | | $11,823.13 | | $0.00 |
| | | | | $11,823.13 | | $0.00 |

## Anasight, Inc
### Case(s): 241 Clm No: 21 Clm. Amt: $15,000.00

*Attn: Damian Mahon*
*2102 Abbey Ct*
*Alpharetta, GA 30004*
**Date Filed: 7/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $15,000.00 | | |
| | | | | $15,000.00 | | |

## Luetschine Consulting LLC
### Case(s): 240 Clm No: 21 Clm. Amt: $11,357.00

*c/o Ray Ng*
*207 Kilpatrick Ave*
*Wilmette, IL 60091*
**Date Filed: 6/15/2019**
**Orig. Date Filed: 6/15/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 10**
**Claim Face Value: $11,357.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $11,357.00 | | |
| | | | | $11,357.00 | | |

## Texas Comptroller Of Public Accounts
### Case(s): 245 Clm No: 21 Clm. Amt: $21,773.78

*c/o Office of the Attorney General*
*Attn: Lionel Kimble*
*P.O Box 12548, Mc-008*
*Austin, TX 78711*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | PRI | Disallowed | | $21,338.55 | | $0.00 |
| 245 | UNS | Disallowed | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Yext, Inc
### Case(s): 244 Clm No: 21 Clm. Amt: $26,250.00

*Attn: Sonha Nguyen*
*1 Madison Ave, 5th Fl*
*New York, NY 10010*
**Date Filed: 8/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $26,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $26,250.00 | | |
| | | | | $26,250.00 | | |

## The Slee Corporation
### Case(s): 254 Clm No: 21 Clm. Amt: $18,848.00

*Attn: Barry Slee, President*
*1612 Glenlake Ave*
*Itasca, IL 60143*
**Date Filed: 8/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,848.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $18,848.00 | | |
| | | | | $18,848.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *CRG Financial LLC*<br>*Attn: Robert Axelrod*<br>*Re: The Slee Corporation*<br>*100 Union Ave*<br>*Cresskill, NJ 07626* | 100.00% | | Final |

## Pennsylvania Dept Of Revenue
### Case(s): 254 Clm No: 22 Clm. Amt: $2,245.25

*Attn: Bankruptcy Div*
*P.O Box 280946*
*Harrisburg, PA 17128*
**Date Filed: 8/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,245.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $2,245.25 | | |
| | | | | $2,245.25 | | |

### Creative Group
**Case(s): 241 Clm No: 22 Clm. Amt: $105.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Robert Half*<br>*Attn: Recovery Dept*<br>*P.O Box 5024*<br>*San Ramon, CA 94583*<br>**Date Filed: 7/15/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $105.00** | 241 | UNS | | | $105.00<br>$105.00 | | |

### Los Angeles County Treasurer And Tax Collector
**Case(s): 244 Clm No: 22 Clm. Amt: $133.55**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Oscar Estrada*<br>*P.O Box 54110*<br>*Los Angeles, CA 90054*<br>**Date Filed: 8/16/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $133.55** | 244 | PRI | Withdrawn | | $133.55<br>$133.55 | | $0.00<br>$0.00 |

### Jessen Media LLC
**Case(s): 240 Clm No: 22 Clm. Amt: $11,972.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Nancy Spangrud*<br>*3990 Alabama Ave S*<br>*St. Louis Park, MN 55416*<br>**Date Filed: 6/17/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $11,972.00** | 240 | UNS | | | $11,972.00<br>$11,972.00 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

### Onsite Personnel Of New Jersey LLC
**Case(s): 252 Clm No: 22 Clm. Amt: $56,834.30**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Anh Nguyen*<br>*P.O. Box 634*<br>*Montgomeryville, PA 18936*<br>**Date Filed: 6/17/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $56,834.30** | 252 | UNS | Disallowed | | $56,834.30<br>$56,834.30 | | $0.00<br>$0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Employment Development Dept
**Case(s): 245 Clm No: 22 Clm. Amt: $384.62**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Mary Herrick*<br>*Bankruptcy Group Mic 92E*<br>*P.O Box 826880*<br>*Sacremento, CA 94280*<br>**Date Filed: 9/19/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $384.62** | 245 | PRI | | | $134.85 | | |
| | 245 | UNS | | | $249.77<br>$384.62 | | |

## Bangkok Intimex Co., Ltd
### Case(s): 252 Clm No: 23 Clm. Amt: $141,033.98

*Attn: Charin Chanchanasopon*
*72/1 Rajamontri Road, Bangphai*
*Bangkhae, Bangkok 10160*
*Thailand*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 250**
**Claim Face Value: $141,033.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | Disallowed | | $141,033.98 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| | | | | $141,033.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |
| Amended claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Dos Gringos
### Case(s): 240 Clm No: 23 Clm. Amt: $62,568.26

*Address Redacted*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 29**
**Claim Face Value: $62,568.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $62,568.26 | | $0.00 |
| | | | | $62,568.26 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Bigdates.Com, Inc
### Case(s): 245 Clm No: 23 Clm. Amt: $8,533.33

*Attn: Nasser Gaemi*
*154 E Prospect Ave, Ste B*
*Danville, CA 94526*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,533.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | UNS | | | $8,533.33 | | |
| | | | | $8,533.33 | | |

## Veritas Tekstil Konf. Tur. Paz. A.S
### Case(s): 254 Clm No: 23 Clm. Amt: $17,147.35

*Osb, Fahri Karaca Caddesi*
*No:14, 20330, Denizli*
*Turkey*
**Date Filed: 8/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $17,147.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | UNS | Disallowed | | $17,147.35 | | $0.00 |
| | | | | $17,147.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## W.W. Grainger, Inc
### Case(s): 244 Clm No: 23 Clm. Amt: $35,304.19

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 244 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 244 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 244 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Officeteam
### Case(s): 241 Clm No: 23 Clm. Amt: $7,900.35

*c/o Robert Half*
*Attn: Recovery Dept*
*P.O Box 5024*
*San Ramon, CA 94583*
**Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,900.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $7,900.35 | | |
| | | | | $7,900.35 | | |

## Officeteam
### Case(s): 241 Clm No: 24 Clm. Amt: $7,628.05

*c/o Robert Half*
*Attn: Recovery Dept*
*P.O Box 5024*
*San Ramon, CA 94583*
**Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,628.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $7,628.05 | | |
| | | | | $7,628.05 | | |

## Crown Equipment Corporation
### Case(s): 254 Clm No: 24 Clm. Amt: $67,022.67

*c/o Sebaly Shillito & Dryer, LPA*
*Attn: Robert G Hanseman*
*40 N Main St*
*1900 Kettering Tower*
*Dayton, OH 45423*
**Date Filed: 9/17/2019**
**Orig. Date Filed: 8/28/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 24**
**Amended By Clm #: 24**
**Claim Face Value: $65,866.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | 503(b)(9) | Satisfied | | $1,155.72 | | $0.00 |
| 254 | SEC | Satisfied | | $42,769.40 | | $0.00 |
| 254 | UNS | Satisfied | | $23,097.55 | | $0.00 |
| | | | | $67,022.67 | | $0.00 |

## Louisiana Deparment Of Revenue
### Case(s): 244 Clm No: 24 Clm. Amt: $0.00

*Attn: Shawan Washington*
*P.O Box 66658*
*Baton Rouge, LA 70896*
**Date Filed: 1/17/2020**
**Orig. Date Filed: 8/23/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 24**
**Amended By Clm #: 24**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 244 | PRI | Satisfied | | $0.00 | | $0.00 |
| 244 | UNS | Satisfied | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## Replica San Diego
### Case(s): 240 Clm No: 24 Clm. Amt: $818.37

*Attn: Ajay Ashwin Asher*
*7054 Miramar Rd*
*San Diego, CA 92121*
**Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $818.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $818.37 | | |
| | | | | $818.37 | | |

## State Of New Jersey - Division Of Taxation
### Case(s): 245 Clm No: 24 Clm. Amt: $72,195.75

*Attn: Erica Hamlin*
*Bankruptcy Unit*
*P.O Box 245*
*Trenton, NJ 08695*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 43**
**Claim Face Value: $72,195.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | PRI | Disallowed | | $72,195.75 | | $0.00 |
| | | | | $72,195.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## Bradley Personnel, Inc.
### Case(s): 252 Clm No: 24 Clm. Amt: $9,993.22

*Attn: Stacey Poole*
*P.O. Box 60839*
*Charlotte, NC 28260-0839*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,993.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | PRI | Disallowed | | $9,993.22 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| | | | | $9,993.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Sonic Transportation & Logistics
**Case(s): 240 Clm No: 25 Clm. Amt: $3,179.23**

Attn: Accounting Manager
5002 W Nassau St
Tampa, FL 33607
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,179.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $3,179.23 | | $0.00 |
| | | | | $3,179.23 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Holex Flower B.V Holex Flower B.V.
**Case(s): 252 Clm No: 25 Clm. Amt: $457,966.74**

Attn: Petrus Johannes Wijnands
Magnolia 3
1424 LA De Kwakel
The Netherlands
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $457,966.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $14,285.80 | | |
| 252 | UNS | | | $443,680.94 | | |
| | | | | $457,966.74 | | |

### Comptroller Of Maryland
**Case(s): 245 Clm No: 25 Clm. Amt: $28,945.00**

Attn: Angela Mason
301 W Preston St, Rm 409
Baltimore, MD 21201
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,945.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | PRI | | | $26,336.00 | | |
| 245 | UNS | | | $2,609.00 | | |
| | | | | $28,945.00 | | |

### W.W. Grainger, Inc
**Case(s): 254 Clm No: 25 Clm. Amt: $35,304.19**

Attn: Yvonne Knight
401 S Wright Rd, W4E.C37
Janesville, WI 53546
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 254 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 254 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Kuehne + Nagel Ltd
### Case(s): 244 Clm No: 25 Clm. Amt: $6,995.83

c/o Coface N America Insurance Co.
*Attn: Amy Schmidt*
*650 College Rd E, Ste 2005*
*Princeton, NJ 08540*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,995.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $6,995.83 | | |
| | | | | $6,995.83 | | |

## Floralife
### Case(s): 241 Clm No: 25 Clm. Amt: $1,445.90

c/o Smithers Oasis
*P.O Box 745*
*Kent, OH 44240*
**Date Filed: 9/30/2019**
**Orig. Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 25**
**Amended By Clm #: 25**
**Claim Face Value: $1,445.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $1,445.90 | | |
| | | | | $1,445.90 | | |

## Eaton Corporation
### Case(s): 241 Clm No: 26 Clm. Amt: $4,149.04

*Attn: William Reiff*
*dba Power Quality US UPS Services*
*1000 Eaton Blvd, N3 Global Trade Credit*
*Cleveland, OH 44122*
**Date Filed: 7/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,149.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $4,149.04 | | |
| | | | | $4,149.04 | | |

## Toronto Publishing, Inc
### Case(s): 254 Clm No: 26 Clm. Amt: $2,543.46

*Attn: Allen Toronto*
*3830 Sandstone Ct*
*New Smyrna Beach, FL 32169*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,543.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $2,543.46 | | |
| | | | | $2,543.46 | | |

## Oklahoma - Escheat
### Case(s): 244 Clm No: 26 Clm. Amt:

c/o Unclaimed Property Division
*Attn: Robert Knight*
*2300 N Lincoln Blvd, Rm 217*
*Oklahoma City, OK 73105*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Rli Insurance Co.**
**Case(s): 245 Clm No: 26 Clm. Amt:**

*Attn: Michael Dudek*
*9025 N Lindbergh Dr*
*Peoria, IL 61615*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 245 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

**Stefanelli Enterprisees Inc.**
**Case(s): 240 Clm No: 26 Clm. Amt: $5,157.04**

*Attn: James P Stefanelli*
*P.O. Box 2845*
*Hallandale Beach, FL 33008-2845*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,157.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $5,157.04 | | |
| | | | | $5,157.04 | | |

**Floral Logistics of Miami, Inc.**
**Case(s): 252 Clm No: 26 Clm. Amt: $69,892.58**

*c/o Ainsworth + Clancy, PLLC*
*Attn: Ryan M. Clancy*
*801 Brickell Ave, 9th FL*
*Miami, FL 33131*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $69,892.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | Disallowed | | $4,415.52 | | $0.00 |
| 252 | UNS | Disallowed | | $65,477.06 | | $0.00 |
| | | | | $69,892.58 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**Citadel Information Management**
**Case(s): 240 Clm No: 27 Clm. Amt: $623.48**

*Attn: Paul Swenson*
*827 Blackhawk*
*Westmont, IL 60559*
**Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $623.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $623.48 | | |
| | | | | $623.48 | | |

## Pension Benefit Guaranty Corp
### Case(s): 245 Clm No: 27 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | ADM | | | $8,048.00 | | $0.00 |
| 245 | PRI | | | $3,381.00 | | $0.00 |
| 245 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## LorAnn Oils, Inc.
### Case(s): 252 Clm No: 27 Clm. Amt: $528.00

*Attn: Laura Renee Perniciaro*
*4518 Aurelius Rd*
*Lansing, MI 48910*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $528.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $528.00 | | |
| | | | | $528.00 | | |

## Cubbyhole
### Case(s): 254 Clm No: 27 Clm. Amt: $28,204.50

*Attn: Steve Ciaccic*
*1090 Rock Rd, Unit 1 & 2*
*East Dundee, IL 60118*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,204.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $28,204.50 | | |
| | | | | $28,204.50 | | |

## City Of Glendale, AZ
### Case(s): 244 Clm No: 27 Clm. Amt: $0.00

*Attn: John Assaf*
*P.O Box 800*
*Glendale, AZ 85301*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $0.00 | | |
| | | | | $0.00 | | |

## Anasight, Inc
### Case(s): 241 Clm No: 27 Clm. Amt: $15,000.00

*Attn: Damian Mahon*
*2102 Abbey Ct*
*Alpharetta, GA 30004*
**Date Filed: 7/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $15,000.00 | | |
| | | | | $15,000.00 | | |

## First & Main Inc
### Case(s): 241 Clm No: 28 Clm. Amt: $756.48

*Attn: Shealyn Mcguigan*
*2400 E Main St, Ste 103-359*
*St Charles, IL 60174*
**Date Filed: 7/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $756.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $756.48 | | |
| | | | | $756.48 | | |

## Flores De La Campina Sa
### Case(s): 254 Clm No: 28 Clm. Amt: $32,501.70

*Attn: Robert C Meyer, PA*
*2223 Coral Way*
*Miami, FL 33145*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $32,501.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $963.00 | | |
| 254 | UNS | | | $31,538.70 | | |
| | | | | $32,501.70 | | |

## City Of St. Louis Collector Of Revenue
### Case(s): 244 Clm No: 28 Clm. Amt:

*Attn: Donna T Small*
*City Hall*
*1200 Market St, Rm 410*
*St. Louis, MO 63103*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Satisfied | | | | $0.00 |
| | | | | | | $0.00 |

## Mississippi Department of Revenue
### Case(s): 252 Clm No: 28 Clm. Amt:

*c/o Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 247**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Pension Benefit Guaranty Corp
### Case(s): 245 Clm No: 28 Clm. Amt: $1,524,913.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | ADM | | | Unknown | Y | $0.00 |
| 245 | PRI | | | Unknown | Y | $0.00 |
| 245 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

### Stephen Joseph, Inc
### Case(s): 240 Clm No: 28 Clm. Amt: $59,677.77

*Attn: Diana Rodriguez*
*4302 Ironton Ave*
*Lubbock, TX 79407*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 67**
**Claim Face Value: $59,677.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $29,917.65 | | $0.00 |
| 240 | UNS | | | $29,760.12 | | $0.00 |
| | | | | $59,677.77 | | $0.00 |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Crg Financial LLC*<br>*Attn: Allison Axenrod*<br>*Re: Stephen Joseph, Inc*<br>*100 Union Ave*<br>*Cresskill, NJ 07626* | | 3,932.20 | Final |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
### Case(s): 245 Clm No: 29 Clm. Amt: $38,000,000.00

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

### Dos Gringos
### Case(s): 240 Clm No: 29 Clm. Amt: $62,568.26

*Address Redacted*
**Date Filed: 6/19/2019**
**Orig. Date Filed: 6/17/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 23**
**Claim Face Value: $62,568.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $22,860.90 | | |
| 240 | UNS | | | $39,707.36 | | |
| | | | | $62,568.26 | | |

## PDQ Staffing, Inc.
### Case(s): 252 Clm No: 29 Clm. Amt: $30,086.18

*Attn: Doug Mumme*
*704 Hunters Row Court*
*Mansfield, TX 76063*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 254**
**Claim Face Value: $30,086.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | Disallowed | | $2,831.74 | | $0.00 |
| 252 | UNS | Disallowed | | $27,254.44 | | $0.00 |
| | | | | $30,086.18 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Filed | | |
| Amended claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## New York State Department Of Labor
### Case(s): 244 Clm No: 29 Clm. Amt:

*Attn: Suzanne Fay*
*State Office Campus*
*Bldg 12, Rm 256*
*Albany, NY 12240*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## Cubbyhole
### Case(s): 254 Clm No: 29 Clm. Amt: $28,204.50

*Attn: Steve Ciaccic*
*1090 Rock Rd, Unit 1 & 2*
*East Dundee, IL 60118*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,204.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | Disallowed | | $28,204.50 | | $0.00 |
| | | | | $28,204.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## Stella Farms, LLC
### Case(s): 241 Clm No: 29 Clm. Amt: $53,630.00

*Attn: Chris Elsie*
*7373 E Doubletree Ranch Rd, Ste B-180*
*Scottsdale, AZ 85258*
**Date Filed: 7/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $53,630.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | PRI | | | $53,630.00 | | |
| | | | | $53,630.00 | | |

## Salesforce.Com, Inc
### Case(s): 241 Clm No: 30 Clm. Amt: $3,714.55

c/o Bialson, Bergen & Schwab
Attn: Lawrence Schwab/Thomas M Gaa
633 Menlo Ave, Ste 100
Menlo Park, CA 94025
**Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 130**
**Claim Face Value: $3,714.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | Disallowed | | $1,577.07 | | $0.00 |
| 241 | UNS | Disallowed | | $2,137.48 | | $0.00 |
| | | | | $3,714.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

## Hoffman Brothers
### Case(s): 254 Clm No: 30 Clm. Amt: $170.62

Attn: Scott Hoffman
1795 Birchwood Ave
Des Plaines, IL 60018
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $170.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $170.62 | | |
| | | | | $170.62 | | |

## Mrs. Fields Original Cookies, Inc.
### Case(s): 245 Clm No: 30 Clm. Amt: $51,558.95

c/o Mrs Fields Famous Brands
Attn: June Moran
8001 Arista Pl, Ste 600
Broomfield, CO 80021
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $51,558.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | 503(b)(9) | | | $15,354.19 | | |
| 245 | UNS | | | $36,204.76 | | |
| | | | | $51,558.95 | | |

## Kouway Industrial Shares Co, Ltd
### Case(s): 240 Clm No: 30 Clm. Amt: $129,500.28

Attn: Michael Wang
Room 1508, Zhongshen Garden Bldg B
Caitian S Rd, Futian District
Shenzhen, Guangdong Province
China
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 31**
**Claim Face Value: $129,500.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $129,500.28 | | $0.00 |
| | | | | $129,500.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Mckinney Trailer Rentals
### Case(s): 252 Clm No: 30 Clm. Amt: $19,205.82

*Attn: Sherri Flannery*
*12008 NE Inverness Drive*
*Portland, OR 97220*
**Date Filed: 6/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $19,205.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $19,205.82 | | $0.00 |
| | | | | $19,205.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## New Jersey - Escheat
### Case(s): 244 Clm No: 30 Clm. Amt:

*Attn: Heather Graham*
*Nj Dept of Treasury, Unclaimed Property Admin*
*P.O Box 214*
*Trenton, NJ 08625*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Kouway Industrial Shares Co, Ltd
### Case(s): 244 Clm No: 31 Clm. Amt: $127,141.56

*Attn: Michael Wang*
*Room 1508, Zhongshen Garden Bldg B*
*Futian District, Shenzhen, Guangdong*
*Province 518000*
*China*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 119**
**Claim Face Value: $127,141.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | Disallowed | | $127,141.56 | | $0.00 |
| | | | | $127,141.56 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## Kouway Industrial Shares Co, Ltd
### Case(s): 240 Clm No: 31 Clm. Amt: $129,500.28

*Attn: Michael Wang*
*Room 1508, Zhongshen Garden Bldg B*
*Caitian S Rd, Futian District*
*Shenzhen, Guangdong Province*
*China*
**Date Filed: 6/19/2019**
**Orig. Date Filed: 6/20/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 30**
**Amended By Clm #: 119**
**Claim Face Value: $129,500.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | Disallowed | | $129,402.00 | | $0.00 |
| 240 | UNS | Disallowed | | $98.28 | | $0.00 |
| | | | | $129,500.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Pension Benefit Guaranty Corp
### Case(s): 245 Clm No: 31 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | ADM | | | Unknown | Y | $0.00 |
| 245 | PRI | | | Unknown | Y | $0.00 |
| 245 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Culmin Staffing Group, Inc
### Case(s): 252 Clm No: 31 Clm. Amt: $7,390.04

*Attn: Lisa Connallon*
*800 W Main St, Ste 204*
*Freehold, NJ 07728*
**Date Filed: 6/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,390.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | | | $7,390.04 | | |
| | | | | $7,390.04 | | |

## P. Graham Dunn, Inc
### Case(s): 254 Clm No: 31 Clm. Amt: $24,928.62

*Attn: Linda Hershberger*
*630 Henry St*
*Dayton, OH 44618*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,928.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | | | $24,928.62 | | |
| | | | | $24,928.62 | | |

## Adobe Inc.
### Case(s): 241 Clm No: 31 Clm. Amt: $76,746.29

*Attn: Amir Gamliel*
*1888 Century Park E, Ste 1700*
*Los Angeles, CA 90067*
**Date Filed: 7/31/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $76,746.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Withdrawn | | $76,746.29 | | $0.00 |
| | | | | $76,746.29 | | $0.00 |

## My Bench Ltd
### Case(s): 241 Clm No: 32 Clm. Amt: $27,806.23

*Attn: Stuart Fenlon*
*1 Tudor St*
*London, EC4Y 0AH*
*United Kingdom*
**Date Filed: 8/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $27,806.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $27,806.23 | | $0.00 |
| | | | | $27,806.23 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## IT Supplies Incorporation
### Case(s): 254 Clm No: 32 Clm. Amt: $9,288.00

*Attn: Lisa Thompson*
*2100 Golf Rd, Ste 230*
*Rolling Meadows, IL 60008*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,288.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $4,588.80 | | |
| 254 | UNS | | | $4,699.20 | | |
| | | | | $9,288.00 | | |

## Nova Libra, Inc
### Case(s): 252 Clm No: 32 Clm. Amt:

*Attn: Sally J Greenhaw*
*P.O. Box 383*
*Glenview, IL 60025*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 33**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Teufel Holly Farms
### Case(s): 245 Clm No: 32 Clm. Amt: $6,584.03

*Attn: Jeff Neal*
*160 SW Miller Rd*
*Portland, OR 97225*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,584.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | | | $0.00 |
| 245 | UNS | Satisfied | | $6,584.03 | | $6,584.03 |
| | | | | $6,584.03 | | $6,584.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Paid | 03/30/2021 | 1360 | Objection Filed | | |

## d&k jewelry by design, inc.
### Case(s): 240 Clm No: 32 Clm. Amt: $21,217.05

*Attn: Denice Carr*
*7950 South Military Trail, Ste 204*
*Lake Worth, FL 33463*
**Date Filed: 6/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,217.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $21,217.05 | | |
| | | | | $21,217.05 | | |

## NM Taxation & Revenue Dept
### Case(s): 244 Clm No: 32 Clm. Amt: $291.17

*Attn: Lisa Ela*
*P.O Box 8575*
*Albuquerque, NM 87198*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $291.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | PRI | | | $291.17 | | |
| | | | | $291.17 | | |

## U.S Express International Inc
### Case(s): 244 Clm No: 33 Clm. Amt: $3,386.38

*Attn: Raul Deleon*
*1621 NW 79 Ave*
*Doral, FL 33126*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,386.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | UNS | | | $3,386.38 | | |
| | | | | $3,386.38 | | |

## 360I, LLC
### Case(s): 245 Clm No: 33 Clm. Amt: $1,626,916.75

*Attn: Thomas Meisner*
*32 Ave of the Americas, 16th Fl*
*New York, NY 10013*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,626,916.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | ADM | Disallowed | | $1,626,916.75 | | $0.00 |
| | | | | $1,626,916.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Corporation Service Company
### Case(s): 240 Clm No: 33 Clm. Amt: $716.00

*Attn: Joanne Smith*
*251 Little Falls Dr*
*Wilmington, DE 19808*
**Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 115**
**Claim Face Value: $716.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $716.00 | | $0.00 |
| | | | | $716.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Nova Libra, Inc
### Case(s): 252 Clm No: 33 Clm. Amt: $16,425.45

*Attn: Sally J Greenhaw*
*P.O. Box 383*
*Glenview, IL 60025*
**Date Filed: 6/24/2019**
**Orig. Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 32**
**Claim Face Value: $16,425.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $16,425.45 | | |
| | | | | $16,425.45 | | |

## Universal Woods
### Case(s): 254 Clm No: 33 Clm. Amt: $39,985.72

*Attn: Carrie Heine*
*2600 Grassland Dr*
*Louisville, KY 40299*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $39,985.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | Disallowed | | $39,985.72 | | $0.00 |
| | | | | $39,985.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

### The Ygs Group
#### Case(s): 241 Clm No: 33 Clm. Amt: $5,300.00

*Attn: Jessica Nicole Rock*
*3650 W Market St*
*York, PA 17404*
**Date Filed: 8/6/2019**
**Orig. Date Filed: 7/9/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 19**
**Claim Face Value: $5,300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $2,900.00 | | |
| 241 | UNS | | | $2,400.00 | | |
| | | | | $5,300.00 | | |

### Teksystems, Inc
#### Case(s): 241 Clm No: 34 Clm. Amt: $10,208.01

*Attn: Jeriann Lynds*
*2625 S Plaza Dr, Ste 101*
*Tempe, AZ 85282*
**Date Filed: 8/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,208.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $10,208.01 | | |
| | | | | $10,208.01 | | |

### Wisconsin Dept Of Revenue
#### Case(s): 254 Clm No: 34 Clm. Amt: $20.02

*Attn: Jill Ritchie*
*Special Procedures Unit*
*P.O Box 8901*
*Madison, WI 53708*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $20.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $20.02 | | |
| | | | | $20.02 | | |

### WhitePages, Inc.
#### Case(s): 252 Clm No: 34 Clm. Amt: $3,900.00

*Attn: Hibaq Abdullahi*
*1301 5th Ave, Ste 1600*
*Seattle, WA 98101*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,900.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $3,900.00 | | |
| | | | | $3,900.00 | | |

### Horizon Media, Inc.
#### Case(s): 245 Clm No: 34 Clm. Amt: $450,557.15

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Staples Business Advantage
### Case(s): 240 Clm No: 34 Clm. Amt: $465.41

*Attn: Tom Riggleman*
*7 Technology Cir*
*Columbia, SC 29203*
**Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $465.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $465.41 | | |
| | | | | $465.41 | | |

## Nc Department Of State Treasurer
### Case(s): 244 Clm No: 34 Clm. Amt: $550.44

*Attn: Brenda D Williams*
*3200 Atlantic Ave*
*Raleigh, NC 27604*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $550.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 244 | UNS | | | $550.44 | | |
| | | | | $550.44 | | |

## NJ Department Of Treasury
### Case(s): 254 Clm No: 35 Clm. Amt:

*Attn: Heather Graham*
*Unclaimed Property Admin*
*50 W State St, 6th Fl*
*Trenton, NJ 08608*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Hagstrom Floral
### Case(s): 244 Clm No: 35 Clm. Amt: $5,707.00

*Attn: Erik Hagstrom*
*P.O Box 735*
*Pierson, FL 32180*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,707.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 244 | 503(b)(9) | | | $1,464.50 | | |
| 244 | UNS | | | $4,242.50 | | |
| | | | | $5,707.00 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## 360I, LLC
### Case(s): 245 Clm No: 35 Clm. Amt: $3,744,541.21

*Attn: Thomas Meisner*
*32 Ave of the Americas, 16th Fl*
*New York, NY 10013*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,744,541.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | UNS | Disallowed | | $3,744,541.21 | | $0.00 |
| | | | | $3,744,541.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Royal Standard Co., Ltd.
### Case(s): 240 Clm No: 35 Clm. Amt: $53,608.80

*Attn: Chiu, Yu Hua*
*12F, NO.131-3, SEC. 2 Keelung Rd*
*Taipei City*
*Taiwan*
**Date Filed: 6/20/2019**
**Orig. Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 18**
**Claim Face Value: $53,608.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $53,608.80 | | $0.00 |
| | | | | $53,608.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Dawn Food Products Inc
### Case(s): 252 Clm No: 35 Clm. Amt: $4,052.69

*Attn: Russell W Helanz*
*3333 Sargent Rd*
*Jackson, MI 49201*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,052.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $4,052.69 | | |
| | | | | $4,052.69 | | |

## Clario, Inc
### Case(s): 241 Clm No: 35 Clm. Amt: $40,000.00

*Attn: Holly Oliver*
*6600 City W Pkwy*
*Eden Prairie, MN 55344*
**Date Filed: 8/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $40,000.00 | | |
| | | | | $40,000.00 | | |

## W.W. Grainger, Inc
**Case(s): 241 Clm No: 36 Clm. Amt: $35,304.19**

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 241 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 241 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Raphael Weishaupt
**Case(s): 252 Clm No: 36 Clm. Amt: $60,000.00**

*Address Redacted*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | PRI | | | $13,650.00 | | |
| 252 | UNS | | | $46,350.00 | | |
| | | | | $60,000.00 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## Zieger & Sons, Inc
**Case(s): 245 Clm No: 36 Clm. Amt: $96,261.50**

*c/o Fox Rothschild LLP*
*Attn: Jason C Manfrey, Esq.*
*2000 Market St, 20th Fl*
*Philadelphia, PA 19103*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $96,261.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | UNS | Disallowed | | $96,261.50 | | $0.00 |
| | | | | $96,261.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Precision Label
**Case(s): 240 Clm No: 36 Clm. Amt: $241,614.88**

*Attn: Joe Feeley*
*659 Benet Rd*
*Oceanside, CA 92058*
**Date Filed: 6/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $241,614.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $241,614.88 | | |
| | | | | $241,614.88 | | |

**Law Offices Of Roy A Levun**
**Case(s): 244 Clm No: 36 Clm. Amt: $2,542.17**

*1742 Flowerdale St*
*Simi Valley, CA 93063*
**Date Filed: 9/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,542.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $2,542.17 | | |
| | | | | $2,542.17 | | |

**Bey-Berk International**
**Case(s): 254 Clm No: 36 Clm. Amt: $40,490.02**

*Attn: Alex Beylerian*
*9145 Deering Ave*
*Chatsworth, CA 91311*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,490.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $28,157.62 | | |
| 254 | UNS | | | $12,332.40 | | |
| | | | | $40,490.02 | | |

**Assignee**

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund LLC* <br> *Attn: Terrel Ross* <br> *Re: Bey-Berk International* <br> *P.O. Box 633* <br> *Woodmere, NY 11598* | | 28,157.62 | Final |

**Ampelco Ribbon Co**
**Case(s): 254 Clm No: 37 Clm. Amt: $612.50**

*Attn: Kevin Pellegrine*
*1536 Brook Dr*
*Downers Grove, IL 60515-1000*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $612.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $264.00 | | |
| 254 | UNS | | | $348.50 | | |
| | | | | $612.50 | | |

**Dun & Bradstreet**
**Case(s): 244 Clm No: 37 Clm. Amt: $27,546.00**

*c/o The Rowland Law Firm*
*P.O. Box 3108*
*Crofton, MD 21114*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $27,546.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | | | $27,546.00 | | |
| | | | | $27,546.00 | | |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/03/2021 | 1399 | Objection Filed | | |

**Horizon Media, Inc.**
**Case(s): 245 Clm No: 37 Clm. Amt: $6,010.75**

c/o Loeb & Loeb LLP
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

**Aquent LLC**
**Case(s): 252 Clm No: 37 Clm. Amt: $6,913.48**

*Attn: Jennifer Madden*
*501 Boylston St, 3rd Fl, Unit 3101*
*Boston, MA 02116*
**Date Filed: 6/27/2019**
**Orig. Date Filed: 7/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,913.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $6,913.48 | | |
| | | | | $6,913.48 | | |

**Bounce Exchange, Inc.**
**Case(s): 240 Clm No: 37 Clm. Amt: $106,350.00**

*Attn: Daniel Doty*
*285 Fulton St, Floor 74*
*One World Trade Center*
*New York, NY 10007*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $106,350.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $106,350.00 | | $0.00 |
| | | | | $106,350.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**New Jersey Unclaimed Property Administration**
**Case(s): 241 Clm No: 37 Clm. Amt:**

*Attn: Steven R Harris*
*P.O Box 214*
*Trenton, NJ 08625*
**Date Filed: 8/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## West Sanitation Services, Inc
### Case(s): 241 Clm No: 38 Clm. Amt: $342.10

*Attn: Paul Pittman*
*2158 Beaumont Dr*
*Baton Rouge, LA 70806*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $342.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $342.10 | | |
| | | | | $342.10 | | |

## Nova Libra, Inc
### Case(s): 240 Clm No: 38 Clm. Amt: $34,549.20

*Attn: Sally J Greenhaw*
*P.O. Box 383*
*Glenview, IL 60025*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $34,549.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $1,215.00 | | |
| 240 | UNS | | | $33,334.20 | | |
| | | | | $34,549.20 | | |

## Todd Hoffman
### Case(s): 245 Clm No: 38 Clm. Amt: $97.50

*Address Redacted*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $97.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | 503(b)(9) | | | $97.50 | | |
| | | | | $97.50 | | |

## Intertek Testing Services Hk Ltd
### Case(s): 252 Clm No: 38 Clm. Amt: $1,763.19

*Attn: Hidy Lau*
*2/F, Garment Centre*
*576 Castle Peak Rd*
*Cheung Sha Wan, Kowloon*
*Hong Kong, China*
**Date Filed: 6/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,763.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,763.19 | | |
| | | | | $1,763.19 | | |

## GP Corrugated LLC
### Case(s): 244 Clm No: 38 Clm. Amt: $13,085.08

*c/o Georgia-Pacific Financial Management LLC*
*28743 Network Pl*
*Chicago, IL 60673*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,085.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | 503(b)(9) | | | $2,203.89 | | |
| 244 | UNS | | | $10,881.19 | | |
| | | | | $13,085.08 | | |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## NM Taxation & Revenue Dept
### Case(s): 254 Clm No: 38 Clm. Amt: $207.84

*Attn: Lisa Ela*
*P.O Box 8575*
*Albuquerque, NM 87198*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $207.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $25.58 | | |
| 254 | UNS | | | $182.26 | | |
| | | | | $207.84 | | |

## Twelve Timbers, Inc
### Case(s): 254 Clm No: 39 Clm. Amt: $437.48

*Attn: Jim Holt*
*418 W Industrial Park Rd*
*Richfield, UT 84701*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $437.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | Satisfied | | $437.48 | | $437.48 |
| | | | | $437.48 | | $437.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 03/30/2021 | 1360 | Objection Filed | | |

## RIi Insurance Co.
### Case(s): 244 Clm No: 39 Clm. Amt:

*Attn: Michael Dudek*
*9025 N Lindbergh Dr*
*Peoria, IL 61615*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $525,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 244 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## PeopleReady
### Case(s): 252 Clm No: 39 Clm. Amt: $138,206.22

*c/o TrueBlue, Inc.*
*Attn: Debra Lynn Backus*
*1015 A St*
*Tacoma, WA 98402*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $138,206.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $138,206.22 | | |
| | | | | $138,206.22 | | |

## Conventus Corporation
### Case(s): 240 Clm No: 39 Clm. Amt: $5,664.55

*Attn: Sarah Isaacs*
*516 N Ogden Ave, Ste 115*
*Chicago, IL 60642*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,664.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $5,664.55 | | |
| | | | | $5,664.55 | | |

## New York State Dept of Taxation and Finance
### Case(s): 245 Clm No: 39 Clm. Amt: $5,937.56

*c/o Bankruptcy Section*
*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed: 10/23/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $5,937.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | PRI | | | $5,187.56 | | |
| 245 | UNS | | | $750.00 | | |
| | | | | $5,937.56 | | |

## Diane Drake
### Case(s): 241 Clm No: 39 Clm. Amt: $15,000.00

*Address Redacted*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $15,000.00 | | |
| | | | | $15,000.00 | | |

## Headset Advisor, Inc
### Case(s): 241 Clm No: 40 Clm. Amt: $980.00

*Attn: Brittney Ward*
*3065 Kilgore Rd*
*Rancho Cordova, CA 95670*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $980.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | $980.00 | | $0.00 |
| | | | | $980.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Texas Comptroller of Public Accounts
### Case(s): 245 Clm No: 40 Clm. Amt: $103,115.04

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P,O, Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $103,115.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 245 | PRI | Withdrawn | | $102,679.81 | | $0.00 |
| 245 | UNS | Withdrawn | | $435.23 | | $0.00 |
| | | | | $103,115.04 | | $0.00 |

### Noushig, Inc., dba Amoretti
### Case(s): 240 Clm No: 40 Clm. Amt: $5,178.87

*Attn: Paul Barsoumian*
*451 Lombard St*
*Oxnard, CA 93030*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,178.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $5,178.87 | | $0.00 |
| | | | | $5,178.87 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Worldstaff USA, Corp
### Case(s): 252 Clm No: 40 Clm. Amt: $73,168.30

*c/o Quesada Valdes, PLLC*
*Attn: G. Frank Quesada, Esquire*
*1313 Ponce De Leon Blvd, Ste 200*
*Coral Gables, FL 33134*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $73,168.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $73,168.30 | | $0.00 |
| | | | | $73,168.30 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Flowers, LLC
### Case(s): 244 Clm No: 40 Clm. Amt: $2,700,000.00

*Attn: Hur Guler*
*30 Sylvanus Wood Ln*
*Woburn, MA 01801*
**Date Filed: 10/3/2019**
**Claim Face Value: $2,700,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | Allowed | | $2,700,000.00 | | $1,000,000.00 |
| | | | | $2,700,000.00 | | $1,000,000.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 11/12/2019 | 897 | Objection Granted | 11/26/2019 | 955 |

### Twelve Timbers, Inc
### Case(s): 254 Clm No: 40 Clm. Amt: $437.48

*Attn: Jim Holt*
*418 W Industrial Park Rd*
*Richfield, UT 84701*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $437.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | Satisfied | | $437.48 | | $0.00 |
| | | | | $437.48 | | $0.00 |

### Ampelco Ribbon Co
**Case(s): 254 Clm No: 41 Clm. Amt: $612.50**

*Attn: Kevin Pellegrine*
*1536 Brook Dr*
*Downers Grove, IL 60515-1000*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $612.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | Disallowed | | $612.50 | | $0.00 |
| | | | | $612.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/19/2021 | 1414 | Objection Granted | 06/06/2021 | 1440 |

### Pension Benefit Guaranty Corp
**Case(s): 244 Clm No: 41 Clm. Amt: $83,022.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | | | $8,048.00 | | $0.00 |
| 244 | PRI | | | $3,381.00 | | $0.00 |
| 244 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

### Kuehne + Nagel Services Ltd.
**Case(s): 252 Clm No: 41 Clm. Amt: $38,225.22**

*c/o Coface N America Insurance Co*
*Attn: Amy Schmidt*
*650 College Rd E, Ste 2005*
*Princeton, NJ 08540*
**Date Filed: 7/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,225.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $38,225.22 | | |
| | | | | $38,225.22 | | |

### Tristaff Group of Companies
**Case(s): 240 Clm No: 41 Clm. Amt: $31,657.91**

*Attn: Thu Kalen*
*6050 Santo Rd, Ste 200*
*San Diego, CA 92124*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $31,657.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $14,387.88 | | |
| 240 | UNS | | | $17,270.03 | | |
| | | | | $31,657.91 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

### Georgia Department of Revenue
**Case(s): 245 Clm No: 41 Clm. Amt: $7,179.27**

*c/o Compliance Division, ARCS-Bankruptcy*
*Attn: D. Kolberg*
*1800 Century Blvd, NE, Ste 9100*
*Atlanta, GA 30345-3205*
**Date Filed: 11/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,179.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | PRI | Withdrawn | | $6,797.27 | | $0.00 |
| 245 | UNS | Withdrawn | | $382.00 | | $0.00 |
| | | | | $7,179.27 | | $0.00 |

### Unicom Systems, Inc
**Case(s): 241 Clm No: 41 Clm. Amt: $22,256.00**

*Attn: Joseph T Gauthier, Esq.*
*15535 San Fernando Mission Blvd, Ste 310*
*Mission Hills, CA 91345*
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $22,256.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $22,256.00 | | |
| | | | | $22,256.00 | | |

### Ty
**Case(s): 241 Clm No: 42 Clm. Amt: $1,235.80**

*Attn: Robin Caputo*
*P.O Box 5377*
*Oakbrook, IL 60522*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,235.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $1,235.80 | | |
| | | | | $1,235.80 | | |

### Keepsake Plants Ltd
**Case(s): 240 Clm No: 42 Clm. Amt: $17,582.40**

*Box 370 - 268 Seacliff Dr*
*Leamington, ON N8H 3*
*Canada*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $17,582.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $17,582.40 | | |
| | | | | $17,582.40 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

### Franchise Tax Board
**Case(s): 245 Clm No: 42 Clm. Amt: $1,891.57**

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 12/2/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $1,891.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | PRI | | | $1,681.40 | | |
| 245 | UNS | | | $210.17 | | |
| | | | | $1,891.57 | | |

## Artex Nam An Joint Stock Company
### Case(s): 252 Clm No: 42 Clm. Amt: $13,587.66

*Attn: Jack*
*No. 6, BT1A*
*My Dinh 2 Urban Area, My Dinh 2 Ward*
*Nam Tu Liem District*
*Hanoi, Vietnam*
**Date Filed: 7/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,587.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $13,587.66 | | $0.00 |
| | | | | $13,587.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Pension Benefit Guaranty Corp
### Case(s): 244 Clm No: 42 Clm. Amt: $1,524,913.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | | | Unknown | Y | $0.00 |
| 244 | PRI | | | Unknown | Y | $0.00 |
| 244 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

## Harper Collins Publishrers LLC
### Case(s): 254 Clm No: 42 Clm. Amt: $18,545.30

*Attn: Raymond Albany*
*53 Glemmaura Blvd, Ste 300*
*Moosic, PA 18507*
**Date Filed: 9/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,545.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | Disallowed | | $4,198.32 | | $0.00 |
| 254 | UNS | Disallowed | | $14,346.98 | | $0.00 |
| | | | | $18,545.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/29/2021 | 1501 | Objection Granted | 11/30/2021 | 1523 |

### Crown Equipment Corporation
### Case(s): 254 Clm No: 43 Clm. Amt: $13,079.56

*c/o Sebaly Shillito & Dryer, LPA*
*Attn: Robert G Hanseman*
*40 N Main St*
*1900 Kettering Tower*
*Dayton, OH 45423*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,079.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | | | $13,079.56 | | |
| | | | | $13,079.56 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/03/2021 | 1399 | Objection Filed | | |

### Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
### Case(s): 244 Clm No: 43 Clm. Amt: $38,000,000.00

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

### Flores de Altagracia S.A.S
### Case(s): 252 Clm No: 43 Clm. Amt: $20,792.64

*Attn: Andrea Marin Toro*
*Cra 43a 19-17*
*Interior 1006*
*Medellin*
*Colombia*
**Date Filed: 7/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $20,792.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | Disallowed | | $3,816.96 | | $0.00 |
| 252 | UNS | Disallowed | | $16,975.68 | | $0.00 |
| | | | | $20,792.64 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Pinterest Corp
### Case(s): 240 Clm No: 43 Clm. Amt: $21,523.11

*Attn: Claire Hong*
*651 Brannan St*
*San Francisco, CA 94107*
**Date Filed: 6/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,523.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $21,523.11 | | $0.00 |
| | | | | $21,523.11 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## State Of New Jersey - Division Of Taxation
### Case(s): 245 Clm No: 43 Clm. Amt: $37,473.35

*Attn: Erica Hamlin*
*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 7/2/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 24**
**Amended By Clm #: 45**
**Claim Face Value: $37,473.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 245 | PRI | Disallowed | | $37,473.35 | | $0.00 |
| | | | | $37,473.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## YPM, Inc
### Case(s): 241 Clm No: 43 Clm. Amt: $85,623.06

*Attn: James Edward Lendino*
*18400 Von Karman Ave, Ste 200*
*Irvine, CA 92612*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $85,623.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $85,623.06 | | |
| | | | | $85,623.06 | | |

## Giftwares Co, Inc
### Case(s): 241 Clm No: 44 Clm. Amt: $18,670.00

*Attn: Greg Dickman*
*436 1st Ave*
*Royersford, PA 19468*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,670.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | 503(b)(9) | | | $18,160.84 | | |
| 241 | UNS | | | $509.16 | | |
| | | | | $18,670.00 | | |

## Pennsylvania Department Of Revenue
### Case(s): 245 Clm No: 44 Clm. Amt: $18,545.78

*c/o Bankruptcy Division*
*P.O. Box 280946*
*Harrisburg, PA 17128-0946*
**Date Filed: 7/16/2021**
**Orig. Date Filed: 8/12/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 14**
**Claim Face Value: $18,545.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 245 | PRI | | | $445.20 | | |
| 245 | UNS | | | $18,100.58 | | |
| | | | | $18,545.78 | | |

## Illinois Department of Revenue
### Case(s): 240 Clm No: 44 Clm. Amt: $44,598.00

*Attn: Brent Berberet*
*P.O. Box 19035*
*Springfield, IL 62794*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $44,598.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | | | $44,598.00 | | |
| | | | | $44,598.00 | | |

## Duroflowers (Me) Ltd
### Case(s): 252 Clm No: 44 Clm. Amt: $11,126.00

*Attn: MUNGAI KARANJA*
*Nairobi, Kenya*
**Date Filed: 7/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,126.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $11,126.00 | | $0.00 |
| | | | | $11,126.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Pension Benefit Guaranty Corp
### Case(s): 244 Clm No: 44 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | | | | | $0.00 |
| 244 | PRI | | | | | $0.00 |
| 244 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Nm Taxation & Revenue Dept
### Case(s): 254 Clm No: 44 Clm. Amt: $1,956.55

*Attn: Lisa Ela*
*P.O Box 8575*
*Albuquerque, NM 87198*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,956.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $292.28 | | |
| 254 | UNS | | | $1,664.27 | | |
| | | | | $1,956.55 | | |

## Drytac Corporation
### Case(s): 254 Clm No: 45 Clm. Amt: $3,348.83

*c/o Coface N America Insurance Co.*
*Attn: Amy Schmidt*
*650 College Rd E, Ste 2005*
*Princeton, NJ 08540*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,348.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | UNS | | | $3,348.83 | | |
| | | | | $3,348.83 | | |

## Horizon Media, Inc.
### Case(s): 244 Clm No: 45 Clm. Amt: $450,557.15

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 244 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Robert Reiser & Co., Inc.
### Case(s): 252 Clm No: 45 Clm. Amt: $10,422.00

*Attn: Kevin Colmey*
*725 Dedham St*
*Canton, MA 02021*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,422.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $10,422.00 | | |
| | | | | $10,422.00 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## Den Aviary, Inc.
### Case(s): 240 Clm No: 45 Clm. Amt: $20,000.00

*Attn: Jason M Sisley*
*55 E Jackson Blvd, Ste 470*
*Chicago, IL 60604*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $20,000.00 | | $0.00 |
| | | | | $20,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Oklahoma - Escheat
**Case(s): 241 Clm No: 45 Clm. Amt:**

*c/o Unclaimed Property Div*
*Attn: Robert Knight*
*2300 N Lincoln Blvd, Rm 217*
*Oklahoma City, OK 73105*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | PRI | Disallowed | | | | $0.00 |
| 241 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### State of New Jersey - Division Of Taxation
**Case(s): 245 Clm No: 45 Clm. Amt: $1,159.14**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 8/5/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 43**
**Claim Face Value: $1,159.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 245 | PRI | | | $1,159.14 | | |
| | | | | $1,159.14 | | |

### Datamann Inc
**Case(s): 241 Clm No: 46 Clm. Amt: $1,203.05**

*Attn: Katherine Reagan*
*1994 Hartford Ave*
*Wilder, VT 05088*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,203.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $1,203.05 | | |
| | | | | $1,203.05 | | |

### Signature Gifts Inc
**Case(s): 240 Clm No: 46 Clm. Amt: $18,535.93**

*Attn: Stephen Tutt*
*23 Vaughan Rd*
*Harpenden, AI5 4EI*
*United Kingdom*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,535.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $18,535.93 | | |
| | | | | $18,535.93 | | |

## People 2.0 Global LP
### Case(s): 252 Clm No: 46 Clm. Amt: $66,777.96

*Address Redacted*
**Date Filed: 7/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $66,777.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | Disallowed | | $55,010.96 | | $0.00 |
| 252 | UNS | Disallowed | | $11,767.00 | | $0.00 |
| | | | | $66,777.96 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/11/2020 | 1175 |
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Sobeys Capital Incorporated
### Case(s): 244 Clm No: 46 Clm. Amt: $0.00

*Attn: Kristi Lalach*
*1020 64th Ave Ne*
*Calgary, AB T2E 7V8*
*Canada*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Barudan America, Inc
### Case(s): 254 Clm No: 46 Clm. Amt: $1,533.92

*30901 Carter St, Ste A*
*Solon, OH 44139-3519*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,533.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $1,533.92 | | |
| | | | | $1,533.92 | | |

### Lorenzo Jewelry Limited
**Case(s): 254 Clm No: 47 Clm. Amt: $9,685.23**

*c/o Lorenzo Usa*
*Attn: Man Yee Cheung*
*550 S Hill St, Ste 1401*
*Los Angeles, CA 90013*
**Date Filed: 9/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,685.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | Disallowed | | $9,685.23 | | $0.00 |
| | | | | $9,685.23 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Horizon Media, Inc.
**Case(s): 244 Clm No: 47 Clm. Amt: $6,010.75**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Apple One Employment Services
**Case(s): 252 Clm No: 47 Clm. Amt: $57,180.41**

*P.O. Box 29048*
*Glendale, CA 91209*
**Date Filed: 7/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $57,180.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $57,180.41 | | |
| | | | | $57,180.41 | | |

### Dale E. Van Zant
**Case(s): 240 Clm No: 47 Clm. Amt: $9,206.00**

*Address Redacted*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,206.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | | | $9,206.00 | | |
| | | | | $9,206.00 | | |

## Generators On Demand LLC
### Case(s): 241 Clm No: 47 Clm. Amt: $531.75

*Attn: Ronald J Swaney*
*61-1 Buttonball Rd*
*Old Lyme, CT 06371*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $531.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | SEC | Satisfied | | Unknown | Y | $0.00 |
| 241 | UNS | Satisfied | | $531.75 | | $0.00 |
| | | | | $531.75 | | $0.00 |

## Royal Envelope Corp
### Case(s): 241 Clm No: 48 Clm. Amt: $9,543.09

*Attn: Michael Pusatera*
*4114 S Peoria St*
*Chicago, IL 60609*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,534.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | 503(b)(9) | | | $9,543.09 | | |
| | | | | $9,543.09 | | |

## RedJet Couriers
### Case(s): 240 Clm No: 48 Clm. Amt: $3,422.00

*Attn: Brad Redlich*
*P.O. Box 1342*
*Billings, MT 59103*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,422.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $3,422.00 | | |
| | | | | $3,422.00 | | |

## Massachusetts Department of Revenue
### Case(s): 252 Clm No: 48 Clm. Amt: $145,306.19

*Attn: Bankruptcy Unit/ Jimmy Wong*
*P.O. Box 9564*
*Boston, MA 02114-9564*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $145,306.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | PRI | Withdrawn | | $113,306.19 | | $0.00 |
| 252 | UNS | Withdrawn | | $32,000.00 | | $0.00 |
| | | | | $145,306.19 | | $0.00 |

## Sobeys Capital Incorporated
### Case(s): 244 Clm No: 48 Clm. Amt:

*Attn: Kristi Lalach*
*1020 64th Ave Ne*
*Calgary, AB T2E 7V8*
*Canada*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 244 | ADM | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Dm Merchandising
### Case(s): 254 Clm No: 48 Clm. Amt: $3,924.00

*Attn: David Redman*
*835 N Church St*
*Elmhurst, IL 60126*
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,924.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $3,924.00 | | |
| | | | | $3,924.00 | | |

## A Plus Marketing
### Case(s): 254 Clm No: 49 Clm. Amt: $18,123.20

*Attn: Greg Alberts*
*1300 Barclay Blvd*
*Buffalo Grove, IL 60089*
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,123.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $18,123.20 | | |
| | | | | $18,123.20 | | |

## U.S. Customs And Border Protection
### Case(s): 252 Clm No: 49 Clm. Amt: $0.00

*Attn: Revenue Div, Bankruptcy Team*
*6650 Telecom Dr, Ste 100*
*Indianapolis, IN 46278*
**Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Withdrawn | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## Christopher Shelton
### Case(s): 240 Clm No: 49 Clm. Amt: $6,331.37

*Address Redacted*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,331.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $6,331.37 | | $0.00 |
| | | | | $6,331.37 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Texas Comptroller of Public Accounts
### Case(s): 244 Clm No: 49 Clm. Amt: $11,400.01

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P,O, Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 58**
**Claim Face Value: $11,400.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | ADM | Disallowed | | $11,400.01 | | $0.00 |
| | | | | $11,400.01 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## Tucker Albin & Associates Inc
### Case(s): 241 Clm No: 49 Clm. Amt: $450.00

*Attn: Sara Polendo*
*1702 N Collins Blvd, Ste 100*
*Richardson, TX 75080*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $450.00 | | |
| | | | | $450.00 | | |

## Texas Comptroller of Public Accounts
### Case(s): 244 Clm No: 50 Clm. Amt: $119,269.68

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 57**
**Claim Face Value: $119,269.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Disallowed | | $109,466.70 | | $0.00 |
| 244 | UNS | Disallowed | | $9,802.98 | | $0.00 |
| | | | | $119,269.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |
| Amended claim | 10/29/2021 | 1501 | Objection Granted | 11/30/2021 | 1523 |

## Department of the Treasury
### Case(s): 240 Clm No: 50 Clm. Amt: $8,262,503.80

*c/o Internal Revenue Service*
*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,262,503.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | Withdrawn | | $8,262,503.80 | | $0.00 |
| | | | | $8,262,503.80 | | $0.00 |

## Reblee Inc - Allegiance Staffing
### Case(s): 252 Clm No: 50 Clm. Amt: $11,716.43

*Attn: Billy Salyers*
*5200 77 Center Dr, Ste 150*
*Charlotte, NC 28217*
**Date Filed: 7/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,716.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $11,716.43 | | $0.00 |
| 252 | UNS | | | | | $11,716.43 |
| | | | | $11,716.43 | | $11,716.43 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

### Hookset Enterprises, LLC
**Case(s): 254 Clm No: 50 Clm. Amt: $5,430.75**

*Attn: William Rychel*
*dba Deco Plate*
*1120 Larkin Drive*
*STE A, Wheeling, IL, 60090*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,430.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | ADM | | | $5,430.75 | | |
| | | | | $5,430.75 | | |

### Access Information Management
**Case(s): 241 Clm No: 50 Clm. Amt: $886.47**

*Attn: Margaret Applin*
*500 Unicorn Park, Ste 503*
*Woburn, MA 01801*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $886.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $886.47 | | |
| | | | | $886.47 | | |

### New Jersey - Escheat
**Case(s): 241 Clm No: 51 Clm. Amt:**

*Attn: Heather Graham*
*Nj Dept of Treasury, Unclaimed Property Admin*
*P.O Box 214*
*Trenton, NJ 08625*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Darlyne Freedman
**Case(s): 254 Clm No: 51 Clm. Amt: $70,000.00**

*Address Redacted*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | PRI | | | $13,650.00 | | |
| 254 | UNS | | | $56,350.00 | | |
| | | | | $70,000.00 | | |

### Reblee - Allegiance Staffing
**Case(s): 252 Clm No: 51 Clm. Amt: $1,771.05**

*Attn: Billy Salyers*
*5200 77 Center Dr, Ste 150*
*Charlotte, NC 28217*
**Date Filed: 7/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,771.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $1,771.05 | | $0.00 |
| | | | | $1,771.05 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Riviera Finance, assignee for Quality Staffing Now Inc
**Case(s): 240 Clm No: 51 Clm. Amt: $157,173.76**

*Attn: Kathleen Ozenne*
*5506 Sunol Blvd, Ste 203*
*Pleasanton, CA 94566*
**Date Filed: 6/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $157,173.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $157,173.76 | | |
| | | | | $157,173.76 | | |

### Texas Comptroller of Public Accounts
**Case(s): 244 Clm No: 51 Clm. Amt: $21,773.78**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P,O, Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Withdrawn | | $21,338.55 | | $0.00 |
| 244 | UNS | Withdrawn | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### KOUWAY INDUSTRIAL SHARES CO,LTD
**Case(s): 244 Clm No: 52 Clm. Amt: $127,141.56**

*Rm 1508, Zhongshen Garden Bldg B*
*Caitian S Road, Futian District*
*Shenzhen, Guangdong Province, China*
**Date Filed: 11/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $127,141.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | 503(b)(9) | | | $127,043.28 | | |
| 244 | UNS | | | $98.28 | | |
| | | | | $127,141.56 | | |

### Phillip's Interior Plants & Displays
**Case(s): 240 Clm No: 52 Clm. Amt: $1,145.94**

*Attn: Cheryl A Psaros*
*700 Enterprise Dr*
*Oak Brook, IL 60523*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,145.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $1,145.94 | | |
| | | | | $1,145.94 | | |

## Intertek Testing Services Hong Kong Ltd
### Case(s): 252 Clm No: 52 Clm. Amt: $910.54

*Attn: Eva Zhu*
*2/F, Garment Centre*
*576 Castle Peak Rd*
*Cheung Sha Wan, Kowloon*
*Hong Kong, China*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $910.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $910.54 | | |
| | | | | $910.54 | | |

## Facebook, Inc
### Case(s): 254 Clm No: 52 Clm. Amt: $2,516,944.62

*c/o Mcmahon Serepca LLP*
*Attn: David Serepca*
*1900 S. Norfolk St, Ste 350*
*San Mateo, CA 94403*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,516,944.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | Disallowed | | $2,516,944.62 | | $0.00 |
| | | | | $2,516,944.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## AUW Ventures Inc
### Case(s): 241 Clm No: 52 Clm. Amt: $808.46

*dba Growers Logistic Services*
*Attn: Kathleen Williford*
*P.O Box 580*
*Watsonville, CA 95077*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $808.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $808.46 | | |
| | | | | $808.46 | | |

## Venable LLP
### Case(s): 241 Clm No: 53 Clm. Amt: $58,685.00

*Attn: Troy Conran*
*750 E Pratt St, Ste 900*
*Baltimore, MD 21202*
**Date Filed: 9/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $58,685.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $58,685.00 | | |
| | | | | $58,685.00 | | |

### Centerpoint Marketing, Inc.
### Case(s): 254 Clm No: 53 Clm. Amt: $170,465.65

*c/o Stahl Cowen Crowley Addis*
*Attn: Bruce Dopke*
*55 W Monroe St, Ste 1200*
*Chicago, IL 60603*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $170,465.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | | | | | $34,945.64 |
| 254 | UNS | | | $170,465.65 | | $0.00 |
| | | | | $170,465.65 | | $34,945.64 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

### Tropiflora, LLC
### Case(s): 240 Clm No: 53 Clm. Amt: $1,980.00

*Attn: Linda Cathcart*
*3530 Tallevast Rd*
*Sarasota, FL 34243*
**Date Filed: 6/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,980.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,980.00 | | |
| | | | | $1,980.00 | | |

### Treasurer of Virginia
### Case(s): 244 Clm No: 53 Clm. Amt:

*Commonwealth of Virginia, Unclaimed Property Div*
*Attn: Vicki D. Bridgeman*
*P.O. Box 2478*
*Richmond, VA 23218*
**Date Filed: 11/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

### Information Resources, Inc.
### Case(s): 252 Clm No: 53 Clm. Amt: $6,763.00

*Attn: Jeff Gruber*
*150 N Clinton St*
*Chicago, IL 60661*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,763.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | SEC | | | $6,763.00 | | $0.00 |
| 252 | UNS | | | | | $6,763.00 |
| | | | | $6,763.00 | | $6,763.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## Wish Farms
### Case(s): 252 Clm No: 54 Clm. Amt: $76,140.00

*Attn: James Peterson*
*100 Stearn St*
*Plant City, FL 33563*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $76,140.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $76,140.00 | | $0.00 |
| | | | | $76,140.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Franchise Tax Board
### Case(s): 244 Clm No: 54 Clm. Amt: $840.73

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 377**
**Claim Face Value: $840.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | | | $840.73 | | |
| | | | | $840.73 | | |

## Lift Graphic Design Studio, LLC
### Case(s): 240 Clm No: 54 Clm. Amt: $10,000.00

*Attn: Beth A. Garcia*
*4527 Rueda Dr*
*San Diego, CA 92124*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | Disallowed | | $10,000.00 | | $0.00 |
| 252 | UNS | | | | | $10,000.00 |
| | | | | $10,000.00 | | $10,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/11/2020 | 1175 |

## Fitz Design
### Case(s): 241 Clm No: 54 Clm. Amt: $518.70

*Attn: Dan Fisher*
*17506 Brighton Ave, Unit A*
*Port Charlotte, FL 33954*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $518.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $518.70 | | |
| | | | | $518.70 | | |

### Centerpoint Marketing, Inc.
**Case(s): 254 Clm No: 54 Clm. Amt: $34,945.64**

*Attn: Stahl Cowen Crowley Addis, Agent For Centerpoint*
*55 W Monroe St, Ste 1200*
*Chicago, IL 60603*
**Date Filed: 9/30/2019**
**Orig. Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 245**
**Amended By Clm #: 87**
**Claim Face Value: $34,945.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $34,945.64 | | |
| | | | | $34,945.64 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

### Fitz Design
**Case(s): 241 Clm No: 55 Clm. Amt: $1,012.96**

*Attn: Dan Fisher*
*17506 Brighton Ave, Unit A*
*Port Charlotte, FL 33954*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,012.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $1,012.96 | | |
| | | | | $1,012.96 | | |

### Leedsworld, Inc
**Case(s): 254 Clm No: 55 Clm. Amt: $3,808.42**

*Attn: Eric Mcmahon*
*400 Hunt Valley Rd*
*New Kensington, PA 15060*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,808.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $3,808.42 | | |
| | | | | $3,808.42 | | |

### Accurate Staffing Consultants, Inc
**Case(s): 240 Clm No: 55 Clm. Amt: $9,450.91**

*Attn: Catherine M Wall*
*920 Blairhill Rd, Ste B-118*
*Charlotte, NC 28217*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,450.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | Disallowed | | $9,450.91 | | $0.00 |
| | | | | $9,450.91 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Mississippi Department of Revenue
### Case(s): 244 Clm No: 55 Clm. Amt: $0.00

*Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 12/11/2019**
**Orig. Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 8**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Satisfied | | $0.00 | | $0.00 |
| | | | | $0.00 | | $0.00 |

## Packaging Corporation of America
### Case(s): 252 Clm No: 55 Clm. Amt: $1,524,501.99

*Attn: Credit Department*
*1 N Field Ct*
*Lake Forest, IL 60045*
**Date Filed: 7/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,501.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $82,645.51 | | |
| 252 | UNS | | | $1,441,856.48 | | |
| | | | | $1,524,501.99 | | |

## Floralife
### Case(s): 252 Clm No: 56 Clm. Amt: $14,441.92

*A Div of Smithers Oasis*
*P.O Box 745*
*Kent, OH 44240*
**Date Filed: 9/30/2019**
**Orig. Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 56**
**Amended By Clm #: 56**
**Claim Face Value: $14,441.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $14,441.92 | | |
| | | | | $14,441.92 | | |

## Bonnie Grant
### Case(s): 240 Clm No: 56 Clm. Amt: $13,641.38

*Address Redacted*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,641.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | | | $13,641.38 | | |
| | | | | $13,641.38 | | |

## New York State Department of
**Case(s): 244 Clm No: 56 Clm. Amt: $1,225.59**

*Taxation & Finance*
*Attn: Bankruptcy Section*
*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed: 1/27/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,225.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 244 | PRI | Disallowed | | $963.70 | | $0.00 |
| 244 | UNS | Disallowed | | $261.89 | | $0.00 |
| | | | | $1,225.59 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## JDS Industries
**Case(s): 254 Clm No: 56 Clm. Amt: $57,535.64**

*Attn: Anna Johnson*
*P.O Box 84806*
*Sioux Falls, SD 57118*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $57,535.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $57,535.64 | | |
| | | | | $57,535.64 | | |

## Albin Hagstrom & Son Inc
**Case(s): 241 Clm No: 56 Clm. Amt: $5,506.10**

*Attn: Erik Hagstrom*
*P.O Box 158*
*135 Hagstrom Rd*
*Pierson, FL 32180*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,506.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $1,460.90 | | |
| 241 | UNS | | | $4,045.20 | | |
| | | | | $5,506.10 | | |

## Golden Edibles, LLC
**Case(s): 241 Clm No: 57 Clm. Amt: $3,341.20**

*Attn: Stephen Asbary*
*6615 Boynton Beach Blvd, Ste 335*
*Boynton Beach, FL 33437*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,341.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $3,341.20 | | |
| | | | | $3,341.20 | | |

## 2 Monkey Trading, LLC
**Case(s): 254 Clm No: 57 Clm. Amt: $2,820.00**

*Attn: Doug Ingalls*
*3601 Vineland Rd, Ste 14*
*Orlando, FL 32811-5660*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,820.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $2,820.00 | | |
| | | | | $2,820.00 | | |

## Uline, Inc.
### Case(s): 240 Clm No: 57 Clm. Amt: $533.13

*Attn: Nancy Halcom*
*12575 Uline Dr*
*Pleasant Prairie, WI 53158*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $533.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $533.13 | | |
| | | | | $533.13 | | |

## Texas Comptroller of Public Accounts on behalf of the State
### Case(s): 244 Clm No: 57 Clm. Amt: $221,471.83

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed: 3/23/2021**
**Orig. Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 50**
**Claim Face Value: $221,471.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 244 | PRI | Withdrawn | | $203,264.68 | | $0.00 |
| 244 | UNS | Withdrawn | | $18,207.15 | | $0.00 |
| | | | | $221,471.83 | | $0.00 |

## G & W Equipment, Inc.
### Case(s): 252 Clm No: 57 Clm. Amt: $5,403.60

*Attn: Linda Lunger*
*600 Lawton Rd*
*Charlotte, NC 28216*
**Date Filed: 7/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,403.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $5,403.60 | | |
| | | | | $5,403.60 | | |

## Cintas Corp
### Case(s): 252 Clm No: 58 Clm. Amt: $74,862.72

*Attn: Allison Roach*
*1200 Del Paso Rd, Ste 130*
*Sacramento, CA 95834*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $74,862.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $74,862.72 | | |
| | | | | $74,862.72 | | |

## Texas Comptroller of Public Accounts on behalf of the State
### Case(s): 244 Clm No: 58 Clm. Amt: $10,695.12

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed: 3/23/2021**
**Bar Date: 10/7/2019**
**Amending Clm #: 49**
**Claim Face Value: $10,695.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 244 | ADM | Withdrawn | | $10,695.12 | | $0.00 |
| | | | | $10,695.12 | | $0.00 |

### Pearhead, Inc.
**Case(s): 240 Clm No: 58 Clm. Amt: $29,532.80**

*Attn: Thomas Sakaguchi*
*67 35th St, Ste B-642*
*Brooklyn, NY 11232*
**Date Filed: 6/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $29,532.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $29,532.80 | | |
| | | | | $29,532.80 | | |

### Sailpoint Technologies, Inc
**Case(s): 241 Clm No: 58 Clm. Amt: $630.00**

*Attn: Noelle Trifiro*
*11120 Four Points Dr, Ste 100*
*Austin, TX 78726-2118*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $630.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $630.00 | | |
| | | | | $630.00 | | |

### Commonwealth Toy & Novelty Co Inc
**Case(s): 254 Clm No: 58 Clm. Amt: $6,979.00**

*Attn: Jeffrey Most*
*875 6th Ave, Ste 910*
*New York, NY 10001*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,979.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | UNS | Disallowed | | $6,979.00 | | $0.00 |
| | | | | $6,979.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Taylor Communications
**Case(s): 254 Clm No: 59 Clm. Amt: $6,060.00**

*Attn: Jan Giehz*
*111 W 1st St*
*Dayton, OH 45402*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,060.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | UNS | | | $6,060.00 | | |
| | | | | $6,060.00 | | |

### Potter Inc
**Case(s): 241 Clm No: 59 Clm. Amt: $66.00**

*Attn: Kathryn Denise Gorzelanczyk*
*630 Commerce Dr*
*Bryan, OH 43506*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $66.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | $66.00 | | $0.00 |
| | | | | $66.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Dicksons, Inc
**Case(s): 240 Clm No: 59 Clm. Amt: $2,250.00**

*Attn: Susan Martin*
*709 B Ave East*
*Seymour, IN 47274*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $2,250.00 | | |
| | | | | $2,250.00 | | |

## State Of New Jersey - Division Of Taxation
**Case(s): 244 Clm No: 59 Clm. Amt: $0.00**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 7/2/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 19**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 244 | PRI | | | $0.00 | | |
| | | | | $0.00 | | |

## Stella Farms, LLC
**Case(s): 252 Clm No: 59 Clm. Amt: $53,630.00**

*Attn: Chris Elsie*
*7373 E Doubletree Ranch Rd, Ste B-180*
*Scottsdale, AZ 85258*
**Date Filed: 7/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $53,630.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | PRI | Disallowed | | $53,630.00 | | $0.00 |
| | | | | $53,630.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Salesforce.Com, Inc
**Case(s): 252 Clm No: 60 Clm. Amt: $627,709.18**

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab/Thomas M Gaa*
*633 Menlo Ave, Ste 100*
*Menlo Park, CA 94025*
**Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 249**
**Claim Face Value: $627,709.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | Disallowed | | $507,579.75 | | $0.00 |
| 252 | UNS | Disallowed | | $120,129.43 | | $0.00 |
| | | | | $627,709.18 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 07/16/2019 | 400 | Objection Filed | 11/06/2019 | 873 |
| Amended claim | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |
| Amended claim | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

## Dicksons, Inc
### Case(s): 240 Clm No: 60 Clm. Amt: $2,073.50

*Attn: Susan Martin*
*709 B East Ave*
*Seymour, IN 47274*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,073.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $2,073.50 | | |
| | | | | $2,073.50 | | |

## Godiva Chocolatier Inc
### Case(s): 241 Clm No: 60 Clm. Amt: $4,317.52

*Attn: Sue Cassel (Po'S)*
*1 Meridian Blvd, Ste 2A-2*
*Wyomissing, PA 19610*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,317.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $4,317.52 | | |
| | | | | $4,317.52 | | |

## Logojet, Inc.
### Case(s): 254 Clm No: 60 Clm. Amt: $27,721.88

*Attn: Stephanie Koch*
*301 Prides Crossing*
*Lafayette, LA 70508*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $27,721.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $4,282.09 | | |
| 254 | UNS | | | $23,439.79 | | |
| | | | | $27,721.88 | | |

## State Of New Jersey - Division Of Taxation
### Case(s): 254 Clm No: 61 Clm. Amt: $132.63

*c/o Bankruptcy Unit*
*Attn: Erica Hamlin*
*P.O Box 245*
*Trenton, NJ 08695*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 89**
**Claim Face Value: $132.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $132.63 | | $0.00 |
| | | | | $132.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## Pinnacle Flowers
### Case(s): 241 Clm No: 61 Clm. Amt: $5,432.69

*International Recovery Ass.*
*195 Smithtown Blvd*
*Nesconset, NY 11767*
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,432.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $5,432.69 | | |
| | | | | $5,432.69 | | |

## Cit Bank N.A.
### Case(s): 240 Clm No: 61 Clm. Amt: $133,750.93

c/o Bankruptcy Processing Solutions, Inc
Attn: Amy Tate
P.O Box 593007
San Antonio, TX 78259
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $133,750.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | SEC | | | $15,100.00 | | $15,100.00 |
| 240 | UNS | | | $118,650.93 | | $3,119.39 |
| | | | | $133,750.93 | | $18,219.39 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 11/13/2020 | 1288 | Objection Granted | 12/15/2020 | 1308 |

## North Carolina Dept Of Revenue
### Case(s): 252 Clm No: 61 Clm. Amt: $2,737.32

Attn: Bankruptcy Unit
P.O Box 1168
Raleigh, NC 27602
**Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,737.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $2,483.32 | | $0.00 |
| 252 | UNS | | | $254.00 | | $0.00 |
| | | | | $2,737.32 | | $0.00 |

## Bert E. Jessup Transportation, Inc
### Case(s): 252 Clm No: 62 Clm. Amt: $23,950.88

641 Old Gilroy St
Gilroy, CA 95020
**Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $23,950.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $23,950.88 | | |
| | | | | $23,950.88 | | |

## Cit Finance, LLC
### Case(s): 240 Clm No: 62 Clm. Amt: $1,261.53

c/o Bankruptcy Processing Solutions, Inc
Attn: Amy Tate
P.O Box 593007
San Antonio, TX 78259
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,261.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,261.53 | | |
| | | | | $1,261.53 | | |

## Reach Local Inc
### Case(s): 241 Clm No: 62 Clm. Amt: $44,729.05

Attn: Accounts Receivable
21700 Oxnard St, Ste 1600
Woodland Hills, CA 91367
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $44,729.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $44,729.05 | | |
| | | | | $44,729.05 | | |

## L'Art De Chine
### Case(s): 254 Clm No: 62 Clm. Amt: $31,454.04

*Attn: Chung Liang*
*29450 Union City Blvd*
*Union City, CA 94587*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $31,454.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $4,514.40 | | |
| 254 | UNS | | | $26,939.64 | | |
| | | | | $31,454.04 | | |

## Noemie Legrand
### Case(s): 254 Clm No: 63 Clm. Amt: $40,000.00

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Imperial Service Systems Inc
### Case(s): 241 Clm No: 63 Clm. Amt: $30,582.00

*Attn: Stanley Molski*
*200 W 22nd St, Ste 201*
*Lombard, IL 60148*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $30,582.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $30,582.00 | | |
| | | | | $30,582.00 | | |

## Cit Bank N.A.
### Case(s): 240 Clm No: 63 Clm. Amt: $217,404.75

*c/o Bankruptcy Processing Solutions, Inc*
*Attn: Amy Tate*
*P.O Box 593007*
*San Antonio, TX 78259*
**Date Filed: 6/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $217,404.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | SEC | | | $38,715.00 | | $38,715.00 |
| 240 | UNS | | | $178,689.75 | | $6,360.57 |
| | | | | $217,404.75 | | $45,075.57 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 11/13/2020 | 1288 | Objection Granted | 12/15/2020 | 1308 |

### Stephen Gould Corporation
**Case(s): 252 Clm No: 63 Clm. Amt: $360,885.00**

*Attn: Mr Anthony Lupo, CFO*
*35 S Jefferson Ave*
*Whippany, NJ 07981*
**Date Filed: 7/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $360,885.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $112,885.00 | | |
| 252 | UNS | | | $248,000.00 | | |
| | | | | $360,885.00 | | |

### Intertek Testing Services Hk Ltd
**Case(s): 252 Clm No: 64 Clm. Amt: $1,763.19**

*Attn: Hidy Lau*
*Room I-K, 11/F, Garment Centre*
*576 Castle Peak Rd*
*Cheung Sha Wan, Kowloon*
*Hong Kong, China*
**Date Filed: 7/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,763.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $1,763.19 | | $0.00 |
| | | | | $1,763.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### SNI Companies
**Case(s): 240 Clm No: 64 Clm. Amt: $20,953.33**

*Attn: Jill Mok*
*P.O. Box 840912*
*Dallas, TX 75284*
**Date Filed: 7/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $20,953.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $20,953.33 | | |
| | | | | $20,953.33 | | |

### The Sun Valley Group Inc
**Case(s): 241 Clm No: 64 Clm. Amt: $828.76**

*Attn: Darrell Billings*
*3160 Upper Bay Rd*
*Arcata, CA 95521-9690*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $828.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | Satisfied | | $828.76 | | $828.76 |
| | | | | $828.76 | | $828.76 |

## Commonwealth Toy & Novelty Co Inc
### Case(s): 254 Clm No: 64 Clm. Amt: $6,979.00

*Attn: Jeffrey Most*
*875 6th Ave, Ste 910*
*New York, NY 10001*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,979.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | Disallowed | | $6,979.00 | | $0.00 |
| | | | | $6,979.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Crg Financial LLC As Assignee
### Case(s): 254 Clm No: 65 Clm. Amt: $2,429.32

*of Spsi Inc/Equipment Werks*
*Attn: Shannon Kalb*
*100 Union Ave*
*Cresskill, NJ 07626*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,429.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | 503(b)(9) | | | $2,429.32 | | |
| | | | | $2,429.32 | | |

## River Ridge Farms Inc
### Case(s): 241 Clm No: 65 Clm. Amt: $1,404.26

*Attn: Veronica Ness*
*3135 W Los Angeles Ave*
*Oxnard, CA 93036*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,404.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $1,404.26 | | |
| | | | | $1,404.26 | | |

## Tusa Building Maintenance Tusa BM
### Case(s): 240 Clm No: 65 Clm. Amt: $57,945.25

*Attn: Katalin Arlett*
*2372 Morse Ave, Ste 161*
*Irvine, CA 92614*
**Date Filed: 11/1/2019**
**Orig. Date Filed: 7/1/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 65**
**Amended By Clm #: 65**
**Claim Face Value: $57,945.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Disallowed | | $57,945.25 | | $0.00 |
| 240 | UNS | | | | | $57,945.28 |
| | | | | $57,945.25 | | $57,945.28 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

### Panda Flowers Ltd
**Case(s): 252 Clm No: 65 Clm. Amt: $12,942.40**

*P.O Box 884 - 20117*
*Flower Business Park*
*Nairobi - Naivasha Hwy*
*Naivasha*
*Kenya*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $12,942.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | $12,942.40 | | $0.00 |
| | | | | $12,942.40 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/21/2021 | 1532 |

### Aggressive Energy, LLC
**Case(s): 252 Clm No: 66 Clm. Amt: $49,435.13**

*Attn: Dan Messina*
*78 Rapelye St*
*Brooklyn, NY 11231*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $49,435.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $49,435.13 | | |
| | | | | $49,435.13 | | |

### ArizonaEast Distributors, LLC
**Case(s): 240 Clm No: 66 Clm. Amt: $59,475.75**

*Attn: Brian Vitale*
*P.O. Box 596*
*Minotola, NJ 08341*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $59,475.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $59,475.75 | | |
| | | | | $59,475.75 | | |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Filed | | |

### Facebook, Inc
**Case(s): 241 Clm No: 66 Clm. Amt: $242,616.86**

*c/o Mcmahon Serepca LLP*
*Attn: David Serepca*
*1900 S Norfolk St, Ste 350*
*San Mateo, CA 94403*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $242,616.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $242,616.86 | | $0.00 |
| | | | | $242,616.86 | | $0.00 |

**Crg Financial LLC As Assignee**
**Case(s): 254 Clm No: 66 Clm. Amt: $3,932.20**

*of Stephen Joseph Inc*
*Attn: Shannon Kalb*
*100 Union Ave*
*Cresskill, NJ 07626*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,932.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | Satisfied | | $3,932.20 | | $0.00 |
| | | | | $3,932.20 | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1344 | Objection Filed | | |

**Stephen Joseph, Inc**
**Case(s): 254 Clm No: 67 Clm. Amt: $28,070.04**

*Attn: Daniel Davidson*
*4302 Ironton Ave*
*Lubbock, TX 79407*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,070.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | | | $3,932.20 | | |
| 254 | UNS | | | $24,137.84 | | |
| | | | | $28,070.04 | | |

## Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Crg Dinancial LLC* *Attn: Allison Axenrod* *Re: Stephen Joseph, Inc* *100 Union Ave* *Cresskill, NJ 07626* | | 3,932.20 | Final |

**Banner Personnel Service Inc**
**Case(s): 241 Clm No: 67 Clm. Amt: $5,725.18**

*Attn: Steven Kyress*
*7425 Janes Ave, Ste 201*
*Woodridge, IL 60517*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,725.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $5,725.18 | | |
| | | | | $5,725.18 | | |

**iHeart Media, Inc.**
**Case(s): 240 Clm No: 67 Clm. Amt: $1,297,994.88**

*Attn: Carrie Divin*
*20880 Stone Oak Pkwy*
*San Antonio, TX 78258*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,297,994.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Withdrawn | | $1,297,994.88 | | $0.00 |
| | | | | $1,297,994.88 | | $0.00 |

### Provident Spend Management, Inc
**Case(s): 252 Clm No: 67 Clm. Amt: $48,063.94**

*c/o Momkus LLC*
*Attn: David A Newby*
*1001 Warrenville Rd, Ste 500*
*Lisle, IL 60532*
**Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $48,063.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 252 | UNS | | | $48,063.94 | | |
| | | | | $48,063.94 | | |

### Supply Tigers, Inc
**Case(s): 252 Clm No: 68 Clm. Amt: $3,726.00**

*c/o Momkus LLC*
*Attn: David A Newby*
*1001 Warrenville Rd, Ste 500*
*Lisle, IL 60532*
**Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,726.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 252 | UNS | | | $3,726.00 | | |
| | | | | $3,726.00 | | |

### SRC Inc.
**Case(s): 240 Clm No: 68 Clm. Amt: $71.25**

*Attn: Steve Lemieux*
*6620 19 Mile Rd*
*Sterling Heights, MI 48314*
**Date Filed: 7/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $71.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | UNS | | | $71.25 | | |
| | | | | $71.25 | | |

### Rli Insurance Co.
**Case(s): 254 Clm No: 68 Clm. Amt:**

*Attn: Michael Dudek*
*9025 N Lindbergh Dr*
*Peoria, IL 61615*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $210,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 254 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 254 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Alorica, Inc
**Case(s): 241 Clm No: 68 Clm. Amt: $24,644.54**

*c/o Clark Hill Strasburger*
*Attn: Andrew Edson, Esq.*
*901 Main St, Ste 6000*
*Dallas, TX 75202*
**Date Filed: 10/11/2019**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 68**
**Amended By Clm #: 68**
**Claim Face Value: $24,644.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 241 | ADM | | | $24,644.54 | | $3,418.48 |
| | | | | $24,644.54 | | $3,418.48 |

## Alorica Inc
### Case(s): 241 Clm No: 69 Clm. Amt: $840,926.79

*c/o Clark Hill Strasburger*
*Attn: Andrew Edson*
*901 Main St, Ste 6000*
*Dallas, TX 75202*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 133**
**Claim Face Value: $840,926.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | | | $0.00 |
| 241 | UNS | Disallowed | | $840,926.79 | | $0.00 |
| | | | | $840,926.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

## Crg Financial LLC As Assignee
### Case(s): 254 Clm No: 69 Clm. Amt: $22,722.00

*of Waverly International Inc*
*Attn: Shannon Kalb*
*100 Union Ave*
*Cresskill, NJ 07626*
**Date Filed: 10/3/2019**
**Orig. Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 91**
**Claim Face Value: $22,722.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | | | $22,722.00 | | |
| | | | | $22,722.00 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Filed | | |

## SRC Inc
### Case(s): 240 Clm No: 69 Clm. Amt: $27,130.00

*Attn: Steve Lemieux*
*6620 19 Mile Rd*
*Sterling Heights, MI 48314*
**Date Filed: 7/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $27,130.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $27,130.00 | | |
| | | | | $27,130.00 | | |

## Exact Staff
### Case(s): 252 Clm No: 69 Clm. Amt: $187,407.24

*Attn: Niko Evrard*
*21031 Ventura Blvd, Ste 501*
*Woodland Hills, CA 91364*
**Date Filed: 8/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $187,407.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $187,407.24 | | |
| | | | | $187,407.24 | | |

**American Express Travel Related Services Company, Inc.**
**Case(s): 252 Clm No: 70 Clm. Amt: $1,218.03**

*c/o Becket and Lee LLP*
*Attn: Christopher S Cramer*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 8/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,218.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Satisfied | | $1,218.03 | | $0.00 |
| | | | | $1,218.03 | | $0.00 |

**SRC Inc**
**Case(s): 240 Clm No: 70 Clm. Amt: $5,486.00**

*Attn: Steve Lemieux*
*6620 19 Mile Rd*
*Sterling Heights, MI 48314*
**Date Filed: 7/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,486.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $5,486.00 | | |
| | | | | $5,486.00 | | |

**Pension Benefit Guaranty Corp**
**Case(s): 254 Clm No: 70 Clm. Amt: $83,022.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | | | $8,048.00 | | $0.00 |
| 254 | PRI | | | $3,381.00 | | $0.00 |
| 254 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

**Optiv Security, Inc**
**Case(s): 241 Clm No: 70 Clm. Amt: $143,985.00**

*c/o Shook, Hardy & Bacon LLP*
*Attn: Mark Moedritzer*
*2555 Grand Blvd*
*Kansas City, MO 64108*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $143,985.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | Satisfied | | $143,985.00 | | $0.00 |
| | | | | $143,985.00 | | $0.00 |

**Dependable Packaging Solutions**
**Case(s): 241 Clm No: 71 Clm. Amt: $2,400.00**

*Attn: Yolanda Pratts*
*5255 NW 159th St*
*Miami, FL 33014*
**Date Filed: 9/30/2019**
**Orig. Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $2,400.00 | | $0.00 |
| | | | | $2,400.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A
**Case(s): 254 Clm No: 71 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

### Jennifer Baumann
**Case(s): 240 Clm No: 71 Clm. Amt: $240,250.00**

*1719 N Hoyne Ave*
*Chicago, IL 60647*
**Date Filed: 7/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $240,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | PRI | Withdrawn | | $13,650.00 | | $0.00 |
| 241 | UNS | Withdrawn | | | | $0.00 |
| 240 | UNS | Withdrawn | | $226,600.00 | | $0.00 |
| | | | | $240,250.00 | | $0.00 |

### City Of Memphis
**Case(s): 252 Clm No: 71 Clm. Amt: $6,474.76**

*Attn: Kitricia Mcclellan*
*P.O Box 185*
*Memphis, TN 38101*
**Date Filed: 8/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,474.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | SEC | | | $6,474.76 | | |
| | | | | $6,474.76 | | |

### Shelby County Trustee
**Case(s): 252 Clm No: 72 Clm. Amt: $8,204.90**

*Attn: Kitricia Mcclellan*
*P.O Box 2751*
*Memphis, TN 38101*
**Date Filed: 8/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,204.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | SEC | Satisfied | | $8,204.90 | | $0.00 |
| | | | | $8,204.90 | | $0.00 |

## Siege Media LLC
### Case(s): 240 Clm No: 72 Clm. Amt: $142,200.00

*Attn: Melissa Holmes*
*624 Broadway, Ste 302*
*San Diego, CA 92101*
**Date Filed: 7/3/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 100**
**Claim Face Value: $142,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $142,200.00 | | $0.00 |
| | | | | $142,200.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Pension Benefit Guaranty Corp
### Case(s): 254 Clm No: 72 Clm. Amt: $1,524,913.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | ADM | | | | | $0.00 |
| 254 | PRI | | | | | $0.00 |
| 254 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

## Dependable Packaging Solutions
### Case(s): 241 Clm No: 72 Clm. Amt: $2,400.00

*Attn: Yolanda Pratts*
*5255 NW 159th St*
*Miami, FL 33014*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | ADM | | | $2,400.00 | | |
| | | | | $2,400.00 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Filed | | |

## Mellano And Company
### Case(s): 241 Clm No: 73 Clm. Amt: $9,511.28

*Attn: Jim Mellano*
*766 S Wall St*
*Los Angeles, CA 90014*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,511.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | 503(b)(9) | | | $2,512.91 | | |
| 241 | UNS | | | $6,998.37 | | |
| | | | | $9,511.28 | | |

## Nishad R Gadgil
**Case(s): 254 Clm No: 73 Clm. Amt: $65,000.00**

*Address Redacted*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $65,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | PRI | | | $13,650.00 | | |
| 254 | UNS | | | $51,350.00 | | |
| | | | | $65,000.00 | | |

## Techniflora, Inc.
**Case(s): 240 Clm No: 73 Clm. Amt: $12,785.60**

*Attn: Guy Mauro*
*130 Westmore Dr, 16 & 17*
*Toronto, ON M9V5E2*
*Canada*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $12,785.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $12,785.60 | | $0.00 |
| | | | | $12,785.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Quad/Graphics, Inc
**Case(s): 252 Clm No: 73 Clm. Amt: $129,623.14**

*Attn: Mike Vechart - Credit Dept*
*N61 W 230044 Harrys Way*
*Sussex, WI 53089-2827*
**Date Filed: 8/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $129,623.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $129,623.14 | | |
| | | | | $129,623.14 | | |

## Louisiana Dept Of Revenue
**Case(s): 252 Clm No: 74 Clm. Amt: $19.22**

*Attn: Santhea Domino*
*P.O Box 66658*
*Baton Rouge, LA 70896*
**Date Filed: 8/23/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 24**
**Claim Face Value: $19.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | Disallowed | | $19.22 | | $0.00 |
| | | | | $19.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## CenturyLink Communicatins, LLC
### Case(s): 240 Clm No: 74 Clm. Amt: $21,225.46

*Attn: Legal-BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 7/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,225.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $21,225.46 | | |
| | | | | $21,225.46 | | |

## Ka&F Group LLC
### Case(s): 254 Clm No: 74 Clm. Amt: $9,170.00

*Attn: Gavin Sclar*
*11722 Sorrento Valley Rd, G1*
*San Diego, CA 92121*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,170.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | 503(b)(9) | | | $9,170.00 | | |
| | | | | $9,170.00 | | |

## Norwich Bulletin
### Case(s): 241 Clm No: 74 Clm. Amt: $400.00

*c/o Providence Journal*
*Attn: Joseph M Buru*
*75 Fountain St, Ste 200*
*Providence, RI 02902*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $400.00 | | |
| | | | | $400.00 | | |

## Presstech Inc
### Case(s): 241 Clm No: 75 Clm. Amt: $1,500.00

*Attn: Edward Soske*
*959 Lee St*
*Des Plaines, IL 60016*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $750.00 | | |
| 241 | UNS | | | $750.00 | | |
| | | | | $1,500.00 | | |

## Pension Benefit Guaranty Corp
### Case(s): 254 Clm No: 75 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | ADM | | | Unknown | Y | $0.00 |
| 254 | PRI | | | Unknown | Y | $0.00 |
| 254 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Sterling
**Case(s): 240 Clm No: 75 Clm. Amt: $15,949.36**

*Attn: Rocco DiPaolo*
*One State Street Plaza, 24th Floor*
*New York, NY 10004*
**Date Filed: 7/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,949.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $15,949.36 | | $0.00 |
| | | | | $15,949.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Mother Murphy'S Laboratories, Inc.
**Case(s): 252 Clm No: 75 Clm. Amt: $828.68**

*Attn: Timothy J Hansen*
*300 Dougherty St*
*Greensboro, NC 27406*
**Date Filed: 8/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $828.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $828.68 | | |
| | | | | $828.68 | | |

## W.W. Grainger, Inc
**Case(s): 252 Clm No: 76 Clm. Amt: $35,304.19**

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 252 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 252 | UNS | Disallowed | | $32,836.06 | | $0.00 |
| | | | | $35,304.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Bake Me A Wish!
**Case(s): 240 Clm No: 76 Clm. Amt: $15,166.80**

*Attn: Bryce Eric Morrison*
*303 5th Ave, Rm 2001*
*New York, NY 10016*
**Date Filed: 7/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,166.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $7,266.60 | | |
| 240 | UNS | | | $7,900.20 | | |
| | | | | $15,166.80 | | |

## U.S. Customs And Border Protection
### Case(s): 254 Clm No: 76 Clm. Amt: $0.00

*Attn: Revenue Div, Bankruptcy Team*
*6650 Telecom Dr, Ste 100*
*Indianapolis, IN 46278*
**Date Filed: 1/27/2020**
**Orig. Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 76**
**Amended By Clm #: 76**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 254 | ADM | Withdrawn | | $0.00 | Y | $0.00 |
| | | | | $0.00 | | $0.00 |

## Waste Management
### Case(s): 241 Clm No: 76 Clm. Amt: $4,977.09

*c/o Bankruptcy Dept*
*Attn: Adriana Villalbos*
*2625 W Grandview Rd, Ste 150*
*Phoenix AZ 85023*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,977.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 241 | UNS | | | $4,977.09 | | |
| | | | | $4,977.09 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## East Group Properties, L.P.
### Case(s): 241 Clm No: 77 Clm. Amt: $13,900.03

*Attn: John E Travis*
*2200 E Camelback Rd, Ste 210*
*Phoenix, AZ 85016*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,900.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 241 | ADM | | | $13,900.03 | | |
| | | | | $13,900.03 | | |

## Horizon Media, Inc.
### Case(s): 254 Clm No: 77 Clm. Amt: $450,557.15

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 254 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**CARSON INDUSTRIES, INC.**

**Case(s): 240 Clm No: 77 Clm. Amt: $46,669.50**

*c/o Carson Home Accents*
*Attn: Aberia Hempfling*
*189 FOREMAN RD*
*FREEPORT, PA 16229*
**Date Filed: 7/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $46,669.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $6,588.00 | | $0.00 |
| 254 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $40,081.50 | | $0.00 |
| | | | | $46,669.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**TRC Master Fund**

**Case(s): 252 Clm No: 77 Clm. Amt: $285,441.00**

*As Assignee of Marlborough Greenhouses inc.*
*Attn: Terrel Ross*
*P.O. Box 633*
*Woodmere, NY 11598*
**Date Filed: 1/6/2020**
**Bar Date: 10/7/2019**
**Amending Clm #: 77**
**Amended By Clm #: 77**
**Claim Face Value: $285,441.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $9,818.75 | | |
| 252 | UNS | | | $275,622.25 | | |
| | | | | $285,441.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund LLC*<br>*Attn: Terrel Ross*<br>*Re: Marlborough Greenhouses Inc*<br>*P.O. Box 633*<br>*Woodmere, NY 11598* | 100.00% | | Final |

**Lyneer Staffing Solution LLC**

**Case(s): 252 Clm No: 78 Clm. Amt: $247,753.06**

*Attn: Ar Dept*
*1011 Whitehead Rd Extension*
*Ewing, NJ 08638*
**Date Filed: 9/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $247,753.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $247,753.06 | | |
| | | | | $247,753.06 | | |

## On Target Staffing, LLC
### Case(s): 240 Clm No: 78 Clm. Amt: $377,202.00

*Attn: Fred Dempsey*
*2050 Rte 27, Ste103*
*North Brunswick, NJ 08902*
**Date Filed: 6/3/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 9**
**Claim Face Value: $377,202.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $377,202.00 | | $0.00 |
| | | | | $377,202.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Horizon Media, Inc.
### Case(s): 254 Clm No: 78 Clm. Amt: $6,010.75

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Synergy Direct LLC
### Case(s): 241 Clm No: 78 Clm. Amt: $14,339.08

*Attn: Douglas A Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 104**
**Claim Face Value: $14,339.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | Disallowed | | $14,339.08 | | $0.00 |
| | | | | $14,339.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Verizon Media
### Case(s): 241 Clm No: 79 Clm. Amt: $10,941.38

*c/o Stinson LLP*
*Attn: Tracey M Ohm*
*1775 Pennsylvania Ave Nw, Ste 800*
*Washington, DC 20006*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,941.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $10,941.38 | | |
| | | | | $10,941.38 | | |

## Elk Grove Mechanical
### Case(s): 254 Clm No: 79 Clm. Amt: $1,959.50

*Attn: Scott Curatti*
*1004 Morse Ave*
*Schaumburg, IL 60193*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,959.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | | | $1,959.50 | | |
| | | | | $1,959.50 | | |

## American Backflow and Fire Prevention
### Case(s): 240 Clm No: 79 Clm. Amt: $1,544.00

*Attn: Stephanie Hefner*
*1540 N Old Rand Rd*
*Wauconda, IL 60084*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,544.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,544.00 | | |
| | | | | $1,544.00 | | |

## Deborah Sale-Butler
### Case(s): 252 Clm No: 79 Clm. Amt: $250.00

*Address Redacted*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $250.00 | | |
| | | | | $250.00 | | |

## Li M Lau
### Case(s): 252 Clm No: 80 Clm. Amt: $91,008.49

*Address Redacted*
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $91,008.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $91,008.49 | | |
| | | | | $91,008.49 | | |

## Picture It Personal, Inc.
### Case(s): 240 Clm No: 80 Clm. Amt: $21,752.09

*Attn: April Lahti*
*54 Fenwood Rd*
*Mahopac, NY 10541*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,752.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $21,752.09 | | |
| | | | | $21,752.09 | | |

### McMaster-Carr Supply Co.
**Case(s): 254 Clm No: 80 Clm. Amt: $4,416.20**

*Attn: Robert Lenzi*
*P.O. Box 4355*
*Chicago, IL 60680*
**Date Filed: 10/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,416.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | UNS | Disallowed | | $4,416.20 | | $0.00 |
| | | | | $4,416.20 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Aig Property Casualty, Inc. And Its Affiliates
**Case(s): 241 Clm No: 80 Clm. Amt:**

*Attn: Kevin J Larner*
*80 Pine St, 13th Fl*
*New York, NY 10005*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | ADM | | | | | $0.00 |
| 241 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

### Synergy Direct LLC
**Case(s): 241 Clm No: 81 Clm. Amt: $13,249.60**

*Attn: Douglas A Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,249.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | ADM | Disallowed | | $13,249.60 | | $0.00 |
| | | | | $13,249.60 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### New York State Dept of Taxation and Finance
**Case(s): 254 Clm No: 81 Clm. Amt: $3,442.68**

*c/o Bankruptcy Section*
*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed: 10/29/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $3,442.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | PRI | | | $2,942.68 | | |
| 254 | UNS | | | $500.00 | | |
| | | | | $3,442.68 | | |

**CBC Group Inc**
**Case(s): 240 Clm No: 81 Clm. Amt: $8,915.68**

*Attn: Tina Lee Davis*
*1013 Veterans Dr*
*Lewisburg, TN 37091*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,915.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | UNS | | | $8,915.68 | | |
| | | | | $8,915.68 | | |

**Harvest Land Co-Op Inc.**
**Case(s): 252 Clm No: 81 Clm. Amt: $734.22**

*Attn: Teresa Dunlavy*
*1435 NW 5th St*
*P.O Box 516*
*Richmond, IN 47375*
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $734.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 252 | UNS | | | $734.22 | | |
| | | | | $734.22 | | |

**The Professional Marketing Company**
**Case(s): 252 Clm No: 82 Clm. Amt: $1,008.00**

*Attn: Eileen Marsh*
*P.O Box 5293*
*Arlington, TX 76005*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,008.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 252 | PRI | Disallowed | | $1,008.00 | | $0.00 |
| 252 | UNS | | | | | $1,008.00 |
| | | | | $1,008.00 | | $1,008.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/11/2020 | 1175 |

**Made Modern LLC**
**Case(s): 240 Clm No: 82 Clm. Amt: $9,995.00**

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,995.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 254 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $9,995.00 | | $0.00 |
| | | | | $9,995.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## CIT Bank NA
### Case(s): 254 Clm No: 82 Clm. Amt: $43,779.09

c/o Bankruptcy Processing Solutions
Attn: Amy Tate
PO Box 593007
San Antonio, TX 78259
**Date Filed: 11/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $43,779.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | UNS | Disallowed | | $43,779.09 | | $0.00 |
| | | | | $43,779.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Cisco Systems Capital Corporation
### Case(s): 241 Clm No: 82 Clm. Amt: $270,078.89

c/o Bialson, Bergen & Schwab
Attn: Lawrence Schwab / Thomas Gaa
633 Menlo Ave, Ste 100
Menlo Park, CA 94025
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $270,078.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | SEC | Disallowed | | $270,078.89 | | $0.00 |
| | | | | $270,078.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |

## Bloomex Inc
### Case(s): 241 Clm No: 83 Clm. Amt: $10,918.65

8-4095 Belgreen Dr
Ottawa, ON K4P 1B3
Canada
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,918.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | $10,918.65 | | $0.00 |
| | | | | $10,918.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## S&S Activewear LLC
### Case(s): 254 Clm No: 83 Clm. Amt: $25,548.24

Attn: Laura Weckesser
220 Remington Blvd Fl 3
Bolingbrook, IL 60440
**Date Filed: 11/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $25,548.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | UNS | | | $25,548.24 | | |
| | | | | $25,548.24 | | |

## Made Modern LLC
### Case(s): 240 Clm No: 83 Clm. Amt: $2,197.80

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,197.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $2,197.80 | | $0.00 |
| | | | | $2,197.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Reblee - Allegiance Staffing
### Case(s): 252 Clm No: 83 Clm. Amt: $1,771.05

*Attn: Billy Salyers*
*5200 77 Center Dr, Ste 150*
*Charlotte, NC 28217*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,771.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | PRI | Disallowed | | $1,771.05 | | $0.00 |
| 252 | UNS | | | | | $1,771.05 |
| | | | | $1,771.05 | | $1,771.05 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

## Blaisdell & Songey Inc
### Case(s): 252 Clm No: 84 Clm. Amt: $1,351.94

*Attn: Farm Castillo*
*474 Roland Way*
*Oakland, CA 94621*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,351.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $1,351.94 | | |
| | | | | $1,351.94 | | |

## Made Modern LLC
### Case(s): 240 Clm No: 84 Clm. Amt: $1,198.80

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,198.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $1,198.80 | | $0.00 |
| | | | | $1,198.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**Franchise Tax Board**
**Case(s): 254 Clm No: 84 Clm. Amt: $840.73**

*Attn: Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $840.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | PRI | | | $840.73 | | |
| | | | | $840.73 | | |

**Village Of Downers Grove**
**Case(s): 241 Clm No: 84 Clm. Amt: $5,992.57**

*Attn: Enza Petrarca*
*801 Burlington Ave*
*Downers Grove, IL 60515*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,992.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $5,992.57 | | |
| | | | | $5,992.57 | | |

**East Group Properties, L.P. (Successor To Gavi Airways LLC)**
**Case(s): 241 Clm No: 85 Clm. Amt: $231,485.53**

*Attn: John E Travis*
*2200 E Camelback Rd, Ste 210*
*Phoenix, AZ 85016*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 105**
**Claim Face Value: $231,485.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | Disallowed | | $231,485.53 | | $0.00 |
| | | | | $231,485.53 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**California Department of Tax and Fee Administration**
**Case(s): 254 Clm No: 85 Clm. Amt: $74,848.90**

*(functional successor to Board of Equalization 7/1/17)*
*Attn: Special Ops, MIC 55*
*P.O. Box 942879*
*Sacramento, CA 94279-0055*
**Date Filed: 11/29/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 88**
**Claim Face Value: $74,848.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 254 | PRI | Disallowed | | $74,278.90 | | $0.00 |
| 254 | UNS | Disallowed | | $570.00 | | $0.00 |
| | | | | $74,848.90 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Made Modern LLC
### Case(s): 240 Clm No: 85 Clm. Amt: $3,516.48

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,516.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $3,516.48 | | $0.00 |
| | | | | $3,516.48 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Giftwares Company Inc
### Case(s): 252 Clm No: 85 Clm. Amt: $4,311.97

*Attn: Gregg Dickman*
*436 1st Ave*
*Royersford, PA 19468*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,311.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $771.63 | | |
| 252 | UNS | | | $3,540.34 | | |
| | | | | $4,311.97 | | |

### The Reveregroup
### Case(s): 252 Clm No: 86 Clm. Amt: $4,704.00

*Attn: Michael King*
*P.O Box 80157*
*Seattle, WA 98108*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,704.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $4,704.00 | | |
| | | | | $4,704.00 | | |

### Made Modern LLC
### Case(s): 240 Clm No: 86 Clm. Amt: $499.50

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $499.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $499.50 | | $0.00 |
| | | | | $499.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Piyapoom Jewelry Co Ltd
### Case(s): 254 Clm No: 86 Clm. Amt: $3,091.20

*Attn: Vibul Hongsrichinda*
*21/16-17 Soi Sukhumvit*
*49 Sukumvit Rd Klongton-Nue*
*Wattana District, Bangkok 10110*
*Thailand*
**Date Filed: 2/4/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,091.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | 503(b)(9) | Disallowed | | $3,091.20 | | $0.00 |
| 254 | UNS | | | | | $3,091.20 |
| | | | | $3,091.20 | | $3,091.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

## Pension Benefit Guaranty Corp
### Case(s): 241 Clm No: 86 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | ADM | | | $8,048.00 | | $0.00 |
| 241 | PRI | | | $3,381.00 | | $0.00 |
| 241 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

## Pension Benefit Guaranty Corp
### Case(s): 241 Clm No: 87 Clm. Amt: $1,524,913.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | ADM | | | Unknown | Y | $0.00 |
| 241 | PRI | | | Unknown | Y | $0.00 |
| 241 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

## Centerpoint Marketing Inc.
### Case(s): 254 Clm No: 87 Clm. Amt: $170,465.65

*c/o Stahl Cowen Crowley Addis*
*Attn: Bruce Dopke*
*55 W Monroe St, Ste 1200*
*Chicago, IL 60603*
**Date Filed: 3/17/2020**
**Orig. Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 54**
**Claim Face Value: $170,465.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 254 | UNS | | | $170,465.65 | | |
| | | | | $170,465.65 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 05/22/2020 | 1225 | Objection Filed | | |
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Filed | | |

## Made Modern LLC
### Case(s): 240 Clm No: 87 Clm. Amt: $2,997.00

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,997.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $2,997.00 | | $0.00 |
| | | | | $2,997.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Total Food Logistics LLC
### Case(s): 252 Clm No: 87 Clm. Amt: $562.10

*Attn: Carlos Valera*
*2377 NW 97th Ave*
*Doral, FL 33172*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $562.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $562.10 | | $0.00 |
| | | | | $562.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Burrelles Luce
### Case(s): 252 Clm No: 88 Clm. Amt: $830.35

*Attn: John Pecci*
*30 B Vreeland Rd*
*P.O Box 674*
*Florham Park, NJ 07932*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $830.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $830.35 | | |
| | | | | $830.35 | | |

## Made Modern LLC
### Case(s): 240 Clm No: 88 Clm. Amt: $2,517.48

*Attn: Daniel Shamoilia*
*20 Vesey St, Ste 200*
*New York, NY 10007*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,517.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $2,517.48 | | $0.00 |
| | | | | $2,517.48 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**California Department of Tax and Fee Administration**
**Case(s): 254 Clm No: 88 Clm. Amt: $53,585.50**

*Attn: Ryan Slauson*
*P.O. Box 942879*
*Sacramento, CA 94279-0055*
**Date Filed: 5/26/2020**
**Orig. Date Filed: 11/29/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 85**
**Claim Face Value: $53,585.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $53,015.50 | | |
| 254 | UNS | | | $570.00 | | |
| | | | | $53,585.50 | | |

**Cumulus Median Inc & Subsidaries**
**Case(s): 241 Clm No: 88 Clm. Amt: $556,583.82**

*Attn: Erik Schmitz*
*3280 Peachtree Rd Nw, Ste 2200*
*Atlanta, GA 30305*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $556,583.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $556,583.82 | | $0.00 |
| | | | | $556,583.82 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

**Easysaver Class Reps On Behalf Of Themselves & All Others Similarly Situated In The Class Action Described In The Settlement Agreement In Exhibit A**
**Case(s): 241 Clm No: 89 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

### Waverly International, Inc.
### Case(s): 240 Clm No: 89 Clm. Amt: $22,772.00

*Attn: Robert Calabrese*
*81624 Camino Cosetita*
*Indio, CA 92203*
**Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 69**
**Claim Face Value: $22,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $22,772.00 | | $0.00 |
| | | | | $22,772.00 | | $0.00 |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Crg Financial LLC*<br>*Attn: Allison Axenrod*<br>*Re: Waverly International, Inc*<br>*100 Union Ave*<br>*Cresskill, NJ 07626* | 100.00% | | Final |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### State Of New Jersey - Division Of Taxation
### Case(s): 254 Clm No: 89 Clm. Amt: $0.00

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 7/2/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 61**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | PRI | | | $0.00 | | |
| | | | | $0.00 | | |

### Trade Audio Corporation
### Case(s): 252 Clm No: 89 Clm. Amt: $461.17

*Attn: Juan Carlos Alvarez*
*4609 SW 71st Ave*
*Miami, FL 33155*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $461.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $461.17 | | |
| | | | | $461.17 | | |

### Champion Waste & Recycling Services LLC
### Case(s): 252 Clm No: 90 Clm. Amt: $10,358.37

*Attn: Michelle Kuhar*
*P.O Box 565808*
*Dallas, TX 75247*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,358.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $10,358.37 | | |
| | | | | $10,358.37 | | |

### Verizon Business Global LLC
### Case(s): 240 Clm No: 90 Clm. Amt: $8,939.96

*Attn: William M Vermett*
*22001 Loudoun County Pkwy*
*Ashburn, VA 20147*
**Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,939.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $8,939.96 | | |
| | | | | $8,939.96 | | |

### Pension Benefit Guaranty Corp
### Case(s): 241 Clm No: 90 Clm. Amt: $195,000.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | Unknown | Y | $0.00 |
| 241 | PRI | | | Unknown | Y | $0.00 |
| 241 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

### TPUSA, Inc (Teleperformance)
### Case(s): 241 Clm No: 91 Clm. Amt: $566,577.09

*Attn: Gerry Holman*
*5295 S Commerce Dr, Ste 600*
*Murray, UT 84107*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $566,577.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $566,577.09 | | |
| | | | | $566,577.09 | | |

### Waverly International, Inc.
### Case(s): 240 Clm No: 91 Clm. Amt: $22,772.00

*Attn: Robert Calabrese*
*81624 Camino Cosetita*
*Indio, CA 92203*
**Date Filed: 7/11/2019**
**Orig. Date Filed: 7/10/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 89**
**Amended By Clm #: 69**
**Claim Face Value: $22,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $22,772.00 | | $0.00 |
| | | | | $22,772.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Ampush LLC
### Case(s): 252 Clm No: 91 Clm. Amt: $105,495.88

*450 9th St, 2nd Fl*
*San Francisco, CA 94103*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $105,495.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | Disallowed | | $71,304.13 | | $0.00 |
| 252 | UNS | Disallowed | | $34,191.75 | | $0.00 |
| | | | | $105,495.88 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 10/21/2019 | 800 | Objection Granted | 11/19/2019 | 919 |
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Raymond Of New Jersey, LLC
### Case(s): 252 Clm No: 92 Clm. Amt: $4,194.16

*1000 Brighton St*
*Union, NJ 07083*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,194.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | Disallowed | | $4,194.16 | | $0.00 |
| | | | | $4,194.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Golden Edibles, LLC
### Case(s): 240 Clm No: 92 Clm. Amt:

*Attn: Steve Asbaty*
*6615 W Boynton Beach Blvd, Ste 335*
*Boynton Beach, FL 33473*
**Date Filed: 7/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Microsoft Corp, Microsoft Licensing Gp
### Case(s): 241 Clm No: 92 Clm. Amt: $1,726,468.98

*And Microsoft Online, Inc*
*c/o Fox Rothschild LLP*
*Attn: Joseph E Shickich, Jr*
*1001 4th Ave, Ste 4500*
*Seattle, WA 98154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,726,468.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $1,726,468.98 | | $1,691,667.97 |
| | | | | $1,726,468.98 | | $1,691,667.97 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 12/22/2020 | | Objection Granted | 01/15/2021 | 1325 |

## Salesforce.Com, Inc
### Case(s): 241 Clm No: 93 Clm. Amt: $1,050.00

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab/Thomas M Gaa*
*633 Menlo Ave, Ste 100*
*Menlo Park, CA 94025*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,050.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $1,050.00 | | |
| | | | | $1,050.00 | | |

## Maple Landmark, Inc
### Case(s): 240 Clm No: 93 Clm. Amt: $9,560.98

*Attn: Michael L. Rainville*
*1297 Exchange St*
*Middlebury, VT 05753*
**Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,560.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $9,560.98 | | |
| | | | | $9,560.98 | | |

## Cooley LLP
### Case(s): 252 Clm No: 93 Clm. Amt: $178,854.43

*Attn: J Michael Kelly*
*101 California St, 5th Fl*
*San Francisco, CA 94111*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $178,854.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $178,854.43 | | |
| | | | | $178,854.43 | | |

## Unique Labor Inc
### Case(s): 240 Clm No: 94 Clm. Amt: $9,994.44

*Attn: Hector Garcia Jr.*
*P.O. Box 752054*
*Memphis, TN 38175*
**Date Filed: 7/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,994.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $9,994.44 | | $0.00 |
| | | | | $9,994.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Horizon Media, Inc.
### Case(s): 241 Clm No: 94 Clm. Amt: $450,557.15

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $450,557.15 | | |
| | | | | $450,557.15 | | |

## Decor Moulding & Supply
### Case(s): 252 Clm No: 94 Clm. Amt: $15,152.00

*Attn: Martin Schwager*
*300 Wireless Blvd*
*Hauppauge, NY 11788*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,152.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $13,050.00 | | |
| 252 | UNS | | | $2,102.00 | | |
| | | | | $15,152.00 | | |

## 360I, LLC
### Case(s): 241 Clm No: 95 Clm. Amt: $1,626,916.75

*Attn: Thomas Meisner*
*32 Ave of the Americas, 16th Fl*
*New York, NY 10013*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,626,916.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | Satisfied | | $1,626,916.75 | | $1,599,439.24 |
| 241 | UNS | | | | | $27,477.51 |
| | | | | $1,626,916.75 | | $1,626,916.75 |

## Terry Town Corporation
### Case(s): 240 Clm No: 95 Clm. Amt: $6,022.80

*Attn: Saip Ereren*
*8851 Kerns St, Ste 100*
*San Diego, CA 92154*
**Date Filed: 7/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,022.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $6,022.80 | | |
| | | | | $6,022.80 | | |

## Pelton Shepherd Industries
### Case(s): 252 Clm No: 95 Clm. Amt: $162,640.00

c/o Law Offices of Charles L Hastings
Attn: Natali A Ron
4568 Feather River Dr, Ste A
Stockton, CA 95219
**Date Filed: 9/13/2019**
**Orig. Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 149**
**Claim Face Value: $162,640.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $162,640.00 | | |
| | | | | $162,640.00 | | |

## Verascape, Inc.
### Case(s): 252 Clm No: 96 Clm. Amt: $11,062.51

Attn: Accounts Receivable
155 W Central Rd
Schaumburg, IL 60195-1945
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,062.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $11,062.51 | | |
| | | | | $11,062.51 | | |

## Chill Factor Corp.
### Case(s): 240 Clm No: 96 Clm. Amt: $16,088.05

Attn: Marco Troya
7547 NW 70 St
Miami, FL 33166
**Date Filed: 7/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $16,088.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $16,088.05 | | |
| | | | | $16,088.05 | | |

## Gwendolyn Isoke
### Case(s): 241 Clm No: 96 Clm. Amt: $15,000.00

Address Redacted
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $15,000.00 | | |
| | | | | $15,000.00 | | |

## Kennicott Brothers, Co
### Case(s): 241 Clm No: 97 Clm. Amt: $8,899.45

Attn: Mary Allen
3730 W 131st St A
Alsip, IL 60803
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,899.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $5,687.16 | | |
| 241 | UNS | | | $3,212.29 | | |
| | | | | $8,899.45 | | |

## Pagter Innovations Inc.
### Case(s): 240 Clm No: 97 Clm. Amt: $1,700.00

*Attn: Antoine Hendrickx*
*914 Marcon Blvd, Ste 105*
*Allentown, PA 18109*
**Date Filed: 7/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,700.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $1,700.00 | | $0.00 |
| | | | | $1,700.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

## Complete Transport Refrigeration Service Inc.
### Case(s): 252 Clm No: 97 Clm. Amt: $1,691.51

*Attn: Kim Mccue*
*6200 W 51st St*
*Chicago, IL 60638*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,691.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,691.51 | | |
| | | | | $1,691.51 | | |

## Osco Incorporated
### Case(s): 252 Clm No: 98 Clm. Amt: $6,860.99

*Attn: Maureen Mcgovern*
*P.O Box 698*
*Minooka, IL 60442*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,860.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $4,538.44 | | |
| 252 | UNS | | | $2,322.55 | | |
| | | | | $6,860.99 | | |

## Jeffrey D. T. Severts
### Case(s): 240 Clm No: 98 Clm. Amt: $332,769.30

*409 W Walnut St*
*Hinsdale, IL 60521*
**Date Filed: 7/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $332,769.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $332,769.30 | | |
| | | | | $332,769.30 | | |

## Graphic Arts Studio, Inc.
### Case(s): 241 Clm No: 98 Clm. Amt: $42,994.56

*Attn: Thomas Langer*
*28 W 111 Commercial Ave*
*Barrington, IL 60010*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $42,994.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $8,840.92 | | |
| 241 | UNS | | | $34,153.64 | | |
| | | | | $42,994.56 | | |

## 360I, LLC
### Case(s): 241 Clm No: 99 Clm. Amt: $3,744,541.21

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Thomas Meisner*<br>*32 Ave of the Americas, 16th Fl*<br>*New York, NY 10013*<br>**Date Filed: 10/4/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $3,744,541.21** | 241 | UNS | | | $3,744,541.21 | | $1,740,859.67 |
| | | | | | $3,744,541.21 | | $1,740,859.67 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 12/22/2020 | 1312 | Objection Granted | 01/15/2021 | 1325 |

## Access Information Management
### Case(s): 252 Clm No: 99 Clm. Amt: $1,087.95

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Margaret Applin*<br>*500 Unicorn Park, Ste 503*<br>*Woburn, MA 01801*<br>**Date Filed: 9/13/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $1,087.95** | 252 | UNS | | | $1,087.95 | | |
| | | | | | $1,087.95 | | |

## Piedmont Natural Gas
### Case(s): 240 Clm No: 99 Clm. Amt: $350.30

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Lashawnda Freeman*<br>*4339 S Tryon St*<br>*Charlotte, NC 28217*<br>**Date Filed: 7/15/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $350.30** | 240 | UNS | | | $350.30 | | |
| | | | | | $350.30 | | |

## Siege Media LLC
### Case(s): 240 Clm No: 100 Clm. Amt: $93,483.33

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: 624 Broadway, Ste 302*<br>*624 Broadway, Ste 302*<br>*San Diego, CA 92101*<br>**Date Filed: 9/24/2019**<br>**Orig. Date Filed: 7/3/2019**<br>**Bar Date: 10/7/2019**<br>**Amending Clm #: 72**<br>**Amended By Clm #: 100**<br>**Claim Face Value: $93,483.33** | 240 | UNS | | | $93,483.33 | | |
| | | | | | $93,483.33 | | |

## City Of Philadelphia
### Case(s): 252 Clm No: 100 Clm. Amt: $5,202.45

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *School District of Philadelphia*<br>*c/o City of Philadelphia Law-Tax & Revenue Unit*<br>*Attn: Megan Harper*<br>*1401 John F Kennedy Blvd, Fl 5*<br>*Philadelphia, PA 19102*<br>**Date Filed: 9/13/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $5,202.45** | 252 | PRI | | | $5,202.45 | | |
| | | | | | $5,202.45 | | |

## Criteo
**Case(s): 241 Clm No: 100 Clm. Amt: $60,936.01**

*Attn: Guilherme Carrascoza*
*387 Park Ave S*
*New York, NY 10016*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $60,936.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $60,936.01 | | |
| | | | | $60,936.01 | | |

## Caroline Riordan
**Case(s): 241 Clm No: 101 Clm. Amt: $200,000.00**

*2026 Dewes St*
*Glenview, IL 60025*
**Date Filed: 10/5/2019**
**Orig. Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 102**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | PRI | Disallowed | | $13,650.00 | | $0.00 |
| 241 | UNS | Disallowed | | $186,350.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## NJ Department Of Treasury
**Case(s): 252 Clm No: 101 Clm. Amt:**

*Attn: Heather Graham*
*Unclaimed Property Admin*
*50 W State St, 6th Fl*
*Trenton, NJ 08608*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Pereira & O'Dell LLC
**Case(s): 240 Clm No: 101 Clm. Amt: $197,789.75**

*Attn: Rolando Marquez*
*1265 Battery St*
*San Francisco, CA 94111*
**Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $197,789.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $197,789.75 | | |
| | | | | $197,789.75 | | |

### Frank Wu
**Case(s): 240 Clm No: 102 Clm. Amt: $21,156.00**

*c/o Coaster & Framick Associates, Inc*
*10th Fl, Ste 609*
*Lin Sen North Rd*
*Taiwan, R.O.C 10491*
*Taipei*
**Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,156.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $21,156.00 | | $0.00 |
| | | | | $21,156.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Kouway Industrial Shares Co, Ltd
**Case(s): 252 Clm No: 102 Clm. Amt: $44,467.44**

*Flat/Rm 1401 Cambridge House*
*26-28 Cameron Rd*
*Tsim Sha Tsui*
*Kowloon, Hong Kong*
*China*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 8**
**Claim Face Value: $44,467.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $44,467.44 | | |
| | | | | $44,467.44 | | |

### Caroline Riordan
**Case(s): 241 Clm No: 102 Clm. Amt: $200,000.00**

*2026 Dewes St*
*Glenview, IL 60025*
**Date Filed: 10/5/2019**
**Orig. Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 101**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | PRI | Disallowed | | $13,650.00 | | $0.00 |
| 241 | UNS | Disallowed | | $186,350.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Apex Systems, LLC
**Case(s): 241 Clm No: 103 Clm. Amt: $37,772.00**

*c/o Mcguirewoods LLP*
*Attn: Sarah Boehm*
*Gateway Plaza, 800 E Canal St*
*Richmond, VA 23219*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,772.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $37,772.00 | | |
| | | | | $37,772.00 | | |

### Pridestaff, Inc
**Case(s): 252 Clm No: 103 Clm. Amt: $37,537.54**

*Attn: Michael Aprile*
*7535 N Palm, Ste 101*
*Fresno, CA 93711*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,537.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $37,537.54 | | |
| | | | | $37,537.54 | | |

### Kouway Industrial Shares Co, Ltd
**Case(s): 240 Clm No: 103 Clm. Amt: $44,467.44**

*Attn: Michael Wang*
*Room 1508, Zhongshen Garden Bldg B*
*Caitian S Rd, Futian District*
*Shenzhen, Guangdong Province*
*China*
**Date Filed: 7/15/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 8**
**Claim Face Value: $44,467.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $44,467.44 | | $0.00 |
| | | | | $44,467.44 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Personal Creations
**Case(s): 240 Clm No: 104 Clm. Amt: $987.50**

*1301 Internationale Parkway*
*Woodridge, IL 60517*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 18**
**Claim Face Value: $987.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $987.50 | | |
| | | | | $987.50 | | |

### The Sedona Group Ltd
**Case(s): 252 Clm No: 104 Clm. Amt: $48,271.53**

*Attn: Jody Sturmer*
*612 Valley View Dr*
*Moline, IL 61265*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $48,271.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $48,271.53 | | |
| | | | | $48,271.53 | | |

### Synergy Direct LLC
**Case(s): 241 Clm No: 104 Clm. Amt: $14,339.08**

*Attn: Douglas A Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/7/2019**
**Orig. Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 78**
**Claim Face Value: $14,339.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Satisfied | | $14,339.08 | | $0.00 |
| | | | | $14,339.08 | | $0.00 |

## East Group Properties, L.P. (Successor To Gavi Airways LLC)
## Case(s): 241 Clm No: 105 Clm. Amt: $231,485.53

*Attn: John E Travis*
*2200 E Camelback Rd, Ste 210*
*Phoenix, AZ 85016*
**Date Filed: 10/7/2019**
**Orig. Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 85**
**Claim Face Value: $231,485.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 241 | UNS | | | $231,485.53 | | $217,168.47 |
| | | | | $231,485.53 | | $217,168.47 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Arrow Exterminators, Inc
## Case(s): 252 Clm No: 105 Clm. Amt:

*Attn: Jeff Sheridan*
*1517 W N Carrier Pwy, Ste 146*
*Grand Prairie, TX 75050*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

## Kitayama Brothers Inc.
## Case(s): 240 Clm No: 105 Clm. Amt: $13,807.20

*P.O. Box 1510*
*Watsonville, CA 95077*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,807.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $13,807.20 | | |
| | | | | $13,807.20 | | |

## Laurel Elliott dvb new york
## Case(s): 240 Clm No: 106 Clm. Amt: $1,784.00

*Attn: Kurt Leege*
*149 E 23 St, Ste 1807*
*New York, NY 10159*
**Date Filed: 7/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,784.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $1,784.00 | | |
| | | | | $1,784.00 | | |

## Staffmark Investment LLC
## Case(s): 252 Clm No: 106 Clm. Amt: $41,776.93

*Attn: Lisa Bailey*
*201 E 4th St, Ste 800*
*Cincinnati, OH 45202*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $41,776.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $41,776.93 | | |
| | | | | $41,776.93 | | |

### Ad Results Media, LLC
**Case(s): 241 Clm No: 106 Clm. Amt: $3,114,767.19**

*c/o Sullivan Hill Rez & Engel, Aplc*
*Attn: Christopher V Hawkins*
*600 B St, Ste 1700*
*San Diego, CA 92101*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,114,767.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $3,114,767.19 | | $0.00 |
| | | | | $3,114,767.19 | | $0.00 |

### Horizon Media, Inc.
**Case(s): 241 Clm No: 107 Clm. Amt: $6,010.75**

*c/o Loeb & Loeb LLP*
*Attn: William M Hawkins*
*345 Park Ave*
*New York, NY 10154*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $6,010.75 | | |
| | | | | $6,010.75 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/03/2021 | 1399 | Objection Filed | | |

### Care Purchasing Services
**Case(s): 252 Clm No: 107 Clm. Amt: $306.00**

*Attn: Julie A Springer*
*400 Locust St, Ste 820*
*Des Moines, IA 50309*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $306.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $306.00 | | |
| | | | | $306.00 | | |

### Topet Far East Industrial Co
**Case(s): 240 Clm No: 107 Clm. Amt: $208,806.00**

*Attn: Hui, Tseng*
*39G Hang King Gdn, 9 Wing Fong Rd*
*Kwai Fong, N.T, Hong Kong*
*China*
**Date Filed: 7/18/2019**
**Orig. Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 17**
**Claim Face Value: $208,806.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $208,806.00 | | $163,236.48 |
| 240 | UNS | | | | | $45,569.52 |
| | | | | $208,806.00 | | $208,806.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |

## JDS Parcel Inc
### Case(s): 240 Clm No: 108 Clm. Amt: $9,121.20

Attn: John Anthony Ramirez III
166 Ashland Oaks Dr
Catawba, SC 29704
**Date Filed: 7/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,121.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $9,121.20 | | |
| | | | | $9,121.20 | | |

## Abraham J Wijnperle
### Case(s): 252 Clm No: 108 Clm. Amt: $73,862.67

3066 NW 30th Way
Boca Raton, FL 33431
**Date Filed: 9/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $73,862.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $73,862.67 | | |
| | | | | $73,862.67 | | |

## Microsoft Corp, Microsoft Licensing Gp
### Case(s): 241 Clm No: 108 Clm. Amt: $7,637.77

And Microsoft Online, Inc
c/o Fox Rothschild LLP
Attn: Joseph E Shickich, Jr
1001 4th Ave, Ste 4500
Seattle, WA 98154
**Date Filed: 12/12/2019**
**Orig. Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 108**
**Amended By Clm #: 108**
**Claim Face Value: $7,637.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $7,637.77 | | |
| | | | | $7,637.77 | | |

## Randstad North America, Inc
### Case(s): 241 Clm No: 109 Clm. Amt: $922,297.02

c/o Bryan Cave Leighton Paisner LLP
Attn: Mark I Duedall
1201 W Peachtree St, NW, 14th Fl
Atlanta, GA 30309
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $922,297.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | PRI | Disallowed | | $677,500.02 | | $0.00 |
| 241 | UNS | Disallowed | | $244,797.00 | | $0.00 |
| | | | | $922,297.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1138 | Objection Granted | 07/06/2021 | 1452 |
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

### Recology Auburn Placer
**Case(s): 252 Clm No: 109 Clm. Amt: $10,409.48**

*c/o Auburn Placer Disposal Service*
*P.O. Box 6566*
*Auburn, CA 95604-6566*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,409.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | Disallowed | | $10,409.48 | | $0.00 |
| | | | | $10,409.48 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Memphis Light, Gas & Water Div
**Case(s): 240 Clm No: 109 Clm. Amt: $17,958.11**

*P.O Box 430*
*Memphis, TN 38101*
**Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $17,958.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $17,958.11 | | |
| | | | | $17,958.11 | | |

### Smithers Oasis North America
**Case(s): 240 Clm No: 110 Clm. Amt: $12,146.73**

*P.O Box 745*
*Kent, OH 44240*
**Date Filed: 9/30/2019**
**Orig. Date Filed: 7/16/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 110**
**Amended By Clm #: 110**
**Claim Face Value: $9,364.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $2,782.61 | | |
| 240 | UNS | | | $9,364.12 | | |
| | | | | $12,146.73 | | |

### Randstad General Partners (Us), LLC
**Case(s): 241 Clm No: 110 Clm. Amt: $922,297.02**

*c/o Bryan Cave Leighton Paisner LLP*
*Attn: Mark I Duedall*
*1201 W Peachtree St, NW, 14th Fl*
*Atlanta, GA 30309*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $922,297.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | PRI | Disallowed | | $677,500.02 | | $0.00 |
| 241 | UNS | Disallowed | | $244,797.00 | | $0.00 |
| | | | | $922,297.02 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 02/11/2020 | 1138 | Objection Granted | 07/06/2021 | 1452 |
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Taisuco American Corporation
### Case(s): 252 Clm No: 110 Clm. Amt: $59,376.24

*P.O Box 2710*
*Watsonville, CA 95077*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $59,376.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $3,832.41 | | |
| 252 | UNS | | | $55,543.83 | | |
| | | | | $59,376.24 | | |

## 4Refuel US, LLC
### Case(s): 252 Clm No: 111 Clm. Amt: $1,982.92

*Attn: Kristi Ehlers*
*3010 Gaylord Pkwy, Ste 130*
*Frisco, TX 75034*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,982.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,982.92 | | |
| | | | | $1,982.92 | | |

## Dimension Data North America, Inc
### Case(s): 241 Clm No: 111 Clm. Amt: $68,137.47

*11006 Rushmore Dr, Ste 300*
*Charlotte, NC 28277*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $68,137.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $68,137.47 | | |
| | | | | $68,137.47 | | |

## Euler Hermes N.A. Insurance Co. Agent
### Case(s): 240 Clm No: 111 Clm. Amt: $106,207.20

*of Working Solutions of Memphis LLC*
*Attn: Destiny Mckay*
*Claim Id 000431241*
*800 Red Brook Blvd*
*Owings Mills, MD 21117*
**Date Filed: 7/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $106,207.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $84,467.57 | | $0.00 |
| 240 | UNS | | | $21,739.63 | | $106,207.20 |
| | | | | $106,207.20 | | $106,207.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/11/2020 | 1175 |

## Dune Jewelry
### Case(s): 240 Clm No: 112 Clm. Amt: $226.00

*Attn: Holly*
*1 Westinghouse Plz, A301*
*Hyde Park, MA 02136*
**Date Filed: 7/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $226.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $226.00 | | |
| | | | | $226.00 | | |

## Synergy Direct LLC
### Case(s): 241 Clm No: 112 Clm. Amt: $13,249.60

*Attn: Doug Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,249.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $13,249.60 | | |
| | | | | $13,249.60 | | |

## Irvine Eastgate Office Ii, LLC
### Case(s): 252 Clm No: 112 Clm. Amt: $252,506.00

*c/o Ppi Lawyers*
*Attn: Ralph Gibson Pagter Jr*
*525 Cabrillo Park Dr, Ste 104*
*Santa Ana, CA 92701*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $252,506.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $252,506.00 | | |
| | | | | $252,506.00 | | |

## Irvine Eastgate Office II, LLC
### Case(s): 252 Clm No: 113 Clm. Amt: $3,880,580.00

*c/o PPI Lawyers*
*Attn: Ralph G Pagter, Jr*
*525 Cabrillo Park Dr, Ste 104*
*Santa Ana, CA 92701*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,880,580.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $3,880,580.00 | | $3,829,926.00 |
| | | | | $3,880,580.00 | | $3,829,926.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Aig Property Casualty, Inc. And Its Affiliates
### Case(s): 241 Clm No: 113 Clm. Amt:

*Attn: Kevin J Lamer*
*80 Pine St, 13th Fl*
*New York, NY 10005*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Mei Wah Company Inc.**
**Case(s): 240 Clm No: 113 Clm. Amt: $8,679.00**

*Attn: Edward Han*
*645 Battery St*
*San Francisco, CA 94111*
**Date Filed: 7/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,679.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $8,679.00 | | $0.00 |
| | | | | $8,679.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

**Lisa Sweeney**
**Case(s): 240 Clm No: 114 Clm. Amt: $1,832.50**

*Address Redacted*
**Date Filed: 7/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,832.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,832.50 | | |
| | | | | $1,832.50 | | |

**Farmstead Gourmet LLC (Webgifts)**
**Case(s): 241 Clm No: 114 Clm. Amt: $1,491.92**

*Attn: Paul Edward Marchand*
*515 N Reading Rd*
*Ephrata, PA 17522*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,491.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $462.95 | | |
| 241 | UNS | | | $1,028.97 | | |
| | | | | $1,491.92 | | |

**Response Envelope, Inc**
**Case(s): 252 Clm No: 114 Clm. Amt: $2,486.00**

*Attn: Christine Louise Diaz*
*Accounts Receivables*
*1340 S Baker Ave*
*Ontario, CA 91761*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,486.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $2,486.00 | | |
| | | | | $2,486.00 | | |

## Reblee Inc - Allegiance Staffing
### Case(s): 252 Clm No: 115 Clm. Amt: $11,716.43

*Attn: Billy Salyers*
*5200 77 Center Dr, Ste 150*
*Charlotte, NC 28217*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,716.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $11,716.43 | | $0.00 |
| | | | | $11,716.43 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Farmstead Gourmet LLC
### Case(s): 241 Clm No: 115 Clm. Amt: $43,388.39

*515 N Reading Rd*
*Ephrata, PA 17522*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $43,388.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $10,782.06 | | |
| 241 | UNS | | | $32,606.33 | | |
| | | | | $43,388.39 | | |

## Corporation Service Company
### Case(s): 240 Clm No: 115 Clm. Amt: $8,634.34

*Attn: Joanne Smith*
*251 Little Falls Dr*
*Wilmington, DE 19808*
**Date Filed: 7/22/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 33**
**Amended By Clm #: 184**
**Claim Face Value: $8,634.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $8,634.34 | | $0.00 |
| | | | | $8,634.34 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Systems Management Services
### Case(s): 240 Clm No: 116 Clm. Amt: $8,753.85

*Attn: Juan Cuevas*
*3450 Bonita Rd, Ste 201*
*Chula Vista, CA 91910*
**Date Filed: 7/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,753.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $8,753.85 | | |
| | | | | $8,753.85 | | |

## Golden State Fruit
### Case(s): 241 Clm No: 116 Clm. Amt: $4,246.70

*Attn: Paul Edward Marchand*
*6011 E Pine St*
*Lodi, CA 95240*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,246.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $2,014.05 | | |
| 241 | UNS | | | $2,232.65 | | |
| | | | | $4,246.70 | | |

## First Call Temporary Services
### Case(s): 252 Clm No: 116 Clm. Amt: $10,468.19

*Attn: Jennifer Bosler*
*P.O Box 7096*
*Dept 252*
*Indianapolis, IN 46207*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,468.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $10,468.19 | | |
| | | | | $10,468.19 | | |

## Chef Rubber, LLC
### Case(s): 252 Clm No: 117 Clm. Amt: $670.00

*10484 Ranch Rd 965, Bldg 1*
*Fredericksburg, TX 78624*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $670.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $670.00 | | |
| | | | | $670.00 | | |

## Golden State Fruit
### Case(s): 241 Clm No: 117 Clm. Amt: $15,810.42

*6011 E Pine St*
*Lodi, CA 95240*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,810.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $3,023.40 | | |
| 241 | UNS | | | $12,787.02 | | |
| | | | | $15,810.42 | | |

## Map Marketing Limited
### Case(s): 240 Clm No: 117 Clm. Amt: $1,162.12

*Attn: Emma Richards*
*Unit 4A Hatherleigh Ind Estate*
*Holsworthy Rd*
*Okehampton, EX20 3LP*
*United Kingdom*
**Date Filed: 7/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,162.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,162.12 | | |
| | | | | $1,162.12 | | |

## Brian Etheridge
### Case(s): 240 Clm No: 118 Clm. Amt: $20,000.00

*Address Redacted*
**Date Filed: 7/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $20,000.00 | | |
| | | | | $20,000.00 | | |

## Dimension Data North America, Inc
### Case(s): 241 Clm No: 118 Clm. Amt: $20,388.77

*Attn: Cynthia Amfaldern*
*11006 Rushmore Dr, Ste 300*
*Charlotte, NC 28279*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $20,388.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $20,388.77 | | |
| | | | | $20,388.77 | | |

## Taste Of Nature, Inc
### Case(s): 252 Clm No: 118 Clm. Amt:

*c/o Buchalter A Professional Corp*
*Attn: Matthew Seror, Esq.*
*1000 Wilshire Blvd, Ste 1500*
*Los Angeles, CA 90017*
**Date Filed: 9/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | Unknown | Y | $200,000.00 |
| | | | | | | $200,000.00 |

## Strategic Media, Inc
### Case(s): 252 Clm No: 119 Clm. Amt: $90,731.34

*Attn: Randy J Creswell*
*183 Middle St, Ste 100*
*Portland, ME 04101*
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $90,731.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $90,731.34 | | |
| | | | | $90,731.34 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Filed | | |

## Floral Merchandising Systems
### Case(s): 241 Clm No: 119 Clm. Amt: $1,122.52

*12209 Nicolette Ave*
*Burnsville, MN 55337*
**Date Filed: 10/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,122.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $261.70 | | $0.00 |
| 241 | UNS | | | $860.82 | | $0.00 |
| | | | | $1,122.52 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Kouway Industrial Shares Co, Ltd
### Case(s): 240 Clm No: 119 Clm. Amt: $127,141.56

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Michael Wang*<br>*Room 1508, Zhongshen Garden Bldg B*<br>*Caitian S Rd, Futian District*<br>*Shenzhen, Guangdong Province*<br>*China*<br>**Date Filed: 7/25/2019**<br>**Orig. Date Filed: 6/20/2019**<br>**Bar Date: 10/7/2019**<br>**Amending Clm #: 31**<br>**Amended By Clm #: 31**<br>**Claim Face Value: $127,141.56** | 240 | 503(b)(9) | Disallowed | | $127,043.28 | 8 | $0.00 |
| | 240 | UNS | Disallowed | | $98.28 | | $0.00 |
| | | | | | $127,141.56 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |
| Amended claim | 03/05/2021 | 1345 | Objection Filed | 04/23/2021 | 1384 |

## Miraflor Inc
### Case(s): 240 Clm No: 120 Clm. Amt: $9,963.03

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Kristin Parsons*<br>*1155 Union St*<br>*Clearwater, FL 33755*<br>**Date Filed: 7/25/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $9,963.03** | 240 | 503(b)(9) | | | $6,303.30 | | |
| | 240 | UNS | | | $3,659.73 | | |
| | | | | | $9,963.03 | | |

## Pagter Innovations Inc
### Case(s): 241 Clm No: 120 Clm. Amt: $1,700.00

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Antoine Hendrickx*<br>*914 Marcon Blvd.*<br>*Ste. 105*<br>*Allentown, PA 18100*<br>**Date Filed: 9/17/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $1,700.00** | 241 | UNS | | | $1,700.00 | | |
| | | | | | $1,700.00 | | |

## Hubscher Ribbon (U.S.) Inc
### Case(s): 252 Clm No: 120 Clm. Amt: $118,106.95

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Joanne Kofira*<br>*450 7th Ave, Ste 1709*<br>*New York, NY 10123*<br>**Date Filed: 9/24/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $118,106.95** | 252 | UNS | Disallowed | | $118,106.95 | | $0.00 |
| | | | | | $118,106.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Kate Law
### Case(s): 252 Clm No: 121 Clm. Amt: $30,000.00

*Address Redacted*
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $13,650.00 | | |
| 252 | UNS | | | $16,350.00 | | |
| | | | | $30,000.00 | | |

## Flores de la Campnia SAS
### Case(s): 241 Clm No: 121 Clm. Amt: $1,073.50

*Attn: Robert C Meyer PA*
*2223 Coral Way*
*Miami, FL 33145*
**Date Filed: 10/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,073.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $1,073.50 | | $0.00 |
| | | | | $1,073.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Ct Corporation
### Case(s): 240 Clm No: 121 Clm. Amt: $574.75

*Attn: Illianna Avila*
*28 Liberty St, 42nd Fl*
*New York, NY 10005*
**Date Filed: 7/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $574.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $574.75 | | |
| | | | | $574.75 | | |

## Bill Doran Company
### Case(s): 240 Clm No: 122 Clm. Amt: $254.21

*Attn: Gail A Vermillion*
*619 W Jefferson St*
*Rockford, IL 61103*
**Date Filed: 7/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $254.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $254.21 | | |
| | | | | $254.21 | | |

## Specialty Mat Service
### Case(s): 241 Clm No: 122 Clm. Amt: $2,881.04

*Attn: Edward J Row*
*2730 Beverly Dr*
*Aurora, IL 60502*
**Date Filed: 10/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,881.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | $2,881.04 | | $0.00 |
| | | | | $2,881.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Ohio Department Of Taxation
### Case(s): 252 Clm No: 122 Clm. Amt: $38,873.46

*Bankruptcy Div*
*P.O Box 530*
*Columbus, OH 43216*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,873.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $24,245.97 | | |
| 252 | UNS | | | $14,627.49 | | |
| | | | | $38,873.46 | | |

## The Sun Valley Group Inc
### Case(s): 252 Clm No: 123 Clm. Amt: $3,078,603.51

*Attn: Darrell Billings*
*3160 Upper Bay Rd*
*Arcata, CA 95521-9690*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,078,603.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $3,078,603.51 | | |
| | | | | $3,078,603.51 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund LLC*<br>*Attn: Terrel Ross*<br>*Re: The Sun Valley Group Inc*<br>*P.O. Box 633*<br>*Woodmere, NY 11598* | 100.00% | | Final |

## Mayflower Distributing Company Inc
### Case(s): 241 Clm No: 123 Clm. Amt: $19,307.33

*Attn: Robert D Heurung*
*1155 Medallion Dr*
*Mendota Heights, MN 55120*
**Date Filed: 10/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $19,307.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | 503(b)(9) | | | $2,613.37 | | $0.00 |
| 241 | UNS | | | $16,693.96 | | $0.00 |
| | | | | $19,307.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Flower Peddler
### Case(s): 240 Clm No: 123 Clm. Amt: $502.00

*Attn: Laura Sternick*
*P.O Box 92*
*Copperopolis, CA 95228*
**Date Filed: 7/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $502.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $502.00 | | |
| | | | | $502.00 | | |

## Pepper Creek Farms, LLC
### Case(s): 240 Clm No: 124 Clm. Amt: $51,480.00

*Attn: Jo Roberts*
*1002 SW Ard St*
*Lawton, OK 73505*
**Date Filed: 7/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $51,480.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $51,480.00 | | |
| | | | | $51,480.00 | | |

## Syndicate Sales, Inc.
### Case(s): 241 Clm No: 124 Clm. Amt: $6,566.20

*Attn: Aletha Arnold*
*2025 N. Wabash Ave.*
*Kokomo, IN 46901*
**Date Filed: 11/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,566.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | 503(b)(9) | | | $5,210.80 | | |
| 241 | UNS | | | $1,355.40 | | |
| | | | | $6,566.20 | | |

## The Sun Valley Group Inc
### Case(s): 252 Clm No: 124 Clm. Amt: $288,339.54

*Attn: Darrell Billings*
*3160 Upper Bay Rd*
*Arcata, CA 95521-9690*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $288,339.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | Satisfied | | $288,339.54 | | $282,055.54 |
| | | | | $288,339.54 | | $282,055.54 |

## Lauren M. Carter
### Case(s): 252 Clm No: 125 Clm. Amt: $15,000.00

*Address Redacted*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | PRI | | | $13,650.00 | | |
| 252 | UNS | | | $1,350.00 | | |
| | | | | $15,000.00 | | |

## S&S Activewear LLC
### Case(s): 241 Clm No: 125 Clm. Amt: $25,548.24

*Attn: Laura Weckesser*
*220 Remington Blvd. Fl 3*
*Bolingbrook, IL 60440*
**Date Filed: 11/18/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 126**
**Claim Face Value: $25,548.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $25,548.24 | | $0.00 |
| | | | | $25,548.24 | | $0.00 |

### Level 3 Communications, LLC
### Case(s): 240 Clm No: 125 Clm. Amt: $5,127.32

*c/o Centurylink Communications*
*Attn: Legal - Bky*
*1025 Eldorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 7/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,127.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $5,127.32 | | |
| | | | | $5,127.32 | | |

### Philip Batchelder (D.B.A. Bancroft'S Flowers)
### Case(s): 240 Clm No: 126 Clm. Amt: $1,225.42

*Attn: Philip Batchelder*
*416 W 12th St*
*Cedar Falls, IA 50613*
**Date Filed: 7/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,225.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $1,225.42 | | |
| | | | | $1,225.42 | | |

### S&S Activewear LLC
### Case(s): 241 Clm No: 126 Clm. Amt: $25,548.24

*Attn: Laura Weckesser*
*220 Remington Blvd. Fl 3*
*Bolingbrook, IL 60440*
**Date Filed: 11/18/2019**
**Orig. Date Filed: 11/18/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 125**
**Claim Face Value: $25,548.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | | | $25,548.24 | | $0.00 |
| | | | | $25,548.24 | | $0.00 |

### Facebook, Inc
### Case(s): 252 Clm No: 126 Clm. Amt: $2,516,944.62

*c/o Mcmahon Serpeca LLP*
*Attn: David Serepca*
*1900 S Norfolk St, Ste 350*
*San Mateo, CA 94403*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,516,944.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $2,516,944.62 | | |
| | | | | $2,516,944.62 | | |

### Jjr Enterprises, Inc
### Case(s): 252 Clm No: 127 Clm. Amt: $103.77

*Attn: Jamie Paro*
*dba Caltronics Business Systems*
*10491 Old Plrville Rd*
*Sacramento, CA 95827*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $103.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $103.77 | | |
| | | | | $103.77 | | |

## S&S Activewear LLC
### Case(s): 241 Clm No: 127 Clm. Amt: $25,548.24

*Attn: Laura Weckesser*
*220 Remington Blvd. Fl 3*
*Bolingbrook, IL 60440*
**Date Filed: 11/18/2019**
**Orig. Date Filed: 11/18/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 125**
**Claim Face Value: $25,548.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $25,548.24 | | $0.00 |
| | | | | $25,548.24 | | $0.00 |

## Clean In Between, LLC
### Case(s): 240 Clm No: 127 Clm. Amt: $2,111.49

*Attn: Tiffany Elizabeth Morgan*
*1418 Boston Post Rd, Ste 3*
*Westbrook, CT 06498*
**Date Filed: 7/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,111.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Satisfied | | $2,111.49 | | $2,111.49 |
| | | | | $2,111.49 | | $2,111.49 |

## Universal Woods LLC
### Case(s): 240 Clm No: 128 Clm. Amt: $43,046.62

*Attn: Tim Whelan*
*2600 Grassland Dr*
*Louisville, KY 40299*
**Date Filed: 7/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $43,046.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $43,046.62 | | |
| | | | | $43,046.62 | | |

## Sunburst Farms
### Case(s): 241 Clm No: 128 Clm. Amt: $23,358.96

*Attn: Nancy Desmangles*
*2200 NW 70th Ave*
*Miami, FL 33122*
**Date Filed: 11/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $23,358.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | | | $23,358.96 | | $0.00 |
| | | | | $23,358.96 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Kuehne + Nagel S.A.S
### Case(s): 252 Clm No: 128 Clm. Amt: $176,348.62

*Attn: John Manrique, Legal Manager*
*Calle 113 No 7-80, Piso 5*
*Bogota D.C*
*Colombia*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $176,348.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $176,348.62 | | |
| | | | | $176,348.62 | | |

## Labormax Staffing
### Case(s): 252 Clm No: 129 Clm. Amt: $37,751.03

*Attn: Tess Sandval*
*P.O Box 900*
*Kearney, MO 64060*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,751.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | Disallowed | | $37,751.03 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| | | | | $37,751.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## DirecTV, LLC by American InfoSource as agent
### Case(s): 241 Clm No: 129 Clm. Amt: $357.89

*Attn: Ashley Boswell*
*4515 N Santa Fe Ave*
*Oklahoma City, OK 73118*
**Date Filed: 12/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $357.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | Disallowed | | $357.89 | | $0.00 |
| | | | | $357.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Republic Services Of Nj Ste 689
### Case(s): 240 Clm No: 129 Clm. Amt: $17,809.25

*Attn: Jacki Morales*
*5 Industrial Dr*
*New Brunswick, NJ 08901*
**Date Filed: 7/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $17,809.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | Disallowed | | | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $17,809.25 | | $0.00 |
| | | | | $17,809.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Plush Cashmere LLC
### Case(s): 240 Clm No: 130 Clm. Amt: $3,076.00

*Attn: Roopa Kunwar*
*4616 Black Wolf Run*
*Eagan, MN 55123*
**Date Filed: 7/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,076.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $3,076.00 | | $0.00 |
| | | | | $3,076.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## SALESFORCE.COM, INC.
### Case(s): 241 Clm No: 130 Clm. Amt: $3,714.55

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab Gaye, HECJ*
*633 Menlo Ave, Ste, 100*
*Menlo Park, CA 94025*
**Date Filed: 1/16/2020**
**Orig. Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 30**
**Amended By Clm #: 131**
**Claim Face Value: $3,714.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | ADM | Disallowed | | $1,561.77 | | $0.00 |
| 241 | UNS | Disallowed | | $2,152.78 | | $0.00 |
| | | | | $3,714.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |
| Amended claim | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

## Oasis Floralife Africa Ltd
### Case(s): 252 Clm No: 130 Clm. Amt: $4,100.38

*c/o Smithers Oasis*
*Attn: Tracy Lovejoy*
*P.O Box 745*
*Kent, OH 44240*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,100.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $4,100.38 | | |
| | | | | $4,100.38 | | |

## J.M. Equipment Co, Inc
### Case(s): 252 Clm No: 131 Clm. Amt: $7,723.23

*P.O Box 396065*
*San Francisco, CA 94139-6065*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,723.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | Disallowed | | $7,723.23 | | $0.00 |
| | | | | $7,723.23 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## SALESFORCE.COM, INC.
### Case(s): 241 Clm No: 131 Clm. Amt: $63,486.00

c/o Bialson, Bergen & Schwab
Attn: Lawrence Schwab.Gaye HECJ
633 Menlo Ave, Ste. 100
Menlo Park, CA 94025
**Date Filed: 1/16/2020**
**Orig. Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 130**
**Claim Face Value: $63,486.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $1,561.77 | | |
| 241 | UNS | | | $61,924.23 | | |
| | | | | $63,486.00 | | |

## Crown Equipment Corporation
### Case(s): 240 Clm No: 131 Clm. Amt: $16,719.02

c/o Sebaly Shillito & Dryer, LPA
Attn: Robert Hanseman
40 N Main St
1900 Kettering Tower
Dayton, OH 45423
**Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $16,719.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $16,719.02 | | |
| | | | | $16,719.02 | | |

## Clingmans Corporation Limited
### Case(s): 240 Clm No: 132 Clm. Amt: $5,317.50

Attn: David M Lange
P.O Box 2476
Frisco, TX 75034
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,317.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $5,317.50 | | |
| | | | | $5,317.50 | | |

## Salesforce.com Inc
### Case(s): 241 Clm No: 132 Clm. Amt: $511.77

c/o Bialson, Bergen & Schwab
Attn: Lawrence Schwab/Gaye Heck
633 Menlo Ave, Ste 100
Menlo Park, CA 94025
**Date Filed: 1/16/2020**
**Bar Date: 1/29/2020**
**Claim Face Value: $511.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | ADM | | | $511.77 | | |
| | | | | $511.77 | | |

## Miller'S Wood Specialties, Inc
### Case(s): 252 Clm No: 132 Clm. Amt: $2,352.00

Attn: Robert Miller
850 E Church St
Cambridge City, IN 47327
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,352.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $2,352.00 | | |
| | | | | $2,352.00 | | |

## Gkg Fulfillment LLC
### Case(s): 252 Clm No: 133 Clm. Amt: $233,217.28

*Attn: Marc Carmel*
*300 N La Salle St, Ste 1400*
*Chicago, IL 60654*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $233,217.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | Disallowed | | $100,524.38 | | $0.00 |
| 252 | UNS | | | $132,692.90 | | $202,828.56 |
| | | | | $233,217.28 | | $202,828.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 10/21/2019 | 800 | Objection Granted | 01/09/2020 | 1082 |
| Claim does not agree with books | 12/22/2020 | 1312 | Objection Granted | 01/15/2021 | 1325 |

## Alorica Inc
### Case(s): 241 Clm No: 133 Clm. Amt: $840,926.79

*c/o Clark Hill Strasburger*
*Attn: Andrew Edson*
*901 Mian St, Ste 6000*
*Dallas, TX 75202*
**Date Filed: 8/28/2020**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 69**
**Claim Face Value: $840,926.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | | | $840,926.79 | | |
| | | | | $840,926.79 | | |

## Clingmans Corporation Limited
### Case(s): 240 Clm No: 133 Clm. Amt: $6,760.00

*Attn: David M Lange*
*P.O Box 2476*
*Frisco, TX 75034*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,760.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $6,760.00 | | |
| | | | | $6,760.00 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|---|---|---|---|
| *Fair Harbor Capital, LLC*<br>*Ansonia Finance Station*<br>*Attn: Fredric Glass*<br>*Re: Clingmans Corporation Limited*<br>*P.O. Box 237037*<br>*New York, NY 10023* | 100.00% | | Final |

## Euler Hermes N.A. Insurance Co. Agent
### Case(s): 240 Clm No: 134 Clm. Amt: $7,845.28

*of Aurora World, Inc*
*Attn: Destiny Mckoy*
*800 Red Brook Blvd*
*Owings Mills, MD 21117*
**Date Filed: 7/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,845.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $7,845.28 | | |
| | | | | $7,845.28 | | |

**Clario, Inc**
**Case(s): 252 Clm No: 134 Clm. Amt: $13,333.33**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Holly Oliver*<br>*6600 City W Pkwy*<br>*Eden Prairie, MN 55344*<br>**Date Filed: 10/2/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $13,333.33** | 252 | UNS | | | $13,333.33<br>$13,333.33 | | |

**Sonsray Rental And Leasing Inc**
**Case(s): 252 Clm No: 135 Clm. Amt: $9,509.31**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Mark Hicken*<br>*P.O Box 51173*<br>*Los Angeles, CA 90051*<br>**Date Filed: 9/30/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $9,509.31** | 252<br>252 | 503(b)(9)<br>UNS | | | $369.31<br>$9,140.00<br>$9,509.31 | | |

**Floral Treasure**
**Case(s): 240 Clm No: 135 Clm. Amt: $44,231.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: David Garza*<br>*P.O Box 13839*<br>*San Diego, CA 92170*<br>**Date Filed: 7/31/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $44,231.00** | 240<br>240 | 503(b)(9)<br>UNS | | | $6,783.00<br>$37,448.00<br>$44,231.00 | | |

**Sebis Direct, Inc**
**Case(s): 240 Clm No: 136 Clm. Amt: $25,475.70**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Thomas F Mucha*<br>*6516 W 74th St*<br>*Bedford Park, IL 60638*<br>**Date Filed: 7/29/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $25,475.70** | 240 | UNS | | | $25,475.70<br>$25,475.70 | | |

**State Of New Jersey - Division Of Taxation**
**Case(s): 252 Clm No: 136 Clm. Amt: $128,233.69**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Bankruptcy Unit*<br>*Attn: Erica Hamlin*<br>*P.O Box 245*<br>*Trenton, NJ 08695*<br>**Date Filed: 10/1/2019**<br>**Bar Date: 10/7/2019**<br>**Amended By Clm #: 260**<br>**Claim Face Value: $128,233.69** | 252 | PRI | Disallowed | | $128,233.69<br>$128,233.69 | | $0.00<br>$0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## Sonsray Rental And Leasing Inc
### Case(s): 252 Clm No: 137 Clm. Amt: $5,411.39

*Attn: Mark Hicken*
*23935 Madison St*
*Torrance, CA 90505*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,411.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $5,411.39 | | |
| | | | | $5,411.39 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | 05/03/2021 | 1399 | Objection Filed | | |

## Direct Placements Staffing Inc.
### Case(s): 240 Clm No: 137 Clm. Amt: $33,079.77

*Attn: Jennifer Joy Ray*
*8265 Sierra College Blvd, Ste 304*
*Roseville, CA 95661*
**Date Filed: 7/31/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $33,079.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | Disallowed | | $33,079.77 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | | | | | $33,079.77 |
| | | | | $33,079.77 | | $33,079.77 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

## West Health Advocate Solutions Inc
### Case(s): 240 Clm No: 138 Clm. Amt: $1,875.00

*Attn: Jeff Woltman*
*11808 Miracle Hills Dr*
*Omaha, NE 68154*
**Date Filed: 7/31/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,875.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,875.00 | | |
| | | | | $1,875.00 | | |

### Rocky Mountain Chocolate Factory, Inc
**Case(s): 252 Clm No: 138 Clm. Amt: $244,341.64**

*265 Turner Dr*
*Durango, CO 81303*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $244,341.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | Disallowed | | $244,341.64 | | $0.00 |
| 252 | UNS | | | | | $201,612.80 |
| | | | | $244,341.64 | | $201,612.80 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 10/21/2019 | 800 | Objection Granted | 11/19/2019 | 919 |
| Claim does not agree with books | | 1226 | Objection Filed | 06/19/2020 | 1242 |

### Rocky Mountain Chocolate Factory, Inc
**Case(s): 252 Clm No: 139 Clm. Amt: $66,562.32**

*265 Turner Dr*
*Durango, CO 81303*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $66,562.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | | | $66,562.32 | | $20,562.32 |
| 252 | UNS | | | | | $46,000.00 |
| | | | | $66,562.32 | | $66,562.32 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/23/2020 | 1192 |

### S.L.I Systems, Inc.
**Case(s): 240 Clm No: 139 Clm. Amt: $3,352.93**

*Attn: Odele O'Connor*
*401 Congress Ave, Ste 2650*
*Austin, TX 78701*
**Date Filed: 8/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,352.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $3,352.93 | | |
| | | | | $3,352.93 | | |

## Trinity Tool Co
**Case(s): 240 Clm No: 140 Clm. Amt: $2,912.00**

*Attn: Karen Fox*
*P.O Box 98*
*Fraser, MI 48026*
**Date Filed: 8/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,912.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 254 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $2,912.00 | | $0.00 |
| | | | | $2,912.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Rocky Mountain Chocolate Factory, Inc
**Case(s): 252 Clm No: 140 Clm. Amt: $28,365.40**

*265 Turner Dr*
*Durango, CO 81303*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,365.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $28,365.40 | | $0.00 |
| 252 | UNS | | | | | $18,132.89 |
| | | | | $28,365.40 | | $18,132.89 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## Rocky Mountain Chocolate Factory, Inc
**Case(s): 252 Clm No: 141 Clm. Amt: $6,658.40**

*265 Turner Dr*
*Durango, CO 81303*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 232**
**Claim Face Value: $6,658.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | Disallowed | | $6,658.40 | | $0.00 |
| | | | | $6,658.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Staffing Network Holdings, LLC
**Case(s): 240 Clm No: 141 Clm. Amt: $17,812.11**

*1815 S Meyers Rd, Ste 600*
*Oakbrook Terrace, IL 60181*
**Date Filed: 8/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $17,812.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $17,812.11 | | |
| | | | | $17,812.11 | | |

## Ministry Of Finance
**Case(s): 240 Clm No: 142 Clm. Amt: $0.00**

*Attn: S Carey*
*33 King St W*
*P.O Box 627*
*Oshawa, ON L1H 8E9*
*Canada*
**Date Filed: 11/18/2019**
**Orig. Date Filed: 7/24/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 142**
**Amended By Clm #: 142**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $0.00 | | |
| | | | | $0.00 | | |

## Criteo Corp
**Case(s): 252 Clm No: 142 Clm. Amt: $262,880.02**

*c/o Abc - Amego Inc*
*Attn: Tracey Wild*
*500 Seneca St, Ste 400*
*Buffalo, NY 14204*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $262,880.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $262,880.02 | | |
| | | | | $262,880.02 | | |

## Noemie Legrand
**Case(s): 252 Clm No: 143 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Catholic Book Publishing Corp
**Case(s): 240 Clm No: 143 Clm. Amt: $11,572.68**

*Attn: Joan Marie Cavalero*
*77 W End Rd*
*Totowa, NJ 07512*
**Date Filed: 8/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,572.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 254 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $11,572.68 | | $0.00 |
| | | | | $11,572.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**The Callard Company**
**Case(s): 240 Clm No: 144 Clm. Amt: $175.00**

*Attn: Robin R Welch*
*811 Green Crest Dr, Ste 300*
*Westerville, OH 43081*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $175.00 | | |
| | | | | $175.00 | | |

**Noemie Legrand**
**Case(s): 252 Clm No: 144 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $40,000.00 | | $20,000.00 |
| | | | | $40,000.00 | | $20,000.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Filed | 06/19/2020 | 1242 |

**Noemie Legrand & Matt Parad**
**Case(s): 252 Clm No: 145 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | $40,000.00 | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**The Callard Company**
**Case(s): 240 Clm No: 145 Clm. Amt: $44.50**

*Attn: Robin R Welch*
*811 Green Crest Dr, Ste 300*
*Westerville, OH 43081*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $44.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $44.50 | | |
| | | | | $44.50 | | |

**The Callard Company**
**Case(s): 240 Clm No: 146 Clm. Amt: $175.00**

*Attn: Robin R Welch*
*811 Green Crest Dr, Ste 300*
*Westerville, OH 43081*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $175.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $175.00 | | |
| | | | | $175.00 | | |

## Parad, Matthew Alexander Estroff
**Case(s): 252 Clm No: 146 Clm. Amt: $40,000.00**

*Address Redacted*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $40,000.00 | | $20,000.00 |
| | | | | $40,000.00 | | $20,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## Verizon Media
**Case(s): 252 Clm No: 147 Clm. Amt: $676,695.32**

*c/o Stinson LLP*
*Attn: Tracey M Ohm*
*1775 Pennsylvania Ave Nw, Ste 800*
*Washington, DC 20006*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $676,695.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $676,695.32 | | |
| | | | | $676,695.32 | | |

## The Callard Company
**Case(s): 240 Clm No: 147 Clm. Amt: $747.00**

*Attn: Robin R Welch*
*811 Green Crest Dr, Ste 300*
*Westerville, OH 43081*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $747.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $747.00 | | |
| | | | | $747.00 | | |

## PSE & G
**Case(s): 240 Clm No: 148 Clm. Amt: $33,190.82**

*Attn: Bankruptcy Dept.*
*P.O Box 709*
*Newark, NJ 07101*
**Date Filed: 8/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $33,190.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $33,190.82 | | |
| | | | | $33,190.82 | | |

## Aggressive Energy, LLC
**Case(s): 252 Clm No: 148 Clm. Amt: $24,515.33**

*Attn: Dan Messina*
*78 Rapelye St*
*Brooklyn, NY 11231*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,515.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | Satisfied | | $24,515.33 | | $0.00 |
| | | | | $24,515.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1344 | Objection Filed | | |

## Elias Badin
### Case(s): 252 Clm No: 149 Clm. Amt: $70,000.00

*Address Redacted*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $70,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $70,000.00 | | $13,650.00 |
| 252 | UNS | | | | | $56,350.00 |
| | | | | $70,000.00 | | $70,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## Pelton Shepherd
### Case(s): 240 Clm No: 149 Clm. Amt: $162,640.00

*c/o Law Offices of Charles L Hastings*
*Attn: Natali A Ron*
*4568 Feather River Dr, Ste A*
*Stockton, CA 95219*
**Date Filed: 8/6/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 95**
**Claim Face Value: $162,640.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $162,640.00 | | $0.00 |
| | | | | $162,640.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Demdaco
### Case(s): 240 Clm No: 150 Clm. Amt: $33,966.27

*Attn: Dalene Lawson*
*5000 W 134th St*
*Leawood, KS 66209*
**Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $33,966.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $12,999.86 | | |
| 240 | UNS | | | $20,966.41 | | |
| | | | | $33,966.27 | | |

## Crg Financial LLC As Assignee
### Case(s): 252 Clm No: 150 Clm. Amt: $3,400.68

*of Ck Products LLC*
*Attn: Shannon Kalb*
*100 Union Ave*
*Cresskill, NJ 07626*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,400.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $3,400.68 | | |
| | | | | $3,400.68 | | |

### Crg Financial LLC As Assignee
### Case(s): 252 Clm No: 151 Clm. Amt: $409.68

*of Ck Products LLC*
*Attn: Shannon Kalb*
*100 Union Ave*
*Cresskill, NJ 07626*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $409.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $409.68 | | |
| | | | | $409.68 | | |

### Dependable Packaging Solutions
### Case(s): 240 Clm No: 151 Clm. Amt:

*Attn: Janny Castillo*
*5255 NW 159th St*
*Miami, FL 33014*
**Date Filed: 8/8/2019**
**Orig. Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 152**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Dependable Packaging Solutions
### Case(s): 240 Clm No: 152 Clm. Amt: $2,400.00

*Attn: Janny Castillo*
*5255 NW 159th St*
*Miami, FL 33014*
**Date Filed: 8/8/2019**
**Orig. Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 151**
**Amended By Clm #: 71**
**Claim Face Value: $2,400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $2,400.00 | | $0.00 |
| | | | | $2,400.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Chuckanut Bay Foods, LLC
### Case(s): 252 Clm No: 152 Clm. Amt: $204,903.40

*Attn: Jim Gibson*
*1649 Boblett St*
*Blaine, WA 98230*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $204,903.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $162,976.44 | | |
| 252 | UNS | | | $41,926.96 | | |
| | | | | $204,903.40 | | |

## Google LLC
### Case(s): 252 Clm No: 153 Clm. Amt: $1,579,958.00

*c/o White and Williams LLP*
*Attn: Amy E Vulpio, Esq*
*One Liberty Pl*
*1650 Market St, Ste 1800*
*Philadelphia, PA 19103*
**Date Filed: 10/3/2019**
**Amended By Clm #: 248**
**Claim Face Value: $1,579,958.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | Disallowed | | $1,579,958.00 | | $0.00 |
| | | | | $1,579,958.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Gxs, Inc.
### Case(s): 240 Clm No: 153 Clm. Amt: $2,704.49

*c/o Open Text Corp In Waterloo*
*Attn: Jerome Manuel Harmond*
*275 Frank Tompa Dr*
*Waterloo, ON N2L 0A1*
*Canada*
**Date Filed: 8/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,704.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $2,704.49 | | |
| | | | | $2,704.49 | | |

## The Cubbyhole
### Case(s): 240 Clm No: 154 Clm. Amt: $28,204.50

*Attn: Steve W Ciaccie*
*1090 Rock Rd Ln Units 1 & 2*
*E Dundee, IL 60118*
**Date Filed: 8/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,204.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $28,204.50 | | $0.00 |
| | | | | $28,204.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Rli Insurance Co.
### Case(s): 252 Clm No: 154 Clm. Amt:

*Attn: Michael Dudek*
*9025 N Lindbergh Dr*
*Peoria, IL 61615*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $60,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 252 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### AA Florida Pallets, Inc
**Case(s): 252 Clm No: 155 Clm. Amt: $12,519.00**

*P.O Box 126307*
*Miami, FL 33012-1605*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $12,519.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $12,519.00 | | |
| | | | | $12,519.00 | | |

### Frederic W. Cook & Co, Inc.
**Case(s): 240 Clm No: 155 Clm. Amt: $1,275.00**

*Attn: Samantha Nussbaum*
*1100 Santa Monica Blvd, Ste 300*
*Los Angeles, CA 90025*
**Date Filed: 8/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,275.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $1,275.00 | | |
| | | | | $1,275.00 | | |

### The Cubbyhole
**Case(s): 240 Clm No: 156 Clm. Amt: $28,204.50**

*Attn: Steve W Ciaccie*
*1090 Rock Rd Ln Units 1 & 2*
*E Dundee, IL 60118*
**Date Filed: 8/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $28,204.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $28,204.50 | | $0.00 |
| | | | | $28,204.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Taylor Communications
**Case(s): 252 Clm No: 156 Clm. Amt: $101,726.00**

*Attn: Jan Giehl*
*111 W 1st St*
*Dayton, OH 45402*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $101,726.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $2,200.00 | | $2,200.00 |
| 252 | UNS | | | $99,526.00 | | $62,750.00 |
| | | | | $101,726.00 | | $64,950.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## Easysaver Class Representatives
### Case(s): 252 Clm No: 157 Clm. Amt: $38,000,000.00

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| 252 | UNS | Allowed | | | | $2,500,000.00 |
| | | | | $38,000,000.00 | | $2,500,000.00 |

## QA International Ltd.
### Case(s): 240 Clm No: 157 Clm. Amt: $45,905.71

*Attn: Timothy G Corrigan*
*446 N Seymour Ave*
*Mundelein, IL 60060*
**Date Filed: 8/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $45,905.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $45,905.71 | | |
| | | | | $45,905.71 | | |

## Continental Floral LLC
### Case(s): 240 Clm No: 158 Clm. Amt: $34,824.44

*Attn: Ernesto E Valdes*
*P.O Box 429*
*Belfair, WA 98528*
**Date Filed: 8/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $34,824.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $2,361.50 | | $0.00 |
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $32,462.94 | | $0.00 |
| | | | | $34,824.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### W. J. Griffin, Inc.
### Case(s): 252 Clm No: 158 Clm. Amt: $119,171.90

*Attn: Marc Carmel*
*300 N La Salle St, Ste 1400*
*Chicago, IL 60654*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $119,171.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | Disallowed | | $39,421.45 | | $0.00 |
| 252 | UNS | Disallowed | | $79,750.45 | | $0.00 |
| | | | | $119,171.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Pension Benefit Guaranty Corp
### Case(s): 252 Clm No: 159 Clm. Amt: $83,022.00

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | | | $8,048.00 | | $0.00 |
| 252 | PRI | | | $3,381.00 | | $0.00 |
| 252 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

### Pictura Inc
### Case(s): 240 Clm No: 159 Clm. Amt:

*4 Andrews Dr*
*P.O Box 2058*
*Woodland Park, NJ 07424*
**Date Filed: 7/31/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Joseph Kibuta
**Case(s): 240 Clm No: 160 Clm. Amt: $90,300.00**

*P.O Box 2037*
*20117 Naivasha*
*Kenya*
**Date Filed: 8/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $90,300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | PRI | | | $5,500.00 | | $0.00 |
| 240 | UNS | | | $84,800.00 | | $0.00 |
| | | | | $90,300.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Guittard Chocolate Holdings Co.
**Case(s): 252 Clm No: 160 Clm. Amt: $1,182,873.36**

*Attn: Mark N Rudolph*
*10 Guittard Rd*
*Burlingame, CA 94010*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,182,873.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | Disallowed | | $1,182,873.36 | | $0.00 |
| | | | | $1,182,873.36 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Pension Benefit Guaranty Corp
**Case(s): 252 Clm No: 161 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | | | | | $0.00 |
| 252 | PRI | | | | | $0.00 |
| 252 | UNS | | | $1,524,913.00 | | $0.00 |
| | | | | $1,524,913.00 | | $0.00 |

### US Plastics Trading And Logistics, Inc
**Case(s): 240 Clm No: 161 Clm. Amt: $24,259.50**

*Attn: Allan Furmanski*
*19500 Turnberry Way, Apt 18D*
*Aventura, FL 33180*
**Date Filed: 8/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,259.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $24,259.50 | | |
| | | | | $24,259.50 | | |

### Veritiv Operating Co, Inc.
**Case(s): 240 Clm No: 162 Clm. Amt: $2,018,399.65**

*850 N Arlington Heights Rd*
*Itasca, IL 60143*
**Date Filed: 8/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,018,399.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $428,525.40 | | |
| 240 | UNS | | | $1,589,874.25 | | |
| | | | | $2,018,399.65 | | |

### Mullenlowe U.S, Inc
**Case(s): 252 Clm No: 162 Clm. Amt: $175,000.00**

*Attn: Eileen York*
*40 Broad St*
*Boston, MA 02109*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $175,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $175,000.00 | | |
| | | | | $175,000.00 | | |

### XI Pro Consulting Group, LLC
**Case(s): 252 Clm No: 163 Clm. Amt: $159,655.88**

*c/o The Morenoff Firm, PLLC*
*Attn: Dan Morenoff*
*P.O Box 12347*
*Dallas, TX 75225*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $159,655.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $120,276.03 | | $0.00 |
| 252 | UNS | | | $39,379.85 | | $159,655.88 |
| | | | | $159,655.88 | | $159,655.88 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 801 | Objection Granted | 12/18/2019 | 1032 |

### Pictura Inc
**Case(s): 240 Clm No: 163 Clm. Amt: $2,655.95**

*Attn: Kathy Mcgovern*
*4 Andrews Dr*
*Woodland Park, NJ 07424*
**Date Filed: 8/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,655.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $2,655.95 | | |
| | | | | $2,655.95 | | |

## Westrock Company
### Case(s): 240 Clm No: 164 Clm. Amt: $78,044.71

*Attn: Jonathan L Gold*
*1000 Maine Ave, Sw*
*Washington, DC 20024*
**Date Filed: 8/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $78,044.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $14,648.34 | | |
| 240 | ADM | | | $26,495.52 | | |
| 240 | UNS | | | $36,900.85 | | |
| | | | | $78,044.71 | | |

## Ktf Sf Ii LLC
### Case(s): 252 Clm No: 164 Clm. Amt: $926,735.39

*c/o Drinker Biddle & Reath LLP*
*Attn: Marita Erbeck*
*600 Campus Dr*
*Florham Park, NJ 07932*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $926,735.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $926,735.39 | | $804,023.76 |
| | | | | $926,735.39 | | $804,023.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Ktf Sf Ii LLC
### Case(s): 252 Clm No: 165 Clm. Amt: $78,755.25

*c/o Drinker Biddle & Reath LLP*
*Attn: Marita Erbeck*
*600 Campus Dr*
*Florham Park, NJ 07932*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $78,755.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $78,755.25 | | |
| | | | | $78,755.25 | | |

## Rosenthal & Rosenthal, Inc.
### Case(s): 240 Clm No: 165 Clm. Amt: $4,650.00

*Attn: Anthony Ditirro*
*1370 Broadway*
*New York, NY 10018*
**Date Filed: 8/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,650.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $4,650.00 | | |
| | | | | $4,650.00 | | |

## Ace American Insurance Company
### Case(s): 240 Clm No: 166 Clm. Amt:

*c/o Chubb*
*Attn: Adrienne M Logan*
*436 Walnut St - Wa04K*
*Philadelphia, PA 19106*
**Date Filed: 8/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Core Personnel Staffing Services, LLC
### Case(s): 252 Clm No: 166 Clm. Amt: $63,051.36

*c/o The Morenoff Firm, PLLC*
*Attn: Dan Morenoff*
*P.O Box 12347*
*Dallas, TX 75225*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $63,051.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $46,391.02 | | $0.00 |
| 252 | UNS | Allowed | | $16,660.34 | | $63,051.36 |
| | | | | $63,051.36 | | $63,051.36 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

## Neyenesch Prinyers, Inc.
### Case(s): 252 Clm No: 167 Clm. Amt: $90,945.25

*Attn: Kandy Neyenesch*
*2750 Kettner Blvd*
*San Diego, CA 92101*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $90,945.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $90,945.25 | | |
| | | | | $90,945.25 | | |

## Brussel's Bonsai
### Case(s): 240 Clm No: 167 Clm. Amt: $41,807.75

*c/o Burch Porter & Johnson PLLC*
*Attn: David Harris*
*130 N Court Ave*
*Memphis, TN 38103*
**Date Filed: 8/23/2019**
**Amended By Clm #: 379**
**Claim Face Value: $41,807.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $21,647.05 | | $0.00 |
| 240 | UNS | Disallowed | | $20,160.70 | | $0.00 |
| | | | | $41,807.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/29/2021 | 1501 | Objection Granted | 11/30/2021 | 1523 |

### True North Logistics, Inc
### Case(s): 240 Clm No: 168 Clm. Amt: $37,650.46

*Attn: Christian W Brinkman*
*726 E Main St, Ste F-260*
*Lebanon, OH 45036*
**Date Filed: 8/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,650.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $37,650.46 | | |
| | | | | $37,650.46 | | |

### Pac Operating Lp
### Case(s): 252 Clm No: 168 Clm. Amt: $404,505.72

*c/o Drinker Biddle & Reath LLP*
*Attn: Marita Erbeck*
*600 Campus Dr*
*Florham Park, NJ 07901*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $404,505.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $404,505.72 | | $376,914.84 |
| | | | | $404,505.72 | | $376,914.84 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

### Pac Operating Lp
### Case(s): 252 Clm No: 169 Clm. Amt: $33,503.54

*c/o Drinker Biddle & Reath LLP*
*Attn: Marita Erbeck*
*600 Campus Dr*
*Florham Park, NJ 07901*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $33,503.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $33,503.54 | | |
| | | | | $33,503.54 | | |

### Commonwealth Edison Company
### Case(s): 240 Clm No: 169 Clm. Amt: $18,298.67

*Attn: Comed Bankruptcy Dept*
*1919 Swift Dr*
*Oak Brook, IL 60523*
**Date Filed: 8/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,298.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $18,298.67 | | $0.00 |
| | | | | $18,298.67 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Becoming Jewelry
### Case(s): 240 Clm No: 170 Clm. Amt: $1,661.00

*Attn: Tracey Graves*
*22 Main St, Unit B*
*Kennebunk, ME 04043*
**Date Filed: 9/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,661.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,661.00 | | |
| | | | | $1,661.00 | | |

**Mcpf-Lrc Logistics, LLC**
**Case(s): 252 Clm No: 170 Clm. Amt: $470,953.33**

c/o Cross & Simon LLC
*Attn: Joseph Grey*
*1105 N Market St, Ste 901*
*Wilmington, DE 19801*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $470,953.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $470,953.33 | | $463,212.52 |
| | | | | $470,953.33 | | $463,212.52 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

**Legacy Staffing Solutions, LLC**
**Case(s): 252 Clm No: 171 Clm. Amt:**

*Attn: Evelin Valdivieso*
*218 Westinghouse Blvd, Ste 205*
*Charlotte, NC 28273*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | | | Unknown | Y | |

**W.W. Grainger, Inc**
**Case(s): 240 Clm No: 171 Clm. Amt: $35,304.19**

*Attn: Yvonne Knight*
*401 S Wright Rd, W4E.C37*
*Janesville, WI 53546*
**Date Filed: 8/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $35,304.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | | | $2,468.13 |
| 240 | ADM | Disallowed | | $2,468.13 | | $0.00 |
| 240 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 240 | UNS | | | $32,836.06 | | $32,836.06 |
| | | | | $35,304.19 | | $35,304.19 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | | 1357 | Objection Granted | 04/15/2021 | 1377 |

**New Jersey Unclaimed Property Administration**
**Case(s): 240 Clm No: 172 Clm. Amt:**

*Attn: Steven R Harris*
*P.O Box 214*
*Trenton, NJ 08625*
**Date Filed: 8/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Mrs. Fields Gifts, Inc
**Case(s): 252 Clm No: 172 Clm. Amt: $151,885.00**

*c/o Mrs Fields Famous Brands International LLC*
*Attn: June Morgan*
*8001 Arista Pl, Ste 600*
*Broomfield, CO 80021*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $151,885.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $30,017.75 | | |
| 252 | UNS | | | $121,867.25 | | |
| | | | | $151,885.00 | | |

### PW Fund B, LP
**Case(s): 252 Clm No: 173 Clm. Amt: $34,077.60**

*555 Capitol Mall, Ste 900*
*Sacramento, CA 95814*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $34,077.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $34,077.60 | | |
| | | | | $34,077.60 | | |

### Hearst Magazine Media
**Case(s): 240 Clm No: 173 Clm. Amt: $24,150.00**

*c/o Hearst Service Center*
*Attn: Suzann Alt*
*214 N Tryon St 33rd Fl*
*Charlotte, NC 28202*
**Date Filed: 8/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,150.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $24,150.00 | | $0.00 |
| | | | | $24,150.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Marlborough Greenhouses, Inc
**Case(s): 240 Clm No: 174 Clm. Amt: $7,864.00**

*Attn: Diane Lacasse*
*P.O Box 32*
*Marlborough, NH 03455*
**Date Filed: 9/4/2019**
**Orig. Date Filed: 6/14/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 19**
**Claim Face Value: $7,864.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $7,864.00 | | |
| | | | | $7,864.00 | | |

#### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *TRC Master Fund LLC*<br>*Attn: Terrel Ross*<br>*Re: Marlborough Greenhouses Inc*<br>*P.O. Box 633*<br>*Woodmere, NY 11598* | 100.00% | | Final |

## PW Fund B, LP
### Case(s): 252 Clm No: 174 Clm. Amt: $811,871.10

*555 Capitol Mall, Ste 900*
*Sacramento, CA 95814*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $811,871.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $811,871.10 | | $509,787.92 |
| | | | | $811,871.10 | | $509,787.92 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## RR Donnelly d/b/a Precision Litho
### Case(s): 252 Clm No: 175 Clm. Amt: $6,134.40

*4101 Winfield Rd*
*Warrenville, IL 60555*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,134.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | Satisfied | | $6,134.40 | | $0.00 |
| | | | | $6,134.40 | | $0.00 |

## Cut Above Landscaping And Lawn Maintenance, Inc.
### Case(s): 240 Clm No: 175 Clm. Amt: $5,371.93

*Attn: Christopher Schlueter*
*670 Vandustrial Dr, Ste 2*
*Westmont, IL 60559*
**Date Filed: 9/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,371.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 241 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | Disallowed | | $5,371.93 | | $0.00 |
| | | | | $5,371.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Apex Shah
### Case(s): 240 Clm No: 176 Clm. Amt: $36.00

*Address Redacted*
**Date Filed: 9/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $36.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $36.00 | | $0.00 |
| | | | | $36.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Cheese Cake City, Inc
### Case(s): 252 Clm No: 176 Clm. Amt: $26,006.40

Attn: Steve Zwetsch
1225 4th St
Berkeley, CA 94710
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $26,006.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $26,006.40 | | |
| | | | | $26,006.40 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| TRC Master Fund LLC<br>Attn: Terrel Ross<br>Re: Cheese Cake City, Inc<br>P.O. Box 633<br>Woodmere, NY 11598 | 100.00% | | Final |

## Pension Benefit Guaranty Corp
### Case(s): 252 Clm No: 177 Clm. Amt: $195,000.00

Attn: Cassandra Burton
1200 K St Nw
Washington, DC 20005
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | ADM | | | Unknown | Y | $0.00 |
| 252 | PRI | | | Unknown | Y | $0.00 |
| 252 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Aetna Life Insurance Company
### Case(s): 240 Clm No: 177 Clm. Amt:

c/o Mcguirewoods LLP
Attn: Aaron Mccollough
77 W Wacker Dr, Ste 4100
Chicago, IL 60601
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 178**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Aetna Life Insurance Company
### Case(s): 240 Clm No: 178 Clm. Amt:

c/o Mcguirewoods LLP
*Attn: Aaron Mccollough*
*77 W Wacker Dr, Ste 4100*
*Chicago, IL 60601*
**Date Filed: 9/5/2019**
**Orig. Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 177**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 11/13/2020 | 1288 | Objection Granted | 12/15/2020 | 1308 |

## RR Donnelly d/b/a Precision Litho
### Case(s): 252 Clm No: 178 Clm. Amt: $30,207.50

*4101 Winfield Rd*
*Warrenville, IL 60555*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $30,207.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $30,207.50 | | |
| | | | | $30,207.50 | | |

## Mcpf-Lrc Logistics, LLC
### Case(s): 252 Clm No: 179 Clm. Amt: $98,558.30

c/o Cross & Simon LLC
*Attn: Joseph Grey*
*1105 N Market St, Ste 901*
*Wilmington, DE 19801*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $98,558.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $98,558.30 | | |
| | | | | $98,558.30 | | |

## Aetna Life Insurance Company
### Case(s): 240 Clm No: 179 Clm. Amt:

c/o Mcguirewoods LLP
*Attn: Aaron Mccollough*
*77 W Wacker Dr, Ste 4100*
*Chicago, IL 60601*
**Date Filed: 9/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## Clean In Between, LLC
### Case(s): 240 Clm No: 180 Clm. Amt: $2,111.49

*Attn: Tiffany Elizabeth Morgan*
*1418 Boston Post Rd, Ste 3*
*Westbrook, CT 06498*
**Date Filed: 9/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,111.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $2,111.49 | | $0.00 |
| 241 | UNS | Satisfied | | | | $0.00 |
| | | | | $2,111.49 | | $0.00 |

**Horizon Media, Inc.**
**Case(s): 252 Clm No: 180 Clm. Amt: $450,557.15**

c/o Loeb & Loeb LLP
Attn: William M Hawkins
345 Park Ave
New York, NY 10154
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $450,557.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | $450,557.15 | | $0.00 |
| | | | | $450,557.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Marengo Industries**
**Case(s): 252 Clm No: 181 Clm. Amt: $332.48**

Attn: Brenda Ellen Marengo
9269 Survey Rd
Elk Grove, CA 95624
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $332.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $332.48 | | |
| | | | | $332.48 | | |

**Professional Marketing Company**
**Case(s): 240 Clm No: 181 Clm. Amt: $1,008.00**

Attn: Eileen Marsh
P.O Box 5293
Arlington, TX 76005
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,008.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | | | $1,008.00 | | $168.00 |
| 240 | UNS | | | | | $840.00 |
| | | | | $1,008.00 | | $1,008.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

**Vivian Chin**
**Case(s): 240 Clm No: 182 Clm. Amt: $3,136.12**

Address Redacted
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,136.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $3,136.12 | | $0.00 |
| | | | | $3,136.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Ktf Sf Ii LLC
**Case(s): 252 Clm No: 182 Clm. Amt: $58,034.18**

*c/o Drinker Biddle & Reath LLP*
*Attn: Marita Erbeck*
*600 Campus Dr*
*Florham Park, NJ 07932*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $58,034.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252  | ADM   |        |           | $58,034.18           |     |                      |
|      |       |        |           | $58,034.18           |     |                      |

## Pac Operating Lp
**Case(s): 252 Clm No: 183 Clm. Amt: $26,174.64**

*c/o Drinker Biddle & Reath LLP*
*Attn: Marita Erbeck*
*600 Campus Dr*
*Florham Park, NJ 07932*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $26,174.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252  | ADM   |        |           | $26,174.64           |     |                      |
|      |       |        |           | $26,174.64           |     |                      |

## Yolanda Garcia
**Case(s): 240 Clm No: 183 Clm. Amt: $525.00**

*446 Polo Club Dr*
*Glendale Heights, IL 60139*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $525.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240  | UNS   | Disallowed |        | $525.00              |     | $0.00                |
|      |       |        |           | $525.00              |     | $0.00                |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Corporation Service Company
**Case(s): 240 Clm No: 184 Clm. Amt: $7,248.00**

*Attn: Joanne Smith*
*251 Little Falls Dr*
*Wilmington, DE 19808*
**Date Filed: 9/10/2019**
**Orig. Date Filed: 7/22/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 115**
**Claim Face Value: $7,248.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240  | UNS   |        |           | $7,248.00            |     |                      |
|      |       |        |           | $7,248.00            |     |                      |

## Legacy Staffing Solutions, LLC
**Case(s): 252 Clm No: 184 Clm. Amt: $437,019.70**

*Attn: Evelin Valdivieso*
*218 Westinghouse Blvd, Ste 205*
*Charlotte, NC 28273*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $437,019.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252  | UNS   |        |           | $437,019.70          |     |                      |
|      |       |        |           | $437,019.70          |     |                      |

## Sentry Insurance A Mutual Company
### Case(s): 252 Clm No: 185 Clm. Amt:

c/o Fineman Krekstein & Harris
Attn: Deidre M Richards, Esq.
1300 N King St
Wilmington, DE 19801
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | ADM | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

## Total Food Logistics LLC / Acp Group
### Case(s): 240 Clm No: 185 Clm. Amt: $562.10

Attn: Carlos Valera
2377 NW 97th Ave
Doral, FL 33172
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $562.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Disallowed | | $562.10 | | $0.00 |
| 252 | UNS | | | | | $562.10 |
| | | | | $562.10 | | $562.10 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/11/2020 | 1175 |

## Marlene Radosta
### Case(s): 240 Clm No: 186 Clm. Amt:

3228 Mary St, Apt 1
Marinette, WI 54143
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Elite Exports Inc S.A.
**Case(s): 252 Clm No: 186 Clm. Amt: $735,652.00**

c/o Carey Rodriguez Milian Gonya, LLP
*Attn: Patrick E Gonya, Esq*
*1395 Brickell Ave, Ste 700*
*Miami, FL 33131*
**Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $735,652.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | 503(b)(9) | Disallowed | | $735,652.00 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| | | | | $735,652.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |
| Claim does not agree with books | 12/22/2020 | 1312 | Objection Granted | 01/15/2021 | 1325 |
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

### Rainforest Farmlands Kenya Limited
**Case(s): 252 Clm No: 187 Clm. Amt: $397,993.00**

c/o Carey Rodriguez Milian Gonya, LLP
*Attn: Patrick E Gonya, Esq*
*1395 Brickell Ave, Ste 700*
*Miami, FL 33131*
**Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $397,993.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | 503(b)(9) | Disallowed | | $397,993.00 | | $0.00 |
| 252 | UNS | | | | | $397,993.00 |
| | | | | $397,993.00 | | $397,993.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |

### Jennifer L Stoike
**Case(s): 240 Clm No: 187 Clm. Amt: $16,400.86**

*Address Redacted*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $16,400.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | PRI | Disallowed | | $16,400.86 | | $0.00 |
| | | | | $16,400.86 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Oklahoma - Escheat
### Case(s): 240 Clm No: 188 Clm. Amt:

*c/o Oklahoma Office of State Treasurer*
*Attn: Robert Knight*
*2300 N Lincoln Blvd, Rm 217*
*Oklahoma City, OK 73105*
**Date Filed: 9/9/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 241 | PRI | | | | | $0.00 |
| 241 | UNS | | | | | $0.00 |
| 240 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## Long Truong Ceramic Co, Ltd
### Case(s): 252 Clm No: 188 Clm. Amt: $37,188.08

*Hamtlet 2, Tan Dinh Commune*
*Ben Cat District*
*Vietnam*
**Date Filed: 10/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,188.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | Disallowed | | $16,746.32 | | $0.00 |
| 252 | UNS | Disallowed | | $20,441.76 | | $0.00 |
| | | | | $37,188.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Channeladvisor Corporation
### Case(s): 252 Clm No: 189 Clm. Amt: $94,120.80

*Attn: Kate Lane*
*3025 Carrington Mill Blvd, Ste 500*
*Morrisville, NC 27560*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $94,120.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $30,000.00 | | |
| 252 | UNS | | | $64,120.80 | | |
| | | | | $94,120.80 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | 05/03/2021 | 1399 | Objection Filed | | |

## Debbie Almeida
### Case(s): 240 Clm No: 189 Clm. Amt: $834.99

*Address Redacted*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 190**
**Claim Face Value: $834.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $834.99 | | $0.00 |
| | | | | $834.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Debbie Almeida
### Case(s): 240 Clm No: 190 Clm. Amt: $255.00

*Address Redacted*
**Date Filed: 9/10/2019**
**Orig. Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 189**
**Claim Face Value: $255.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $255.00 | | $0.00 |
| | | | | $255.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Zieger & Sons, Inc
### Case(s): 252 Clm No: 190 Clm. Amt: $96,261.50

*c/o Fox Rothschild LLP*
*Attn: Jason C Manfrey, Esq.*
*2000 Market St, 20th Fl*
*Philadelphia, PA 19103*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $96,261.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $96,261.50 | | |
| | | | | $96,261.50 | | |

## Ad Results Media, LLC
### Case(s): 252 Clm No: 191 Clm. Amt: $3,114,767.19

*c/o Sullivan Hill Rez & Engel, Aplc*
*Attn: Christopher V Hawkins*
*600 B St, Ste 1700*
*San Diego, CA 92101*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,114,767.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Allowed | | $3,114,767.19 | | $3,114,767.19 |
| | | | | $3,114,767.19 | | $3,114,767.19 |

## American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 191 Clm. Amt: $5,328.33

*c/o Becket and Lee LLP*
*Attn: Larry Butler*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,328.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $5,328.33 | | $0.00 |
| | | | | $5,328.33 | | $0.00 |

**American Express Travel Related Services Company, Inc.**
**Case(s): 240 Clm No: 192 Clm. Amt: $331.99**

*c/o Becket and Lee LLP*
*Attn: Larry Butler*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $331.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Satisfied | | $331.99 | | $0.00 |
| | | | | $331.99 | | $0.00 |

**EGM, Inc**
**Case(s): 252 Clm No: 192 Clm. Amt: $2,741.09**

*Attn: Scott Curatti*
*1004 Morse Ave*
*Schaumburg, IL 60193*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,741.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $2,741.09 | | |
| | | | | $2,741.09 | | |

**Njind Melrich Road, LLC**
**Case(s): 252 Clm No: 193 Clm. Amt: $99,453.40**

*Re:Industrial Bldg Lease*
*c/o New York Life Real Estate Investors*
*Attn: Sean Sabia*
*51 Madison Ave, 9th Fl*
*New York, NY 10010*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $99,453.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $99,453.40 | | |
| | | | | $99,453.40 | | |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Filed | | |

**American Express Travel Related Services Company, Inc.**
**Case(s): 240 Clm No: 193 Clm. Amt: $1,584.31**

*c/o Becket and Lee LLP*
*Attn: Larry Butler*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,584.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Satisfied | | $1,584.31 | | $0.00 |
| | | | | $1,584.31 | | $0.00 |

## American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 194 Clm. Amt: $14,306.62

c/o Becket and Lee LLP
Attn: Larry Butler
P.O Box 3001
Malvern, PA 19355
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $14,306.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $14,306.62 | | $0.00 |
| | | | | $14,306.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1344 | Objection Filed | | |

## Horizon Media, Inc.
### Case(s): 252 Clm No: 194 Clm. Amt: $6,010.75

c/o Loeb & Loeb LLP
Attn: William M Hawkins
345 Park Ave
New York, NY 10154
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,010.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | Disallowed | | $6,010.75 | | $0.00 |
| | | | | $6,010.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Microsoft Corporation And Microsoft Online, Inc.
### Case(s): 252 Clm No: 195 Clm. Amt: $793,673.11

c/o Fox Rothschild LLP
Attn: Joseph E Shickich, Jr
1001 4th Ave, Ste 4500
Seattle, WA 98154
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $793,673.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $793,673.11 | | |
| | | | | $793,673.11 | | |

## American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 195 Clm. Amt: $6,538.45

c/o Becket and Lee LLP
Attn: Larry Butler
P.O Box 3001
Malvern, PA 19355
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,538.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $6,538.45 | | $0.00 |
| | | | | $6,538.45 | | $0.00 |

## American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 196 Clm. Amt: $327.83

c/o Becket and Lee LLP
Attn: Larry Butler
P.O Box 3001
Malvern, PA 19355
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $327.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Satisfied | | $327.83 | | $0.00 |
| | | | | $327.83 | | $0.00 |

## Njind Melrich Road, LLC
### Case(s): 252 Clm No: 196 Clm. Amt: $32,371.20

Re: Warehouse Lease Agreement
c/o New York Life Real Estate Investors
Attn: Sean Sabia
51 Madison Ave, 9th Fl
New York, NY 10010
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $32,371.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | | | $32,371.20 | | |
| | | | | $32,371.20 | | |

## Njind Melrich Road, LLC
### Case(s): 252 Clm No: 197 Clm. Amt: $15,112.23

Re: Industrial Bldg Lease
c/o New York Life Real Estate Investors
Attn: Sean Sabia
51 Madison Ave, 9th Fl
New York, NY 10010
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $15,112.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | | | $15,112.23 | | |
| | | | | $15,112.23 | | |

## American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 197 Clm. Amt: $3,511.77

c/o Becket and Lee LLP
Attn: Larry Butler
P.O.Box 3001
Malvern, PA 19355
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,511.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Satisfied | | $3,511.77 | | $0.00 |
| | | | | $3,511.77 | | $0.00 |

## American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 198 Clm. Amt: $3,398.07

c/o Becket and Lee LLP
Attn: Larry Butler
P.O Box 3001
Malvern, PA 19355
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,398.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Satisfied | | $3,398.07 | | $0.00 |
| | | | | $3,398.07 | | $0.00 |

### Salesforce.Com, Inc
### Case(s): 252 Clm No: 198 Clm. Amt: $170,841.71

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab/Thomas M Gaa*
*633 Menlo Ave, Ste 100*
*Menlo Park, CA 94025*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $170,841.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | ADM | Withdrawn | | $170,841.71 | | $0.00 |
| | | | | $170,841.71 | | $0.00 |

### Njind Melrich Road, LLC
### Case(s): 252 Clm No: 199 Clm. Amt: $232,552.37

*Re: Warehouse Lease Agreement*
*c/o New York Life Real Estate Investors*
*Attn: Sean Sabia*
*51 Madison Ave, 9th Fl*
*New York, NY 10010*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $232,552.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $232,552.37 | | $220,699.04 |
| | | | | $232,552.37 | | $220,699.04 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 12/22/2020 | 1312 | Objection Granted | 01/15/2021 | 1325 |

### American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 199 Clm. Amt: $148.53

*c/o Becket and Lee LLP*
*Attn: Larry Butler*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $148.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | ADM | Satisfied | | $148.53 | | $0.00 |
| | | | | $148.53 | | $0.00 |

### American Express Travel Related Services Company, Inc.
### Case(s): 240 Clm No: 200 Clm. Amt: $2,926.96

*c/o Becket and Lee LLP*
*Attn: Larry Butler*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,926.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | ADM | Satisfied | | $2,926.96 | | $0.00 |
| | | | | $2,926.96 | | $0.00 |

### Nets Trailer Leasing of NJ, LLC
### Case(s): 252 Clm No: 200 Clm. Amt: $5,643.66

*1810 River Rd*
*Burlington, NJ 08016*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,643.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | | | $5,643.66 | | |
| | | | | $5,643.66 | | |

**Commision Junction, LLC**
**Case(s): 252 Clm No: 201 Clm. Amt: $6,020.02**

*Attn: Tabitha Thomann*
*6021 Connection Dr, 7th Fl*
*Irving, TX 75039*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,020.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $6,020.02 | | |
| | | | | $6,020.02 | | |

**Ecolab**
**Case(s): 240 Clm No: 201 Clm. Amt: $11,543.53**

*Attn: Credit Dept*
*1601 W Diehl Rd*
*Naperville, IL 60563*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,543.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $11,543.53 | | |
| | | | | $11,543.53 | | |

**American Express Travel Related Services Company, Inc.**
**Case(s): 240 Clm No: 202 Clm. Amt: $1,892.11**

*c/o Becket and Lee LLP*
*Attn: Larry Butler*
*P.O Box 3001*
*Malvern, PA 19355*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,892.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $1,892.11 | | $0.00 |
| | | | | $1,892.11 | | $0.00 |

**Google LLC**
**Case(s): 252 Clm No: 202 Clm. Amt: $271,957.77**

*c/o White and Williams LLP*
*Attn: Amy E Vulpio, Esq*
*1650 Market St, Fl 18*
*Philadelphia, PA 19103*
**Date Filed: 12/16/2019**
**Orig. Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 202**
**Amended By Clm #: 202**
**Claim Face Value: $271,957.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | Satisfied | | $271,957.77 | | $0.00 |
| | | | | $271,957.77 | | $0.00 |

**Torn Ranch, Inc**
**Case(s): 252 Clm No: 203 Clm. Amt: $14,112.95**

*2198 S Mcdowell Blvd*
*Petaluma, CA 94954*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $14,112.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $1,430.80 | | |
| 252 | UNS | | | $12,682.15 | | |
| | | | | $14,112.95 | | |

### Creative Circle, LLC
**Case(s): 240 Clm No: 203 Clm. Amt: $14,233.83**

*Attn: Isabella Benjamin*
*5900 Wilshire Blvd, Ste 1100*
*Los Angeles, CA 90036*
**Date Filed: 9/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $14,233.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | PRI | Disallowed | | $14,233.83 | | $0.00 |
| 240 | UNS | | | | | $14,233.83 |
| | | | | $14,233.83 | | $14,233.83 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

### Wisconsin Dept Of Revenue
**Case(s): 240 Clm No: 204 Clm. Amt: $12,886.71**

*Attn: Jill Ritchie*
*Special Procedures Unit*
*P.O Box 8901*
*Madison, WI 53708*
**Date Filed: 9/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $12,886.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | PRI | | | $10,236.71 | | $0.00 |
| 240 | UNS | | | $2,650.00 | | $0.00 |
| | | | | $12,886.71 | | $0.00 |

### Temporary Help Services Of Richmond, Inc.
**Case(s): 252 Clm No: 204 Clm. Amt: $68,214.74**

*Attn: Debra Jean Whirley*
*500 E Main St*
*Richmond, IN 47374*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $68,214.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $68,214.74 | | |
| | | | | $68,214.74 | | |

### Memphis Light, Gas & Water Division
**Case(s): 252 Clm No: 205 Clm. Amt: $9,510.00**

*c/o the Law Office of Stephanie G Cole*
*Attn: Stephanie Green Cole*
*44 N 2nd St, Ste 700*
*Memphis, TN 38103*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,510.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | Satisfied | | $9,510.00 | | $0.00 |
| 252 | UNS | Satisfied | | | | $0.00 |
| | | | | $9,510.00 | | $0.00 |

### Xerox Corporation
**Case(s): 240 Clm No: 205 Clm. Amt: $16,001.98**

*c/o V.O Adams*
*P.O Box 660506*
*Dallas, TX 75266*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $16,001.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $16,001.98 | | |
| | | | | $16,001.98 | | |

**Matthew J. Zafonte**
**Case(s): 240 Clm No: 206 Clm. Amt:**

*3703 Libby ln*
*Wantagh, NY 11793*
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Randstad North America, Inc**
**Case(s): 252 Clm No: 206 Clm. Amt: $922,297.02**

*c/o Bryan Cave Leighton Paisner LLP*
*Attn: Mark I Duedall*
*1201 W Peachtree St, NW, 14th Fl*
*Atlanta, GA 30309*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $922,297.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | PRI | Disallowed | | $677,500.02 | | $0.00 |
| 252 | UNS | Allowed | | $244,797.00 | | $922,297.02 |
| | | | | $922,297.02 | | $922,297.02 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1138 | Objection Granted | 07/09/2021 | 1451 |

**Randstad General Partners (Us), LLC**
**Case(s): 252 Clm No: 207 Clm. Amt: $922,297.02**

*c/o Bryan Cave Leighton Paisner LLP*
*Attn: Mark I Duedall*
*1201 W Peachtree St, NW, 14th Fl*
*Atlanta, GA 30309*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $922,297.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | PRI | Disallowed | | $677,500.02 | | $0.00 |
| 252 | UNS | Disallowed | | $244,797.00 | | $0.00 |
| | | | | $922,297.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1138 | Objection Granted | 07/06/2021 | 1452 |
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## New Jersey - Escheat
### Case(s): 240 Clm No: 207 Clm. Amt:

Attn: Heather Graham
Nj Dept of Treasury, Unclaimed Property Admin
P.O Box 214
Trenton, NJ 08625
**Date Filed: 9/13/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## Jm Staffing Solution LLC
### Case(s): 240 Clm No: 208 Clm. Amt: $375,568.10

c/o Law Office of Kyle G Schwartz
Attn: Kyle G Schwartz
17 E Union Ave
Bound Brook, NJ 08805
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $375,568.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | | | $375,568.10 | | $0.00 |
| 252 | UNS | | | | | $375,568.10 |
| | | | | $375,568.10 | | $375,568.10 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 801 | Objection Granted | 12/18/2019 | 1032 |

## Microsoft Corp And Microsoft Online, Inc
### Case(s): 252 Clm No: 208 Clm. Amt: $125,287.07

c/o Fox Rothschild LLP
Attn: Joseph E Shickich, Jr
1001 4th Ave, Ste 4500
Seattle, WA 98154
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $125,287.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $125,287.07 | | $0.00 |
| | | | | $125,287.07 | | $0.00 |

## Xtra Lease LLC
### Case(s): 252 Clm No: 209 Clm. Amt: $65,830.44

c/o Bryan Cave Leighton Paisner LLP
Attn: David Unseth
211 N Broadway, Ste 3600
St. Louis, MO 63102
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $65,830.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | SEC | | | $2,069.73 | | $2,069.73 |
| 252 | UNS | | | $63,760.71 | | $63,760.71 |
| | | | | $65,830.44 | | $65,830.44 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books/multiple cases | 11/13/2020 | 1288 | Objection Granted | 12/15/2020 | 1308 |

### Bluff City Refrigeration
### Case(s): 240 Clm No: 209 Clm. Amt: $1,391.08

*Attn: Felix Frayser Jr*
*P.O Box 11332*
*Memphis, TN 38111*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,391.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $1,391.08 | | |
| | | | | $1,391.08 | | |

### Sergey Nikolaev
### Case(s): 240 Clm No: 210 Clm. Amt: $5,515.15

*1770 S Post Oak Ln, Apt 713*
*Houston, TX 77056*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,515.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $5,515.15 | | $0.00 |
| | | | | $5,515.15 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Sentry Insurance A Mutual Company
### Case(s): 252 Clm No: 210 Clm. Amt: $1,698,140.68

*c/o Fineman Krekstein & Harris*
*Attn: Deidre M Richards, Esq.*
*1300 N King St*
*Wilmington, DE 19801*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,698,140.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | Withdrawn | | $1,698,140.68 | | $0.00 |
| | | | | $1,698,140.68 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Iron Mountain Information Management, LLC
### Case(s): 252 Clm No: 211 Clm. Amt: $10,465.13

*Attn: Joseph Corrigan*
*1 Federal St*
*Boston, MA 02110*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,465.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 252 | UNS | | | $10,465.13 | | |
| | | | | $10,465.13 | | |

### Atlas Copco Compressors LLC
### Case(s): 240 Clm No: 211 Clm. Amt: $371.50

*Attn: Ellen Pettigrew*
*2501 Landmeier Rd, Ste B*
*Elk Grove Village, IL 60007*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $371.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $371.50 | | |
| | | | | $371.50 | | |

### Joanna Kay Carter
**Case(s): 240 Clm No: 212 Clm. Amt: $2,800.00**

*40 Clarksburg Ct*
*Weldon Spring, MO 63304*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,800.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $2,800.00 | | $0.00 |
| | | | | $2,800.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### G&I VII GLP JV LP
**Case(s): 252 Clm No: 212 Clm. Amt: $182,839.38**

*c/o Munsch Hardt Kopf & Harr, P.C.*
*Attn: Deborah M Perry*
*500 N Akard St, Ste 3800*
*Dallas, TX 75201*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $182,839.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $182,839.38 | | |
| | | | | $182,839.38 | | |

### Performance Staffing Solutions, Inc.
**Case(s): 252 Clm No: 213 Clm. Amt: $48,917.32**

*c/o Lindley Law, Pllc*
*Attn: Kevin Cleys*
*326 W 10th St*
*Charlotte, NC 28202*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $48,917.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $48,917.32 | | |
| | | | | $48,917.32 | | |

### Michael T Burke
**Case(s): 240 Clm No: 213 Clm. Amt: $200.00**

*155 Woodcliff Dr*
*Matttituck, NY 11952*
**Date Filed: 9/16/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Satisfied | | $200.00 | | $0.00 |
| 240 | PRI | Satisfied | | Unknown | Y | $0.00 |
| 240 | SEC | Satisfied | | Unknown | Y | $0.00 |
| | | | | $200.00 | | $0.00 |

### Richard Reynolds Rollover IRA
**Case(s): 240 Clm No: 214 Clm. Amt: $6,526.09**

*8113 Denholme Dr*
*Waxhaw, NC 28173*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,503.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | Disallowed | | $3,501.09 | | $0.00 |
| 240 | PRI | Disallowed | | $3,025.00 | | $0.00 |
| | | | | $6,526.09 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### G&I VII GLP JV LP
**Case(s): 252 Clm No: 214 Clm. Amt: $852,055.09**

*c/o Munsch Hardt Kopf & Harr, P.C.*
*Attn: Deborah M Perry*
*500 N Akard St, Ste 3800*
*Dallas, TX 75201*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $852,055.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $852,055.09 | | |
| | | | | $852,055.09 | | |

### Supreme Staffing LLC
**Case(s): 252 Clm No: 215 Clm. Amt: $142,500.45**

*6041 Mt Moriah Rd Ext, Ste 12*
*Memphis, TN 38115*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $142,500.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | PRI | Disallowed | | $142,500.45 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| | | | | $142,500.45 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 10/21/2019 | 801 | Objection Granted | 12/18/2019 | 1032 |
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

**Thomas Charles Kenny**
**Case(s): 240 Clm No: 215 Clm. Amt:**

*32 Greengate Rd*
*Falmouth, MA 02540*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

**Stephen E Bennett**
**Case(s): 240 Clm No: 216 Clm. Amt: $100,000.00**

*7 Industrial Ct*
*Pontiac, IL 61764*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**California Fruit Exchange, LLC - Texas**
**Case(s): 252 Clm No: 216 Clm. Amt: $64,332.69**

*P.O Box 1264*
*Lodi, CA 95241*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $64,332.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $3,526.48 | | |
| 252 | UNS | | | $60,806.21 | | |
| | | | | $64,332.69 | | |

**Legacy Rancho Cucamonga Associates, A California General Par**
**Case(s): 252 Clm No: 217 Clm. Amt: $1,112,240.22**

*c/o Coblentz Patch Duffy & Bass LLP*
*Attn: Gregg Ficks*
*1 Montgomery St, Ste 3000*
*San Francisco, CA 94104*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,112,240.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $85,438.07 | | |
| 252 | SEC | | | $34,868.09 | | $34,868.09 |
| 252 | UNS | | | $991,934.06 | | $731,934.04 |
| | | | | $1,112,240.22 | | $766,802.13 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/11/2020 | 1265 | Objection Granted | 09/08/2020 | 1272 |

## Min Li
### Case(s): 240 Clm No: 217 Clm. Amt: $1,755.19

*Address Redacted*
**Date Filed: 9/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,755.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | PRI | Disallowed | | $1,755.19 | | $0.00 |
| | | | | $1,755.19 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Emporium Leather Company, Inc.
### Case(s): 240 Clm No: 218 Clm. Amt: $9,916.25

*Attn: Kathleen Bauer*
*501 Penhorn Ave, Ste 9*
*Secaucus, NJ 07094*
**Date Filed: 9/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,916.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $5,196.39 | | |
| 240 | UNS | | | $4,719.86 | | |
| | | | | $9,916.25 | | |

## California Fruit Exchange
### Case(s): 252 Clm No: 218 Clm. Amt: $294,656.46

*Attn: Paul Edward Marchand*
*P.O Box 1264*
*Lodi, CA 95241*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $294,656.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | 503(b)(9) | | | $50,494.61 | | |
| 252 | UNS | | | $244,161.85 | | |
| | | | | $294,656.46 | | |

## Legacy Rancho Cucamonga Associates, A California General Par
### Case(s): 252 Clm No: 219 Clm. Amt: $85,438.07

*c/o Coblentz Patch Duffy & Bass LLP*
*Attn: Gregg Ficks*
*1 Montgomery St, Ste 3000*
*San Francisco, CA 94104*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $85,438.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | ADM | | | $85,438.07 | | |
| | | | | $85,438.07 | | |

## Tee Jay Service Company, Inc.
### Case(s): 240 Clm No: 219 Clm. Amt: $270.00

*Attn: Brian Smith*
*958 Corporate Blvd*
*Aurora, IL 60502*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $270.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | | | $270.00 | | |
| | | | | $270.00 | | |

## Stephen E Bennett
**Case(s): 240 Clm No: 220 Clm. Amt:**

*7 Industrial Ct*
*Pontiac, IL 61764*
**Date Filed: 9/17/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

## Farmstead Gourmet LLC
**Case(s): 252 Clm No: 220 Clm. Amt: $329,040.26**

*P.O Box 1264*
*Lodi, CA 95241*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $329,040.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $84,048.08 | | |
| 252 | UNS | | | $244,992.18 | | |
| | | | | $329,040.26 | | |

## FPL
**Case(s): 252 Clm No: 221 Clm. Amt: $4,089.65**

*c/o Bankruptcy Dept/Rrd/Lfo*
*4200 W Flagler St*
*Miami, FL 33134*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,089.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $4,089.65 | | |
| | | | | $4,089.65 | | |

## Illinois Communications Sales, Inc.
**Case(s): 240 Clm No: 221 Clm. Amt: $75.00**

*Attn: Joseph L Polito*
*452 N Claremont Ave*
*Chicago, IL 60612*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $75.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $75.00 | | |
| | | | | $75.00 | | |

## Gregory A. Swajian Obo
**Case(s): 240 Clm No: 222 Clm. Amt:**

*Address Redacted*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Farm Direct Corp Dba: Eqr Usa
### Case(s): 252 Clm No: 222 Clm. Amt: $401,356.54

*P.O. Box 227187*
*Doral, FL 33322*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $354,955.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $46,400.87 | | |
| 252 | ADM | | | $46,400.87 | | |
| 252 | UNS | | | $308,554.80 | | |
| | | | | $401,356.54 | | |

## Hft International, Inc
### Case(s): 252 Clm No: 223 Clm. Amt:

*Attn: Wendy Tanada*
*3777 SE Naef Rd*
*Milwaukie, OR 97267*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |
| Duplicate claim | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## Dawn M. Swajian
### Case(s): 240 Clm No: 223 Clm. Amt:

*Address Redacted*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Gregory A. Swajian
### Case(s): 240 Clm No: 224 Clm. Amt:

*Address Redacted*
**Date Filed: 9/19/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Iron Mountain Information Management, LLC
### Case(s): 252 Clm No: 224 Clm. Amt: $3,889.69

*Attn: Joseph Corrigan*
*1 Federal St*
*Boston, MA 02110*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,889.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $3,889.69 | | |
| | | | | $3,889.69 | | |

### Xtra Lease LLC
### Case(s): 252 Clm No: 225 Clm. Amt: $18,397.84

*c/o Bryan Cave Leighton Paisner LLP*
*Attn: David Unseth*
*211 N Broadway, Ste 3600*
*St. Louis, MO 63102*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,397.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $18,397.84 | | |
| | | | | $18,397.84 | | |

### Irvine Eastgate Office II, LLC
### Case(s): 240 Clm No: 225 Clm. Amt: $3,880,580.00

*c/o Ppi Lawyers*
*Attn: Ralph Gibson Pagter Jr.*
*525 Cabrillo Park Dr, Ste 104*
*Santa Ana, CA 92701*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,880,580.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $3,880,580.00 | | $0.00 |
| | | | | $3,880,580.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Chill Factor Corp.
### Case(s): 240 Clm No: 226 Clm. Amt: $16,088.05

*Attn: Marco Troya*
*7547 NW 70 St*
*Miami, FL 33166*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $16,088.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $16,088.05 | | $0.00 |
| | | | | $16,088.05 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Randstad North America, Inc
### Case(s): 252 Clm No: 226 Clm. Amt: $362,083.20

*c/o Bryan Cave Leighton Paisner LLP*
*Attn: Mark I Duedall*
*1201 W Peachtree St, NW, 14th Fl*
*Atlanta, GA 30309*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $362,083.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $362,083.20 | | |
| | | | | $362,083.20 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Basis | 02/11/2020 | 1138 | Objection Filed | | |

## SysIntelli Inc
### Case(s): 252 Clm No: 227 Clm. Amt: $23,700.00

*Attn: Panteha Baghani*
*9466 Black Mountain Rd, Ste 200*
*San Diego, CA 92126*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $23,700.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $23,700.00 | | $2,482.86 |
| 252 | UNS | | | | | $21,217.14 |
| | | | | $23,700.00 | | $23,700.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 14377 |

## Cheuk Wong
### Case(s): 240 Clm No: 227 Clm. Amt:

*31 Davis St*
*Quincy, MA 02170*
**Date Filed: 9/21/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 228**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |
| No Basis | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

### Cheuk Wong
**Case(s): 240 Clm No: 228 Clm. Amt:**

*31 Davis St*
*Quincy, MA 02170*
**Date Filed: 9/21/2019**
**Orig. Date Filed: 9/21/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 227**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Plant People Inc.
**Case(s): 252 Clm No: 228 Clm. Amt: $220.80**

*8989 Complex Dr*
*San Diego, CA 92123*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $220.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $220.80 | | $0.00 |
| | | | | $220.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### A.O. Reed & Co
**Case(s): 252 Clm No: 229 Clm. Amt: $6,534.79**

*Attn: Ashley N. Rosas*
*P.O. Box 85226*
*4777 Ruffner St*
*San Diego, CA 92186*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,534.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | Disallowed | | $6,534.79 | | $0.00 |
| | | | | $6,534.79 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

### Melissa Ann Hopps
**Case(s): 240 Clm No: 229 Clm. Amt:**

*Address Redacted*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Robert M Fogle & Robyn W Fogle
### Case(s): 240 Clm No: 230 Clm. Amt: $548.00

*1704 Ashmore Ave*
*Chattanooga, TN 37415*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $548.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $548.00 | | $0.00 |
| | | | | $548.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## A.O. Reed & Co
### Case(s): 252 Clm No: 230 Clm. Amt: $6,534.79

*Attn: Ashley N. Rosas*
*P.O. Box 85226*
*4777 Ruffner St*
*San Diego, CA 92186*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,534.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $6,534.79 | | $0.00 |
| | | | | $6,534.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## Mi9 Inc.
### Case(s): 252 Clm No: 231 Clm. Amt: $2,884.00

*Attn: Lourdes Moran, Controller*
*12000 Biscayne Blvd. Ste 600*
*Miami, FL 33181*
**Date Filed: 10/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,884.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $2,884.00 | | $0.00 |
| | | | | $2,884.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Lewis Clark
### Case(s): 240 Clm No: 231 Clm. Amt: $204.95

*2918 Windcliff Dr SE*
*Marietta, GA 30067*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $204.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $204.95 | | $0.00 |
| | | | | $204.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Piyush Agarwal**
**Case(s): 240 Clm No: 232 Clm. Amt: $478.00**

*2237 Ambush Canyon*
*Leander, TX 78641*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $478.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $478.00 | | $0.00 |
| | | | | $478.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Rocky Mountain Chocolate Factory, Inc.**
**Case(s): 252 Clm No: 232 Clm. Amt: $13,181.83**

*265 Turner Dr.*
*Durango, CO 81303-7941*
**Date Filed: 10/14/2019**
**Orig. Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 141**
**Claim Face Value: $13,181.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | | | $13,181.83 | | $6,658.40 |
| 252 | UNS | | | | | $6,523.43 |
| | | | | $13,181.83 | | $13,181.83 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

**JCB Staffing Services LLC**
**Case(s): 252 Clm No: 233 Clm. Amt: $54,490.79**

*Attn: Javier Balanos*
*7500 NW 25th St, Ste 237*
*Miami, FL 33122*
**Date Filed: 10/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $54,490.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $54,490.79 | | |
| | | | | $54,490.79 | | |

**Patricia Robinson**
**Case(s): 240 Clm No: 233 Clm. Amt: $748.40**

*1022 E State Hwy 52*
*Geneva, AL 36340*
**Date Filed: 9/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $748.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $748.40 | | $0.00 |
| | | | | $748.40 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Evelyn Grechuta**
**Case(s): 240 Clm No: 234 Clm. Amt: $3,258.00**

*Address Redacted*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,258.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | $3,258.00 | | $0.00 |
| | | | | $3,258.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

**San Diego Florist Supplies, Inc.**
**Case(s): 252 Clm No: 234 Clm. Amt: $1,814.10**

*Attn: Erin Fisher*
*2550 El Cajon Blvd.*
*San Diego, CA 92104*
**Date Filed: 10/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,814.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,814.10 | | |
| | | | | $1,814.10 | | |

**Duroflowers Ltd**
**Case(s): 252 Clm No: 235 Clm. Amt: $11,126.00**

*P.O. Box 94895*
*Dubai*
*United Arab Emirates*
**Date Filed: 10/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,126.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | Disallowed | | $10,771.20 | | $0.00 |
| 252 | UNS | | | $354.80 | | $11,126.00 |
| | | | | $11,126.00 | | $11,126.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 03/24/2021 | 1357 | Objection Granted | 04/15/2021 | 1377 |

**Piyush Agarwal**
**Case(s): 240 Clm No: 235 Clm. Amt: $478.00**

*2237 Ambush Canyon*
*Leander, TX 78641*
**Date Filed: 9/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $478.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | $478.00 | | $0.00 |
| | | | | $478.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Dell Marketing L.P.
**Case(s): 240 Clm No: 236 Clm. Amt: $8,378.77**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Dell, Inc* | | | | | | | |
| *One Dell Way, Rr1, Ms 52* | | | | | | | |
| *Round Rock, TX 78682* | | | | | | | |
| **Date Filed: 9/23/2019** | 240 | UNS | | | $8,378.77 | | |
| **Bar Date: 10/7/2019** | | | | | $8,378.77 | | |
| **Claim Face Value: $8,378.77** | | | | | | | |

### New York State Dept of Taxation and Finance
**Case(s): 252 Clm No: 236 Clm. Amt: $3,442.68**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Bankruptcy Section* | | | | | | | |
| *P.O. Box 5300* | | | | | | | |
| *Albany, NY 12205-0300* | | | | | | | |
| **Date Filed: 10/23/2019** | 252 | PRI | | | $2,942.68 | | |
| **Bar Date: 12/2/2019** | 252 | UNS | | | $500.00 | | |
| **Claim Face Value: $3,442.68** | | | | | $3,442.68 | | |

### Katalin Tusa
**Case(s): 252 Clm No: 237 Clm. Amt: $57,945.28**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o Tusa Building Maintenance* | | | | | | | |
| *2372 Morse Ave, Ste 161* | | | | | | | |
| *Irvine, TX 92614* | | | | | | | |
| **Date Filed: 11/1/2019** | 252 | 503(b)(9) | Disallowed | | $5,274.28 | | $0.00 |
| **Orig. Date Filed: 7/1/2019** | 252 | PRI | Disallowed | | $5,274.25 | | $0.00 |
| **Bar Date: 10/7/2019** | 252 | UNS | Disallowed | | $47,396.75 | | $0.00 |
| **Claim Face Value: $57,945.28** | | | | | $57,945.28 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

### Strategic Media, Inc
**Case(s): 240 Clm No: 237 Clm. Amt: $90,731.34**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Randy J Creswell* | | | | | | | |
| *183 Middle St, Ste 100* | | | | | | | |
| *Portland, ME 04101* | | | | | | | |
| **Date Filed: 9/25/2019** | 240 | UNS | Disallowed | | $90,731.34 | | $0.00 |
| **Bar Date: 10/7/2019** | | | | | $90,731.34 | | $0.00 |
| **Claim Face Value: $90,731.34** | | | | | | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Andrzey Maryniarczyk
**Case(s): 240 Clm No: 238 Clm. Amt: $3,008.95**

*7932 W 93rd St, Apt 3E*
*Hickory Hills, IL 60457*
**Date Filed: 9/24/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,008.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $3,008.95 | | $0.00 |
| | | | | $3,008.95 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Texas Comptroller of Public Accounts
**Case(s): 252 Clm No: 238 Clm. Amt: $41,242.48**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P,O, Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $41,242.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | Withdrawn | | $41,242.48 | | $0.00 |
| | | | | $41,242.48 | | $0.00 |

### Texas Comptroller of Public Accounts
**Case(s): 252 Clm No: 239 Clm. Amt: $21,773.78**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,773.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Withdrawn | | $21,338.55 | | $0.00 |
| 252 | UNS | Withdrawn | | $435.23 | | $0.00 |
| | | | | $21,773.78 | | $0.00 |

### Gxs, Inc.
**Case(s): 240 Clm No: 239 Clm. Amt: $7,267.50**

*c/o Open Text Corp In Waterloo*
*275 Frank Tompa Dr*
*Waterloo, ON N2L 0A1*
*Canada*
**Date Filed: 9/25/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,267.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $7,267.50 | | |
| | | | | $7,267.50 | | |

**Michael Bowers**
**Case(s): 240 Clm No: 240 Clm. Amt: $6,437.95**

*28 Arundel Rd*
*Buffalo, NY 14216*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,437.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $6,437.95 | | $0.00 |
| | | | | $6,437.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Texas Comptroller of Public Accounts**
**Case(s): 252 Clm No: 240 Clm. Amt: $343,110.59**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711-2548*
**Date Filed: 11/4/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 258**
**Claim Face Value: $343,110.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Withdrawn | | $310,484.27 | | $0.00 |
| 252 | UNS | Withdrawn | | $32,626.32 | | $0.00 |
| | | | | $343,110.59 | | $0.00 |

**Savage Brothers, Co**
**Case(s): 252 Clm No: 241 Clm. Amt: $1,408.41**

*1825 Greenleaf Ave*
*Elk Grove Village, IL 60007-5501*
**Date Filed: 9/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,408.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $1,408.41 | | |
| | | | | $1,408.41 | | |

**Nancy Ann Richards**
**Case(s): 240 Clm No: 241 Clm. Amt: $778.72**

*Address Redacted*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $778.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $778.72 | | $0.00 |
| | | | | $778.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Stacey Malay
**Case(s): 240 Clm No: 242 Clm. Amt: $16,780.72**

*Address Redacted*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $16,780.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $16,780.72 | | $0.00 |
| | | | | $16,780.72 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Syndicate Sales, Inc
**Case(s): 252 Clm No: 242 Clm. Amt: $189,580.69**

*Attn: Aletha Arnold*
*2025 N Wabash Ave*
*Kokomo, IN 46901*
**Date Filed: 11/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $189,580.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | 503(b)(9) | | | $80,893.99 | | |
| 252 | UNS | | | $108,686.70 | | |
| | | | | $189,580.69 | | |

### California Department of Tax and Fee Administration (functionsuccessor to board of Equalization 7/1/17)
**Case(s): 252 Clm No: 243 Clm. Amt: $341,479.95**

*Attn: Special Ops, MIC-55*
*P.O. Box 942879*
*Sacramento, CA 94279-0055*
**Date Filed: 11/24/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 256**
**Claim Face Value: $341,479.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | PRI | Disallowed | | $341,479.95 | | $0.00 |
| | | | | $341,479.95 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Sara Xifo
**Case(s): 240 Clm No: 243 Clm. Amt: $161.81**

*494 Old Post Rd*
*Bedford, NY 10506*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $161.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $161.81 | | $0.00 |
| | | | | $161.81 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Diana Colbert**

**Case(s): 240 Clm No: 244 Clm. Amt: $7,753.95**

*Address Redacted*
**Date Filed: 9/26/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,753.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $7,753.95 | | $0.00 |
| | | | | $7,753.95 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Franchise Tax Board**

**Case(s): 252 Clm No: 244 Clm. Amt: $823.73**

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 11/27/2019**
**Bar Date: 12/2/2019**
**Claim Face Value: $823.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $823.73 | | |
| | | | | $823.73 | | |

**Staffmark Investment LLC dba Advantage Resourcing**

**Case(s): 252 Clm No: 245 Clm. Amt: $11,815.05**

*Attn: Lisa Bailey*
*201 E 4th St, Ste 800*
*Cincinnati, OH 45202*
**Date Filed: 11/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,815.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $11,815.05 | | $0.00 |
| | | | | $11,815.05 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Centerpoint Marketing, Inc.**

**Case(s): 240 Clm No: 245 Clm. Amt: $34,945.64**

*c/o Stahl Cowen Crowley Addis*
*Attn: Bruce Dopke*
*55 W Monroe St, Ste 1200*
*Chicago, IL 60603*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 54**
**Claim Face Value: $34,945.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | $34,945.64 | | $0.00 |
| | | | | $34,945.64 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Labormax Staffing
**Case(s): 240 Clm No: 246 Clm. Amt: $37,751.03**

*Attn: Tess Sandval*
*P.O Box 900*
*Kearney, MO 64060*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,751.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | 503(b)(9) | Disallowed | | $37,751.03 | | $0.00 |
| 252 | UNS | Disallowed | | | | $0.00 |
| 240 | UNS | | | | | $37,751.03 |
| | | | | $37,751.03 | | $37,751.03 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 02/11/2020 | 1140 | Objection Granted | 03/11/2020 | 1175 |

### Hire Thinking dba Advantage XPO
**Case(s): 252 Clm No: 246 Clm. Amt: $9,359.08**

*c/o Staffmark*
*201 E 4th St, Ste 800*
*Cincinnati, OH 45202*
**Date Filed: 11/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,359.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | UNS | Disallowed | | $9,359.08 | | $0.00 |
| | | | | $9,359.08 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Mississippi Department of Revenue
**Case(s): 252 Clm No: 247 Clm. Amt: $4.08**

*Attn: Bankruptcy Section*
*P.O. Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 12/11/2019**
**Orig. Date Filed: 6/19/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 28**
**Claim Face Value: $4.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 252 | PRI | | | $1.36 | | |
| 252 | UNS | | | $2.72 | | |
| | | | | $4.08 | | |

### Ara, Inc.
**Case(s): 240 Clm No: 247 Clm. Amt: $441,912.31**

*Attn: John H Reid, Esq.*
*3140 Neil Armstrong Blvd, Ste 203*
*Eagan, MN 55121*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $441,912.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | UNS | Withdrawn | | $441,912.31 | | $0.00 |
| | | | | $441,912.31 | | $0.00 |

## Shannon Fleming Barnhardt
### Case(s): 240 Clm No: 248 Clm. Amt: $5,019.80

*Address Redacted*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,019.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | Disallowed | | $5,019.80 | | $0.00 |
| | | | | $5,019.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Filed | | |

## Google LLC
### Case(s): 252 Clm No: 248 Clm. Amt: $2,487,683.56

*c/o White and Williams LLP*
*Attn: Amy E. Vulpio, Esq*
*1650 Market St, Fl 18*
*Philadelphia, PA 19103*
**Date Filed: 12/13/2019**
**Orig. Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 153**
**Claim Face Value: $2,487,683.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | UNS | | | $2,487,683.56 | | |
| | | | | $2,487,683.56 | | |

## SALESFORCE.COM, INC.
### Case(s): 252 Clm No: 249 Clm. Amt: $60,039.21

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab/Gaye Heck*
*633 Menlo Ave, Ste 100*
*Menlo Park, CA 94025*
**Date Filed: 1/16/2020**
**Orig. Date Filed: 7/25/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 60**
**Claim Face Value: $60,039.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 252 | ADM | | | $30,357.29 | | |
| 252 | UNS | | | $29,681.92 | | |
| | | | | $60,039.21 | | |

## Shannon Fleming Barnhardt
### Case(s): 240 Clm No: 249 Clm. Amt: $5,019.80

*Address Redacted*
**Date Filed: 9/27/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,019.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Disallowed | | $5,019.80 | | $0.00 |
| | | | | $5,019.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Tamara Bovilsky
### Case(s): 240 Clm No: 250 Clm. Amt: $299.88

*201 armitage ave*
*Northlake, IL 60164*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $299.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $299.88 | | $0.00 |
| | | | | $299.88 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Bangkok Intimex Co, Ltd
### Case(s): 252 Clm No: 250 Clm. Amt: $141,033.98

*c/o Patcharin Chanchanasopon*
*72 1 Rajamontri Rd, Bangphai, Bangkhae*
*Bangkok, 10160*
*Thailand*
**Date Filed: 1/20/2020**
**Orig. Date Filed: 6/18/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 23**
**Claim Face Value: $141,033.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | 503(b)(9) | | | $18,987.78 | | |
| 252 | UNS | | | $122,046.20 | | |
| | | | | $141,033.98 | | |

## Salesforce.com, Inc
### Case(s): 252 Clm No: 251 Clm. Amt: $30,357.29

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab/Gaye Heck*
*633 Menlo Ave, Ste 100*
*Menlo Park, CA 94025*
**Date Filed: 1/16/2020**
**Bar Date: 1/29/2020**
**Claim Face Value: $30,357.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | ADM | | | $30,357.29 | | |
| | | | | $30,357.29 | | |

## Doris A Nostrand
### Case(s): 240 Clm No: 251 Clm. Amt: $650.00

*907 5th St*
*E Northport, NY 11731*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $650.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | $650.00 | | $0.00 |
| | | | | $650.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

**Kwong Thye Liew**
**Case(s): 240 Clm No: 252 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *4752 195th St*<br>*Flushing, NY 11358*<br>**Date Filed: 9/30/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value:** | 240 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

**National Cable Communications**
**Case(s): 252 Clm No: 252 Clm. Amt: $102,840.46**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *c/o CCR*<br>*Attn: Thomas J Hogan*<br>*20 Broad Hollow Rd, Ste 1002*<br>*Melville, NY 11747*<br>**Date Filed: 1/17/2020**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $102,840.46** | 252 | UNS | Disallowed | | $102,840.46 | | $0.00 |
| | | | | | $102,840.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Iron Mountain Information Management, LLC**
**Case(s): 252 Clm No: 253 Clm. Amt: $20,284.69**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *Attn: Joseph P. Corrigan*<br>*One Federal St*<br>*Boston, MA 02110*<br>**Date Filed: 1/29/2020**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $20,284.69** | 252 | ADM | | | $20,284.69 | | |
| | | | | | $20,284.69 | | |

**Kwong Thye Liew**
**Case(s): 240 Clm No: 253 Clm. Amt: $1,000.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *4752 195th St*<br>*Flushing, NY 11358*<br>**Date Filed: 9/30/2019**<br>**Bar Date: 10/7/2019**<br>**Claim Face Value: $1,000.00** | 240 | UNS | Disallowed | | $1,000.00 | | $0.00 |
| | | | | | $1,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Mary B Leahy
**Case(s): 240 Clm No: 254 Clm. Amt:**

1812 Essex Pl
*Downers Grove, IL 60516*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### PDQ Staffing, Inc.
**Case(s): 252 Clm No: 254 Clm. Amt: $30,086.18**

*Attn: Doug Mumme*
*704 Hunters Row Ct*
*Mansfield, TX 76063*
**Date Filed: 3/4/2020**
**Orig. Date Filed: 6/19/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 29**
**Claim Face Value: $30,086.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | | | $30,086.18 | | |
| | | | | $30,086.18 | | |

### Manipal International Printing Press Ltd
**Case(s): 252 Clm No: 255 Clm. Amt: $2,722.28**

*Attn: Davis Ndavi Mbui*
*P.O. Box 39987 - 00623*
*Parklands, Nairobi*
*Kenya*
**Date Filed: 7/18/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,722.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | UNS | Disallowed | | $2,722.28 | | $0.00 |
| | | | | $2,722.28 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

### Kimberly Kay Turner
**Case(s): 240 Clm No: 255 Clm. Amt:**

*P.O Box 1100*
*Turner, OR 97392*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

### Kimberly Kay Turner
**Case(s): 240 Clm No: 256 Clm. Amt:**

P.O Box 1100
Turner, OR 97392
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### California Department of Tax and Fee Administration
**Case(s): 252 Clm No: 256 Clm. Amt: $1,227.00**

*(functional successor to Board of Equalization 7/1/17)*
*c/o Collections Support Bureau, MIC: 55*
*Attn: Ryan Slauson*
*P.O. Box 942879*
*Sacramento, CA 94279-0055*
**Date Filed: 7/27/2020**
**Orig. Date Filed: 11/24/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 243**
**Claim Face Value: $1,227.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 252 | PRI | | | $1,227.00 | | |
| | | | | | $1,227.00 | | |

### Sutherland Global Services, Inc
**Case(s): 240 Clm No: 257 Clm. Amt: $623,393.82**

c/o Phillips Lytle LLP
*Attn: Nickolas Karavolas*
*340 Madison Ave, 17th Fl*
*New York, NY 10173*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $623,393.82**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | UNS | | | $623,393.82 | | |
| | | | | | $623,393.82 | | |

### Dependable Packaging Solutions
**Case(s): 240 Clm No: 258 Clm. Amt: $1,181.30**

*Attn: Yolanda Pratts*
*5255 NW 159th St*
*Miami, FL 33014*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,181.30**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | ADM | Disallowed | | $1,181.30 | | $0.00 |
| | | | | | $1,181.30 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

## Texas Comptroller of Public Accounts
### Case(s): 252 Clm No: 258 Clm. Amt: $105,360.42

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Div*
*P.O. Box 12548, MC 008*
*Austin, TX 78711*
**Date Filed: 1/28/2021**
**Orig. Date Filed: 11/4/2020**
**Bar Date: 12/2/2019**
**Amending Clm #: 240**
**Claim Face Value: $105,360.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Withdrawn | | $100,461.10 | | $0.00 |
| 252 | UNS | Withdrawn | | $4,899.32 | | $0.00 |
| | | | | $105,360.42 | | $0.00 |

## State Of New Jersey - Division Of Taxation
### Case(s): 252 Clm No: 259 Clm. Amt: $102,110.69

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 7/2/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 136**
**Claim Face Value: $102,110.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $102,110.69 | | $0.00 |
| | | | | $102,110.69 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## Doris A Nostrand
### Case(s): 240 Clm No: 259 Clm. Amt: $650.00

*907 5th St*
*E Northport, NY 11731*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $650.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $650.00 | | $0.00 |
| | | | | $650.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Dependable Packaging Solutions
### Case(s): 240 Clm No: 260 Clm. Amt: $1,181.30

*Attn: Yolanda Pratts*
*5255 NW 159th St*
*Miami, FL 33014*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,181.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,181.30 | | |
| | | | | $1,181.30 | | |

**State Of New Jersey - Division Of Taxation**
**Case(s): 252 Clm No: 260 Clm. Amt: $102,110.69**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 7/2/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 136**
**Amended By Clm #: 261**
**Claim Face Value: $102,110.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $102,110.69 | | $0.00 |
| | | | | $102,110.69 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

**State of New Jersey - Division Of Taxation**
**Case(s): 252 Clm No: 261 Clm. Amt: $19,319.18**

*P.O. Box 245*
*Trenton, NJ 08695*
**Date Filed: 8/5/2021**
**Orig. Date Filed: 7/2/2021**
**Bar Date: 12/2/2019**
**Amending Clm #: 260**
**Amended By Clm #: 262**
**Claim Face Value: $19,319.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $19,319.18 | | $0.00 |
| | | | | $19,319.18 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

**Kuo C Chao**
**Case(s): 240 Clm No: 261 Clm. Amt:**

*Address Redacted*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Mei Wah Company Inc.
### Case(s): 240 Clm No: 262 Clm. Amt: $8,679.00

Attn: Edward Han
645 Battery St
San Francisco, CA 94111
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,679.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $8,679.00 | | $0.00 |
| 240 | UNS | | | | | $8,679.00 |
| | | | | $8,679.00 | | $8,679.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## State of New Jersey - Division of Taxation
### Case(s): 252 Clm No: 262 Clm. Amt: $28,245.95

P.O. Box 245
Trenton, NJ 08695
**Date Filed: 8/20/2021**
**Orig. Date Filed: 10/1/2019**
**Bar Date: 12/2/2019**
**Amending Clm #: 261**
**Amended By Clm #: 263**
**Claim Face Value: $28,245.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $28,245.95 | | $0.00 |
| | | | | $28,245.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

## State of New Jersey - Division of Taxation
### Case(s): 252 Clm No: 263 Clm. Amt: $86,555.93

P.O. Box 245
Trenton, NJ 08695
**Date Filed: 9/14/2021**
**Orig. Date Filed: 8/20/2021**
**Bar Date: 12/2/2019**
**Amending Clm #: 262**
**Claim Face Value: $86,555.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | | | $86,555.93 | | |
| | | | | $86,555.93 | | |

## Kenneth Koenan Chao
### Case(s): 240 Clm No: 263 Clm. Amt: $3,957.60

13602 Still Bay Ct
Houston, TX 77077
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,957.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $3,957.60 | | $0.00 |
| | | | | $3,957.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Lucia Ren-Wei Chao
**Case(s): 240 Clm No: 264 Clm. Amt: $1,978.80**

*13602 Still Bay Ct*
*Houston, TX 77077*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,978.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $1,978.80 | | $0.00 |
| | | | | $1,978.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### State of New Jersey - Division of Taxation
**Case(s): 252 Clm No: 264 Clm. Amt: $86,555.93**

*P.O. Box 245*
*Trenton, NJ, 08695*
**Date Filed: 9/14/2021**
**Orig. Date Filed: 8/20/2021**
**Bar Date: 12/2/2019**
**Amending Clm #: 262**
**Claim Face Value: $86,555.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 252 | PRI | Disallowed | | $86,555.93 | | $0.00 |
| | | | | $86,555.93 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 10/15/2021 | 1490 | Objection Granted | 11/30/2021 | 1522 |

### Kenneth Chao
**Case(s): 240 Clm No: 265 Clm. Amt: $1,978.80**

*13602 Still Bay Ct*
*Houston, TX 77077*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,978.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $1,978.80 | | $0.00 |
| | | | | $1,978.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Kenneth Koenan Chao
**Case(s): 240 Clm No: 266 Clm. Amt: $3,957.60**

*13602 Still Bay Ct*
*Houston, TX 77077*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,957.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $3,957.60 | | $0.00 |
| | | | | $3,957.60 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Gkg Fulfillment LLC
**Case(s): 240 Clm No: 267 Clm. Amt: $233,217.28**

*Attn: Marc Carmel*
*300 N La Salle St, Ste 1400*
*Chicago, IL 60654*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $233,217.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | Disallowed | | $100,524.38 | | $0.00 |
| 240 | UNS | Disallowed | | $132,692.90 | | $0.00 |
| | | | | $233,217.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Law Offices Of Roy A Levun
**Case(s): 240 Clm No: 268 Clm. Amt: $768.85**

*Attn: Roy A Levun*
*1742 Flowerdale St*
*Simi Valley, CA 93063*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $768.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | | | $768.85 | | |
| | | | | $768.85 | | |

## Dolores Frydrych, Dawn Kissone, Jt Wros
**Case(s): 240 Clm No: 269 Clm. Amt: $1,663.64**

*2505 N 74th Ct*
*Elmwood Pk, IL 60707*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,663.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $1,663.64 | | $0.00 |
| | | | | $1,663.64 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Isadore L. Becker
**Case(s): 240 Clm No: 270 Clm. Amt:**

*177 Amberly Dr, Unit D*
*Manalapan, NJ 07726*
**Date Filed: 10/1/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Signature Gifts Inc
### Case(s): 240 Clm No: 271 Clm. Amt: $24,813.28

*Attn: Stephen Tutt*
*23 Vaughan Rd*
*Harpenden, AI5 4EI*
*United Kingdom*
**Date Filed: 10/2/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $24,813.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $3,723.37 | | |
| 240 | UNS | | | $21,089.91 | | |
| | | | | $24,813.28 | | |

## Synergy Direct LLC
### Case(s): 240 Clm No: 272 Clm. Amt: $14,339.08

*Attn: Douglas A Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/3/2019**
**Orig. Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 304**
**Claim Face Value: $14,339.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $14,339.08 | | $0.00 |
| | | | | $14,339.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Ond Property LLC
### Case(s): 240 Clm No: 273 Clm. Amt: $3,400,384.20

*c/o Douglas B Rosner, Goulston & Storrs Pc*
*Attn: Kirsten L Hoffman*
*400 Atlantic Ave*
*Boston, MA 02110*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,400,384.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $3,400,384.20 | | |
| | | | | $3,400,384.20 | | |

## Aig Property Casualty, Inc. And Its Affiliates
### Case(s): 240 Clm No: 274 Clm. Amt:

*Attn: Kevin J Larner*
*80 Pine St, 13th Fl*
*New York, NY 10005*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 348**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | | | | | $0.00 |
| 240 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Nicor Gas
**Case(s): 240 Clm No: 275 Clm. Amt: $2,804.92**

*Attn: Veronica Frank*
*P.O Box 549*
*Aurora, IL 60507*
**Date Filed: 9/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,804.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $2,804.92 | | |
| | | | | $2,804.92 | | |

### Synergy Direct LLC
**Case(s): 240 Clm No: 276 Clm. Amt: $13,249.60**

*Attn: Douglas A Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,249.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Satisfied | | $13,249.60 | | $0.00 |
| | | | | $13,249.60 | | $0.00 |

### Accurate Staffing Consultants, Inc
**Case(s): 240 Clm No: 277 Clm. Amt: $9,450.91**

*Attn: Catherine M Wall*
*920 Blairhill Rd, Ste B-118*
*Charlotte, NC 28277*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $9,450.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $9,450.91 | | |
| | | | | $9,450.91 | | |

### Rli Insurance Co.
**Case(s): 240 Clm No: 278 Clm. Amt: $1,080,000.00**

*Attn: Michael Dudek*
*9025 N Lindbergh Dr*
*Peoria, IL 61615*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,080,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | SEC | Allowed | | $388,219.00 | | $388,219.00 |
| 240 | UNS | Disallowed | | $691,781.00 | | $0.00 |
| | | | | $1,080,000.00 | | $388,219.00 |

### C.I. Amancay S.A.S
**Case(s): 240 Clm No: 279 Clm. Amt: $21,770.63**

*Attn: Kristin Parsons*
*1155 Union St*
*Clearwater, FL 33755*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,770.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $2,972.19 | | |
| 240 | UNS | | | $18,798.44 | | |
| | | | | $21,770.63 | | |

**Patrick Milligan**
**Case(s): 240 Clm No: 280 Clm. Amt: $2,493.64**

*16 Alden Rd*
*Hingham, MA 02043*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,493.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $2,493.64 | | $0.00 |
| | | | | $2,493.64 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Harold F. Webb**
**Case(s): 240 Clm No: 281 Clm. Amt: $6,366.88**

*5 Fairglen Dr*
*Titusville, FL 32796*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,183.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $3,183.44 | | $0.00 |
| 240 | SEC | Disallowed | | $3,182.22 | | $0.00 |
| 240 | UNS | Disallowed | | $1.22 | | $0.00 |
| | | | | $6,366.88 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

**Lori J Null**
**Case(s): 240 Clm No: 282 Clm. Amt: $17,359.00**

*Address Redacted*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 283**
**Claim Face Value: $17,359.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $17,359.00 | | $0.00 |
| | | | | $17,359.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Lori J Null**
**Case(s): 240 Clm No: 283 Clm. Amt: $17,359.00**

*Address Redacted*
**Date Filed: 10/3/2019**
**Orig. Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 282**
**Claim Face Value: $17,359.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $17,359.00 | | $0.00 |
| | | | | $17,359.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Easysaver Class Representatives**
**Case(s): 240 Clm No: 284 Clm. Amt: $38,000,000.00**

*c/o Stutzman, Bromberg, Esserman & Plifka*
*Attn: Sander Esserman*
*2323 Bryan St, Ste 2200*
*Dallas, TX 75201*
**Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | SEC | Disallowed | | $38,000,000.00 | | $0.00 |
| | | | | $38,000,000.00 | | $0.00 |

**Google LLC**
**Case(s): 240 Clm No: 285 Clm. Amt: $1,975,312.26**

*c/o White and Williams LLP*
*Attn: Amy E Vulpio, Esq*
*One Liberty Pl*
*1650 Market St, Ste 1800*
*Philadelphia, PA 19103*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,975,312.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $1,975,312.26 | | $1,736,235.07 |
| | | | | $1,975,312.26 | | $1,736,235.07 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | | Objection Granted | 01/15/2021 | 1325 |

**W. J. Griffin, Inc.**
**Case(s): 240 Clm No: 286 Clm. Amt: $119,171.90**

*Attn: Marc Carmel*
*300 N La Salle St, Ste 1400*
*Chicago, IL 60654*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $119,171.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | 503(b)(9) | Disallowed | | $39,421.45 | | $0.00 |
| 240 | UNS | Disallowed | | $79,750.45 | | $0.00 |
| | | | | $119,171.90 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Pension Benefit Guaranty Corp**
**Case(s): 240 Clm No: 287 Clm. Amt: $83,022.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $83,022.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | ADM | | | $8,048.00 | | $0.00 |
| 240 | PRI | | | $3,381.00 | | $0.00 |
| 240 | UNS | | | $71,593.00 | | $0.00 |
| | | | | $83,022.00 | | $0.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 240 Clm No: 288 Clm. Amt: $1,524,913.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,524,913.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | ADM | | | Unknown | Y | $11,429.00 |
| 240 | PRI | | | Unknown | Y | $0.00 |
| 240 | UNS | | | $1,524,913.00 | | $1,791,506.00 |
| | | | | $1,524,913.00 | | $1,802,935.00 |

**Pension Benefit Guaranty Corp**
**Case(s): 240 Clm No: 289 Clm. Amt: $195,000.00**

*Attn: Cassandra Burton*
*1200 K St Nw*
*Washington, DC 20005*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $195,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 240 | ADM | | | | | $0.00 |
| 240 | PRI | | | | | $0.00 |
| 240 | UNS | | | $195,000.00 | | $0.00 |
| | | | | $195,000.00 | | $0.00 |

## Teufel Holly Farms
### Case(s): 240 Clm No: 290 Clm. Amt: $3,092.71

*Attn: Jeff Neal*
*7431 NW Evergreen Pkwy, Ste 200*
*Hillsboro, OR 97124*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,092.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $3,092.71 | | $0.00 |
| | | | | $3,092.71 | | $0.00 |

## Nitel Usa
### Case(s): 240 Clm No: 291 Clm. Amt: $592.55

*Attn: Deanne Costanzo*
*350 N Orleans, Ste 1300N*
*Chicago, IL 60654*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $592.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $592.55 | | |
| | | | | $592.55 | | |

## Ond Property LLC
### Case(s): 240 Clm No: 292 Clm. Amt: $2,131.68

*c/o Goulston & Storrs Pc*
*Attn: Douglas B Rosner*
*400 Atlantic Ave*
*Boston, MA 02110*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,131.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | | | $2,131.68 | | |
| | | | | $2,131.68 | | |

## United Parcel Service Inc. & Its Affiliates &
### Case(s): 240 Clm No: 293 Clm. Amt: $2,691,622.26

*Subsidiaries Including Coyote Logistics*
*c/o Morrison & Foerster LLP*
*Attn: Jennifer Marines & Erica Richards*
*250 W 55th St*
*New York, NY 10019*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,691,622.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | | | $2,691,622.26 | | $122,767.33 |
| 240 | UNS | Satisfied | | | | $0.00 |
| | | | | $2,691,622.26 | | $122,767.33 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

### United Parcel Service Inc. & Its Affiliates &
### Case(s): 240 Clm No: 294 Clm. Amt: $29,246,904.51

*Subsidiaries Including Coyote Logistics*
*c/o Morrison & Foerster LLP*
*Attn: Jennifer Marines/Erica Richards*
*250 W 55th St*
*New York, NY 10019*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amended By Clm #: 369**
**Claim Face Value: $29,246,904.51**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 241 | UNS | Withdrawn | | | | $0.00 |
| 252 | UNS | Withdrawn | | | | $0.00 |
| 254 | UNS | Withdrawn | | | | $0.00 |
| 240 | UNS | Withdrawn | | $29,246,904.51 | | $0.00 |
| | | | | $29,246,904.51 | | $0.00 |

### Td Ameritrade
### Case(s): 240 Clm No: 295 Clm. Amt: $2,170.67

*Attn: Carla Maaouia*
*936 Deercrest Cir*
*Evans, GA 30809*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,170.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $2,170.67 | | $0.00 |
| | | | | $2,170.67 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Gloria Huss
### Case(s): 240 Clm No: 296 Clm. Amt:

*Address Redacted*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Russell Lawton
### Case(s): 240 Clm No: 297 Clm. Amt: $40,804.95

*Address Redacted*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $40,804.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $40,804.95 | | $0.00 |
| | | | | $40,804.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Sentry Insurance A Mutual Company
### Case(s): 240 Clm No: 298 Clm. Amt:

*c/o Fineman Krekstein & Harris*
*Attn: Deidre M Richards, Esq.*
*1300 N King St*
*Wilmington, DE 19801*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Sentry Insurance A Mutual Company
### Case(s): 240 Clm No: 299 Clm. Amt:

*c/o Fineman Krekstein & Harris*
*Attn: Deidre M Richards, Esq.*
*1300 N King St*
*Wilmington, DE 19801*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## Sentry Insurance A Mutual Company
### Case(s): 240 Clm No: 300 Clm. Amt:

*c/o Fineman Krekstein & Harris*
*Attn: Deidre M Richards, Esq.*
*1300 N King St*
*Wilmington, DE 19801*
**Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Withdrawn | | | | $0.00 |
| | | | | | | $0.00 |

### Caroline Riordan
**Case(s): 240 Clm No: 301 Clm. Amt: $200,000.00**

*2026 Dewes St*
*Glenview, IL 60025*
**Date Filed: 10/5/2019**
**Orig. Date Filed: 10/5/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | Disallowed | | $13,650.00 | | $0.00 |
| 240 | UNS | Disallowed | | $186,350.00 | | $0.00 |
| | | | | $200,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

### Nancy Shank
**Case(s): 240 Clm No: 302 Clm. Amt: $4.90**

*2866 Ferro Dr*
*New Lenox, IL 60451*
**Date Filed: 10/6/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $4.90 | | $0.00 |
| | | | | $4.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Steven H Eisdorfer
**Case(s): 240 Clm No: 303 Clm. Amt: $348.71**

*1234 Pallister Ln*
*Lake Mary, FL 32746*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $348.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $348.71 | | $0.00 |
| | | | | $348.71 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Synergy Direct LLC
**Case(s): 240 Clm No: 304 Clm. Amt: $14,339.08**

*Attn: Douglas A Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/7/2019**
**Orig. Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 272**
**Claim Face Value: $14,339.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $14,339.08 | | $0.00 |
| | | | | $14,339.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Illinois American Water
**Case(s): 240 Clm No: 305 Clm. Amt: $3,166.06**

*Attn: Dana Mitchell*
*P.O Box 578*
*Alton, IL 62002*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,166.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $3,166.06 | | $0.00 |
| | | | | $3,166.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 10/29/2021 | 1502 | Objection Granted | 12/17/2021 | 1532 |

## William I Martin
**Case(s): 240 Clm No: 306 Clm. Amt: $2,385.00**

*Address Redacted*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,385.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $2,385.00 | | $0.00 |
| | | | | $2,385.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**American Litho, Inc**
**Case(s): 240 Clm No: 307 Clm. Amt: $133,485.09**

Attn: Kevin Krantz
401 Huehl Rd, Ste 2A
Northbrook, IL 60062
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $133,485.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | 503(b)(9) | | | $31,911.12 | | |
| 240 | UNS | | | $101,573.97 | | |
| | | | | $133,485.09 | | |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| TRC Master Fund LLC<br>Attn: Terrel Ross<br>Re: American Litho Inc<br>P.O. Box 633<br>Woodmere, NY 11598 | 100.00% | | Final |

**Leslie E. Lynn**
**Case(s): 240 Clm No: 308 Clm. Amt: $793.77**

3604 NW 69th St
Oklahoma City, OK 73116
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $793.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $793.77 | | $0.00 |
| | | | | $793.77 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Apex Systems, LLC**
**Case(s): 240 Clm No: 309 Clm. Amt: $32,780.00**

c/o Mcguirewoods LLP
Attn: Sarah Boehm
Gateway Plaza, 800 E Canal St
Richmond, VA 23219-3916
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $32,780.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Satisfied | | $32,780.00 | | $0.00 |
| | | | | $32,780.00 | | $0.00 |

**The Day Publishing Co**
**Case(s): 240 Clm No: 310 Clm. Amt: $695.00**

Attn: Lynn Gilman Credit Manager
P.O Box 1231
47 Eugene O'Neill Dr
New London, CT 06320
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $695.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $695.00 | | |
| | | | | $695.00 | | |

## Google LLC
**Case(s): 240 Clm No: 311 Clm. Amt: $1,049,262.56**

*c/o White and Williams LLP*
*Attn: Amy E Vulpio, Esq*
*1650 Market St, Ste 1800*
*One Liberty Pl*
*Philadelphia, PA 19103*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,049,262.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Withdrawn | | $1,049,262.56 | | $0.00 |
| | | | | $1,049,262.56 | | $0.00 |

## Grant Thornton, LLP
**Case(s): 240 Clm No: 312 Clm. Amt: $18,517.00**

*Attn: Christ Stathopoulos*
*171 N Clark St, Ste 200*
*Chicago, IL 60601-3370*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,517.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $18,517.00 | | |
| | | | | $18,517.00 | | |

## Amerisource Funding, Inc, As Assignee
**Case(s): 240 Clm No: 313 Clm. Amt: $795,849.32**

*of the Baronhr Family*
*Attn: Joseph L Page, Esq*
*Chief Administrative Officer and General*
*Counsel*
*7225 Langtry St*
*Houston, TX 77040*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $795,849.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $795,849.32 | | |
| | | | | $795,849.32 | | |

## Synergy Direct LLC
**Case(s): 240 Clm No: 314 Clm. Amt: $13,249.60**

*Attn: Doug Labuda*
*4807 Rockside Rd, Ste 370*
*Independence, OH 44131*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,249.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | $13,249.60 | | $0.00 |
| | | | | $13,249.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

### Aig Property Casualty, Inc. And Its Affiliates
### Case(s): 240 Clm No: 315 Clm. Amt: $780,882.01

*Attn: Kevin J Lamer*
*80 Pine St, 13th Fl*
*New York, NY 10005*
**Date Filed: 10/23/2019**
**Orig. Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 315**
**Amended By Clm #: 315**
**Claim Face Value: $780,882.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Withdrawn | | $780,882.01 | Y | $0.00 |
| | | | | $780,882.01 | | $0.00 |

### Sentry Insurance A Mutual Company
### Case(s): 240 Clm No: 316 Clm. Amt: $1,698,140.68

*c/o Fineman Krekstein & Harris*
*Attn: Deidre M Richards*
*1300 N King St*
*Wilmington, DE 19801*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,698,140.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Withdrawn | | $1,698,140.68 | | $0.00 |
| | | | | $1,698,140.68 | | $0.00 |

### Susan D'Amato
### Case(s): 240 Clm No: 317 Clm. Amt: $11,282.98

*10489 E Pine Valley Dr*
*Scottsdale, AZ 85255*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $11,282.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $11,282.98 | | |
| | | | | $11,282.98 | | |

### Atlas Flowers
### Case(s): 240 Clm No: 318 Clm. Amt: $1,331,011.60

*c/o Pierce Bainbridge Beck Price & Hecht LLP*
*Attn: Denver G Edwards*
*277 Park Ave, 45th Fl*
*New York, NY 10172*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,331,011.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | 503(b)(9) | Disallowed | | $105,536.49 | | $0.00 |
| 240 | UNS | | | $1,225,475.11 | | $921,904.60 |
| | | | | $1,331,011.60 | | $921,904.60 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 10/21/2019 | 800 | Objection Granted | 11/18/2019 | 919 |
| Claim does not agree with books | 11/13/2020 | 1288 | Objection Granted | 12/15/2020 | 1308 |

**Richard E. Allen**

**Case(s): 240 Clm No: 319 Clm. Amt: $1,539.00**

*3618 Folker Cir*
*Salt Lake City, UT 84109*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,539.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $1,539.00 | | $0.00 |
| | | | | $1,539.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Travelon**

**Case(s): 240 Clm No: 320 Clm. Amt: $3,014.46**

*Attn: Suzanne Dziedzic*
*11333 Addison St, Ste 200*
*Franklin Park, IL 60131*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,014.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | 503(b)(9) | | | $370.44 | | |
| 240 | UNS | | | $2,644.02 | | |
| | | | | $3,014.46 | | |

**Atlas Flowers, Inc**

**Case(s): 240 Clm No: 321 Clm. Amt: $6,055.82**

*c/o Pierce Bainbridge Beck Price & Hecht LLP*
*Attn: Denver G Edwards*
*277 Park Ave, 45th Fl*
*New York, NY 10172*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,055.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Disallowed | | $6,055.82 | | $0.00 |
| | | | | $6,055.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

**Atlas Flowers, Inc**

**Case(s): 240 Clm No: 322 Clm. Amt: $6,055.82**

*c/o Pierce Bainbridge Beck Price & Hecht LLP*
*Attn: Denver G Edwards*
*277 Park Ave, 45th Fl*
*New York, NY 10172*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,055.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | | | $6,055.82 | | |
| | | | | $6,055.82 | | |

**Remedy Analytics, Inc**
**Case(s): 240 Clm No: 323 Clm. Amt: $13,500.00**

*Attn: Jennifer Hill*
*234 W Florida St, Ste 150*
*Milwaukee, WI 53204*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Satisfied | | $13,500.00 | | $0.00 |
| | | | | $13,500.00 | | $0.00 |

**Performance Staffing Solutions, Inc.**
**Case(s): 240 Clm No: 324 Clm. Amt: $48,917.32**

*c/o Lindley Law, Pllc*
*Attn: Trey Lindley*
*326 W 10th St*
*Charlotte, NC 28202*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $48,917.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $48,917.32 | | $0.00 |
| | | | | $48,917.32 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Elizabeth W. Allen**
**Case(s): 240 Clm No: 325 Clm. Amt: $940.50**

*3618 Folker Cir*
*Salt Lake City, UT 84109*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $940.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $940.50 | | $0.00 |
| | | | | $940.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Frederic Beacham**
**Case(s): 240 Clm No: 326 Clm. Amt: $13,229.37**

*75 Lawrence Ave*
*Staten Island, NY 10310*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,229.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $13,229.37 | | $0.00 |
| | | | | $13,229.37 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Hft International, Inc
### Case(s): 240 Clm No: 327 Clm. Amt: $1,968.00

*Attn: Wendy Tanada*
*3777 SE Naef Rd*
*Milwaukie, OR 97267*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,968.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | Disallowed | | $1,968.00 | | $0.00 |
| | | | | $1,968.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/19/2021 | 1414 | Objection Granted | 06/16/2021 | 1440 |

## Floral Treasure
### Case(s): 240 Clm No: 328 Clm. Amt: $6,783.00

*Attn: David Garza*
*P.O Box 13839*
*San Diego, CA 92170*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $6,783.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $6,783.00 | | $0.00 |
| | | | | $6,783.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Floral Treasure
### Case(s): 240 Clm No: 329 Clm. Amt: $37,448.00

*Attn: David Garza*
*P.O Box 13839*
*San Diego, CA 92170*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $37,448.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $37,448.00 | | $0.00 |
| | | | | $37,448.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Robert G. Weigner, Jr
### Case(s): 240 Clm No: 330 Clm. Amt: $10,931.00

*76 Wynndemere Ct*
*Cape May Courthouse, NJ 08210*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,931.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $10,931.00 | | $0.00 |
| | | | | $10,931.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Connie Joe**
**Case(s): 240 Clm No: 331 Clm. Amt:**

*Address Redacted*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Pavel Baumstein**
**Case(s): 240 Clm No: 332 Clm. Amt: $42,371.42**

*Address Redacted*
**Date Filed: 10/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $42,371.42**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | UNS | Disallowed | | $42,371.42 | | $0.00 |
| | | | | | $42,371.42 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Doris N. Lanier**
**Case(s): 240 Clm No: 333 Clm. Amt:**

*311 Meadowlark Cr.*
*Statesboro, GA 30461*
**Date Filed: 10/8/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | UNS | Disallowed | | | | $0.00 |
| | | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Richland D Williams**
**Case(s): 240 Clm No: 334 Clm. Amt: $1,300.00**

*PO Box 1163*
*Thomaston, GA, 30286*
**Date Filed: 10/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,300.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| | 240 | UNS | Disallowed | | $1,300.00 | | $0.00 |
| | | | | | $1,300.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## CNA Commercial Insurance
### Case(s): 240 Clm No: 335 Clm. Amt: $100,000.00

*Attn: Cynthia R Goral*
*500 Colonial Center Pkwy*
*Lake Mary, FL 32746*
**Date Filed: 10/7/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Satisfied | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

## Plant People Inc.
### Case(s): 240 Clm No: 336 Clm. Amt: $220.80

*Attn: D. Wayne Padgett*
*9450 Mira Mesa Blvd, Ste C-611*
*San Diego, CA 92126*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $220.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | | | $220.80 | | |
| | | | | $220.80 | | |

## Ida Agee
### Case(s): 240 Clm No: 337 Clm. Amt:

*65 East End Ave*
*Carneys Point, NJ 08069*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Insufficient documentation | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

## Ida Agee
### Case(s): 240 Clm No: 338 Clm. Amt:

*65 East End Ave*
*Carneys Point, NJ 08069*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Theresaleen Janczewski
### Case(s): 240 Clm No: 339 Clm. Amt: $1,998.00

*600 Apple Ln*
*Englewood, FL 34223*
**Date Filed: 10/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,998.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $1,998.00 | | $0.00 |
| | | | | $1,998.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Catherine Homrig
### Case(s): 240 Clm No: 340 Clm. Amt: $1,312.39

*6142 N Byron Rd*
*Byron, NY 14422*
**Date Filed: 10/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,312.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $1,312.39 | | $0.00 |
| | | | | $1,312.39 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Walter Janczewski
### Case(s): 240 Clm No: 341 Clm. Amt: $3,764.00

*600 Apple Ln*
*Englewood, FL 34223*
**Date Filed: 10/11/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,764.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 240 | UNS | Disallowed | | $3,764.00 | | $0.00 |
| | | | | $3,764.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Paramount Staffing, LLC
### Case(s): 240 Clm No: 342 Clm. Amt: $965.10

*810 Tyvola Rd Ste 110*
*Charlotte, NC 28217*
**Date Filed: 10/10/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $965.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | | | $965.10 | | |
| | | | | $965.10 | | |

### Scott N. Smith
**Case(s): 240 Clm No: 343 Clm. Amt: $5,885.00**

*420 Birch Ln.*
*Westphalia, MA 48894*
**Date Filed: 10/14/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,885.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | ADM | Disallowed | | $5,885.00 | | $0.00 |
| | | | | $5,885.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/05/2021 | 1345 | Objection Granted | 04/23/2021 | 1384 |

### Kevin Gerard Alarcon
**Case(s): 240 Clm No: 344 Clm. Amt: $10,000.00**

*c/o Merrill*
*1400 American Blvd*
*Mail-Stop NJ2-140-03-50*
*Pennington, NJ 08534*
**Date Filed: 10/15/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | UNS | Disallowed | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

### Joseph Kibuta
**Case(s): 240 Clm No: 345 Clm. Amt: $90,300.00**

*Address Redacted*
**Date Filed: 10/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $90,300.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | PRI | Disallowed | | $13,650.00 | | $0.00 |
| 240 | UNS | Disallowed | | $76,650.00 | | $0.00 |
| | | | | $90,300.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 11/13/2020 | 1288 | Objection Granted | 12/15/2020 | 1308 |
| Insufficient documentation | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |
| Claim does not agree with books | 12/22/2020 | 1312 | Objection Granted | 01/15/2021 | 1325 |

### Connecticut Department of Revenue Services
**Case(s): 240 Clm No: 346 Clm. Amt: $307.50**

*Attn: Collections Unit - Bankruptcy Team*
*450 Columbus Blvd. Ste. 1*
*Hartford, CT 06103*
**Date Filed: 10/22/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $307.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 240 | PRI | Withdrawn | | $257.50 | | $0.00 |
| 240 | UNS | Withdrawn | | $50.00 | | $0.00 |
| | | | | $307.50 | | $0.00 |

**Advanced Innovative Technologies, LLC**
**Case(s): 240 Clm No: 347 Clm. Amt: $4,792.00**

*Attn: Karen Alissa Jones*
*530 Wilbanks Dr*
*Ball Ground, GA 30107*
**Date Filed: 10/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,792.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $4,792.00 | | |
| | | | | $4,792.00 | | |

**AIG Property Casualty, Inc.**
**Case(s): 240 Clm No: 348 Clm. Amt: $71,108.99**

*Attn: Kevin J. Larner*
*80 Pine St, 13th Fl*
*New York, NY 10005*
**Date Filed: 10/23/2019**
**Orig. Date Filed: 10/3/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 274**
**Claim Face Value: $71,108.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Withdrawn | | $71,108.99 | | $0.00 |
| | | | | $71,108.99 | | $0.00 |

**Konica Minolta Business Solutions**
**Case(s): 240 Clm No: 349 Clm. Amt: $2,079.58**

*Attn: Sue Bedrick*
*101 Williams Dr.*
*Ramsey, NJ 07446*
**Date Filed: 10/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $2,079.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | | | $2,079.58 | | |
| | | | | $2,079.58 | | |

**Brian Reardon**
**Case(s): 240 Clm No: 350 Clm. Amt: $7,510.46**

*Address Redacted*
**Date Filed: 10/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $7,510.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $7,510.46 | | $0.00 |
| | | | | $7,510.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Brian Reardon**
**Case(s): 240 Clm No: 351 Clm. Amt: $38,000.00**

*Address Redacted*
**Date Filed: 10/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $38,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $38,000.00 | | $0.00 |
| | | | | $38,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Michael M. Tomita**
**Case(s): 240 Clm No: 352 Clm. Amt: $1,000.00**

*Address Redacted*
**Date Filed: 10/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Michael M. Tomita**
**Case(s): 240 Clm No: 353 Clm. Amt: $1,000.00**

*Address Redacted*
**Date Filed: 10/23/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | $1,000.00 | | $0.00 |
| | | | | $1,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

**Wesley R Turner**
**Case(s): 240 Clm No: 354 Clm. Amt:**

*P.O. Box 1100*
*Turner, OR 97392*
**Date Filed: 10/28/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**Wesley R Turner**
**Case(s): 240 Clm No: 355 Clm. Amt:**

*P.O. Box 1100*
*Turner, OR 97392*
**Date Filed: 10/30/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

**Judith Emery**

**Case(s): 240 Clm No: 356 Clm. Amt:**

*13165 300th St*
*Rothsay, MN 56579-9318*
**Date Filed:** 11/4/2019
**Bar Date:** 10/7/2019
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | ADM | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

**Judith Emery**

**Case(s): 240 Clm No: 357 Clm. Amt:**

*13165 300th St*
*Rothsay, MN 56579-9318*
**Date Filed:** 11/4/2019
**Bar Date:** 10/7/2019
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |
| Insufficient documentation | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

**County of San Bernardino**

**Case(s): 240 Clm No: 358 Clm. Amt: $3,977.35**

*c/o Office of the Tax Collector*
*268 W Hospitality Ln, 1st Fl*
*San Bernardino, CA 92415*
**Date Filed:** 11/6/2019
**Bar Date:** 10/7/2019
**Claim Face Value: $3,977.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | UNS | | | $3,977.35 | | |
| | | | | $3,977.35 | | |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | 05/03/2021 | 1399 | Objection Filed | | |

**Treasurer of Virginia**

**Case(s): 240 Clm No: 359 Clm. Amt:**

*Commonwealth of Virginia, Unclaimed Property Div*
*Attn: Vicki D. Bridgeman*
*P.O. Box 2478*
*Richmond, VA 23218*
**Date Filed:** 11/19/2019
**Bar Date:** 10/7/2019
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 240 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1226 | Objection Granted | 06/19/2020 | 1242 |

## H&M Bay, Inc.
**Case(s): 240 Clm No: 360 Clm. Amt: $17,280.00**

*Attn: Walt Messick, III*
*P.O. Box 280*
*Federalsburg, MD 21632*
**Date Filed: 11/18/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $17,280.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 240 | SEC | | | $5,280.00 | | $0.00 |
| 252 | UNS | | | | | $0.00 |
| 240 | UNS | | | $12,000.00 | | $0.00 |
| | | | | $17,280.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## Franklin C. Schneck
**Case(s): 240 Clm No: 361 Clm. Amt: $1,934.44**

*Address Redacted*
**Date Filed: 11/12/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,934.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 240 | UNS | Disallowed | | $1,934.44 | | $0.00 |
| | | | | $1,934.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## County of San Bernardino
**Case(s): 240 Clm No: 362 Clm. Amt: $3,977.35**

*c/o Office of the Tax Collector*
*268 W Hospitality Ln, 1st Fl*
*San Bernardino, CA 92415*
**Date Filed: 11/21/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $3,977.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 240 | UNS | Disallowed | | $3,977.35 | | $0.00 |
| | | | | $3,977.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## New Hampshire Department of Revenue Administration
**Case(s): 240 Clm No: 363 Clm. Amt:**

*Attn: Legal Bureau*
*P.O. Box 457*
*Concord, NH 03302*
**Date Filed: 11/29/2019**
**Bar Date: 10/7/2019**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 240 | PRI | Withdrawn | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## Compass Group USA dba Canteen
### Case(s): 240 Clm No: 364 Clm. Amt: $13,140.45

*Attn: Cathy M Alion*
*2400 Yorkmont Rd*
*Charlotte, NC 28217*
**Date Filed: 12/20/2019**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,140.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $13,140.45 | | $0.00 |
| | | | | $13,140.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## Chef Rubber LLC
### Case(s): 240 Clm No: 365 Clm. Amt: $670.00

*Attn: Crystal Meir*
*PO Box 721*
*Fredericksburg, TX 78624*
**Date Filed: 1/9/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $670.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $670.00 | | $0.00 |
| | | | | $670.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1143 | Objection Granted | 03/12/2020 | 1181 |

## KW Rastall - DSST Corp
### Case(s): 240 Clm No: 366 Clm. Amt: $8,891.73

*Attn: Jeanmarie Cap*
*P.O. Box 7174*
*North Brunswick, NJ 08902*
**Date Filed: 1/13/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $8,891.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | | | $4,567.94 | | $0.00 |
| 240 | UNS | | | $4,323.79 | | $0.00 |
| | | | | $8,891.73 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 02/11/2020 | 1142 | Objection Granted | 03/11/2020 | 1177 |

## RAY HUNTER FLOWER SHOP & GHSES
### Case(s): 240 Clm No: 367 Clm. Amt: $5,868.38

*Attn: Ray Hunter*
*720 Claremont St.*
*Dearborn, MI 48124*
**Date Filed: 2/22/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,868.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $5,868.38 | | $0.00 |
| | | | | $5,868.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Pitney Bowes Global Financial Services LLC
### Case(s): 240 Clm No: 368 Clm. Amt: $21,831.72

*Attn: Faith Santiago*
*27 Waterview Dr, 3rd Fl*
*Shelton, CT 06484*
**Date Filed: 2/28/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $21,831.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $21,831.72 | | $0.00 |
| | | | | $21,831.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## United Parcel Service Inc and its affiliates
### Case(s): 240 Clm No: 369 Clm. Amt: $29,996,563.16

*and subsidiaries, including Coyote Logistics, LLC*
*c/o Morrison & Foerster LLP*
*Attn: Jennifer Marines & Erica Richards*
*250 W 55th St*
*New York, NY 10019*
**Date Filed: 4/17/2020**
**Orig. Date Filed: 10/4/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 294**
**Claim Face Value: $29,996,563.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $29,996,563.16 | | $29,418,854.64 |
| | | | | $29,996,563.16 | | $29,418,854.64 |

## Kyle Leatherberry
### Case(s): 240 Clm No: 370 Clm. Amt: $4,484.00

*1040 Barfield St*
*Danal Island, SC 29422*
**Date Filed: 4/20/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $4,484.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $4,484.00 | | $0.00 |
| | | | | $4,484.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |
| No Basis | 05/22/2020 | 1225 | Objection Granted | 06/19/2020 | 1245 |

## Mae Marohn
### Case(s): 240 Clm No: 371 Clm. Amt: $1,200.00

*700 Birchwood Dr*
*Westbury, NY 11590*
**Date Filed: 5/4/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $1,200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | 503(b)(9) | Disallowed | | $1,200.00 | | $0.00 |
| | | | | $1,200.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Insufficient documentation | 04/20/2021 | 1380 | Objection Granted | 05/14/2021 | 1410 |

### Green Leaf Cafe & Catering
**Case(s): 240 Clm No: 372 Clm. Amt: $13,723.06**

*Attn: Elias Koussa*
*P.O.Box 421068*
*San Diego, CA. 92142*
**Date Filed: 6/29/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $13,723.06**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $13,723.06 | | $0.00 |
| | | | | $13,723.06 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

### Oregon Department of Revenue
**Case(s): 240 Clm No: 373 Clm. Amt: $200.00**

*Attn: Cynthia Test*
*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed: 6/29/2020**
**Bar Date: 12/2/2019**
**Claim Face Value: $200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | | | $200.00 | | |
| | | | | $200.00 | | |

### Oregon Department of Revenue
**Case(s): 240 Clm No: 374 Clm. Amt: $200.00**

*Attn: Cynthia Test*
*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed: 6/30/2020**
**Bar Date: 12/2/2019**
**Claim Face Value: $200.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | ADM | | | $200.00 | | |
| | | | | $200.00 | | |

### Tisha Turner
**Case(s): 240 Clm No: 375 Clm. Amt: $775.74**

*5323 Grant St*
*Hollywood, FL 33021*
**Date Filed: 7/21/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $775.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 240 | UNS | Disallowed | | $775.74 | | $0.00 |
| | | | | $775.74 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |
| Miscellaneous objection | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

## TopCashback (USA) Inc
### Case(s): 240 Clm No: 376 Clm. Amt: $5,366.13

*Temeraire House*
*Nelson Ct, Staffordshire Technology Park*
*Stafford*
*25 Lovatt St*
*United Kingdom*
**Date Filed: 10/12/2020**
**Bar Date: 10/7/2019**
**Claim Face Value: $5,366.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | Disallowed | | $5,366.13 | | $0.00 |
| | | | | $5,366.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 11/13/2020 | 1289 | Objection Granted | 12/15/2020 | 1309 |

## Franchise Tax Board
### Case(s): 240 Clm No: 377 Clm. Amt: $7,581.01

*c/o Bankruptcy Section MS A340*
*Attn: Rebecca Estonilo*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 12/21/2020**
**Orig. Date Filed: 11/27/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 54**
**Claim Face Value: $7,581.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | PRI | | | $7,581.01 | | |
| | | | | $7,581.01 | | |

## Harpercollins Publishers LLC
### Case(s): 240 Clm No: 378 Clm. Amt: $18,545.30

*Attn: Raymond Albany*
*53 Glenmaura National Blvd, Ste 300*
*Moosic, Pa 18507-2132*
**Date Filed: 3/4/2021**
**Bar Date: 10/7/2019**
**Claim Face Value: $18,545.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $18,545.30 | | |
| | | | | $18,545.30 | | |

## Brussel's Bonsai
### Case(s): 240 Clm No: 379 Clm. Amt: $20,160.70

*c/o Burch Porter & Johnson PLLC*
*Attn: David Harris*
*130 N Court Ave*
*Memphis, TN 38103*
**Date Filed: 6/7/2021**
**Orig. Date Filed: 8/23/2019**
**Bar Date: 10/7/2019**
**Amending Clm #: 167**
**Claim Face Value: $20,160.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 240 | UNS | | | $20,160.70 | | |
| | | | | $20,160.70 | | |